# EXHIBIT 1

## HORSE CLONING CONTRACT

This Horse Cloning Contract ("Agreement") is entered into between Adolfo Cambiaso ("Owner") and Crestview Farm, L.L.C., a Texas limited liability company ("Crestview"), for the purposes and consideration set forth hereinbelow.

WHEREAS, Owner is the owner of certain mares and also owns full rights to the tissue of Aiken Currah, a deceased stallion, which tissue is currently in cryogenic stasis;

WHEREAS, Crestview is currently involved in the use of advanced biotechnologies in the cloning of horses;

WHEREAS, Owner and Crestview wish to enter into an arrangement for the purpose of jointly producing, marketing and selling cloned animals;

WHEREAS, in furtherance of the foregoing, Owner is willing to provide tissue from certain mares and from Aiken Currah in accordance with the terms and conditions set forth hereinbelow.

NOW, THEREFORE, in consideration of the payment of Ten Dollars ($10.00) and other good and valuable consideration, including the mutual covenants and agreements set forth herein, the parties hereby agree as follows:

1. Mare Cloning. Owner agrees to allow Crestview to select four mares from Owner's stock for the purpose of extracting tissue samples for cloning, Crestview's selections to be subject to the reasonable approval of Owner. Upon selection of the mares, Crestview will pay Owner the sum of US$250,000 per mare. If the mares are successfully cloned, Owner will in addition receive one foal clone from each mare. As part of the consideration provided to Owner, Owner agrees to, and does hereby, grant Crestview complete and exclusive licensing rights in and to the mare and all cloned foals.

2. Aiken Currah Option. At the option and request of Crestview, and in lieu of one of the mares chosen in Paragraph 1 herein, Owner agrees to provide the cryogenically maintained tissue samples of Aiken Currah to Crestview. Upon delivery of same to Crestview (at its expense), Crestview will cause its scientists to determine whether the tissue is viable for cloning. If the tissue is determined to be viable for cloning, Crestview will pay Owner an additional sum of US$150,000 within ten (10) days after the date that Crestview's scientists have determined that the Aiken Currah tissue is viable for cloning. If determined not to be viable for cloning, Crestview will cause all unused tissue samples to be returned to Owner at Crestview's expense. If Aiken Currah is successfully cloned, Owner shall also receive one foal clone of Aiken Currah and fifty percent (50%) of the net proceeds of all sales of all such clones.

3. Further Cooperation. Upon the successful production of one or more clones, Owner and Crestview agree to negotiate in good faith to establish a mutually acceptable program providing for the endorsement and marketing of clones and Crestview's cloning program. Pending any such agreement Crestview shall be entitled to identify the name of the original animal and Owner to potential purchasers.

1

4. **Sale of Clones.** Upon the successful production of clones, Owner will use its commercially reasonable best efforts to market the first three clones of each cloned animal for sale with Owner's client base or others, with a minimum sales price of US$250,000. Owner and Crestview will jointly determine all final sales prices and terms.

5. **Number of Clones.** Crestview agrees to clone approximately ten (10) "limited first edition" clones from each mare and Aiken Currah, if cloned. If Crestview determines it wishes to clone a "limited second edition," Owner and Crestview will mutually so agree..

6. **Extraction and Use of Tissue.** Crestview will cause the mare tissues samples to be extracted and/or analyzed under veterinary supervision and in accordance with prudent, customary and accepted veterinary practice so as not to endanger the health of any such mare or, to the extent practicable, the unused portions of the tissue of Aiken Currah. Owner agrees to allow Crestview reasonable access to the mares for obtaining such samples on more than one occasion if necessary to obtain such samples.

7. **Cloning Expenses.** Crestview agrees to pay all fees incurred or charged by its scientists and consultants, without cost or obligation to Owner.

8. **No Warranties.** Neither party to this Agreement makes any warranties or representations to the other regarding the tissue samples or the likelihood of success of the cloning program to be undertaken hereunder. Accordingly, should the cloning program be unsuccessful, neither party will have any further liability or obligation to the other. Crestview further reserves the right to terminate the cloning program at any time in its sole and absolute discretion without further liability or obligation to Owner.

9. **Counterparts.** This Agreement may be executed in any number of counterparts, and may be exchanged between the parties by facsimile, electronic mail, or similar means. An electronically transmitted, fully executed copy of this Contract shall be valid as an original.

**OWNER:**

_____
Adolfo Cambiaso

**CRESTVIEW:**

CRESTVIEW FARM, L.L.C.,
a Texas limited liability company

By: _____
D. Alan Meeker
Manager

**From:** Gutierrez Ernesto [mailto:EGutierrez@aa2000.com.ar]
**Sent:** Monday, March 14, 2011 8:20 AM
**To:** Alan Meeker
**Subject:**

Dear Alan,

Sory about the delay , but you was a visionary. I start a world war againt my wife.
As we spoke days ago, I agree in the final cost of production for the clones in U$D 2.150.000.-

About the payment of the due balance,

| | |
|---|---|
| Cash | U$D 550.000.- |
| 60 days | U$D 250.000.- |
| 120 days | U$D 200.000.- |

During the first two years, you take 100% of the total net income for Crestview Arg. operations. (I agree on Adolfito's Portion).
In case this doesn't pay your favor for U$D 1.150.000.-, I will take care for the difference. Its important for you to know that I'm willing to guarantee at all times, the total amount by means of any instrument you should consider convenient.

I 've already paid off the start up costs for around U$D 400.000.- I will be supporting these too, by myself.

If you are on board with this propousal, we must find the best way to do it.

Abrazos
Ernesto