# Exhibit 1
# Affidavit of Bartolome Castagnola

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO.: 9:20-cv-82231-AMC

LA DOLFINA S.A. LLC,
a Florida limited liability company, and
ADOLFO CAMBIASO, individually

    Plaintiff,
v.

D. ALAN MEEKER, individually,
a/k/a ALAN MEEKER,
a/k/a DAVID ALAN MEEKER,
CRESTVIEW FARM, LLC,
a Texas limited liability company, and
CRESTVIEW GENETICS, LLC,
a Nevada limited liability company,

    Defendants.
_____/

## AFFIDAVIT OF BARTOLOME CASTAGNOLA

I, Bartolome Castagnola, being of full age and otherwise sui generis, hereby state the following:

1. Unless otherwise stated herein, I make this Affidavit based upon facts of which I have personal knowledge.

2. I am an Argentine ex professional polo player, ranked among the top twenty polo players in the World at my time. I had participated fourteen (14) times in the Campeonato Argentino Abierto de Polo (Argentine Open), which my team won seven (7) and competed in the finals another five (5) times.

3. I have played for the international polo teams La Martina, Ellerstina, La Dolfina, Outback and Dubai. I have competed in polo tournaments throughout the World, such as in Argentina, Spain, Dubai, United Kingdom and Australia.

4. On the december 1 2020, Mr. Alan Meeker had a contact via the social network "Instagram" of La Natividad Polo, as my wife manages this, he asks if it was me and in response

she gave Mr. Alan Meeker my phone number and he sent his.

5. Recently, in the first days of December 2020, Mr. Alan Meeker and I contacted by phone and he offered to sell me several clones of the horses "Lapa," "Aiken Cura," and "Colibri."

6. I personally know that the original horses Lapa, Aiken Cura and Colibri are owned by La Dolfina, S.A., Adolfo Cambiaso's company, or by Adolfo Cambiaso himself, because of this I contact Mr Cambiaso to inform about this knowing that those original horses are his property.

7. Mr. Cambiaso is one of the other top 12 professional polo players in the World and a competitor of mine.

8. At that time of december, 2020 phone call when Alan Meeker offered to sell me these cloned polo ponies mentioned above in this Affidavit, Alan Meeker stated to me that Alan Meeker owned the clones he was offering to sell me.

9. During that same phone call, Alan Meeker also told me that clones of another polo horse mare named "Cuartetera" would soon be born, that if Mr Meeker was not able to resolve certain issues between himself and Mr. Adolfo Cambiaso, Mr. Alan Meeker would also proceed to sell clones of Cuartetera. My wife also ask about this mare in their contact via Instagram.

10. I know from personal knowledge that the original horse Cuartetera is owned by La Dolfina, S.A.

11. I personally know that a top professional polo player like Mr. Cambiaso or my self, and actual Horse Polo Breeders, considers their polo horses to be of utmost importance to a player's professional success. The loss of control of the genetic material or clones from such a player's top polo horses creates damage to a player and his team that cannot ever be repaired, because both the competition now has the same horses and there are more of the same horses available to compete against the owner of the original horses. Once the genetic material and the clones are released, unrestricted, into the World market, they cannot be reobtained or restricted in use, cloning or breeding.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Bartolome Castagnola
12/17/2020
Dated