# Exhibit 5
# Second Affidavit of Roberto Zedda

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**WEST PALM BEACH DIVISION**

**CASE NO.: 9:20-cv-82231-AMC**

**LA DOLFINA S.A. LLC,**
**a Florida limited liability company, and**
**ADOLFO CAMBIASO, individually**

   **Plaintiff,**

**v.**

**D. ALAN MEEKER, individually,**
**a/k/a ALAN MEEKER,**
**a/k/a DAVID ALAN MEEKER,**
**CRESTVIEW FARM, LLC,**
**a Texas limited liability company, and**
**CRESTVIEW GENETICS, LLC,**
**a Nevada limited liability company,**

   **Defendants.**

_____/

**<u>SECOND AFFIDAVIT OF ROBERTO ZEDDA</u>**

   I, Roberto Zedda, sometimes known as Robertito Zedda, being of full age and otherwise sui generis, hereby state the following:

1.   Unless otherwise stated herein, I make this Affidavit based upon facts of which I have personal knowledge.

2.   I am the Manager of La Dolfina S.A. LLC, a Florida limited liability company that is the assignee of the claims of La Dolfina S.A., a business entity of the Argentine Republic, of the claims of La Dolfina are forth in the Complaint filed in this action.

3.   The *Argentina Rural Society* (in Spanish the "*Sociedad Rural Argentina*") and the *Argentine Association of Polo Breeders* ("*Asociación Argentina de Criadores de Caballos de Polo*")  are the two national entities in the Argentine Republic where an owner registers ownership of a polo horse.

4.   Horses bread with pure "*Polo Argentina*" ("*Raza Polo Argentino*") bloodlines are automatically registered with the Argentine Association of Polo Breeders at the time of the horse's

birth.

5.       Any horse not of pure Polo Argentina breeding is registered only if and when the horse is played in a polo tournament.

6.       I have obtained from the the two national societies I describe above the  registration certificates (each certificate, in Spanish *"Certificado de Inscripcion")* as described below for several unique polo ponies owned by either or both Plaintiffs in this matter.

7.       Defendants Alan Meeker, Crestview Genetics LLC and Crestview Farm, LLC currently possess genetic material from all of the following horses belonging to Plaintiffs, and either have cloned or have the ability to clone those horses from that genetic materials.

8.       According to the records of the Argentine Rural Society, the horse "Aiken Cura" was registered and owned by Adolfo Cambiaso from **October 5, 2004** for the entirety of remainder of Aiekn Cura's life. *See Certificado de Inscripcion for Aiken Cura* attached hereto as **Exhibit 1**.[1]

9.       According to the records of the Argentine Rural Society, the horse "Dolfina Cuartetera", which is one of the most famous polo horses ever, and which is popularly known as "Cuartetera", has been registered and owned by La Dolfina S.A. since **April 1, 2007** through the present. *See Certificado de Inscripcion for Dolfina Cuartetera attached* hereto as **Exhibit 2**.

10.      According to the records of the Argentine Rural Society, the horse Dolfina Lapa has been registered and owned by Dolfina S.A. since April 1, 2007. *See Certificado de Inscripcion for Dolfina Lapa* attached hereto as **Exhibit 3**.

11.      According to the records of the Argentine Rural Society, the horse Lucky has been registered and owned by Dolfina S.A. since Lucky was first registered as a foal through the present. *See Certificado de Inscripcion for Lucky* attached hereto as **Exhibit 4**.

12.      According to the records of the Argentine Rural Society, the horse Layla has been registered and owned by Dolfina S.A. since Layla was first registered as a foal through the present. *See Certificado de Inscripcion for Layla* attached hereto as **Exhibit 5**.

13.      According to the records of the Argentine Rural Society, the horse Dolfina Guitarrero has been registered and owned by Dolfina S.A. since February 10, 2010 through the present. *See Certificado de Inscripcion for Dolfina Guitarrero* attached hereto as **Exhibit 6**.

14.      According to the records of the Argentine Rural Society, the horse Edna has been registered

---

[1] For security purposes, the word COPY has been applied to each *Certificado de Inscripcion* attached to this Affidavit. Plaintiffs possess these certificates without the word COPY applied.

and owned by Dolfina S.A. since April 1, 2007 through the present. *See Certificado de Inscripcion for Edna* attached hereto as **Exhibit 7**.

15.  According to the records of the Argentine Rural Society, the horse Mas Claudia has been registered and owned by Dolfina S.A. since November 1, 2018 through the present. *See Certificado de Inscripcion for Mas Claudia* attached hereto as **Exhibit 8**.

16.  According to the records of the Argentine Rural Society, the horse Carla has been registered and owned by Dolfina S.A. since Carla was first registered as a foal through the present. *See Certificado de Inscripcion for Carla* attached hereto as **Exhibit 9**.

17.  According to the records of the Argentine Rural Society, the horse Buelaventura has been registered and owned by Dolfina S.A. since April 1, 2007 through the present. *See Certificado de Inscripcion for Buelaventura* attached hereto as **Exhibit 10**.

18.  According to the records of the Argentine Rural Society, the horse Falta Envido has been registered and owned by Dolfina S.A. since June 20, 2011 through the present. *See Certificado de Inscripcion for Falta Envido* attached hereto as **Exhibit 11**.

19.  According to the records of the Argentine Rural Society, the horse Dolfina Mepica has been registered and owned by Dolfina S.A. since April 1, 2007 through the present. *See Certificado de Inscripcion n for Dolfina Mepica* attached hereto as **Exhibit 12**.

20.  According to the records of the Argentine Rural Society, the horse Small Person has been registered and owned by Dolfina S.A. since Small Person was first registered as a foal through the present. *See Certificado de Inscripcion for Small Person* attached hereto as **Exhibit 13**.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Roberto Zedda

12/18/20
_____
Date

**Affidavit of Roberto Zedda**
**Exhibit 1**

Sistema de Autogestion Web de RRGG
Fecha de Emisión 02/12/2020

*SOCIEDAD RURAL ARGENTINA*

REGISTRO
GENEALOGICO

## CERTIFICADO DE INSCRIPCION
## RAZA POLO ARGENTINO

INSCRIPTO EN EL SBA

Nº  **D4725**



Criador:  SANTAMARINA, RICARDO SANTOS          Criador Nº:   428

Establecimiento:  LA FORTUNA

Direccion:

C.P.: _____  Localidad: _____          Pcia.: _____

**Inscripción de la siguiente cría:**    **MACHO**

**NOMBRE:** AIKEN CURA          **PELAJE:** 1 ALAZAN          **NACIO:** 04/11/1995   **R.P.:**   137

Padre: ALMA DE BACAN                    S.B.A.:   3702   R.P.:

Madre: LADY NUN                         S.B.A.:   14042   R.P.:   91

Corresponde este nacimiento al servicio de fecha: _____   Folio: _____   Linea: _____

Denunciado por el criador:   428  SANTAMARINA, RICARDO SANTOS

**Certificado de Autenticidad**

Propietario: CAMBIASO, ADOLFO          Receptora:

ADN: S - ANLS 70446 - RES 11           Fecha Implante:

Fecha de última transferencia: 05/10/2004

MICROCHIP :

ESTE CERTIFICADO SERA VALIDO SI LAS SEÑAS PARTICULARES COINCIDEN CON LAS DESCRIPTAS AL PIE

### RAZA POLO ARGENTINO - MACHO



Señas Particulares

RESERVADO PARA LOS REGISTROS GENEALOGICOS
Particularidades

Pelaje:   1 ALAZAN
Cuerpo:   5 TAPADO (UNIFORME)
Cabeza:   9 MALACARA
Membro   3 - DOS PATAS BLANCAS

Fecha:   02/12/2020                    Pagina:      1

**Affidavit of Roberto Zedda
Exhibit 2**

Sistema de Autogestion Web de RRGG
Fecha de Emisión 02/12/2020

*SOCIEDAD RURAL ARGENTINA*

REGISTRO
GENEALOGICO

## CERTIFICADO DE INSCRIPCION
## RAZA POLO ARGENTINO

INSCRIPTO EN EL SBA

Nº  **P026613**



Criador:  CAMBIASO, ADOLFO                          Criador Nº:   472

Establecimiento:  LA PICAZA

Direccion:  ZONA RURAL

C.P.:  6144    Localidad: WASHINGTON       Pcia.:  CORDOBA

Inscripción de la siguiente cría:    **HEMBRA**

**Certificado de Autenticidad**

**NOMBRE:  DOLFINA CUARTETERA-T/E-**   **PELAJE:  90  ZAINO**        **NACIO:  03/02/2001**   **R.P.:   91**

Padre: SPORTIVO                                   S.B.A.:          5997   R.P.:   0

Madre: LAMBADA                                    S.B.A.:         15478   R.P.:   0

Corresponde este nacimiento al servicio de fecha:    08/03/2000        Folio:          Linea:

Denunciado por el criador:   472  CAMBIASO, ADOLFO

Propietario: LA DOLFINA S.A.,            Receptora:

ADN: S  -  ANLS 199259  -  RES 10    Fecha Implante:

Fecha de última transferencia: 01/04/2007

MICROCHIP :

ESTE CERTIFICADO SERA VALIDO SI LAS
SEÑAS PARTICULARES COINCIDEN CON
LAS DESCRIPTAS AL PIE

### RAZA POLO ARGENTINO - HEMBRA



Señas Particulares

RESERVADO PARA LOS REGISTROS GENEALOGICOS
Particularidades

Pelaje:   90  ZAINO
Cuerpo:   5  TAPADO (UNIFORME)
Cabeza:   7  LISTA TUERTA
Membro   16 - SIN SEÑAS

Fecha:    02/12/2020                                         Pagina:      1

**Affidavit of Roberto Zedda**
**Exhibit 3**

Sistema de Autogestion Web del SRA
Fecha de Emisión 13/12/2020

*SOCIEDAD RURAL ARGENTINA*

REGISTRO
GENEALOGICO

### CERTIFICADO DE INSCRIPCION
### RAZA POLO ARGENTINO

INSCRIPTO EN EL SBA

Nº   **D024983**



Criador:  CAMBIASO, ADOLFO                    Criador Nº:   472

Establecimiento:  LA PICAZA

Direccion:  ZONA RURAL

C.P.:  6144   Localidad: WASHINGTON       Pcia.:  CORDOBA

**Inscripción de la siguiente cría:**   **HEMBRA**

**Certificado de Autenticidad**

**NOMBRE:  DOLFINA LAPA-T/E-**        **PELAJE:  92  ZAINO COLORADO**        **NACIO:  07/01/2000   R.P.:   48**

Padre: EL SOL                                          S.B.A.:              3776   R.P.:   0

Madre: MONARCH                                   S.B.A.:            18982   R.P.:   0

Corresponde este nacimiento al servicio de fecha:   20/02/1999        Folio:              Linea:

Denunciado por el criador:  472  CAMBIASO, ADOLFO

MICROCHIP :

Propietario: LA DOLFINA S.A.,              Receptora:

ADN: S - ANLS 66087 - RES 10        Fecha Implante:

Fecha de última transferencia: 01/04/2007

ESTE CERTIFICADO SERA VALIDO SI LAS SEÑAS PARTICULARES COINCIDEN CON LAS DESCRIPTAS AL PIE

### RAZA POLO ARGENTINO - HEMBRA



Señas Particulares

RESERVADO PARA LOS REGISTROS GENEALOGICOS
Particularidades

Pelaje:   92  ZAINO COLORADO
Cuerpo:   5  TAPADO (UNIFORME)
Cabeza:   5  LISTA
Membro   1 - CUATRO PATAS BLANCAS

Fecha:    13/12/2020                                                          Pagina:        1

# Affidavit of Roberto Zedda
# Exhibit 4

Sistema de Autogestion Web del SRA
Fecha de Emisión 13/12/2020

*SOCIEDAD RURAL ARGENTINA*

REGISTRO
GENEALOGICO

**CERTIFICADO DE INSCRIPCION**

**RAZA POLO ARGENTINO**

INSCRIPTO EN EL SBA

N°  **D046656**

Criador: **LA DOLFINA S.A.,**          Criador N°:  **746**

Establecimiento: **LA PICAZA**

Direccion: **ZONA RURAL**

C.P.: **6144**   Localidad: **WASHINGTON**   Pcia.: **CORDOBA**    Inscripción de la siguiente cría:   **HEMBRA**

**NOMBRE: LUCKY**          **PELAJE: 1 ALAZAN**     **NACIO:**      **R.P.:    0**

Padre:                          S.B.A.:          R.P.:

Madre:                          S.B.A.:          R.P.:

Corresponde este nacimiento al servicio de fecha:          Folio:          Linea:

Denunciado por el criador: **746  LA DOLFINA S.A.,**

Propietario: **LA DOLFINA S.A.,**     Receptora:                    MICROCHIP :

ADN: S  -  ANLS 173008  -  RES 16     Fecha Implante:

ESTE CERTIFICADO SERA VALIDO SI LAS SEÑAS PARTICULARES COINCIDEN CON LAS DESCRIPTAS AL PIE

**Certificado de Autenticidad**

**RAZA POLO ARGENTINO - HEMBRA**



LADO DERECHO          LADO IZQUIERDO

Señas Particulares

RESERVADO PARA LOS REGISTROS GENEALOGICOS
Particularidades

Pelaje:  1 ALAZAN
Cuerpo:  5 TAPADO (UNIFORME)
Cabeza:  5 LISTA
Miembro  14 - PATA IZQUIERDA BLANCA

Fecha:   13/12/2020                                    Pagina:          1

**Affidavit of Roberto Zedda**
**Exhibit 5**

Sistema de Autogestion Web de SRA
Fecha de Emisión 13/12/2020

*SOCIEDAD RURAL ARGENTINA*

REGISTRO
GENEALOGICO

## CERTIFICADO DE INSCRIPCION
## RAZA POLO ARGENTINO

INSCRIPTO EN EL SBA

Nº  **D035864**



Criador: LA DOLFINA S.A.,                    Criador Nº:  746

Establecimiento: LA PICAZA

Direccion: ZONA RURAL

C.P.: 6144   Localidad: WASHINGTON          Pcia.: CORDOBA      **Inscripción de la siguiente cría:**  **HEMBRA**



**NOMBRE: LAYLA**              **PELAJE: 90 ZAINO**         **NACIO:**        **R.P.:**   **0**

Padre:                                            S.B.A.:           R.P.:

Madre:                                            S.B.A.:           R.P.:

Corresponde este nacimiento al servicio de fecha:           Folio:            Linea:

Denunciado por el criador:  746  LA DOLFINA S.A.,

**Certificado de Autenticidad**

Propietario: LA DOLFINA S.A.,          Receptora:                        MICROCHIP :

ADN: S - ANLS 111601 - RES 16          Fecha Implante:

ESTE CERTIFICADO SERA VALIDO SI LAS SEÑAS PARTICULARES COINCIDEN CON LAS DESCRIPTAS AL PIE

### RAZA POLO ARGENTINO - HEMBRA



LADO DERECHO                          LADO IZQUIERDO

| Señas Particulares |
| --- |
|  |
|  |
|  |

RESERVADO PARA LOS REGISTROS GENEALOGICOS
Particularidades

Pelaje:   90 ZAINO
Cuerpo:  5 TAPADO (UNIFORME)
Cabeza:  8 LUCERO
Membro   14 - PATA IZQUIERDA BLANCA

Fecha:   13/12/2020                                    Pagina:        1

# Affidavit of Roberto Zedda
# Exhibit 6

Sistema de Autogestion Web del RGG
Fecha de Emisión 13/12/2020

*SOCIEDAD RURAL ARGENTINA*

REGISTRO

GENEALOGICO

## CERTIFICADO DE INSCRIPCION
## RAZA POLO ARGENTINO

INSCRIPTO EN EL SBA

Nº   **P19715**



Criador:  LA DOLFINA S.A.,                                         Criador Nº:   746

Establecimiento:  LA PICAZA

Direccion:  ZONA RURAL

C.P.:  6144    Localidad: WASHINGTON          Pcia.:  CORDOBA       **Inscripción de la siguiente cría:**   **MACHO**

**Certificado de Autenticidad**

**NOMBRE: DOLFINA GUITARRERO-T/E-**     **PELAJE: 90 ZAINO**      **NACIO: 10/02/2010  R.P.:  408**

Padre: DURAZNO                                            S.B.A.:   5959   R.P.:   0

Madre: DOLFINA CUARTETERA-T/E-                            S.B.A.:  26613   R.P.:  91

Corresponde este nacimiento al servicio de fecha:   10/03/2009        Folio:          Linea:

Denunciado por el criador:  746  LA DOLFINA S.A.,

Propietario: LA DOLFINA S.A.,          Receptora:                                    MICROCHIP :

ADN: S  -  ANLS 179462  -  RES 10      Fecha Implante:

ESTE CERTIFICADO SERA VALIDO SI LAS SEÑAS PARTICULARES COINCIDEN CON LAS DESCRIPTAS AL PIE

### RAZA POLO ARGENTINO - MACHO



Señas Particulares

RESERVADO PARA LOS REGISTROS GENEALOGICOS
Particularidades

Pelaje:   90 ZAINO
Cuerpo:   5 TAPADO (UNIFORME)
Cabeza:   6 LISTA CORTADA
Membro   16 - SIN SEÑAS

Fecha:    13/12/2020                                                          Pagina:        1

**Affidavit of Roberto Zedda**
**Exhibit 7**

Sistema de Autogestion Web de SRA

Fecha de Emisión 13/12/2020

*SOCIEDAD RURAL ARGENTINA*

REGISTRO

GENEALOGICO

### CERTIFICADO DE INSCRIPCION
### RAZA POLO ARGENTINO

INSCRIPTO EN EL SBA

Nº  **D020421**

Criador:  CAMBIASO, ADOLFO          Criador Nº:  472

Establecimiento:  LA PICAZA

Direccion:  ZONA RURAL

C.P.:  6144   Localidad:  WASHINGTON      Pcia.:  CORDOBA

Inscripción de la siguiente cría:   **HEMBRA**

**NOMBRE:  EDNA**          **PELAJE:  90  ZAINO**      **NACIO:**      R.P.:      **0**

Padre:                          S.B.A.:      R.P.:

Madre:                          S.B.A.:      R.P.:

Corresponde este nacimiento al servicio de fecha:            Folio:      Linea:

Denunciado por el criador:  472  CAMBIASO, ADOLFO

Propietario: LA DOLFINA S.A.,       Receptora:

ADN: S  -  ANLS 64050  -  RES 16      Fecha Implante:

Fecha de última transferencia: 01/04/2007

MICROCHIP :

**Certificado de Autenticidad**

ESTE CERTIFICADO SERA VALIDO SI LAS SEÑAS PARTICULARES COINCIDEN CON LAS DESCRIPTAS AL PIE

### RAZA POLO ARGENTINO - HEMBRA



LADO DERECHO          LADO IZQUIERDO

Señas Particulares

RESERVADO PARA LOS REGISTROS GENEALOGICOS
Particularidades

Pelaje:   90  ZAINO
Cuerpo:   5  TAPADO (UNIFORME)
Cabeza:   5  LISTA
Membro   16 - SIN SEÑAS

Fecha:   13/12/2020                          Pagina:      1

**Affidavit of Roberto Zedda
Exhibit 8**

Sistema de Autogestion Web del SRA
Fecha de Emisión 13/12/2020

*SOCIEDAD RURAL ARGENTINA*

REGISTRO
GENEALOGICO

## CERTIFICADO DE INSCRIPCION
## RAZA POLO ARGENTINO

INSCRIPTO EN EL SBA

Nº   **P060160**



Criador:  CLARSAN S.A.C.I.F. Y A.,                    Criador Nº:   761

Establecimiento:  NO INFORMADO

Direccion:  ARENALES 1132 P.2º

C.P.: 1061     Localidad: CAPITAL FEDERAL          Pcia.:  CAPITAL FEDERAL     **Inscripción de la siguiente cría:**    **HEMBRA**

**NOMBRE: MAS CLAUDIA-T/E-**          **PELAJE: 90 ZAINO**                **NACIO: 02/12/2008   R.P.:        7**

Padre:  OPEN PONCHO-T/E-                                S.B.A.:        11560    R.P.:      781

Madre:  LOSMACHITOS MARADONA                          S.B.A.:        22451    R.P.:       80

Corresponde este nacimiento al servicio de fecha:     14/01/2008          Folio:                Linea:

Denunciado por el criador:  761  CLARSAN S.A.C.I.F. Y A.,

Propietario: LA DOLFINA S.A.,              Receptora:                                          MICROCHIP :

ADN: S - ANLS 107944 - RES 10        Fecha Implante: 20/01/2008

Fecha de última transferencia: 01/11/2018

**Certificado de Autenticidad**

ESTE CERTIFICADO SERA VALIDO SI LAS
SEÑAS PARTICULARES COINCIDEN CON
LAS DESCRIPTAS AL PIE

### RAZA POLO ARGENTINO - HEMBRA



Señas Particulares

RESERVADO PARA LOS REGISTROS GENEALOGICOS
Particularidades

Pelaje:    90 ZAINO
Cuerpo:   5 TAPADO (UNIFORME)
Cabeza:   17 ESTRELLA Y PICO BLANCO
Membro   1 - CUATRO PATAS BLANCAS

Fecha:    13/12/2020                                                    Pagina:        1

**Affidavit of Roberto Zedda
Exhibit 9**

Sistema de Autogestion Web de RRGG

Fecha de Emisión 13/12/2020

*SOCIEDAD RURAL ARGENTINA*

REGISTRO
GENEALOGICO

## CERTIFICADO DE INSCRIPCION
## RAZA POLO ARGENTINO

INSCRIPTO EN EL SBA

N° **D046660**



Criador: LA DOLFINA S.A.,    Criador N°: 746

Establecimiento: LA PICAZA

Direccion: ZONA RURAL

C.P.: 6144   Localidad: WASHINGTON   Pcia.: CORDOBA

Inscripción de la siguiente cría: **HEMBRA**

**NOMBRE:** CARLA     **PELAJE:** 90 ZAINO     **NACIO:**     R.P.: **0**

Padre:     S.B.A.:     R.P.:

Madre:     S.B.A.:     R.P.:

Corresponde este nacimiento al servicio de fecha:     Folio:     Linea:

Denunciado por el criador: 746 LA DOLFINA S.A.,

**Certificado de Autenticidad**

MICROCHIP :

Propietario: LA DOLFINA S.A.,     Receptora:

ADN: S - ANLS 173007 - RES 16     Fecha Implante:

ESTE CERTIFICADO SERA VALIDO SI LAS SEÑAS PARTICULARES COINCIDEN CON LAS DESCRIPTAS AL PIE

### RAZA POLO ARGENTINO - HEMBRA



Señas Particulares

RESERVADO PARA LOS REGISTROS GENEALOGICOS
Particularidades

Pelaje:   90 ZAINO
Cuerpo:   5 TAPADO (UNIFORME)
Cabeza:   5 LISTA
Miembro   16 - SIN SEÑAS

Fecha:   13/12/2020     Pagina:   1

**Affidavit of Roberto Zedda**
**Exhibit 10**

Sistema de Autogestion Web de SRA

Fecha de Emisión 13/12/2020

*SOCIEDAD RURAL ARGENTINA*

REGISTRO

GENEALOGICO

**CERTIFICADO DE INSCRIPCION**

**RAZA POLO ARGENTINO**

INSCRIPTO EN EL SBA

N° D026401



**Certificado de Autenticidad**

Criador: CAMBIASO, ADOLFO          Criador N°: 472

Establecimiento: LA PICAZA

Direccion: ZONA RURAL

C.P.: 6144     Localidad: WASHINGTON          Pcia.: CORDOBA

**Inscripción de la siguiente cría:**     **HEMBRA**

NOMBRE: **DOLFINA BUENAVENTURA-T/E-**     PELAJE: **90 ZAINO**     NACIO: **14/12/2000**     R.P.: **80**

Padre: EL SOL          S.B.A.: 3776     R.P.: 0

Madre: YTACUA BIENVENIDA          S.B.A.: 11856     R.P.: 17

Corresponde este nacimiento al servicio de fecha:          Folio:          Linea:

Denunciado por el criador: 472 CAMBIASO, ADOLFO

Propietario: LA DOLFINA S.A.,          Receptora:

ADN: S - ANLS 66082 - RES 10          Fecha Implante:

Fecha de última transferencia: 01/04/2007

ESTE CERTIFICADO SERA VALIDO SI LAS SEÑAS PARTICULARES COINCIDEN CON LAS DESCRIPTAS AL PIE

MICROCHIP :

**RAZA POLO ARGENTINO - HEMBRA**



Señas Particulares

RESERVADO PARA LOS REGISTROS GENEALOGICOS
Particularidades

Pelaje:    90 ZAINO
Cuerpo:   5 TAPADO (UNIFORME)
Cabeza:   5 LISTA
Miembro  8 - MANO IZQ. Y DOS PATAS BLANCAS

Fecha:    13/12/2020          Pagina:     1

**Affidavit of Roberto Zedda**
**Exhibit 11**

Sistema de Autogestion Web de SRA
Fecha de Emisión 13/12/2020

*SOCIEDAD RURAL ARGENTINA*

REGISTRO
GENEALOGICO

## CERTIFICADO DE INSCRIPCION
## RAZA POLO ARGENTINO

INSCRIPTO EN EL SBA

Nº  **D024767**



Criador:  CAMBIASO, ADOLFO                              Criador Nº:    472

Establecimiento:  LA PICAZA

Direccion:  ZONA RURAL

C.P.:  6144     Localidad: WASHINGTON          Pcia.:  CORDOBA

Inscripción de la siguiente cría:        **HEMBRA**

**NOMBRE: FALTA ENVIDO**          **PELAJE: 92  ZAINO COLORADO**          **NACIO:**          **R.P.:          0**

Padre:                                                S.B.A.:          R.P.:

Madre:                                                S.B.A.:          R.P.:

Corresponde este nacimiento al servicio de fecha:                    Folio:          Linea:

Denunciado por el criador:  472  CAMBIASO, ADOLFO

Certificado de Autenticidad

MICROCHIP :

Propietario: LA DOLFINA S.A.,            Receptora:

ADN: S - ANLS 167885 - RES 16        Fecha Implante:

Fecha de última transferencia: 20/08/2011

ESTE CERTIFICADO SERA VALIDO SI LAS
SEÑAS PARTICULARES COINCIDEN CON
LAS DESCRIPTAS AL PIE

### RAZA POLO ARGENTINO - HEMBRA



LADO DERECHO          LADO IZQUIERDO

Señas Particulares

RESERVADO PARA LOS REGISTROS GENEALOGICOS
Particularidades

Pelaje:   92  ZAINO COLORADO
Cuerpo:   5  TAPADO (UNIFORME)
Cabeza:   8  LUCERO
Membro    16 - SIN SEÑAS

**Affidavit of Roberto Zedda**
**Exhibit 12**

Sistema de Autogestion Web asdfdg
Fecha de Emisión 13/12/2020

*SOCIEDAD RURAL ARGENTINA*

REGISTRO
GENEALOGICO

## CERTIFICADO DE INSCRIPCION
## RAZA POLO ARGENTINO

INSCRIPTO EN EL SBA

Nº  **D025374**



Criador:  CAMBIASO, ADOLFO                     Criador Nº:    472

Establecimiento:  LA PICAZA

Direccion:  ZONA RURAL

C.P.:  6144    Localidad: WASHINGTON         Pcia.:  CORDOBA         **Inscripción de la siguiente cría:**    HEMBRA

**NOMBRE:  DOLFINA MEPICA-T/E-**        **PELAJE:  92  ZAINO COLORADO**        **NACIO:  20/12/1999    R.P.:    40**

Padre:  ELLERSTINA PICARO-T/E-                         S.B.A.:         5416    R.P.:    73

Madre:  MELBA                                          S.B.A.:        19236    R.P.:     0

Corresponde este nacimiento al servicio de fecha:    07/01/1999        Folio:              Linea:

Denunciado por el criador:    472  CAMBIASO, ADOLFO

Propietario: LA DOLFINA S.A.,            Receptora:                                              MICROCHIP :

ADN: S  -  ANLS 86236  -  RES 10        Fecha Implante:

Fecha de última transferencia: 01/04/2007

**Certificado de Autenticidad**

ESTE CERTIFICADO SERA VALIDO SI LAS
SEÑAS PARTICULARES COINCIDEN CON
LAS DESCRIPTAS AL PIE

### RAZA POLO ARGENTINO - HEMBRA



Señas Particulares

RESERVADO PARA LOS REGISTROS GENEALOGICOS
Particularidades
Pelaje:   92  ZAINO COLORADO
Cuerpo:   5  TAPADO (UNIFORME)
Cabeza:   5  LISTA
Membro   16 - SIN SEÑAS

Fecha:    13/12/2020                                              Pagina:        1

# Affidavit of Roberto Zedda
# Exhibit 13

Sistema de Autogestion Web de SRA

Fecha de Emisión 13/12/2020

*SOCIEDAD RURAL ARGENTINA*

REGISTRO

GENEALOGICO

## CERTIFICADO DE INSCRIPCION
## RAZA POLO ARGENTINO

INSCRIPTO EN EL SBA

Nº  **D035862**

Certificado de Autenticidad

Criador: LA DOLFINA S.A.,                      Criador Nº:  746

Establecimiento: LA PICAZA

Direccion: ZONA RURAL

C.P.: 6144    Localidad: WASHINGTON         Pcia.: CORDOBA      **Inscripción de la siguiente cría:**  **HEMBRA**

**NOMBRE:** **SMALL PEARSON**        **PELAJE:** **90  ZAINO**        **NACIO:**        **R.P.:**  **0**

Padre:                                                    S.B.A.:              R.P.:

Madre:                                                    S.B.A.:              R.P.:

Corresponde este nacimiento al servicio de fecha:                    Folio:          Linea:

Denunciado por el criador:  746  LA DOLFINA S.A.,

Propietario: LA DOLFINA S.A.,          Receptora:                                    MICROCHIP :

ADN: S  -  ANLS 212020  -  RES 16     Fecha Implante:

ESTE CERTIFICADO SERA VALIDO SI LAS SEÑAS PARTICULARES COINCIDEN CON LAS DESCRIPTAS AL PIE

### RAZA POLO ARGENTINO - HEMBRA



Señas Particulares

RESERVADO PARA LOS REGISTROS GENEALOGICOS
Particularidades

Pelaje:   90  ZAINO
Cuerpo:   5  TAPADO (UNIFORME)
Cabeza:   6  LISTA CORTADA
Miembro   3 - DOS PATAS BLANCAS

Fecha:   13/12/2020                                    Pagina:      1