```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT PIERCE DIVISION
                    CASE NO. 20-82231-CIV-CANNON


LA DOLFINA S.A. LLC, a Florida
limited liability company, and
ALDOLFO CAMBIASO, individually,

             Plaintiffs,                  FORT PIERCE, FLORIDA
        vs.
                                          DECEMBER 21, 2020
D. ALAN MEEKER, individually,
CRESVIEW FARM, LLC, a Texas
limited liability company, and            PAGES 1 - 23
CRESTVIEW GENETICS, LLC, a
Nevada limited liability company,

             Defendants.          /
_____
```

```
         TRANSCRIPT OF VIDEO TELECONFERENCE TRO MOTION HEARING
               BEFORE THE HONORABLE AILEEN M. CANNON
                   UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

```
FOR THE PLAINTIFFS:     AVERY S. CHAPMAN, ESQ.
                        Chapman Law Group, PLC
                        12008 South Shore Blvd.
                        Suite 105
                        Wellington, FL  33414

FOR THE DEFENDANTS:     GARY A. WOODFIELD, ESQ.
                        Haile, Shaw & Pfaffenberger, PA
                        660 U.S. Highway One
                        Third Floor
                        North Palm Beach, FL  33408

                        RYAN D. O'Quinn, ESQ.
                        DLA Piper LLP (US)
                        200 South Biscayne Blvd.
                        Suite 2500
                        Miami, FL  33131

REPORTED BY:            DIANE MILLER, RMR, CRR
                        Official Court Reporter
                        diane_miller@flsd.uscourts.gov
```

Monday, December 21, 2020.

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2            THE COURTROOM DEPUTY:  Good afternoon, Your Honor.
 3   May I call the case?
 4            THE COURT:  Yes, please.
 5            THE COURTROOM DEPUTY:  United States District Court
 6   for the Southern District of Florida now in session, the
 7   Honorable Aileen M. Cannon presiding.
 8            Calling case 20-CV-82231- Cannon; La Dolfina et al.,
 9   versus D. Alan Meeker, et al.  If we can please have counsel
10   appearances starting with the plaintiff.
11            MR. CHAPMAN:  Good morning, Your Honor; greetings
12   from the Equine Law Committee of the Florida Bar.  Avery
13   Chapman on behalf of La Dolfina and Aldolfo Cambiaso,
14   Plaintiffs.
15            THE COURT:  Okay.
16            MR. O'QUINN:  Gary, you are muted there.  I saw you
17   speaking so I didn't want to --
18            MR. WOODFIELD:  Is that better?
19            Good afternoon, Judge.
20            Even though Avery and I are in the same time zone, it
21   is the afternoon, Avery.
22            MR. CHAPMAN:  Oh, it is; thank you, Gary.
23            MR. WOODFIELD:  -- Crestview Farm and Alan Meeker.
24            MR. O'QUINN:  Good afternoon, Your Honor; Ryan
25   O'Quinn on behalf of Crestview Genetics.
```

Monday, December 21, 2020.

```
 1          THE COURT:  Excellent.  Thank you all for appearing
 2   this afternoon.  Am I correct that all parties have entered
 3   appearances in this case?
 4          MR. WOODFIELD:  Yes.
 5          THE COURT:  Well, as you know, we are here today on
 6   Plaintiffs' expedited motion for an ex parte temporary
 7   retraining order at docket entry 13, as well as Plaintiffs'
 8   accompanying motion for expedited discovery at docket entry 14;
 9   and I am also in receipt of Defendants' combined motion to
10   dismiss for lack of jurisdiction at docket entry 18.
11          MR. CHAPMAN:  Your Honor, I might add, there is an
12   affidavit from our office -- I apologize -- that has just been
13   filed -- it is being filed right now in response to that motion
14   which we received the motion less than four hours ago.
15          THE COURT:  Okay.  I have not had an occasion to
16   review that, of course, but we will delve into those issues
17   momentarily.
18          Before we proceed, I just wanted to remind everybody
19   on the prohibition regarding recording this proceeding, either
20   audio or video.  Does anybody have questions about that?
21          MR. O'QUINN:  No, Your Honor.
22          THE COURT:  I would like to start off with the
23   jurisdictional questions being as how I am obliged to assure
24   myself of the Court's jurisdiction before proceeding with the
25   merits for any potential injunctive relief.
```

Monday, December 21, 2020.

```
 1          So, Mr. Chapman, have you had an opportunity to
 2   review defendant's motion to dismiss?
 3          MR. CHAPMAN:  I have, Your Honor; and again, we
 4   received the motion four hours ago.  I would suggest, Your
 5   Honor, that you continue the hearing for the next five minutes
 6   while you receive the two-page affidavit that is just now being
 7   filed and review it so we have can have a cogent conversation,
 8   a context of those factual averments and the rebuttal to those
 9   averments from the affidavit that's being filed.  I think
10   that's fair and reasonable under the circumstances.  You should
11   see that on the docket now or in the next several minutes.  It
12   is literally being filed as we speak.
13          THE COURT:  Okay.  I will grant that limited recess,
14   so the Court will be in recess for the next ten minutes.  I'll
15   see you momentarily.
16          MR. CHAPMAN:  Thank you, Your Honor.
17          THE COURT:  You're welcome.
18      (Recess was had at 2:04 p.m.; and the proceedings
19      resumed at 2:06 p.m.)
20          THE COURTROOM DEPUTY:  Counsel, just be aware,
21   Mr. Chapman, we just checked the docket, it is still not
22   showing up, your affidavit that you filed.
23          MR. CHAPMAN:  It is literally being filed as we
24   speak.  There was a glitch with the -- it will be there in a
25   second.
```

Monday, December 21, 2020.

```
 1              THE COURTROOM DEPUTY:  Okay, thank you.  We will keep
 2   watching for it.  Thank you.
 3       (Recess was had at 2:06 p.m.; and the proceedings
 4       resumed at 2:14 p.m.)
 5              THE COURT:  Okay, the Court is back in session,
 6   having reviewed docket 19.  Are all parties back on board?
 7       (Counsel speaking simultaneously)
 8              MR. WOODFIELD:  -- the affidavit now, Your Honor, to
 9   go on to make it to us.
10              MR. O'QUINN:  I just received it myself.
11              THE COURT:  Does anybody need more time to review it?
12              I'll repeat:  Does anybody need time to review docket
13   entry 19?
14       (Counsel speaking simultaneously)
15              THE COURT:  One at a time.
16              MR. O'QUINN:  Go ahead, Gary.
17              MR. WOODFIELD:  Go ahead, Ryan.
18              MR. O'QUINN:  Your Honor, I just received it.  I'm
19   reading it for the first time, so if I may have a minute or two
20   to look at it.  I don't know if you wanted to start the
21   hearing, but I can read it fairly quickly.
22              THE COURT:  I would prefer that everybody have a
23   chance to read it in its entirety.  So it is 2:15, please come
24   back at 2:20.
25              MR. O'QUINN:  Yes, Your Honor.
```

Monday, December 21, 2020.

```
1              MR. WOODFIELD:  Thank you.
2         (Recess was had at 2:15 p.m.; and the proceedings
3         resumed at 2:20 p.m.)
4              THE COURTROOM DEPUTY:  This court is back in session.
5              THE COURT:  Back online?
6              THE COURTROOM DEPUTY:  Yes, Your Honor.
7              THE COURT:  I don't see Mr. -- okay, now I see
8    Mr. Chapman.
9              MR. CHAPMAN:  Hello, Your Honor.
10             Thank you, Your Honor.
11             THE COURT:  You're welcome.
12             I have had an opportunity to review the most recent
13   affidavit, docket entry 19.  Let's start first with the
14   question of subject matter jurisdiction.  I understand the
15   defendants are contending that there is a lack of complete
16   diversity because there is at least one alien on both sides of
17   this action.  So, Mr. Chapman, what is your response to that?
18             MR. CHAPMAN:  Well, okay, with respect to subject
19   matter jurisdiction, we have an alien who -- Mr. Cambiaso who,
20   nevertheless, has done business here, in Florida, and admits
21   doing business here, in Florida, with Mr. Meeker.
22             In diversity, you have a -- and by the way, let me
23   step back.  First of all, hello.  Mr. Woodfield and I know each
24   other; Mr. O'Quinn, I do not, but we have had a chance to chat.
25   Mr. Woodfield and I have discussed, so it is a very cordial
```

1  relationship amongst Counsel here.  I'd just like to give Your
2  Honor the background in that.  I think it is important as we
3  schedule a lot of time together in a case to let you know that
4  the relationships of the parties -- the attorneys are very
5  cordial.  At this time, this thing is moving at light speed,
6  but this doesn't mean there is a lack of professionalism
7  amongst attorneys.
8          I want to give Your Honor a little background.  I
9  always introduce myself.  I'm entering my 30th year of
10 practice.  I founded the Florida Bar's Equine Law Committee.
11 I'm business torts litigator as well.  I live here in
12 Wellington as a horseman, as well, with my practicing which
13 focuses on matters regarding the equine world and business law
14 context, so hello.
15         This matter has moved quickly and on -- just looking
16 at the docket, we filed the complaint and sent courtesy copies
17 to the Texas counsel of which we were aware of for the entity.
18 So they have known since the 8th of December or perhaps the 9th
19 that this complaint was out there and that we sent courtesy
20 copies of the expedited motion for preliminary injunction.  The
21 first one, we sent courtesy copies to them as well.  So today,
22 at 10:45, we got a motion to dismiss, and we have had to react
23 to that.  So to the extent that you might think that there is
24 any factual averment in response is not present.  We have
25 literally had -- and I had a deposition this morning in another

1  case.  So should you wonder, well, why isn't something here,

2  Mr. Chapman; I just want to tell you, yeah, they filed this

3  thing, their motion to dismiss at the last minute for whatever

4  reasons that they needed to.  And we have filed our affidavit

5  but have not filed a legal memorandum.  So I would like the

6  opportunity to file a legal memorandum in response, before Your

7  Honor rules.

8  　　　　　THE COURT:  And that's perfectly reasonable.  So do

9  you want to address the question of subject matter jurisdiction

10  this afternoon, or would you like to adjourn the hearing in

11  anticipation of a memorandum law on that question?  Because I

12  can see that the defendants make a rather compelling case that

13  there is no diversity jurisdiction in this case, given that at

14  least Crestview Genetics has a foreign member and Mr. Cambiaso,

15  I take it, is also a foreign party, and therefore there would

16  be a lack of complete diversity given the current complaint in

17  its current form.

18  　　　　　MR. CHAPMAN:  Your Honor, I think it would be cogent

19  to do the following.  First of all, there have been plenty of

20  courts that have, while they prefer to address jurisdiction and

21  then rule, when you have emergent circumstances, the court will

22  sometimes enter a restraining order in advance of conducting a

23  hearing on a preliminary injunction and in the interim hear an

24  issue here on the issue of jurisdiction.  I think that's

25  appropriate here, given the harm that is imminently occurring,

1   as Your Honor can see from the affidavits filed with the ex

2   parte motion earlier on the 14th.

3           So I do consider the order of proceedings would not

4   be to adjourn the entire hearing.  Your Honor could reserve

5   jurisdiction on the jurisdictional issue and allow us to brief

6   it, and then Your Honor could rule thereupon and nevertheless

7   hear the remainder of the hearing right now.

8           And I'll just make as a note, a company is a citizen

9   of wherever it does business; and if they are doing business

10  here, then they are doing business here.  The fact that there

11  is a member that's a foreign entity or foreign person does not

12  mean that that defeats diversity, but I'm not briefing the

13  issue right now.

14          So my respectful suggestion would be that Your Honor

15  reserve on jurisdiction, allow us to brief the matter and

16  provide any other affidavits, and proceed on the temporary

17  retraining order arguments subject to Your Honor ruling on the

18  jurisdictional issue.

19          THE COURT:  Mr. Woodfield, would you like to comment

20  on that suggestion?

21          MR. WOODFIELD:  I would, Your Honor.

22          Obviously, we vehemently oppose that.  Your Honor

23  correctly identified that there is a substantial subject matter

24  jurisdiction question here; and, of course, you just asked

25  Mr. Chapman to address that and effectively he failed to do so.

Monday, December 21, 2020.

1  Obviously, that is a threshold issue that must be resolved
2  first, before you could enter any other orders, and so that
3  needs to be addressed.  And again, it's compelling.  I mean,
4  this affidavit that was just filed seems to be addressing those
5  personal jurisdiction issues in context, and that may be an
6  issue or issues that need to be fleshed out.
7           But the subject matter jurisdiction issue couldn't be
8  clearer.  You have aliens on both sides of the caption; not an
9  issue, Mr. Chapman cannot refute that, and we cite and I can
10 quote the Eleventh Circuit case of *Cabalceta* which specifically
11 states that "the presence of at least one alien on both sides
12 of an action destroys diversity."  That's the law in this
13 circuit.
14          The facts on the subject matter issue are not in
15 dispute nor could they be with the present alignment of these
16 parties.  And so if Mr. Chapman wants time to address that by
17 memo, that's fine; but I don't see how the Court could proceed
18 to enter another order with that issue lingering.
19          MR. CHAPMAN:  Well, my -- I'm sorry, Mr. Quinn [sic]
20 probably wants to be heard before I respond.
21          THE COURT:  Certainly, Mr. Quinn -- or Mr. O'Quinn, I
22 should say.
23          MR. O'QUINN:  Thank you, Your Honor.
24          Your Honor, not only are there actual problems with
25 subject matter jurisdiction, there are problems in the manner

Monday, December 21, 2020.

1  in which the complaint avers jurisdiction.  So while I

2  certainly understand a desire to delay so that Mr. Chapman can

3  brief the issue, I would submit that additional briefing will

4  not cure the facial problems that the complaint suffers.  So I

5  would submit that another option before the Court would be to

6  dismiss the complaint because it fails to aver jurisdiction,

7  and that would give him an opportunity to reapproach the

8  complaint because I don't see how, even with additional factual

9  submissions and declarations, one can overcome the facial

10 deficiency of this complaint as averred.

11         THE COURT:  Mr. Chapman, anything further?

12         MR. CHAPMAN:  Yes, Your Honor.  Respectfully in

13 response, I could say that the more cogent approach would be

14 either.  To continue the entire hearing, so I would suggest

15 that Your Honor should hear us on the preliminary injunction --

16 excuse me, on the temporary restraining order facets or

17 elements because then Your Honor doesn't have to reconvene us

18 on that.  If your Honor doesn't want to hear us on that

19 argument, then I think it would make sense to adjourn this

20 hearing for -- I don't know, 24 hours, 48 hours, give us a

21 chance to take a little deeper look at that.

22         Again, this was filed 10:45 this morning, while I was

23 in deposition, although they have known for six days that this

24 type of motion was pending.  So I feel that that's a little bit

25 of the quintessential litigation by ambush.  I think it was a

1   good maneuver, I love them.  I think holding on the motion

2   until today, great move; but I think that that is a little bit

3   unfair on Plaintiffs who are clearly suffering.  I don't think

4   anyone is going to debate imminent harm before we can get to

5   the merits of the entire restraining order.  So I would suggest

6   that no, you --

7            MR. WOODFIELD:  May I just respond to that briefly?

8            MR. CHAPMAN:  -- adjourn the hearing.

9            I don't know for a fact that they held on to the

10  motion, but I do know that we should not have our complaint

11  dismissed today on essentially less than four hours notice that

12  they were going to bring this motion without an opportunity to

13  cogently respond to it.

14           Thank you, Your Honor.

15           THE COURT:  One final word from Mr. Woodfield.

16           MR. WOODFIELD:  I just wanted to say, I mean, I'm

17  trying to attribute some kind of deceptiveness to us.  I was

18  sound asleep when this TRO motion was filed Friday night; and

19  in the interim, we were able to get the motion to dismiss

20  together before Your Honor, so I don't see any slight of hand

21  here.

22           It is a substantive issue which, if Mr. Chapman wants

23  time to address it, he should.  We don't believe it could be

24  cured; but if he wants the opportunity to brief it, so be it.

25  We would like the opportunity as provided by the local rules to

```
1   reply to any memo he submits.
2           MR. O'QUINN:  Your Honor, if I may add one, point --
3   I apologize, Your Honor.
4           THE COURT:  That's okay.  You may proceed.
5           MR. O'QUINN:  Sure.  It is also worth noting that
6   subject matter jurisdiction, unlike many defenses, is not a
7   defense that needs to be raised by the defendant.  It can be
8   raised sua sponte by the Court.  It can be raised any time post
9   judgment.  So the failings of this complaint lie in the
10  complaint and with the drafter, not with us who raised -- you
11  know, filed a well-filed motion within the hours -- business
12  hours of receiving the notice that we had a hearing today that
13  this would be a substantive portion of.  So it was incumbent
14  upon us to bring to the Court the subject matter jurisdiction
15  issue, and we only got notice of that on Saturday.  So it is
16  patently unfair to paint us with a brush of gamesmanship.  And
17  ultimately, based on the conversation today in court, I think
18  the Court can see that there is no way to surmount subject
19  matter jurisdiction as it currently stands because the
20  membership of the LLCs cannot be changed to fix it.
21          THE COURT:  Well, thank you.
22          Okay.  Mr. Chapman, how much time would you need to
23  prepare a response to the motion to dismiss on jurisdictional
24  grounds?
25          MR. CHAPMAN:  Forty-eight hours, no more.  I could do
```

Monday, December 21, 2020.

```
1    less, if Your Honor needed less.
2           THE COURT:  That's fine.  I can grant you a 48-hour
3    window within which to prepare a response.  The problem with
4    that is then you are running into the Christmas holiday.  The
5    Court is closed on Christmas Eve and Christmas Day which means
6    any hearing on a preliminary injunction motion would happen no
7    earlier than Monday the 28th.
8           MR. CHAPMAN:  May I make a suggestion?
9           Your Honor can conceivably grant a TRO while
10   specifically signing that no party waives their subject matter
11   jurisdiction or personal jurisdiction claims.  That would just
12   hold the parties status quo without any movement, without any
13   detriment to anyone; no one is doing anything for several days.
14   I don't think that's an unreasonable suggestion.
15          THE COURT:  Thank you for your suggestion, but the
16   Court is unwilling to enjoin a defendant when it is very
17   uncomfortable about its jurisdiction over the case.
18          MR. CHAPMAN:  Fair enough.
19          THE COURT:  What we are going to do is adjourn the
20   hearing to give Mr. Chapman an opportunity to respond.  Please
21   focus in your response on the subject matter portion as well as
22   the personal jurisdiction.  I take the affidavit to focus more
23   on the latter, but the Court will require an analysis of both
24   the juris, and then we will enter a separate order depending on
25   how that response shakes out.
```

Monday, December 21, 2020.

```
1            MR. CHAPMAN:  Okay.  May I -- thank you, Your Honor.

2            MR. WOODFIELD:  Your Honor --

3            MR. CHAPMAN:  Thank you for that guidance.

4            May I just inquire then, if Your Honor finds that

5    jurisdiction is suitable, then Your Honor would proceed with

6    the temporary restraining order hearing at that time?

7            THE COURT:  Presumably yes, provided I'm comfortable

8    enough that the jurisdictional prerequisites are satisfied,

9    then we would schedule another hearing to discuss the

10   preliminary injunction at that point.  If we were to get that

11   far, I would want the plaintiffs to make a more detailed and

12   more elaborate showing as to the likelihood of success on the

13   merits.

14           I have reviewed your submissions fully, and I am

15   still unclear on your position with respect to likelihood of

16   success on the merits taking into account the particular

17   contractual provision that you have attached to your complaint.

18   But again, that is all contingent upon the Court's assessment

19   of jurisdiction which is not due until it hears from

20   Mr. Chapman in writing.  So we are going to adjourn the hearing

21   today, December 21st.  You would have until December 23rd,

22   Mr. Chapman, to file any response to the motion to dismiss.

23           Is there anything further from, Mr. Woodfield?

24           MR. WOODFIELD:  Yes, Your Honor.  We would like the

25   opportunity, as provided in the local rules, to have the
```

1  opportunity to file a reply.  May we have until -- I mean, this

2  is a difficult -- I have a life and I have other clients.  This

3  is a pretty tough time to do this, but I mean I would like to

4  at least maybe the next -- a week from tomorrow to file a

5  reply.  I mean, that's only a couple -- that's probably one

6  business day.

7          MR. CHAPMAN:  Well, I just say that then gives them

8  more time to reply than I had to respond.

9          MR. WOODFIELD:  Good, take another day.  I mean, this

10 is a dispositive issue which is critical in this case.

11         MR. CHAPMAN:  I agree; I agree, gentlemen.  I

12 absolutely agree, I just think we should have the quality of

13 time.

14         MR. O'QUINN:  And, Your Honor -- I'm sorry, Your

15 Honor.  I would suggest that perhaps what we could do here is a

16 briefing schedule because I think two things have now been

17 conflated.  The motion to dismiss is a motion that stands on

18 its own.  We accelerated trying to get that out because,

19 obviously, it is a prerequisite of variability to go forward

20 with a substantive hearing.  That said, it might make sense to

21 have a briefing schedule for us to respond to the TRO motion

22 and also for him to address these issues.

23         We are the respondent to the TRO motion which was

24 filed late in the evening on a Friday.  We find ourselves now,

25 on the Monday, the week of Christmas, you know, I -- it just

1  seems like we should have an opportunity to respond

2  particularly in light of some of the facial issues associated

3  with this complaint and the likelihood of success that you

4  raised.

5          THE COURT:  I take your point, Mr. O'Quinn; and I do

6  want to give the parties an ability to respond to any future

7  response by Mr. Chapman, so I will enter an order following

8  this hearing establishing an accelerated briefing schedule but

9  one that at least allows the parties to respond and allows you

10  to enjoy the Christmas holiday with your families.

11          Anything further from the parties?

12          MR. CHAPMAN:  Your Honor, just so I understand,

13  though, essentially we are talking about a structured briefing

14  schedule on the motion to dismiss and on the temporary

15  restraining order motions; is that correct?

16          THE COURT:  Really on the threshold question of

17  jurisdiction that was raised in the defendant's combined motion

18  to dismiss.  So I'm anticipating a response by you to that

19  motion to dismiss, and then a reply filed by the defendants to

20  your response; and if the Court, at that point, is satisfied

21  that it does have jurisdiction over the case, then we can

22  proceed to consider the question of a preliminary injunction.

23  But I cannot enjoin a party from taking any action if I have no

24  authority to act in the case.

25          MR. CHAPMAN:  Understood.  Thank you, Your Honor, for

```
1   that clarification, much appreciated.

2              THE COURT:  You're welcome.

3              MR. WOODFIELD:  Thank you, Your Honor; nice to appear

4   before you.

5              THE COURT:  Thank you for being here.

6              If I don't see you before Christmas, Merry Christmas,

7   and I hope that you all continue to stay well and healthy

8   during this unprecedented year.

9              MR. O'QUINN:  Thank you, Your Honor; you as well.

10             MR. CHAPMAN:  Thank you.

11             THE COURT:  Thank you.  The hearing is adjourned.

12         (PROCEEDINGS ADJOURNED AT 2:38 p.m.)

13

14                    * * * * * * * * *

15

16                    C-E-R-T-I-F-I-C-A-T-E

17             I hereby certify that the foregoing is

18         an accurate transcription and proceedings in the

19         above-entitled matter.

20
    12/28/2020                /s/ DIANE MILLER
21  DATE                      DIANE MILLER, RMR, CRR, CRC
                              Official Court Reporter
22                            United States District Court
                              701 Clematis Street, Room 259
23                            West Palm Beach, FL  33401
                              561-514-3728
24

25
```

MR. CHAPMAN: [22]
MR. O'QUINN: [11]  2/15 2/23 3/20
5/9 5/15 5/17 10/22 13/1 13/4 16/13
18/8
MR. WOODFIELD: [13]  2/17 2/22 3/3
5/7 5/16 5/25 9/20 12/6 12/15 15/1
15/23 16/8 18/2
THE COURT: [28]
THE COURTROOM DEPUTY: [6]  2/1
2/4 4/19 4/25 6/3 6/5

/

/s [1]  18/20

1

105 [1]  1/16
10:45 [2]  7/22 11/22
12/28/2020 [1]  18/20
12008 [1]  1/16
13 [1]  3/7
14 [1]  3/8
14th [1]  9/2
18 [1]  3/10
19 [3]  5/6 5/13 6/13

2

20-82231-CIV-CANNON [1]  1/2
20-CV-82231 [1]  2/8
200 [1]  1/22
2020 [2]  1/7 18/20
21 [1]  1/7
21st [1]  15/21
23 [1]  1/8
23rd [1]  15/21
24 [1]  11/20
2500 [1]  1/22
259 [1]  18/22
28th [1]  14/7
2:04 [1]  4/18
2:06 [2]  4/19 5/3
2:14 [1]  5/4
2:15 [2]  5/23 6/2
2:20 [2]  5/24 6/3
2:38 [1]  18/12

3

30th [1]  7/9
33131 [1]  1/23
33401 [1]  18/23
33408 [1]  1/20
33414 [1]  1/17
3728 [1]  18/23

4

48 [1]  11/20
48-hour [1]  14/2

5

561-514-3728 [1]  18/23

6

660 [1]  1/19

7

701 [1]  18/22

8

82231 [1]  2/8
8th [1]  7/18

9

9th [1]  7/18

A

a couple [1]  16/5
ability [1]  17/6
able [1]  12/19
above [1]  18/19
above-entitled [1]  18/19
absolutely [1]  16/12
accelerated [2]  16/18 17/8
accompanying [1]  3/8
account [1]  15/16
accurate [1]  18/18
act [1]  17/24
action [3]  6/17 10/12 17/23
actual [1]  10/24
add [2]  3/11 13/2
additional [2]  11/3 11/8
address [6]  8/9 8/20 9/25 10/16 12/23
 16/22
addressed [1]  10/3
addressing [1]  10/4
adjourn [6]  8/10 9/4 11/19 12/8 14/19
 15/20
adjourned [2]  18/11 18/12
admits [1]  6/20
advance [1]  8/22
affidavit [9]  3/12 4/6 4/9 4/22 5/8 6/13
 8/4 10/4 14/22
affidavits [2]  9/1 9/16
afternoon [6]  2/2 2/19 2/21 2/24 3/2
 8/10
again [4]  4/3 10/3 11/22 15/18
ago [2]  3/14 4/4
agree [3]  16/11 16/11 16/12
ahead [2]  5/16 5/17
AILEEN [2]  1/12 2/7
al [2]  2/8 2/9
ALAN [3]  1/7 2/9 2/23
ALDOLFO [2]  1/5 2/13
alien [3]  6/16 6/19 10/11
aliens [1]  10/8
alignment [1]  10/15
allow [2]  9/5 9/15
allows [2]  17/9 17/9
also [4]  3/9 8/15 13/5 16/22
although [1]  11/23
always [1]  7/9
am [4]  3/2 3/9 3/23 15/14
ambush [1]  11/25
amongst [2]  7/1 7/7
analysis [1]  14/23
another [5]  7/25 10/18 11/5 15/9 16/9
anticipating [1]  17/18
anticipation [1]  8/11
anybody [3]  3/20 5/11 5/12
anyone [2]  12/4 14/13
anything [4]  11/11 14/13 15/23 17/11
apologize [2]  3/12 13/3
appear [1]  18/3
appearances [3]  1/14 2/10 3/3

appearing [1]  3/1
appreciated [1]  18/1
approach [1]  11/13
appropriate [1]  8/25
argument [1]  11/19
arguments [1]  9/17
asked [1]  9/24
asleep [1]  12/18
assessment [1]  15/18
associated [1]  17/2
assure [1]  3/23
attached [1]  15/17
attorneys [2]  7/4 7/7
attribute [1]  12/17
audio [1]  3/20
authority [1]  17/24
aver [1]  11/6
averment [1]  7/24
averments [2]  4/8 4/9
averred [1]  11/10
avers [1]  11/1
AVERY [4]  1/15 2/12 2/20 2/21
aware [2]  4/20 7/17

B

background [2]  7/2 7/8
Bar [1]  2/12
Bar's [1]  7/10
based [1]  13/17
Beach [1]  1/20 18/23
before [11]  1/12 3/18 3/24 8/6 10/2
 10/20 11/5 12/4 12/20 18/4 18/6
behalf [2]  2/13 2/25
believe [1]  12/23
better [1]  2/18
Biscayne [1]  1/22
bit [2]  11/24 12/2
Blvd [2]  1/16 1/22
board [1]  5/6
both [4]  6/16 10/8 10/11 14/23
brief [4]  9/5 9/15 11/3 12/24
briefing [6]  9/12 11/3 16/16 16/21 17/8
 17/13
briefly [1]  12/7
bring [2]  12/12 13/14
brush [1]  13/16
business [9]  6/20 6/21 7/11 7/13 9/9
 9/9 9/10 13/11 16/6

C

C-E-R-T-I-F-I-C-A-T-E [1]  18/16
Cabalceta [1]  10/10
call [1]  2/3
Calling [1]  2/8
CAMBIASO [4]  1/5 2/13 6/19 8/14
CANNON [4]  1/2 1/12 2/7 2/8
cannot [3]  10/9 13/20 17/23
caption [1]  10/8
case [13]  1/2 2/3 2/8 3/3 7/3 8/1 8/12
 8/13 10/10 14/17 16/10 17/21 17/24
certainly [2]  10/21 11/2
certify [1]  18/17
chance [3]  5/23 6/24 11/21
changed [1]  13/20
CHAPMAN [19]
chat [1]  6/24

# C

checked [1]  4/21
Christmas [7]  14/4 14/5 14/5 16/25
 17/10 18/6 18/6
circuit [2]  10/10 10/13
circumstances [2]  4/10 8/21
cite [1]  10/9
citizen [1]  9/8
CIV [1]  1/2
claims [1]  14/11
clarification [1]  18/1
clearer [1]  10/8
clearly [1]  12/3
Clematis [1]  18/22
clients [1]  16/2
closed [1]  14/5
cogent [3]  4/7 8/18 11/13
cogently [1]  12/13
combined [2]  3/9 17/17
come [1]  5/23
comfortable [1]  15/7
comment [1]  9/19
Committee [2]  2/12 7/10
company [4]  1/4 1/8 1/9 9/8
compelling [2]  8/12 10/3
complaint [13]  7/16 7/19 8/16 11/1
 11/4 11/6 11/8 11/10 12/10 13/9
 13/10 15/17 17/3
complete [2]  6/15 8/16
conceivably [1]  14/9
conducting [1]  8/22
conflated [1]  16/17
consider [2]  9/3 17/22
contending [1]  6/15
context [3]  4/8 7/14 10/5
contingent [1]  15/18
continue [3]  4/5 11/14 18/7
contractual [1]  15/17
conversation [2]  4/7 13/17
copies [3]  7/16 7/20 7/21
cordial [2]  6/25 7/5
correctly [1]  9/23
could [9]  9/4 9/6 10/2 10/15 10/17
 11/13 12/23 13/25 16/15
couldn't [1]  10/7
counsel [6]  2/9 4/20 5/7 5/14 7/1 7/17
couple [1]  16/5
course [2]  3/16 9/24
Court's [2]  3/24 15/18
courtesy [3]  7/16 7/19 7/21
courts [1]  8/20
CRC [1]  18/21
CRESTVIEW [4]  1/9 2/23 2/25 8/14
CRESVIEW [1]  1/8
critical [1]  16/10
CRR [2]  1/24 18/21
cure [1]  11/4
cured [1]  12/24
current [2]  8/16 8/17
currently [1]  13/19
CV [1]  2/8

# D

DATE [1]  18/21
day [3]  14/5 16/6 16/9
days [2]  11/23 14/13

debate [1]  12/4
DECEMBER [4]  1/7 7/18 15/21 15/21
deceptiveness [1]  12/17
declarations [1]  11/9
deeper [1]  11/21
defeats [1]  9/12
defendant [2]  13/7 14/16
defendant's [2]  4/2 17/17
defendants [5]  1/10 1/18 6/15 8/12
 17/19
Defendants' [1]  3/9
defense [1]  13/7
defenses [1]  13/6
deficiency [1]  11/10
delay [1]  11/2
delve [1]  3/16
depending [1]  14/24
deposition [2]  7/25 11/23
desire [1]  11/2
destroys [1]  10/12
detailed [1]  15/11
detriment [1]  14/13
diane [4]  1/24 1/25 18/20 18/21
difficult [1]  16/2
discovery [1]  3/8
discuss [1]  15/9
discussed [1]  6/25
dismiss [12]  3/10 4/2 7/22 8/3 11/6
 12/19 13/23 15/22 16/17 17/14 17/18
 17/19
dismissed [1]  12/11
dispositive [1]  16/10
dispute [1]  10/15
DISTRICT [6]  1/1 1/1 1/13 2/5 2/6
 18/22
diversity [6]  6/16 6/22 8/13 8/16 9/12
 10/12
DIVISION [1]  1/2
DLA [1]  1/21
docket [9]  3/7 3/8 3/10 4/11 4/21 5/6
 5/12 6/13 7/16
doesn't [3]  7/6 11/17 11/18
doing [4]  6/21 9/9 9/10 14/13
DOLFINA [3]  1/4 2/8 2/13
done [1]  6/20
drafter [1]  13/10
due [1]  15/19
during [1]  18/8

# E

each [1]  6/23
earlier [2]  9/2 14/7
effectively [1]  9/25
eight [1]  13/25
either [2]  3/19 11/14
elaborate [1]  15/12
elements [1]  11/17
Eleventh [1]  10/10
emergent [1]  8/21
enjoin [2]  14/16 17/23
enjoy [1]  17/10
enough [2]  14/18 15/8
enter [5]  8/22 10/2 10/18 14/24 17/7
entered [1]  3/2
entering [1]  7/9
entire [3]  9/4 11/14 12/5

entirety [1]  5/23
entitled [1]  18/19
entity [2]  7/17 9/11
entry [5]  3/7 3/8 3/10 5/13 6/13
equine [3]  2/12 7/10 7/13
ESQ [3]  1/15 1/18 1/21
essentially [2]  12/11 17/13
establishing [1]  17/8
et [2]  2/8 2/9
Eve [1]  14/5
even [2]  2/20 11/8
evening [1]  16/24
everybody [2]  3/18 5/22
ex [2]  3/6 9/1
Excellent [1]  3/1
excuse [1]  11/16
expedited [3]  3/6 3/8 7/20
extent [1]  7/23

# F

facets [1]  11/16
facial [3]  11/4 11/9 17/2
fact [2]  9/10 12/9
facts [1]  10/14
factual [3]  4/8 7/24 11/8
failed [1]  9/25
failings [1]  13/9
fails [1]  11/6
fair [2]  4/10 14/18
fairly [1]  5/21
families [1]  17/10
far [1]  15/11
FARM [2]  1/8 2/23
feel [1]  11/24
file [4]  8/6 15/22 16/1 16/4
filed [19]
final [1]  12/15
find [1]  16/24
finds [1]  15/4
fine [2]  10/17 14/2
first [6]  5/19 6/13 6/23 7/21 8/19 10/2
five [1]  4/5
fix [1]  13/20
FL [4]  1/17 1/20 1/23 18/23
fleshed [1]  10/6
Floor [1]  1/19
FLORIDA [8]  1/1 1/4 1/6 2/6 2/12 6/20
 6/21 7/10
flsd.uscourts.gov [1]  1/25
focus [2]  14/21 14/22
focuses [1]  7/13
following [2]  8/19 17/7
foregoing [1]  18/17
foreign [4]  8/14 8/15 9/11 9/11
form [1]  8/17
FORT [2]  1/2 1/6
Forty [1]  13/25
Forty-eight [1]  13/25
forward [1]  16/19
founded [1]  7/10
four [3]  3/14 4/4 12/11
Friday [2]  12/18 16/24
fully [1]  15/14
further [3]  11/11 15/23 17/11
future [1]  17/6

**G**

GARY [4]  1/18 2/16 2/22 5/16
GENETICS [3]  1/9 2/25 8/14
gentlemen [1]  16/11
give [6]  7/1 7/8 11/7 11/20 14/20 17/6
given [3]  8/13 8/16 8/25
gives [1]  16/7
glitch [1]  4/24
good [6]  2/2 2/11 2/19 2/24 12/1 16/9
got [2]  7/22 13/15
grant [3]  4/13 14/2 14/9
great [1]  12/2
greetings [1]  2/11
grounds [1]  13/24
Group [1]  1/15
guidance [1]  15/3

**H**

Haile [1]  1/18
hand [1]  12/20
happen [1]  14/6
harm [2]  8/25 12/4
have [40]
having [1]  5/6
healthy [1]  18/7
hear [4]  8/23 9/7 11/15 11/18
heard [1]  10/20
hearing [19]
hears [1]  15/19
held [1]  12/9
hello [3]  6/9 6/23 7/14
here [14]  3/5 6/20 6/21 7/1 7/11 8/1
 8/24 8/25 9/10 9/10 9/24 12/21 16/15
 18/5
hereby [1]  18/17
Highway [1]  1/19
him [2]  11/7 16/22
hold [1]  14/12
holding [1]  12/1
holiday [2]  14/4 17/10
Honor [48]
HONORABLE [2]  1/12 2/7
hope [1]  18/7
horseman [1]  7/12
hour [1]  14/2
hours [8]  3/14 4/4 11/20 11/20 12/11
 13/11 13/12 13/25

**I**

I'd [1]  7/1
I'll [3]  4/14 5/12 9/8
I'm [9]  5/18 7/9 7/11 9/12 10/19 12/16
 15/7 16/14 17/18
identified [1]  9/23
imminent [1]  12/4
imminently [1]  8/25
important [1]  7/2
incumbent [1]  13/13
individually [2]  1/5 1/7
injunction [6]  7/20 8/23 11/15 14/6
 15/10 17/22
injunctive [1]  3/25
inquire [1]  15/4
interim [2]  8/23 12/19
introduce [1]  7/9
is [56]

**---**

isn't [1]  8/1
issue [15]  8/24 8/24 9/5 9/13 9/18
 10/1 10/6 10/7 10/9 10/14 10/18 11/3
 12/22 13/15 16/10
issues [5]  3/16 10/5 10/6 16/22 17/2
it [46]
it's [1]  10/3
its [4]  5/23 8/17 14/17 16/18

**J**

JUDGE [2]  1/13 2/19
judgment [1]  13/9
juris [1]  14/24
jurisdiction [27]
jurisdictional [5]  3/23 9/5 9/18 13/23
 15/8

**K**

keep [1]  5/1
kind [1]  12/17
known [2]  7/18 11/23

**L**

LA [3]  1/4 2/8 2/13
lack [4]  3/10 6/15 7/6 8/16
last [1]  8/3
late [1]  16/24
latter [1]  14/23
law [6]  1/15 2/12 7/10 7/13 8/11 10/12
least [5]  6/16 8/14 10/11 16/4 17/9
legal [2]  8/5 8/6
less [4]  3/14 12/11 14/1 14/1
let [2]  6/22 7/3
Let's [1]  6/13
liability [3]  1/4 1/8 1/9
lie [1]  13/9
life [1]  16/2
light [2]  7/5 17/2
like [9]  3/22 7/1 8/5 8/10 9/19 12/25
 15/24 16/3 17/1
likelihood [3]  15/12 15/15 17/3
limited [4]  1/4 1/8 1/9 4/13
lingering [1]  10/18
literally [3]  4/12 4/23 7/25
litigation [1]  11/25
litigator [1]  7/11
little [4]  7/8 11/21 11/24 12/2
live [1]  7/11
LLC [3]  1/4 1/8 1/9
LLCs [1]  13/20
LLP [1]  1/21
local [2]  12/25 15/25
look [2]  5/20 11/21
looking [1]  7/15
lot [1]  7/3
love [1]  12/1

**M**

make [7]  5/9 8/12 9/8 11/19 14/8
 15/11 16/20
maneuver [1]  12/1
manner [1]  10/25
many [1]  13/6
matter [15]  6/14 6/19 7/15 8/9 9/15
 9/23 10/7 10/14 10/25 13/6 13/14
 13/19 14/10 14/21 18/19
matters [1]  7/13

**---**

maybe [1]  16/4
mean [8]  7/6 9/12 10/3 12/16 16/1
 16/3 16/5 16/9
means [1]  14/5
MEEKER [4]  1/7 2/9 2/23 6/21
member [2]  8/14 9/11
membership [1]  13/20
memo [2]  10/17 13/1
memorandum [3]  8/5 8/6 8/11
merits [4]  3/25 12/5 15/13 15/16
Merry [1]  18/6
Miami [1]  1/23
might [3]  3/11 7/23 16/20
miller [4]  1/24 1/25 18/20 18/21
minute [2]  5/19 8/3
minutes [3]  4/5 4/11 4/14
momentarily [2]  3/17 4/15
Monday [2]  14/7 16/25
more [7]  5/11 11/13 13/25 14/22
 15/11 15/12 16/8
morning [3]  2/11 7/25 11/22
most [1]  6/12
motion [29]
motions [1]  17/15
move [1]  12/2
moved [1]  7/15
movement [1]  14/12
moving [1]  7/5
MR [4]  5/25 6/7 6/19 8/14
Mr. [27]
Mr. Chapman [16]  4/1 4/21 6/8 6/17
 8/2 9/25 10/9 10/16 11/2 11/11 11/22
 13/22 14/20 15/20 15/22 17/7
Mr. Meeker [1]  6/21
Mr. O'Quinn [3]  6/24 10/21 17/5
Mr. Quinn [2]  10/19 10/21
Mr. Woodfield [5]  6/23 6/25 9/19
 12/15 15/23
much [2]  13/22 18/1
must [1]  10/1
muted [1]  2/16
myself [3]  3/24 5/10 7/9

**N**

need [4]  5/11 5/12 10/6 13/22
needed [2]  8/4 14/1
needs [2]  10/3 13/7
Nevada [1]  1/9
nevertheless [2]  6/20 9/6
next [4]  4/5 4/11 4/14 16/4
nice [1]  18/3
night [1]  12/18
North [1]  1/20
not [16]  3/15 4/21 6/24 7/24 8/5 9/3
 9/11 9/12 10/8 10/14 10/24 11/4
 12/10 13/6 13/10 15/19
note [1]  9/8
notice [3]  12/11 13/12 13/15
noting [1]  13/5

**O**

O'Quinn [6]  1/21 2/25 5/25 6/24 10/21
 17/5
obliged [1]  3/23
obviously [3]  9/22 10/1 16/19
occasion [1]  3/15

## O

occurring [1]  8/25
off [1]  3/22
office [1]  3/12
Official [2]  1/24 18/21
Oh [1]  2/22
online [1]  6/5
only [3]  10/24 13/15 16/5
opportunity [11]  4/1 6/12 8/6 11/7
 12/12 12/24 12/25 14/20 15/25 16/1
 17/1
oppose [1]  9/22
option [1]  11/5
order [11]  3/7 8/22 9/3 9/17 10/18
 11/16 12/5 14/24 15/6 17/7 17/15
orders [1]  10/2
other [4]  6/24 9/16 10/2 16/2
ourselves [1]  16/24
out [4]  7/19 10/6 14/25 16/18
over [2]  14/17 17/21
overcome [1]  11/9
own [1]  16/18

## P

P-R-O-C-E-E-D-I-N-G-S [1]  2/1
p.m [7]  4/18 4/19 5/3 5/4 6/2 6/3
 18/12
PA [1]  1/18
page [1]  4/6
PAGES [1]  1/8
paint [1]  13/16
Palm [2]  1/20 18/23
parte [2]  3/6 9/2
particular [1]  15/16
particularly [1]  17/2
parties [8]  3/2 5/6 7/4 10/16 14/12
 17/6 17/9 17/11
party [3]  8/15 14/10 17/23
patently [1]  13/16
pending [1]  11/24
perfectly [1]  8/8
perhaps [2]  7/18 16/15
person [1]  9/11
personal [3]  10/5 14/11 14/22
Pfaffenberger [1]  1/18
PIERCE [2]  1/2 1/6
Piper [1]  1/21
plaintiff [1]  2/10
plaintiffs [5]  1/6 1/15 2/14 12/3 15/11
Plaintiffs' [2]  3/6 3/7
PLC [1]  1/15
please [4]  2/4 2/9 5/23 14/20
plenty [1]  8/19
point [4]  13/2 15/10 17/5 17/20
portion [2]  13/13 14/21
position [1]  15/15
post [1]  13/8
potential [1]  3/25
practice [1]  7/10
practicing [1]  7/12
prefer [2]  5/22 8/20
preliminary [6]  7/20 8/23 11/15 14/6
 15/10 17/22
prepare [2]  13/23 14/3
prerequisite [1]  16/19
prerequisites [1]  15/8

presence [1]  10/11
present [2]  7/24 10/15
presiding [1]  2/7
Presumably [1]  15/7
pretty [1]  16/3
probably [2]  10/20 16/5
problem [1]  14/3
problems [3]  10/24 10/25 11/4
proceed [6]  3/18 9/16 10/17 13/4 15/5
 17/22
proceeding [2]  3/19 3/24
proceedings [6]  4/18 5/3 6/2 9/3 18/12
 18/18
professionalism [1]  7/6
prohibition [1]  3/19
provide [1]  9/16
provided [3]  12/25 15/7 15/25
provision [1]  15/17

## Q

quality [1]  16/12
question [6]  6/14 8/9 8/11 9/24 17/16
 17/22
questions [2]  3/20 3/23
quickly [2]  5/21 7/15
Quinn [2]  10/19 10/21
quintessential [1]  11/25
quo [1]  14/12
quote [1]  10/10

## R

raised [6]  13/7 13/8 13/8 13/10 17/4
 17/17
rather [1]  8/12
react [1]  7/22
read [2]  5/21 5/23
reading [1]  13/12
Really [1]  17/16
reapproach [1]  11/7
reasonable [2]  4/10 8/8
reasons [1]  8/4
rebuttal [1]  4/8
receipt [1]  3/9
receive [1]  4/6
received [4]  3/14 4/4 5/10 5/18
receiving [1]  13/12
recent [1]  6/12
recess [5]  4/13 4/14 4/18 5/3 6/2
reconvene [1]  11/17
recording [1]  3/19
refute [1]  10/9
regarding [2]  3/19 7/13
relationship [1]  7/1
relationships [1]  7/4
relief [1]  3/25
remainder [1]  9/7
remind [1]  3/18
repeat [1]  5/12
reply [5]  13/1 16/1 16/5 16/8 17/19
REPORTED [1]  1/24
Reporter [2]  1/24 18/21
require [1]  14/23
reserve [2]  9/4 9/15
resolved [1]  10/1
respect [2]  6/18 15/15
respectful [1]  9/14

Respectfully [1]  11/12
respond [9]  10/20 12/7 12/13 14/20
 16/8 16/21 17/1 17/6 17/9
respondent [1]  16/23
response [13]  3/13 6/17 7/24 8/6
 11/13 13/23 14/3 14/21 14/25 15/22
 17/7 17/18 17/20
restraining [5]  8/22 11/16 12/5 15/6
 17/15
resumed [3]  4/19 5/4 6/3
retraining [2]  3/7 9/17
review [6]  3/16 4/2 4/7 5/11 5/12 6/12
reviewed [2]  5/6 15/14
RMR [2]  1/24 18/21
Room [1]  18/22
rule [2]  8/21 9/6
rules [3]  8/7 12/25 15/25
ruling [1]  9/17
running [1]  14/4
RYAN [3]  1/21 2/24 5/17

## S

S.A [1]  1/4
said [1]  16/20
same [2]  2/20 17/7
satisfied [2]  15/8 17/20
Saturday [1]  13/15
saw [1]  2/16
say [4]  10/22 11/13 12/16 16/7
schedule [6]  7/3 15/9 16/16 16/21
 17/8 17/14
second [1]  4/25
seems [2]  10/4 17/1
sense [2]  11/19 16/20
sent [3]  7/16 7/19 7/21
separate [1]  14/24
session [3]  2/6 5/5 6/4
several [2]  4/11 14/13
shakes [1]  14/25
Shaw [1]  1/18
Shore [1]  1/16
showing [2]  4/22 15/12
sic [1]  10/19
sides [3]  6/16 10/8 10/11
signing [1]  14/10
simultaneously [2]  5/7 5/14
since [1]  7/18
six [1]  11/23
slight [1]  12/20
some [2]  12/17 17/2
something [1]  8/1
sometimes [1]  8/22
sorry [2]  10/19 16/14
sound [1]  12/18
South [2]  1/16 1/22
SOUTHERN [2]  1/1 2/6
speak [2]  4/12 4/24
speaking [3]  2/17 5/7 5/14
specifically [2]  10/10 14/10
speed [1]  7/5
sponte [1]  13/8
stands [2]  13/19 16/17
start [3]  3/22 5/20 6/13
starting [1]  2/10
states [5]  1/1 1/13 2/5 10/11 18/22
status [1]  14/12

**S**

stay [1]  18/7
step [1]  6/23
still [2]  4/21 15/15
Street [1]  18/22
structured [1]  17/13
sua [1]  13/8
subject [13]  6/14 6/18 8/9 9/17 9/23
  10/7 10/14 10/25 13/6 13/14 13/18
  14/10 14/21
submissions [2]  11/9 15/14
submit [2]  11/3 11/5
submits [1]  13/1
substantial [1]  9/23
substantive [3]  12/22 13/13 16/20
success [3]  15/12 15/16 17/3
suffering [1]  12/3
suffers [1]  11/4
suggest [4]  4/4 11/14 12/5 16/15
suggestion [5]  9/14 9/20 14/8 14/14
  14/15
suitable [1]  15/5
Suite [2]  1/16 1/22
Sure [1]  13/5
surmount [1]  13/18

**T**

take [5]  8/15 11/21 14/22 16/9 17/5
taking [2]  15/16 17/23
talking [1]  17/13
TELECONFERENCE [1]  1/12
tell [1]  8/2
temporary [5]  3/6 9/16 11/16 15/6
  17/14
ten [1]  4/14
Texas [2]  1/8 7/17
than [4]  3/14 12/11 14/7 16/8
that [98]
their [2]  8/3 14/10
there [18]  2/16 3/11 4/24 4/24 6/15
  6/16 7/6 7/19 7/23 8/13 8/15 8/19
  9/10 9/23 10/24 10/25 13/18 15/23
therefore [1]  8/15
thereupon [1]  9/6
they [10]  7/18 8/2 8/4 8/20 9/9 9/10
  10/15 11/23 12/9 12/12
thing [2]  7/5 8/3
things [1]  16/16
think [14]  4/9 7/2 7/23 8/18 8/24 11/19
  11/25 12/1 12/2 12/3 13/17 14/14
  16/12 16/16
Third [1]  1/19
though [2]  2/20 17/13
threshold [2]  10/1 17/16
time [15]  2/20 5/11 5/12 5/15 5/19 7/3
  7/5 10/16 12/23 13/8 13/22 15/6 16/3
  16/8 16/13
today [7]  3/5 7/21 12/2 12/11 13/12
  13/17 15/21
together [2]  7/3 12/20
tomorrow [1]  16/4
torts [1]  7/11
tough [1]  16/3
TRANSCRIPT [1]  1/12
transcription [1]  18/18
TRO [5]  1/12 12/18 14/9 16/21 16/23

trying [2]  12/17 16/18
two [3]  4/6 5/19 16/16
two-page [1]  4/6
type [1]  11/24

**U**

U.S [1]  1/19
ultimately [1]  13/17
unclear [1]  15/15
uncomfortable [1]  14/17
under [1]  4/10
understand [3]  6/14 11/2 17/12
Understood [1]  17/25
unfair [2]  12/3 13/16
UNITED [4]  1/1 1/13 2/5 18/22
unlike [1]  13/6
unprecedented [1]  18/8
unreasonable [1]  14/14
until [4]  12/2 15/19 15/21 16/1
unwilling [1]  14/16
up [1]  4/22
upon [2]  13/14 15/18
us [13]  1/21 5/9 9/5 9/15 11/15 11/17
  11/18 11/20 12/17 13/10 13/14 13/16
  16/21

**V**

variability [1]  16/19
vehemently [1]  9/22
versus [1]  2/9
very [3]  6/25 7/4 14/16
video [2]  1/12 3/20

**W**

waives [1]  14/10
want [7]  2/17 7/8 8/2 8/9 11/18 15/11
  17/6
wanted [3]  3/18 5/20 12/16
wants [4]  10/16 10/20 12/22 12/24
was [15]  4/18 4/24 5/3 6/2 7/19 10/4
  11/22 11/22 11/24 11/25 12/17 12/18
  13/13 16/23 17/17
watching [1]  5/2
way [2]  6/22 13/18
we [46]
week [2]  16/4 16/25
welcome [3]  4/17 6/11 18/2
well-filed [1]  13/11
Wellington [2]  1/17 7/12
West [1]  18/23
whatever [1]  8/3
wherever [1]  9/9
while [5]  4/6 8/20 11/1 11/22 14/9
why [1]  8/1
window [1]  14/3
within [2]  13/11 14/3
without [3]  12/12 14/12 14/12
wonder [1]  8/1
WOODFIELD [6]  1/18 6/23 6/25 9/19
  12/15 15/23
word [1]  12/15
world [1]  7/13
worth [1]  13/5
writing [1]  15/20

**Y**

yeah [1]  8/2

year [2]  7/9 18/8
yes [7]  2/4 3/4 5/25 6/6 11/12 15/7
  15/24
you [57]
You're [3]  4/17 6/11 18/2

**Z**

zone [1]  2/20