# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:20-cv-82231-AMC

LA DOLFINA S.A. LLC, a Florida limited liability
company, and
ADOLFO CAMBIASO, individually,

    Plaintiffs,

v.

D. ALAN MEEKER, individually,
a/k/a ALAN MEEKER or DAVID ALAN
MEEKER,
CRESTVIEW FARM, LLC, a Texas limited
liability company, and
CRESTVIEW GENETICS, LLC, a Nevada limited
liability company,

    Defendants.

## SECOND AFFIDAVIT OF ADOLFO CAMBIASO

Now comes affiant, Adolfo Cambiaso, being of full age and otherwise sui generis, hereby state the following:

1. Unless otherwise stated herein, I make this Affidavit based upon facts of which I have personal knowledge.

2. I reside in Canuelas and Cordoba, Argentina. I spend many months in Florida and Colorado during the U.S. polo seasons.

3. I attended several meetings in Wellington concerning clone breeding with Mr. Meeker. Many of meetings were held on multiple dates at Valiente's farm in Wellington, Palm Beach County, Florida. For example, there were meetings between February 25 and 28, 2019 (attended by myself, Mr. Meeker, Mr. Jornayvaz and Mr. Zedda); between February 1 and 3, 2020 (attended by myself, Mr. Meeker, his counsel Mr. Eichenberg; Mr. Zedda, and Mr. Jornayvaz) at the Valiente barn in Wellington, Palm Beach County, Florida.

1

4. The specific subjects discussed at these meetings included: the clones contemplated by the 2019 Side Agreement that were for my and La Dolfina's exclusive use, the two Cuartetera clones only for the personal use of the Meeker family; the implementation of the breeding program developed by the Equine Joint Venture Agreement. and the ten Cuartetera clones that I had asked Mr. Meeker to produce under the 2019 Side agreement.

5. During these discussions, it was clear to all and acknowledged by Mr. Meeker that La Dolfina and Cambiaso clones would not be sold but instead were to be used solely by me and La Dolfina branded teams. I did not want clones sold in the market. Once a clone is sold it can be copied over and over again and the uniqueness of these animals would disappear. It would totally change the breed of polo horses and irreparable harm the polo horse industry.

6. Mr. Meeker never once stated in any of these meetings – or in any of his many personal discussions with me - that the 2009 Agreement gave him any rights to breed and sell clones. He never once stated that he intended to try and sell clones to La Natividad (Lolo and Camilla Castagnola) or Mr. Borodin. To the contrary he always stated that selling clones was not the right approach to the business and a bad idea. His position in this litigation that he somehow has rights under the 2009 Agreement to clone and sell horses without my consent is completely contrary to his conduct and past statements. The first time I heard of him trying to sell La Dolfina or clones of my horses was his overture to Mr. Castagnola on or about December 1, 2020.

7. In his dealings with me, Mr. Meeker did not make any distinction between Crestview Genetics and Crestview Farms. He seldom made mention of the entities he now claims are independent.

8. It was clear based on my experience with Mr. Meeker that he controlled the Crestview entities to such an extent that they were not an issue in our discussions. Other than Mr. Meeker and on one occasion his lawyer, I was never introduced to a single officer, partner or owner of these entities. It was just Mr. Meeker. He never stated that he had to get approval from anyone in these entities or their ownership. He appeared to have sole decision making power to the point that they were non-existent in our dealings and he made us believe that it was just him and not other companies that we were dealing with.

9. The use of Crestview Genetics and the so-called assignment to this entity of the 2009 agreement was only raised in this litigation. In our discussions never once did Mr. Meeker

speak of this assignment or different entities holding different claimed rights. It would appear that this assignment was for an improper purpose and solely to protect Mr. Meeker from the consequences of this lawsuit. The unexpected use of the different entities in this litigation is harmful to the me and La Dolfina because I believed that Mr. Meeker was the person who we were dealing with for all purposes in the formation and implementation of these relationships.

10. In my dealings with Mr. Meeker he never mentioned or discussed the 2009 Agreement or claimed he had any rights arising from it. The 2009 Agreement was mentioned for the first time in 2020. His recent assertion of claimed rights under the 2009 Agreement and in this litigation is in contrast to his lack of discussion of this Agreement or him even mentioning it. Mr. Meeker had ample opportunity in discussions with me over an eleven year period to assert or discuss any rights he thinks he had under this Agreement. In the many visits to my Farm in Argentina, and in our multiple interactions in Wellington, Palm Beach County, Florida and frequent discussions of clones and breeding, not once did he mention the 2009 Agreement or his purported rights to sell clones. He never stated that he had any right to make Cuartetera clones without my permission.

11. I have always believed that if I or La Dolfina lose control of the clones we were going to lose control and dilute La Dolfina and my carefully developed and prized bloodlines and competitive advantage on the polo field and in the polo marketplace would be severely harmed . Mr. Meeker has admitted to me numerous times that selling into the open market the clones from highly unique and successful clones of horses owned by myself or La Dolfina was a bad business idea, because we would lose control over the unique horses and genetics of those horses. Mr. Meeker told me repeatedly he would never make such sales to the public and I have seen several media presentations where he said the same publically. All of our agreements provided for strict controls over the custody and control of the genetic samples and the clones, and none provided for sale to the general public market of the clones from my and La Dolfina horses.

12. The agreement with Mr. Gutierrez and Mr. Meeker to start CRESTVIEW GENETICS ARGENTINA SRL was reached at the International Polo Club Tournament (IPC) in Wellington on February/March 2011, and also had strict controls over the clones and genetic material from the original horses and clones.

3

13. The agreement was to maintain ownership of the clones produced (all were transferred to CRESTVIEW GENETICS ARGENTINA SRL.) and the provision of cloning services to third parties. An important part of the agreement was for Mr. Gutierrez to pay Mr. Meeker for his payment to me under the 2009 Agreement. We all agreed that the 2009 agreement was extinguished by this payment by Mr. Gutierrez and the formation of CRESTVIEW GENETICS ARGENTINA SRL.

14. Because of our discussions in Wellington, Palm Beach County, Florida and the payment of the money to Mr. Meeker by Mr. Gutierrez , I am surprised that he is now asserting that he has a right to sell La Dolfina clones and has actually sold three Cuartetera clones. This is completely contrary to Mr. Meeker's many statements and promises to me and in the media that selling clones of the La Dolfina bloodlines was a terrible idea. It was clear to me based on our meetings and the payment to Mr. Meeker of $1,533,000 that the idea of jointly developing and marketing clones in the 2009 Agreement had been abandoned by Mr. Meeker. Mr. Meeker did not ever say to me after my payment that he had a right to, or that he intended to sell clones on my behalf. The concept of the clones sales was over and we moved on to a new business model.

15. Because of this, I am shocked that Mr. Meeker is now claiming some right in the famous and special polo horse Cuartetera and the other polo horses in the 2009 Agreement and that he has the ability to breed and sell their clones. Until 2020, this subject was never raised and we relied on Mr. Meeker's promises that no clones would be sold especially Cuartetera clones.

16. If this behavior continues and Mr. Meeker violates his promises not to sell clones (he has said this publically many times to the press even), Cuartetera's genetics will be diluted forever. She is unique. She has been voted the best polo horse in the history of this sport. Park Place will likely clone her and her clones will be continually cloned. This will forever change the polo horse breed all over the world. It will irreparably harm me and La Dolfina and indeed the entire breed. Mr. Meeker should not be allowed to profit from his broken promises.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct..

_____
Adolfo Cambiaso
Date: January 21, 2021