```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
                      FORT PIERCE DIVISION
                  CASE NO. 20-82231-CIV-CANNON


LA DOLFINA S.A., LLC, a Florida
limited liability company, and
ALDOLFO CAMBIASO, individually,

            Plaintiffs,                    FORT PIERCE, FLORIDA
      vs.
                                           JANUARY 29, 2021
D. ALAN MEEKER, individually,
CRESTVIEW FARM, LLC, a Texas
limited liability company, and            PAGES 1 - 182
CRESTVIEW GENETICS, LLC, a
Nevada limited liability company,

            Defendants.         /
_____
```

```
         TRANSCRIPT OF VIDEO TELECONFERENCE TRO MOTION HEARING
              BEFORE THE HONORABLE AILEEN M. CANNON
                   UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

```
FOR THE PLAINTIFFS:     AVERY S. CHAPMAN, ESQ.
                        Chapman Law Group, PLC
                        12008 South Shore Blvd.
                        Suite 105
                        Wellington, FL  33414

                        HABIB NASRULLAH, ESQ.
                        Wheeler, Trigg O'Donnell, LLP
                        370 17th Street, Suite 4500
                        Denver, CO  80202
```

APPEARANCES (Cont'd.)


FOR THE DEFENDANTS:        GARY A. WOODFIELD, ESQ.
                          Haile, Shaw & Pfaffenberger, PA
                          660 U.S. Highway One
                          Third Floor
                          North Palm Beach, FL  33408

                          RYAN D. O'QUINN, ESQ.
                          DLA Piper LLP (US)
                          200 South Biscayne Blvd.
                          Suite 2500
                          Miami, FL  33131


REPORTED BY:              DIANE M. MILLER, RMR, CRR, CRC
                          Official Court Reporter
                          United States District Court
                          101 South U.S. Highway 1
                          Fort Pierce, FL  34950
                          (772)467-2337
                          diane_miller@flsd.uscourts.gov

Friday, January 29, 2021

```
1                    P-R-O-C-E-E-D-I-N-G-S
2              THE COURTROOM DEPUTY:  Good morning, Your Honor.
3              THE COURT:  Good morning, Ms. Nicato.
4              THE COURTROOM DEPUTY:  May I call the case, Your
5    Honor?
6              THE COURT:  Yes, you may, Deputy.  Thank you.
7              THE COURTROOM DEPUTY:  Calling case
8    20-CV-82231-Cannon, La Dolfina S.A., LLC, et al., versus D.
9    Alan Meeker, et al.
10             If we can please have Counsels' appearances, starting
11   with the Plaintiff.
12             MR. CHAPMAN:  Good morning, Your Honor; good morning
13   everyone.  This is Avery Chapman, Chapman Law Group, on behalf
14   of the Plaintiffs.  Also with me is Mr. Habib Nasrullah, who
15   will introduce himself, who the Court has kindly granted his
16   motion to be admitted pro hac vice.
17             Thank you, Your Honor.
18             MR. NASRULLAH:   Good morning, Your Honor.  My name
19   is Habib Nasrullah, thank you for giving me the opportunity to
20   appear before this Court.  I read your order, I have read the
21   local rules, I have been pro hac in many cases in different
22   parts of the country, and I have practiced in federal court for
23   many years.
24             Like Mr. Woodfield and Mr. O'Quinn, I'm a former
25   federal prosecutor.  I've been in federal court a lot, I
```

Friday, January 29, 2021

4

1  understand how it works, and I promise you I will do everything

2  to uphold the dignity of the Court.

3          THE COURT:  Thank you, Mr. Nasrullah.  Can you speak

4  up just a little bit more loudly, so we can all hear you a bit

5  better.

6          MR. NASRULLAH:  Yes, of course, Your Honor.  Would

7  you like me to repeat my statement?

8          THE COURT:  I could hear you, just for the remainder

9  of the hearing, please speak up.  Thank you.

10          Okay.  Any appearances on behalf of Defendants,

11  please.

12          MR. WOODFIELD:  Yes.  Good morning, Your Honor; Gary

13  Woodfield on behalf of the Defendants, Alan Meeker and

14  Crestview Farm.

15          THE COURT:  Proceed.

16          MR. O'QUINN:  Ryan O'Quinn on behalf of Crestview

17  Genetics; good morning, Your Honor.

18          THE COURT:  Good morning, Mr. O'Quinn.

19          Ms. Nicato, do we have any other individuals who are

20  stating appearances for the record this morning?

21          THE COURTROOM DEPUTY:  No, Your Honor.  Mr. Porven is

22  the IT director with Mr. Chapman.  Ms. Vasquez and

23  Mr. Robert Jo -- I'm sorry, Jornayvaz is also part of

24  La Dolfina, and they are viewing it.

25          Is that correct, Mr. Chapman?

Friday, January 29, 2021

```
 1              MR. CHAPMAN:  Mr. Jornayvaz is on line auditing, he
 2    is a member of the public; and Maria de Cambiaso is a
 3    representative of one of the entities, Your Honor.
 4              THE COURT:  Okay.  Thank you for that, Mr. Chapman.
 5              Well, good morning to everybody.  It's good to see
 6    you again.
 7              There has been a lot of activity on the docket and a
 8    lot to keep up with.  I have done my best to review all of the
 9    filings and associated exhibits filed by the parties.
10              Before we get started, though, a few preliminary
11    points.  As you know, there is a prohibition on recording of
12    this proceeding, so I trust that all of you will abide by that.
13              Secondly, it is imperative that we all speak really
14    clearly and slowly enough, such that our court reporter can
15    capture what is transpiring, so I urge you to please be mindful
16    of that, especially with the audio and what I anticipate to be
17    a lengthy hearing today.
18              Finally, as far as sort of structure for today's
19    hearing, I would like to start with questions of personal
20    jurisdiction, allow Mr. Chapman and/or Mr. Nasrullah to make
21    their presentation on that subject, followed by the Defense's
22    response, and then any additional reply on the part of
23    Plaintiffs.
24              Depending on how that unfolds, we will then proceed
25    to discuss the merits of the motion for preliminary injunction,
```

```
 1  some of which will dovetail, I think, into the Defendants'
 2  motion to dismiss on 12(b)(6) grounds.
 3         So with that kind of overall framework in mind,
 4  Mr. Chapman, why don't you start us off here with the
 5  discussion of personal jurisdiction, and please be as precise
 6  as you can with the Court, given all of the filings, to walk us
 7  through all of the various allegations and the affidavits that
 8  you have filed in support so that I can keep everything
 9  organized in my mind.
10         MR. O'QUINN:  Your Honor, this is Ryan O'Quinn.  If I
11  might, just before he begins his presentation, I believe that
12  there are witnesses that are listening in.  We would ask to
13  invoke the rule of sequestration.
14         THE COURT:  Okay, that motion is granted.  Which
15  witnesses exactly are present on the line for me -- and I guess
16  what is the order that you anticipate, Mr. Chapman, presenting
17  these witnesses?
18         MR. CHAPMAN:  Your Honor, I'll say this:  For the
19  purpose of witnesses, first of all, Ms. Cambiaso is also a
20  representative of one of the parties, but I understand she
21  could be a witness; Mr. Jornayvaz could be a witness as well.
22  It depends on what we hear from the other side as to whether or
23  not they will be called.
24         Ms. Cambiaso does not presently have an affidavit in
25  the case; Mr. Jornayvaz does in terms of how to kind of
```

Friday, January 29, 2021

1   conceptualize them, so I leave that to the discretion of the

2   Court.  I don't think there is anything here that any of them

3   would hear that they probably aren't already aware of from

4   proceedings where sequestration is somehow so important so as

5   to not affect the testimony.

6         Then I have another matter to address with Your

7   Honor.

8         THE COURT:  Before we move on to the other matter, as

9   far as your presentation on personal jurisdiction, did you

10  anticipate presenting any live testimony on that subject?

11        MR. CHAPMAN:  No, Your Honor.

12        THE COURT:  Okay.  So at least for now, Mr. O'Quinn,

13  could we defer the invocation of the sequestration rule, given

14  that there are no live witnesses, at least with respect to

15  personal jurisdiction?

16        MR. O'QUINN:  I have no objection to that, Your

17  Honor, as long as those witnesses are not later going to be

18  called to verify facts asserted by Counsel during the

19  proceeding.

20        THE COURT:  Mr. Chapman, I leave it up to you.  Would

21  you like your witnesses to exit the room at this point on the

22  possibility that they might later be required to testify, or do

23  you want them to participate now?

24        MR. CHAPMAN:  Give me one second, if I could, Your

25  Honor.  I'll answer that in one second.

Friday, January 29, 2021

8

```
1              THE COURT:  Okay.
2         (Pause in proceedings.)
3              MR. NASRULLAH:  Your Honor, this is Habib Nasrullah.
4    one of the questions we have and one of the inquires we have in
5    reaching the determination is we don't know whether the Defense
6    right now intends on calling any witnesses in their case on the
7    narrow issue of personal jurisdiction, so if we were to know
8    that, I think we could make a more wholesome decision.
9              MR. O'QUINN:  Your Honor, I'm happy to inform the
10   Court that we have submitted a declaration; therefore, an
11   evidentiary hearing being conducted changes the burden; the
12   burden shifts back to them.
13             We do not anticipate calling live witnesses in
14   connection with this, we feel that we have met our burden.
15             THE COURT:  Okay.  So with that in mind,
16   Mr. Nasrullah, Mr. Chapman?
17             MR. CHAPMAN:  With that in mind, Your Honor, we don't
18   plan to call any witnesses for the jurisdictional portion here.
19             THE COURT:  Okay.  Well, then for right now,
20   everybody can remain on the line and we will start off with the
21   jurisdictional assessment.
22             Mr. Chapman, why don't you start us off.  I know you
23   prepared a useful summary of sorts, so maybe that's a good
24   place to start, but I leave it up to you as to how you wish to
25   present that issue.
```

Friday, January 29, 2021

```
1          MR. CHAPMAN:  Before I get to that, Your Honor, we
2    have one matter, perhaps a detail, that might help all of us
3    today.
4          We are prepared to offer this morning, now, to
5    Mr. Woodfield and Mr. O'Quinn and their clients that if their
6    clients are willing to stipulate not to sell any more of the
7    clones from any of these 16 horses that are at issue in this
8    case for a period of at least 18 months, we would be willing to
9    withdraw the request for the TRO today, but that would have to
10   be a stipulation that they would have to accept this morning.
11         So we respectfully appreciate the Court's time, but
12   as we were thinking about this -- and the reason we raise this
13   is because Mr. Meeker admits in his affidavit, last filed in
14   support of his motion to dismiss, that he is not presently
15   selling, nor has any plans to sell any clones.
16         Well, if that's the case, then we think that it would
17   be easy for him to enter into that stipulation, so we invite
18   Mr. Meeker and his entities to enter into that stipulation and
19   obviate the need for the TRO.
20         THE COURT:  One moment, Mr. Woodfield.
21         I did see that and I had a similar thought in mind,
22   and I was going to inquire of the Defendants on that point.
23         Seeing as Mr. Meeker is attesting that he has no
24   interest in conducting any additional sales of any other clones
25   of any other horses associated with Mr. Cambiaso or La Dolfina,
```

Friday, January 29, 2021

1    then what would be the issue with entering into a stipulated

2    agreement to put on hold any such sales for a period of time,

3    Mr. Woodfield?

4          MR. WOODFIELD:  Well, I was just going to respond to

5    Mr. Chapman.  You know, he is springing this on us at the

6    hearing before Your Honor, it is something that easily could

7    have been presented to us weeks ago and given us an opportunity

8    to discuss it among ourselves.

9          I mean, I'm not -- I don't have the authority, as we

10   talk here today, to enter into such an agreement and it would

11   require consulting among us and our clients and getting back to

12   them.  So, you know, I wish we had heard of that awhile ago, I

13   just don't know what my client's position on it is at this

14   point.

15         MR. O'QUINN:  Your Honor, I would echo that.  I would

16   need to certainly get authority, and it would have been nice to

17   know that before we read 1,500 pages of exhibits as an offer;

18   but even before we can reach the motion that relates to the

19   TRO, where a stipulation would be appropriate, as the Court has

20   previously identified, it is appropriate first to establish

21   whether there is, in fact, jurisdiction, either subject matter

22   or personal jurisdiction, in this case.

23         We believe that there is no personal jurisdiction,

24   and we also believe that facially the two claims or the claims

25   on which they seek to get federal jurisdiction are easily

1  dismissed, both on standing ground and other legally applicable

2  ground, that would deprive this Court of subject matter

3  jurisdiction.

4       So I would submit to the Court that it is appropriate

5  at this time, given the fact that we have gone through the

6  process that we have gone through, to at least reach a ruling

7  on that fact because this is merely one of several cases, it is

8  not the first filed case, and there are numerous basis by which

9  this Court can dispose of this matter rather than having -- you

10  know, moving right into the substance of a TRO motion, a

11  stipulation that would then immediately beget a request for

12  discovery and further expended resources.

13       THE COURT:  Okay, Mr. O'Quinn.

14       Mr. Chapman, it doesn't appear that the Defendants

15  are willing to enter into any stipulation, at least right now,

16  so do you want to proceed with the hearing on the motion for

17  preliminary injunction?

18       MR. CHAPMAN:  Of course, Your Honor, yes, we would

19  move on the motion.  As far as personal jurisdiction, again,

20  I'm surprised at the response, given Mr. Meeker's statement,

21  but we will proceed.

22       MR. O'QUINN:  Your Honor --

23       MR. WOODFIELD:  I'm sorry --

24       THE COURT:  We need to keep some order here, we can't

25  keep chiming in.  We have limited time, so let's proceeded

Friday, January 29, 2021

1  forward to the matter at issue, which is the question of
2  personal jurisdiction.
3          Mr. Chapman.
4          MR. CHAPMAN:  Thank you, Your Honor.
5          Your Honor, I think to set the stage to properly
6  address the personal jurisdiction concerns by our case law and
7  by our statutes, it is first important to set the stage, and we
8  all appreciate Your Honor reading all of the voluminous,
9  hopefully clear briefings on the matter, but I would like to
10 take a moment.
11         We have that summary that Your Honor has seen, which
12 is filed at DE 41-13, the summary of averments; but we also
13 have a little graphic of a timeline, and Mr. Habib Nasrullah
14 would like to walk us all through briefly the salient offense
15 that has happened leading up to where we are now, and through
16 where we are now because I think that those play into it and
17 are an integral part of the Court's consideration of how the
18 factors are or are not satisfied for jurisdiction.  So with the
19 Court's indulgence, Mr. Nasrullah will briefly address that.
20         THE COURT:  Okay.  Thank you, Mr. Nasrullah, please
21 go ahead.
22         MR. NASRULLAH:  May it please the Court.
23         Your Honor, I put together this graphic based on the
24 submission that was made to the Court, which was docket entry
25 3.  I, too, would like to commend the very capable lawyers on

1 | this case.

2 |       Perhaps like yourself, Your Honor, I'm a fairly

3 | relative new addition to the case and I haven't gotten as deep

4 | yet into the details of this case, so I thought in order to set

5 | the stage for today, perhaps we can at least go through

6 | something contextual that could give Your Honor a background to

7 | decide this case.

8 |       This case is about horse clones, and this case is

9 | about a team called La Dolfina in Argentina that for many, many

10 | years completely dominated the world of polo.

11 |       THE COURT:  I'm sorry, Mr. Nasrullah, a little

12 | louder, if you can.

13 |       MR. NASRULLAH:  Yes, Your Honor.

14 |       Mr. Cambiaso is widely known as the best player that

15 | ever played this game.  Mr. Cambiaso's skill and expertise is

16 | just not on the field, it transcends the field; and

17 | Mr. Cambiaso has contributed greatly to the process of breeding

18 | and cloning horses.

19 |       Perhaps Your Honor has had the chance to read in some

20 | of the papers that this all began in a game in Argentina at the

21 | world championship at the Argentine Open, in which one of

22 | Mr. Cambiaso's horses, a horse name Aiken Cura was badly, badly

23 | hurt, and Mr. Cambiaso said, Please save this horse; and as a

24 | result of that, he had this almost prescient feeling that he

25 | ought to save some of the tissue of this horse because maybe

```
 1   some day he could clone it.  That was in 2006.
 2            After that, Mr. Meeker and Mr. Cambiaso get together.
 3   Mr. Meeker, a man interested in cloning, he wanted to learn how
 4   to clone, he wanted to know more about this industry.  He
 5   wanted to do more things with medicine and cloning; and he was
 6   also a big polo fan and he got together with Mr. Cambiaso and
 7   they decided that some day, they might want to clone polo
 8   ponies.
 9            And you will hear from Mr. Meeker, and I think you
10   heard from Mr. Meeker in this case, that the man he went to was
11   Mr. Adolfo Cambiaso because Mr. Cambiaso had the best breeding
12   stock in the world and had the horses that had won him the
13   Argentine Open 18 times.
14            One of the horses you will hear about today is a
15   horse named Dolfina Cuartetera.  Dolfina relates to La Dolfina,
16   the entity that is the Plaintiff in the case that is owned and
17   controlled by Mr. Cambiaso and his wife, Maria, who is on the
18   line today.
19            In 2009, in December, they finally get together and
20   put together what we describe as a letter of intent, it is
21   called a horse cloning agreement.  And what that agreement
22   does, and I think it is important for Your Honor to know this,
23   that at that time, they didn't even know where the cloning of
24   these polo ponies would actually happen, they didn't know that.
25            So they put together this letter of intent.  They
```

1  gave Mr. Meeker the right to clone some of these horses under a

2  license that is undefined, and there are various provisions in

3  this agreement -- and we will go through it at some point

4  today -- the various provisions in the agreement that suggest

5  there is no finality to it.

6         For example, if the clones became viable and a clone

7  of Aiken Cura was sold, Mr. Cambiaso would have to get paid

8  money.  If the clones became viable, the clones -- they would

9  have to set up a program to jointly market the clones; that

10 didn't happen.

11        If the clones are viable, Mr. Cambiaso, as the

12 defined owner in this agreement, had the right to set the price

13 and the terms for sale of these clones.

14        It is critical to understand, Your Honor, in this

15 2009 cloning agreement that Mr. Meeker never had the right to

16 do what he now wants to do, which is unilaterally sell and

17 clone horses, all of that has to be agreed to.

18        So let's move forward.  What happens next?

19        In 2010, in November, there was an auction in

20 Argentina.  By that time, one of these Dolfina Cuartetera

21 clones had been born and that, in itself, was an amazing event.

22 Mr. Cambiaso puts this horse up for sale in this auction in

23 Argentina, where all of the best breeders and all of the best

24 players come.  The horse gets sold in this auction for

25 $800,000, and it is bought by a man named Ernesto Gutierrez,

1  and Your Honor has an affidavit from Mr. Gutierrez and David

2  Nalbandian, who was a professional tennis player, also bought

3  this horse; and of course, Mr. Cambiaso retained 50 percent of

4  the horse himself.

5        But they were all surprised that the first Dolfina

6  Cuartetera clone had gotten so much interest and so much money,

7  but then they realized that if we sell these clones, this isn't

8  good because these clones can be recloned, all you need is

9  tissue, that's all you need.  If you want to replicate Dolfina

10 Cuartetera, all you need is tissue, so if you sell the clones,

11 a copy of the original horse, if you sell these clones, there

12 is absolutely no end to how many clones can be created and

13 recreated and recreated, and you will see that that was a

14 wake-up call to these three men.

15       It was a wake-up call to Mr. Cambiaso; we better not

16 be selling these clones, and I'm going to show you in just a

17 second various public statements that all three of them had

18 made, essentially affirming that they had no intention of

19 selling the clones.

20       And critically, you will hear that Mr. Meeker -- and

21 you will hear statements from his own mouth today, just as I go

22 forward in the timeline -- affirming that selling the clones or

23 selling the factory, as it was called, meaning the original

24 horse, was not a good idea.

25       And soon after that, you've heard it and you have

1  seen it in the affidavits, that there was a payment by

2  Mr. Gutierrez to Mr. Meeker, essentially in our view, to

3  extinguish or abrogate that 2009 horse cloning agreement, which

4  gave Mr. Meeker some limited right to clone these horse and the

5  parties began to move toward a different business model that

6  didn't have cloning in it -- excuse me, sales of clones.

7            Now, I would like you, Your Honor -- and I would like

8  to show you some of the affirmations that we have in this case,

9  about cloning.  May I please put on a slide?

10           MR. O'QUINN:  Your Honor, I'm happy to reserve it, I

11  would like to raise an objection to the presentation, but I'll

12  reserve the argument for later.

13           THE COURT:  Okay, that's reserved.

14           Mr. Nasrullah, I'm sorry, you are muted.

15           MR. NASRULLAH:  Sorry, Your Honor.

16           So where I left off was essentially we have statement

17  after statement of Mr. Meeker suggesting, affirming really,

18  that they didn't want to sell clones.  Now, that's -- and I

19  want to draw a distinction here -- that's different from

20  selling the babies of clones.

21           Two things here that I think Your Honor needs to

22  understand, and it took me a while to get this when I got into

23  this case a few weeks ago; if you keep cloning horses, you are

24  just replicating a clone, but there are other things you can

25  do.

Friday, January 29, 2021

1          You can breed these clones with other horses.  A

2    clone doesn't require a father, and it took me a while to

3    conceptually understand that.  All you do is take the tissue

4    and you put it into an embryo from a donor mare, and you suck

5    out all of the DNA that was in that embryo, and you inject it

6    with the clone's DNA.  You incubate it, you put it into a

7    recipient momma horse and she brings that clone into the world

8    and she treats it as her own.

9          Now, as opposed to that, what you could have is you

10   could breed these clones with third other horses, either

11   naturally or you can do it via embryo transfer, and then you

12   get a half clone and you get a half other horse, and those

13   other horses are never quite as good as the clones because the

14   clones are the original.  And the strange thing about this is

15   that the clones themselves come out with memory of the mother,

16   so the horse is easy to train; in this game, the horse is easy

17   to play because they have this inherent embedded memory of the

18   mother in their DNA, so they are very easy to train.

19         These gentlemen knew that, and by the -- soon after

20   this agreement had been vitiated in our view, 2011, we have a

21   slew of public statements by Mr. Meeker, including in the Fort

22   Worth Business Journal, in which he said, If we sold one of our

23   clones, we would be selling the original genetic material that

24   someone else could clone for themselves, that takes us out of

25   the loop, and that's what Mr. Meeker told the press.  And the

1   reason he said that, Your Honor, is because these clones are

2   100 percent the original horse, they are the same horse.

3           We can move to the next slide, please.

4           Another statement in the press, and this was in The

5   Economist -- this whole project is getting a great deal of

6   publicity.  The world of polo, Your Honor, is fairly obscure,

7   it is not a mainstream sport in the United States, but in

8   Argentina, it is different.  In Argentina it is on ESPN, people

9   know the players, the people know the horses; it is not quite

10  soccer, but definitely a national sport, and a sport that

11  Argentines take great, great pride in.

12          Now, again in the world news, it gets picked up.  The

13  Economist picks it up that they are cloning horses because

14  there are so many ramifications for science and medicine.  Here

15  Mr. Meeker told The Economist that he wasn't anxious to sell

16  the factory and the partners, the three partners I talked

17  about, Mr. Cambiaso, Mr. Meeker and Mr. Gutierrez, all pledged

18  not to sell any more clones.  And as you will see in the

19  language that we have underlined, the idea is not to have games

20  where full Cuarteteras are playing full Cuarteteras.

21          This Cuartetera horse, Dolfina Cuartetera, is unreal.

22  She is the iconic horse in the Argentine Open, she is

23  associated with Mr. Cambiaso.  Mr. Cambiaso bought her as an

24  embryo, bred her, played her in the Argentine Open, where she

25  was recognized as the best horse that had played in the Open,

```
1   she was what they called the best playing pony, and the top
2   eight players in the world voted her as the best horse that had
3   ever played the game; this is the Michael Jordan plus of the
4   game.
5           And again, you see that Mr. Meeker and others in 2013
6   now, soon after Mr. Gutierrez made the payment and affirmed
7   that the business model was not to sell clones, and in this
8   case, you will hear that's exactly what has happened.
9   Mr. Meeker has sold three Cuartetera clones to a gentleman
10  named Mr. Borodin.  Mr. Borodin is a Russian, he has a presence
11  here in Florida, a home in Florida, the horses were here in
12  Florida and as you will see, after the lawsuit was commenced
13  here in the Southern District, these horses got moved to South
14  Carolina.  And Mr. Borodin has a huge presence in the UK and we
15  are concerned that these horses will eventually get moved to
16  the UK and this litigation will just continue to proliferate,
17  which is why Mr. Chapman and I thought it might be good to at
18  least have some kind of standstill until everybody gets their
19  respective rights sorted out.
20          Mr. Borodin is very much a competitor of La Dolfina.
21  He has his own team, he has his own professional players, so if
22  this were to go forward, there would certainly be full
23  Cuarteteras playing full Cuarteteras because Mr. Borodin now
24  has three clones of Cuartetera.  They are babies, but he has
25  three clones and he can continue to clone and clone and clone.
```

1    And you will see, and you just saw these gentlemen

2  decided they would not sell the clones, and Mr. Meeker is the

3  one telling the world this, he is not going to be selling the

4  clones, and that's why we are here.

5    If we can move to the next slide, please.

6    THE COURT:  Mr. Nasrullah, just so I understand, how

7  many slides do you anticipate presenting in this introductory

8  session?

9    MR. NASRULLAH:  Five more, at the most, I think, Your

10  Honor.

11    THE COURT:  Okay.  That's fine, just understanding I

12  do want to get focused on the question of personal

13  jurisdiction, but I do appreciate this background, just please

14  keep in mind that time is of the essence.

15    MR. NASRULLAH:  Yes, ma'am, I will certainly do that,

16  Your Honor.

17    And again, just -- and I don't want this to be all

18  cumulative, but in August 2015, Vanity Fair picks up the story,

19  and there, as you can see from the excerpt that I have put up,

20  after the meeting, after the auction in Argentina, the three

21  men decided -- and Mr. Gutierrez pushed this concept, he kept

22  saying, Look, you can't sell any more of these clones, you give

23  away the clone, you give away our most important asset and

24  bring me on board.  He had contributed -- as we explained, he

25  paid and extinguished the obligations under the 2009 agreement

1  and Mr. Meeker and Mr. Cambiaso, knowing fully well that

2  Mr. Gutierrez was the one pushing not selling clones, brought

3  Mr. Gutierrez into the enterprise.

4        Next slide, please.

5        You know, we are all lawyers here and it is even in

6  legal journals, even in legal journals.  This has gotten some

7  following, and you have the BC Law Review article that I found,

8  and even there, Mr. Meeker was interviewed on the phone and he

9  made it very clear that if they sell clones, you are going to

10 diminish the value of the clones and the focus then became

11 selling the clone babies.  You mate them with another horse,

12 create a knew clone embryo and Mr. Meeker admitted he did that

13 to protect the interest in the superior horse, Cuartetera and

14 others' genetic code, and he made that statement in the

15 telephone interview.

16        Everyone in this enterprise, Mr. Cambiaso,

17 Mr. Gutierrez, relied on this because that was the fundamental

18 premise of the business, let's not sell clones.

19        Let's move forward, let's go back to the timeline.

20        So we have gone through most of the timeline, Your

21 Honor, and as you will see, and where we left off was

22 essentially the business model is not selling clones.  There

23 were other meetings and you have seen that in the affidavits,

24 including Mr. Jornayvaz and Mr. Cambiaso, in Wellington,

25 Florida, here in Palm Beach County, where Mr. Meeker was

```
 1  involved in discussions with these gentlemen about various
 2  breeding operations and Mr. Meeker never claimed an ability to
 3  sell any clones.  I mean, he was behaving consistently with his
 4  public admissions.
 5          Eventually, there is a falling out of sorts between
 6  Mr. Gutierrez, Mr. Meeker and Mr. Cambiaso, who had started out
 7  a Crestview Genetics breeding business in Argentina.  They
 8  entered into a settlement agreement, and again in that
 9  settlement agreement, Mr. Meeker had no right to sell any
10  clones.
11          The relationship continues and they enter into a
12  different agreement, Mr. Cambiaso and Mr. Meeker, and that was
13  what we call a side letter agreement, and in that agreement --
14  that's an important agreement because again, Mr. Cambiaso had
15  the right to clone horses for himself.  He had the right to
16  clone up to ten horses per year, and he gave Mr. Meeker the
17  right in that agreement to have two Cuartetera clones for
18  himself.
19          Mr. Meeker and his son live in this world of polo,
20  they wanted to be able to play and compete and Mr. Cambiaso
21  said, Okay, I'll give you two clones, you can't use them
22  professionally, you two can play them, but if you sell them or
23  if you clone them, do anything with them other than use them
24  for personal use, I get them back.  And there are provisions in
25  that agreement and safeguards to insure that the cloned horses
```

1    are kept within their reach, within Mr. Cambiaso's reach,

2    within La Dolfina's reach, Mr. Meeker gets two Cuartetera

3    clones for his personal use.

4          Again, Mr. Meeker has no right to sell these clones,

5    he has a right to sell foals of the clones, make no mistake, he

6    was allowed to do that, but he couldn't sell the clones

7    themselves.

8          Moving forward, Your Honor, I'm going to skip ahead

9    to this year, between May and September 2020, the parties were

10   trying to reach a resolution.  There was plenty of negotiations

11   going on between the two parties and it is then, in 2020, that

12   the concept of selling the clones themselves is raised by

13   Mr. Meeker.

14         That's the first time he takes the position,

15   completely contrary to everything that you have seen in the

16   global press, that he had the right to sell the clones under

17   this 2009 agreement for some reason.  He says, That's the

18   agreement that gives me the right, the 2009 agreement, but you

19   have seen consistently that they have taken the position,

20   Mr. Meeker has taken the position they are not going to be

21   selling clones; cloned babies, yes, and hopefully I have

22   articulated the difference for the Court.

23         But between -- they try and settle this dispute.

24   Mr. Cambiaso's representatives from Argentina are trying to

25   reach Mr. Meeker and say, What is going on, and Mr. Meeker

1   now -- and his counsel, his legal counsel is involved,

2   Mr. Eichberg -- are taking the position, Wait a minute, we had

3   the right to sell these clones, and it was an eye opener

4   because that's not what the parties had agreed to, and that's

5   not what Mr. Meeker had been telling everybody.

6          So these lawsuits get filed and you know most of that

7   story, so I can skip ahead.  Mr. Meeker wins the race to the

8   courthouse and on December 3rd, he filed the case in the

9   Northern District of Texas, I think our case here gets filed on

10  December 8, and then another suit gets filed December 10th in

11  state court in Texas.

12         Now, what happens after that, after three cases are

13  going in three different courts, we discover that on

14  December 17th in Palm Beach County, the three Cuartetera clones

15  that Mr. Borodin now has are tested for shipment.  You can't

16  ship a horse interstate, the Feds don't let you do that; you

17  have to test them to make sure they are disease free.  They are

18  tested for shipment and the shipping date was December 20th,

19  and the horses were shipped out of state during the pendency of

20  this Court, during the pendency of this lawsuit, they are

21  shipped from this jurisdiction to South Carolina, when

22  everybody knew that we had a case going here involving the very

23  disputed ownership of these three Cuartetera clones.

24         These horses left the jurisdiction, and that, as you

25  can imagine, Your Honor, that is troubling to us, and one of

1  the reasons we propose the stay still, the standdown that

2  Mr. Chapman did, was we said, Let's just stop, we will even

3  take care of the horses.  Let's give them to a third party in

4  South Carolina, we will assume the cost of care, we will even

5  assume the cost of training.  We will have the La Dolfina

6  people go down there and train these horses, because nobody can

7  train them better than La Dolfina, we wanted to try and work

8  through this today.

9         The horses are gone now, the litigation proliferates

10  because the next place Mr. Chapman and I need to go now is

11  apparently South Carolina, and hopefully the horses don't get

12  shipped.

13         Then we have now reason to believe, when we began

14  looking to see whether Mr. Meeker was indeed standing down on

15  selling horses, there were videos deleted from his Instagram

16  account that had Cuartetera babies on it, so we don't know what

17  Mr. Meeker's intentions are at this point, but it is the two

18  last facts that I told you; the horses being shipped out of

19  state and the deletion of the account that are troubling.

20         We have three federal prosecutors here, we know what

21  we call it in that world, it is called obstruction, and right

22  now, I'm not making any accusations, but I do think it is

23  troubling, coincidental, and that's something we would really,

24  really appreciate getting some discovery going.

25         Your Honor, I have taken a lot of time and you have

1  been extremely patient, I just wanted to lay the stage here.  I

2  have nothing further, Your Honor, on this opening statement.

3        THE COURT:  I have actually a couple of questions, if

4  you can keep up that slide with the chronology.

5        MR. NASRULLAH:  Yes, ma'am.

6        THE COURT:  Is it there, I don't see it on the

7  screen?

8        MR. CHAPMAN:  Bringing it up now.

9        THE COURT:  So I guess a couple questions.

10        You mentioned this 2011 purported sort of -- you

11  know, the 2009 agreement purportedly gets extinguished.  I

12  guess what evidence do you have that this payment by Gutierrez

13  had that affect as to the 2009 agreement?

14        MR. NASRULLAH:  Your Honor, we have laid that out in

15  Mr. Gutierrez's affidavit, which is before the Court.  It is

16  docket 41, number one, and it is a 17 page affidavit.

17        THE COURT:  So where specifically, because I looked

18  at -- 41-1 or 41-2?

19        MR. CHAPMAN:  I'm looking at -- Your Honor, this is

20  Mr. Chapman.  I'm looking at 41-1 filed on January 21,

21  affidavit of Julio Ernesto Gutierrez Conte, he goes by Ernesto

22  Gutierrez, that's the affidavit we are talking about.  And just

23  because I'm familiar with this affidavit, if I could just

24  answer that.

25        One of the issues we have -- or one of the facts that

```
 1    Mr. Gutierrez surfaces for the Court is that, I made this
 2    payment of over a million and the consideration I was getting
 3    back from Mr. Meeker was, in part, the 2009 agreement was going
 4    to be terminated because we are all now going into business
 5    together in Argentina to create this cloning factory and we
 6    don't want any extracurricular cloning rights to continue
 7    forward since Mr. Meeker and myself and Mr. Cambiaso are going
 8    into business together.  So I paid them a million five, which
 9    was going to take care of Mr. Meeker's investment under the
10    2009 agreement and terminate that agreement.
11           And Mr. Gutierrez was kind enough to point out to us,
12    and it is an attachment to his declaration as an exhibit, the
13    minutes of the Crestview Genetics Argentina S.R.L. some years
14    later, reaffirm -- in June of 2017 reaffirm that the purpose of
15    the -- the retention of the rights to La Dolfina and Cambiaso
16    derived clones continued to be reserved for Mr. Cambiaso and
17    his son Poroto, so that -- and Mr. Meeker was aware of that in
18    2017 as a part of the company at that point in time.
19           So the short answer to your question is that --
20           THE COURT:  Mr. Chapman, so the minutes that you are
21    referring to, what page -- is that 41-1, what specific page?
22           MR. CHAPMAN:  Yes, Your Honor, the minutes you can
23    find at 41-1, pages 15 and 16 in English and the Spanish is
24    right before that at 41-1, 14.
25           THE COURT:  All right.  But there was no actual --
```

Friday, January 29, 2021

1  beyond these minutes, there is no formal memorialization of

2  basically a rescission of the 2009 agreement, I understand.

3          MR. CHAPMAN:  There is to a certain extent, Your

4  Honor.  While not in evidence, the 2011 quota holders

5  agreement -- you see it on your screen -- is March 23rd, 2011,

6  and we are happy to introduce that.  That agreement says that

7  this agreement replaces all other prior agreements of the

8  parties.

9          THE COURT:  So this quota holders agreement is not in

10 the record at this time?

11         MR. CHAPMAN:  It is not, Your Honor.  The reason why

12 we didn't enter it, we didn't want to confuse the Court with

13 yet another series of agreements, but we are happy to put it

14 in.  There is nothing to hide there, we can have it entered

15 into the record while this hearing is going on, but that has a

16 whole entire agreement clause in it that says that.

17         MR. O'QUINN:  Your Honor, I just want to make sure I

18 raise an objection.  Again, I'm happy to observe, but I want to

19 timely raise my objection.

20         THE COURT:  Okay, Mr. O'Quinn, why don't you sort of

21 collect your objections and I'll turn to you soon.

22         I do think that if your suggestion is that one of the

23 key agreements in this case, Mr. Chapman, is no longer in

24 effect pursuant to a subsequently entered agreement, that that

25 later agreement should be made part of the record.

Friday, January 29, 2021

```
 1            MR. CHAPMAN:  We will be pleased to do that, Your
 2   Honor.  We had taken the position that the 2009 agreement had
 3   never been performed and it was terminated as well for failure
 4   of performance, so that -- well, understood.
 5            THE COURT:  All right.  So then my other sort of
 6   factual question is with respect to the shipment of these three
 7   Cuartetera clones most recently in December, as you allege.
 8   What evidence do you have that they were actually shipped from
 9   Florida to South Carolina, Mr. Nasrullah or Mr. Chapman?
10            MR. CHAPMAN:  Your Honor, found at DE 41-6 is the
11   affidavit of Ms. Hartnett.  Ms. Hartnett is a paralegal and as
12   a member of the public, made a public records request to the
13   Florida Department of Agriculture and Consumer Services, and
14   received back the certificates of a veterinary inspection,
15   which is actually a multipage document.  It is actually a two
16   page document for each of the three horses, so you will find
17   that at 41-6, starting at page five of ten for the certificates
18   themselves.
19            And those certificates are important for the horse
20   people amongst us, they would know that when you ship any horse
21   out of Florida, interstate, you have to have the horse
22   certified to be healthy within 30 days, and you have to have
23   the horse inspected for equine infectious anemia, EIA,
24   otherwise known as a Coggins exam.
25            Ms. Hartnett's affidavit avers that these public
```

31

1   records were provided to her by the Florida Department of

2   Agriculture and Consumer Services pursuant to her Florida

3   statute 119.01 request.  It is a public document, anyone can

4   ask for it, the Court can take judicial notice of it.  These

5   certificates are easily verifiable as being accurate, and the

6   timeline is as follows:

7           All of these suits were filed by December 8th.  On

8   December 10th, the horses' blood is pulled for travel.  And by

9   the way, the photograph of the horses that's in the first

10  amended complaint, which we filed on December 24th, so at

11  DE 22, page 26 is the photograph of the horses, the three

12  clones standing in a paddock in Wellington, Florida.  So

13  December 24th, the horses are in Florida, in Wellington, in

14  Palm Beach County.

15          Excuse me, we believed they had been standing there,

16  but as it turns out, they were shipped out on the 22nd of

17  December, two days prior, so we didn't even know they had been

18  moved.

19          THE COURT:  Mr. Chapman, so the horses that are in

20  that image, the three horses in the paddock, as you describe

21  it, are those the actual Cuartetera clones you are alleging, or

22  had they already been shipped to South Carolina by then?

23          MR. CHAPMAN:  Yes, they are.  We were not aware that

24  right after this picture was taken, they were shipped out, we

25  filed this on the 24th.

Friday, January 29, 2021

1           What we also weren't aware, until we got to the

2    public record, was that, in fact, as early as December 10th,

3    which is two days after we filed our lawsuit and mentioned that

4    we were aware of the sale to Mr. Borodin in Florida of the

5    three Cuartetera clones, that the blood was pulled.  And you

6    need to pull the blood because in order to do the Coggins test,

7    the EIA, equine infectious anemia test, you need a couple of

8    days for the state lab to process the blood for infectious

9    disease, they want to make sure it is not transmitted through

10   horses in interstate travel.

11          THE COURT:  I understand that point.

12          Another factual question on the timeline, so this

13   July 29, 2019 settlement agreement, is that in the record?

14          MR. CHAPMAN:  The July 29th settlement agreement --

15   hold on one second.

16          The side letter agreement is in the record, the

17   contemporaneous settlement agreement amongst the parties is not

18   in the record as well, it's not in the record.

19          THE COURT:  But how does that differ from the side

20   letter agreement?

21          MR. CHAPMAN:  What happened, just to give it

22   context -- and I appreciate Your Honor's questions, thank you

23   for joining down with us -- in July of 2019, the parties,

24   Mr. Meeker, Mr. Gutierrez, Mr. Cambiaso and their entities that

25   they were operating under, decided to terminate the operation

```
 1   of the Crestview Genetics S.R.L. operation in Argentina and
 2   they decided to do the following:  Let's wrap up that
 3   operation, and they did a settlement agreement, I'll tell you
 4   what happened there, and then they decided to go forward on
 5   some very limited basis with some limited cloning licenses.
 6           The settlement agreement -- they were contemporaneous
 7   agreements.  The settlement is between Mr. Gutierrez,
 8   Mr. Meeker and his entities and Mr. Cambiaso and his entities,
 9   was that Mr. Cambiaso gets back his clones and his genetic
10   material, Mr. Gutierrez gets the physical possession of the
11   laboratory in Argentina, and Mr. Meeker gets compensated for
12   his investment in the Argentine operation, and that was wrapped
13   up in a settlement agreement called, oddly enough, the
14   settlement agreement from 2019.
15           At the same time, these gentlemen agreed that, All
16   right, there are some clones in existence, because they had
17   decided through the development of the Argentine model, that
18   the only parties who were ever going to possess and train and
19   play La Dolfina or Cambiaso horse clones were going to be
20   La Dolfina and Cambiaso, then they made an arrangement under
21   the 2019 settlement agreement -- excuse me, under the 2019 side
22   letter agreement, which is in the record at DE 22-8, they made
23   arrangements for Mr. Meeker to have two clones for his personal
24   use with no recloning rights, and Mr. Cambiaso and La Dolfina
25   were to otherwise retain the rights.  Mr. Meeker was going to
```

1  have some right to sample -- to take samples to undertake

2  production, what we call the second edition of clones for

3  Mr. Cambiaso, which, by the way, is what we are talking about

4  now; these horse are what we call the second edition.  The

5  first edition of clones, just for terminology, was under the

6  2009 agreement, the second was 2019.

7        THE COURT:  Okay.  Well, I understand your point

8  there.  I mean, in an effort to complete the record, I

9  encourage you to submit both the quota holders agreement and

10 the settlement agreement since I understand they are not in the

11 record at this time.

12        So at this point, I think I have a pretty good view

13 overall of the timeline here, so I'll turn to Mr. O'Quinn with

14 respect to any objections related to that presentation

15 specifically.

16        MR. CHAPMAN:  Your Honor, before we go on, we have

17 Mr. Bucking, who is an attorney in Argentina, a member of the

18 public, he is not expected to be a witness, he would like to be

19 let into the meeting through either Zoom or through the phone

20 call.

21        THE COURTROOM DEPUTY:  Your Honor, forgive me, I just

22 let him in.  I just didn't know who he was, it just said caller

23 user number three.

24        MR. CHAPMAN:  That's Mr. Bucking.

25        THE COURTROOM DEPUTY:  He's in the meeting, Your

1  Honor.

2          THE COURT:  Thank you.

3          Mr. O'Quinn.

4          MR. O'QUINN:  Thank you, Your Honor.  Are you able to

5  hear me?

6          THE COURT:  Yes.

7          MR. O'QUINN:  Thank you, Your Honor.

8          First of all, before we begin, I would like to just

9  respond to the argument that was just raised, I would like to

10  raise a few objections.

11          The first is an objection to hearsay.  I recognize

12  that in a TRO proceeding, hearsay is available to the Court;

13  however, there must be indicia that the hearsay is reliable and

14  generally, hearsay within hearsay is heavily disfavored.

15          What we have now before us is hearsay within hearsay

16  within hearsay.  We literally have Vanity Fair articles being

17  submitted to the Court as evidence and I would -- I would move

18  to disallow the admission of hearsay within hearsay evidence.

19          I would also ask the Court, under the best evidence

20  rule, not to have hearsay describing external agreements that

21  are purportedly either in writing or would be required to be in

22  writing to affect written documents that are being partially

23  submitted to the Court.

24          You know, the best example of the importance of this

25  is the fact that they have tendered a document discussing the

1   horse location, and while it is being offered somehow to prove

2   the fact that a horse, which was previously sold to someone

3   else, may have been, at some point, in the State of Florida for

4   the purpose of the personal jurisdiction, I would submit to the

5   Court that that is evidence of nothing for the purpose of

6   personal jurisdiction if the party over whom we are talking

7   about is not the responsible person for sending that horse to

8   Florida or using that horse in Florida, which in and of itself

9   would still not be relevant to the Court's inquiry into

10  personal jurisdiction.

11          I do think it is interesting that they admit in that

12  context that the horse, in the process of moving from state to

13  state, is having tissue and blood, which contains the very

14  trade secret at issue in this case, being submitted to the

15  state, and as we will discuss later in today's hearing and

16  other hearings, that goes to the fact that there is no trade

17  secret here to start with, a fundamental and important

18  question.

19          THE COURT:  Mr. O'Quinn, I want to stop you right

20  there.  What exactly is unreliable about these certificates of

21  veterinary inspection?

22          MR. O'QUINN:  Your Honor, the certificate of

23  veterinary inspection would, itself, not be hearsay within

24  hearsay, that is a public document that would be subject to an

25  exception to hearsay.  What my issue is is the description of

1 these documents that are included in the affidavits and

2 declarations that were submitted, which include statements

3 like, It came to my attention, or other aspects of those sorts

4 of third party, hearsay within hearsay, it is those that I

5 object to.

6        Or the presentations reference -- and you addressed

7 some of this by asking them to submit the actual instrument

8 that's being referenced, but the presentation was intended to

9 provide the Court with descriptions of written agreements

10 without submitting those written agreements, and is replete

11 with third party references to other documents, and so I am

12 merely drawing the Court's attention to the fact that the

13 evidence being offered to the Court does not rise to the

14 evidentiary standard that we require even at this stage.

15        So I would raise the objection that the Court not

16 rely on affidavits and declarations which constitute either

17 hearsay within hearsay or impermissible testimony.  I just want

18 to preserve that objection.  I'm sure the Court is able to

19 parse through and make its own discretionary determination, but

20 I did not want to fail to raise the objection.

21        THE COURT:  The objection is noted.  At this point,

22 it is overruled.  I am comfortable reviewing the terms of the

23 agreements that have been submitted and the additional two that

24 I have requested.

25        As far as the affidavits are concerned, they are all

1    sworn affidavits, correct me if I'm wrong on that, but I don't

2    see anything unreliable at this point that would give me

3    serious concern as far as the evidence in the record thus far.

4            So I will take it all under advisement, of course,

5    but I assure you that I will be looking at the contracts

6    themselves, not merely the descriptions of the contracts

7    provided by Counsel.

8            MR. O'QUINN:  Absolutely.  In fact, Your Honor, I

9    would submit that we very much want you to look at the

10   contracts themselves, particularly those attached to the

11   complaint.  Because they are attached to the complaint and

12   bringing this proceeding back to the legal issues at hand, they

13   are part and parcel of the pleadings of the complaint and to

14   the extent that there's an averment in the complaint that is

15   inconsistent with the very clear and unambiguous language of

16   those documents, the Court should favor those documents and we

17   believe that would be instructive to the Court.

18           So with that, I would like to go into my response to

19   the personal jurisdiction argument.

20           THE COURT:  We haven't gotten there yet, so I'm going

21   to actually turn back to Mr. Chapman or Mr. Nasrullah at this

22   point for them to present, in as organized a fashion as

23   possible, why they believe that this Court can exercise

24   personal jurisdiction as to the Defendants, both from a

25   specific jurisdiction standpoint and a general jurisdiction

1  standpoint.

2          So Mr. Chapman, I don't know if you want to take the

3  lead on this, but now is your time to present your personal

4  jurisdiction argument.

5          MR. CHAPMAN:  Understood.  Thank you, Your Honor, for

6  allowing us to set the stage as to the facts.

7          Underlying -- underlying the concept of this Court

8  exercising jurisdiction is a fundamental question of fairness,

9  not violating due process.  We all know this, this is no

10 surprise to anybody that that's the key to this.  And the key

11 that unlocks all of the analyses is whether or not the Court

12 should, consistent with constitutional considerations, exercise

13 jurisdiction.

14         So what have the federal courts sitting in Florida

15 done?  They said, Okay, we apply the state long-arm statute

16 test, okay.  We are going to, a federal court in Florida must

17 determine whether personal jurisdiction exists over a

18 nonresident under Florida's long-arm statute and whether the

19 exercise of jurisdiction would violate due process.  Okay, we

20 know the law.  Okay, that's expressed in the Eleventh Circuit

21 in the *Louis Vuitton* case, 736 F.3d at 1350, 2013, Eleventh

22 Circuit case.

23         Okay.  As the Court Supreme Court has said in

24 *Goodyear*, 131 S.Ct. 2846 and 2851 in 2011, the exercise of

25 personal jurisdiction comes in two forms, specific and general.

1   We all know this.  General, often called all purpose

2   jurisdiction; and specific, sometimes called case length

3   jurisdiction, okay.

4           So we are here to talk about both types of personal

5   jurisdiction.  I'm going to briefly talk about general or all

6   purpose jurisdiction.

7           I would like the slide with the entities, the last

8   slide please.

9           I'm just going to show you a slide, Your Honor.

10  Mr. Meeker had, on last count, 114 entities of which he is the

11  manager, you will see that in just a second.

12          From what we understand, three of them, CQuentia,

13  LLC, this would be two columns over on the right; CQuentia,

14  NGS, LLC; and Total Diagnostics, II, all the way on the third

15  page, are actually registered in Florida and he's the manger of

16  those businesses; and of course, we take the position that

17  Crestview Genetics and Crestview Farm, LLCs have both conducted

18  business here and committed torts here.

19          So we have three entities he's actually the manager

20  of and sought to do business here and at least two others that

21  committed -- conducted business activities systemically here

22  and committed torts here.

23          THE COURT:  Before you proceed, the three entities in

24  Florida that you say Mr. Meeker has registered in Florida,

25  which are those again?

```
 1              MR. CHAPMAN:  If you look at Mr. Meeker's portrait
 2   and you go two columns over, on the right, you will see an
 3   entity called CQuentia, NGS that is somewhat in orange.
 4              THE COURT:  Yes.
 5              MR. CHAPMAN:  Above that is CQuentia, LLC in white.
 6              THE COURT:  Yes.
 7              MR. CHAPMAN:  And then far to the right, an entity
 8   called Total Diagnostics, II, LLC toward the bottom of the last
 9   column as well.  Going back to the column with CQuentia, you
10   will see Crestview Farm with periods or without, registered two
11   different ways, and Crestview Genetics is -- you will see that
12   below there.
13              THE COURT:  One moment, Mr. Chapman.
14              Mr. O'Quinn, do you have any objection to the factual
15   point that these three entities are registered in the State of
16   Florida?
17              MR. O'QUINN:  Your Honor, I don't, other than the
18   fact that that limited statement is a misleading statement.
19              Having the ability to do business in Florida does not
20   mean that you factually or actually do business in Florida, so
21   I would submit that actual evidence of activity, rather than
22   merely the submission of the ability to do business.
23              I have no objection to the fact that he may be
24   properly characterizing a public record that's with the State
25   of Florida, but outside of that and obviously how it
```

Friday, January 29, 2021

1  interrelates with this case, either for general purposes or for
2  specific purposes, we certainly contest that, but we don't
3  necessarily object to the information.
4          THE COURT:  Okay, thank you.
5          Mr. Chapman, I understand the point about these three
6  entities being registered in the State of Florida, you can go
7  on now.
8          MR. CHAPMAN:  Thank you.  I will point out that my
9  recollection is that two, if not three of those entities were
10 subject to lawsuit here in Florida, there was litigation here
11 in Florida, they litigated it here in Florida.  I mentioned
12 that, I think, in my original papers.  I'll be happy to get the
13 reference for you, but there are docket entries in cases where
14 they were litigants, and that that is also, I think, a
15 significant factor when you talk about general jurisdiction, is
16 do you have entities which are availing themselves of the court
17 system or involved in the court system in some way, shape or
18 form and presenting substantive arguments and asking for relief
19 within Florida.
20         So in Mr. Jornayvaz's affidavit, I believe it is
21 his -- I believe it's his first one, Robert Jornayvaz at DE 19,
22 he spends a bit of time talking about the fact that Mr. Meeker
23 individually, and on behalf of these Crestview Farm and
24 Genetics entities, was here numerous times regarding
25 negotiations and relationships.

1          He also says, in paragraph ten -- so that's DE 19 at

2     page two, paragraph ten, Mr. Jornayvaz says, Mr. Meeker also

3     solicited myself and others to raise money for CQuentia, a

4     genetics technology company owned by him and his interests.

5     Mr. Meeker publicly in Florida rested the reputation of

6     CQuentia upon Mr. Meeker and genetics cloning initiatives with

7     La Dolfina and Cambiaso.

8          I think that's rather interesting and notable because

9     it shows that Mr. Meeker is tying his CQuentia entities that

10    are, as Mr. O'Quinn said, registered to do business, but he is

11    not admitting that they are doing business in Florida, he is

12    actually tying them to the business Mr. Meeker is doing with

13    Mr. Cambiaso and La Dolfina in Florida in order to trade on the

14    name and the relationship in order to raise money.

15         So there is a fungibility or commingling of sort of

16    the general jurisdictional points of contact and business with

17    actually the specific general -- specific personal jurisdiction

18    points we will get to later, and I didn't want that to be lost

19    on the Court.  That's a very important point Mr. Jornayvaz

20    makes at paragraph ten.  So for anyone to say, Well, no, he

21    wasn't doing business in Florida, he just registered these

22    entities, I think Mr. Jornayvaz is clear he is doing business.

23         Another point, putting aside the subject of the

24    lawsuits CQuentia was involved and Total Diagnostics was

25    involved in and that had presence in Florida, and they were

1  involved in the courts in Florida.  With respect to -- and

2  Mr. Jornayvaz, that affidavit can also be found at DE 22-1, at

3  page three, paragraph ten, also, you have seen that before.

4           In the context of then looking at this general or all

5  purpose jurisdiction, Mr. Meeker -- oh, and I might say the

6  David Paradice agreement, which is also before the Court at

7  DE 41-5 -- and again, I'm just addressing the general, all

8  purpose right now, but obviously, this agreement has some

9  relationship to the clones, so perhaps it also goes to

10  specific.

11          Mr. Paradice, DE 41-5, starting at page two of 12,

12  gives us an affidavit saying, I'm the owner of the Polo Team

13  Scone, and in the summer of 2017, in paragraph five, so

14  DE 41-5, page two, In the summer of 2017, I was contacted by

15  Mr. Jornayvaz.  He asked me to review an opportunity at

16  Mr. Meeker's request regarding the acquisition of young horses,

17  and then the result of that is a joint venture agreement is

18  developed as attached hereto as attachment one, and the equine

19  joint venture agreement is DE 41-5, starting at page five, is

20  between Mr. Paradice and Crestview Genetics.  And a couple of

21  things from that, it has got a Florida choice of law provision,

22  and I think that is very important.

23          Can you pull that up, please, at paragraph 13, page

24  two of the agreement, so that's DE 41-5, page six, paragraph

25  13, of the agreement says, Any proceeding with respect to the

1    enforcement of this settlement agreement shall be handled only

2    in the state or federal courts of Palm Beach County, Florida.

3              Now, it is Mr. Meeker's lawyers -- according to

4    Mr. Paradice in paragraph ten of his affidavit, it is

5    Mr. Meeker's lawyers who drafted this forum selection clause,

6    the Crestview Genetics' lawyers, who drafted this forum

7    selection clause, so Meeker and Crestview Genetics are entering

8    into other agreements where they have a Florida jurisdiction

9    and venue clause.

10             The other one -- the other one, speaking of the forum

11   selection clause, there is a Kobayashi Partners, LLC, another

12   entity managed by Mr. Meeker, that agreement also, which is

13   attached to Mr. Jornayvaz's second affidavit, mentioned in

14   paragraph 16, so DE 41-3, at page 16, Mr. Jornayvaz, on

15   January 21st, describes the contact of Mr. Meeker and

16   Mr. Meeker's Kobayashi company, Kobayashi Partners, LLC, as

17   coming into a construction and renovation agreement with

18   Mr. Jornayvaz's J5 Construction Company to renovate the

19   condominium that Mr. Meeker lives in when he comes here, and he

20   has a residence here.

21             And we will go later to at the convenience of the

22   parties, if we get there, because he has a place to live, he

23   comes here all of the time, but that -- that agreement also has

24   a Florida choice of law and forum selection clause, and

25   jurisdiction clause.

```
 1              So when we look at it from the general jurisdictional
 2    analysis, when looking at it through the lenses of fairness,
 3    due process, is it unfair, is it unexpected, is it somehow
 4    surprising that Mr. Meeker and any of his entities that he
 5    managed might be hauled into court under a general or all
 6    purpose jurisdictional analysis?  It is not.
 7              He does business here, multiple entities; he has been
 8    involved in litigation here; he has entered into, with two of
 9    his entities, contracts with Florida forum selection clauses;
10    multiple points of contact with other parties, Mr. Paradice, J5
11    Construction, whatever CQuentia was doing that got itself sued.
12    He's raising money for CQuentia, while trading on the
13    La Dolfina and Cambiaso trade that he is undertaking with them
14    in Florida.
15              That's sufficient, Your Honor, that is very
16    sufficient to satisfy the general jurisdictional analysis, but
17    even, as we know from the Dunlop -- Goodyear Dunlop case, the
18    Supreme Court tells us, the exercise of jurisdiction is in the
19    alternative, specific or general, it comes in two forms.
20              So unless there is questions about general, I'm going
21    to turn now to specific personal jurisdiction.
22              THE COURT:  I don't have anything specific as to
23    general, although I would find it helpful if you would point
24    the Court to the particular instances in which Meeker-owned
25    entities have availed themselves of Florida courts.
```

```
1              MR. CHAPMAN:  Your Honor, I'll be happy to pull that
2    information up, I know we mentioned it -- I believe we
3    mentioned it directly in the first amended complaint.
4              Give me one second, perhaps.  If not, we will
5    certainly get that to you.
6              THE COURT:  Why don't you table that, and see if you
7    can address it.  We will take a break in a few minutes, but
8    just so that I can recap your points with respect to general
9    jurisdiction, what I gathered were, number one, three out of
10   114 entities registered in the State of Florida, at least one
11   of which entered into an agreement with a forum selection
12   clause selecting Florida as the place to arbitrate any
13   potential disputes.
14             MR. CHAPMAN:  Two did, Your Honor, I'm sorry.  The
15   Kobayashi Company with J5 Construction, which isn't registered
16   in Florida, and Crestview Genetics, also not registered in
17   Florida, but does a Florida forum selection clause with
18   Mr. Paradice.
19             THE COURT:  Okay, so I understand that point.
20             Then an additional point about Mr. Meeker having a
21   part-time residence here in Palm Beach County, and that he
22   remodeled that home with an entity and there is a forum
23   selection clause there, too, that's the Kobayashi that you
24   referenced.
25             MR. CHAPMAN:  Yes, Your Honor.
```

Friday, January 29, 2021

1          THE COURT:  Is there anything more that you would

2     like to add on general jurisdiction beyond what I have just

3     laid out?  I may have missed something you said, I want to make

4     sure I am capturing it all.

5          MR. CHAPMAN:  I thought it was significant that

6     Mr. Jornayvaz, in paragraph ten of his first affidavit, says

7     that he was asked specifically in Florida for money for

8     CQuentia and others were asked, and Mr. Meeker was raising

9     money for CQuentia in Florida and when doing that, referencing

10    the Kobayashi/La Dolfina cloning business, because it is a

11    genetics company as well.

12         THE COURT:  Okay, understood.  No additional

13    questions from my end as to general jurisdiction.

14         Just so that I understand the timing here, how

15    lengthy do you think your specific jurisdiction presentation

16    will be?  I'm just trying to decide whether to allow

17    Mr. O'Quinn, at this point, to respond to general jurisdiction

18    or whether to allow you to go as to the specific and then give

19    Mr. O'Quinn an opportunity to respond as to both.

20         MR. CHAPMAN:  Thank you, Your Honor.  I don't

21    anticipate going too much longer than I just did on general, I

22    think we are all aware of the averments that are in the

23    affidavits, so I'm not going to repeat each one.

24         THE COURT:  Okay.

25         MR. CHAPMAN:  In going to try to abbreviate some of

1    that.

2           THE COURT:  All right, go ahead and present your

3    specific jurisdiction points, and I don't know if you would

4    find it helpful to refer to the summary submitted.

5           MR. CHAPMAN:  DE 41-13, yes, Your Honor, we did that

6    for the courtesy of the parties and the Court.

7           You know, quite honestly, that's not even all of the

8    averments, it's as many as we could gather in a cogent

9    document.

10          Your Honor, I'm just going to make some commentary on

11   these points and then perhaps add a couple others briefly.

12   When Mr. Jornayvaz indicates in his first affidavit, which is

13   in the record at DE 19, he is very clear that he -- that

14   Mr. Jornayvaz was there, that there were multiple, multiple

15   meetings regarding the 2009 agreement, the 2019 side letter

16   agreement, the equine joint venture agreement, which was the --

17   the Paradice -- otherwise known as the Paradice agreement that

18   Mr. Paradice referred to, which has the Florida choice of law

19   and jurisdiction and forum selection clause, that shouldn't be

20   overlooked when you are talking about specific jurisdiction

21   because specific jurisdiction, you know, the case linked or the

22   case specific jurisdiction talks about, Okay, what happened

23   here.

24          And respectfully, to Mr. O'Quinn and Mr. Woodfield,

25   they twice wrote words to the effect of, Nothing of

1  significance happened in Florida.  They wrote it in their most
2  recent reply brief and they wrote it in their motion to
3  dismiss.
4          Respectfully, I take exception to the fact that that
5  is an accurate statement.  Things of significance related to
6  this case happened here multiple times, not only the torts and
7  the breaches we are talking about, you know, what I'll call the
8  legal claims, but also factually.
9          THE COURT:  But let's go through that, Mr. Chapman.
10  I understand the general proposition that you think a lot of
11  stuff happened here, but let's go through it in detail.
12          MR. CHAPMAN:  Well, that's fine.  Let's look from the
13  summary of averments and let's work through that for a minute.
14  The first bullet point, multiple meetings were held, okay.
15  Now, that is a later development, so it's perhaps working from
16  recent time, going backwards, but since it is at the top of the
17  summary, we will talk about it for a minute.
18          At some point, the parties are deciding to come to a
19  settlement agreement, a side letter agreement, the equine joint
20  venture agreement, Mr. Paradice follows a little bit later and
21  decides what to do about the 2009 cloning agreement to the
22  extent it is there and in any way not previously terminated.
23  Those are substantive agreements amongst the parties to those
24  agreements about -- and this is in the affidavits, about what
25  their rights are, what the business model is, is there or is

```
 1   there not -- and we submit there is not, because it doesn't say
 2   there is anywhere in the contracts -- that there is not going
 3   to be a right to unilaterally sell clones of La Dolfina and
 4   Cambiaso horses, those are very specific meetings and terms
 5   discussed, so something of significance; many things of
 6   significance, not just one meeting, not just one fly in.
 7            Ultimately, Mr. Meeker flies in and Mr. Zedda's
 8   affidavit talks about that.  Mr. Zedda's affidavit at 41-7, and
 9   Mr. Zedda is there.  Paragraph four, page three of seven, 41-7
10   of Mr. Zedda, okay, I attended numerous meetings to implement
11   the equine joint venture with Mr. Paradice, who was also there,
12   and there were multiple meetings held between February 25th and
13   28th, February 1st and 3rd.  He names the parties who were
14   there, Mr. Meeker's own legal counsel, Mr. Eichberg, is flown
15   in from Texas, and so Mr. Meeker is bringing his team to
16   Florida, to Palm Beach County, and the specific subjects
17   discussed are included in paragraph five of Mr. Zedda's
18   affidavit, 41-7, included the clones contemplated in the 2019
19   side agreement that were for Mr. Cambiaso and La Dolfina's
20   exclusive use; the reservation of two clones only for the
21   personal use of Mr. Meeker's family; the administration and
22   implementation of the breeding program developed by the equine
23   joint venture agreement, that's Mr. Paradice's agreement with
24   the Florida forum clause.  During these discussions, it is
25   clear to all and acknowledged by Mr. Meeker that La Dolfina and
```

1    Mr. Cambiaso's clones would not be sold, but instead would be

2    used solely by Mr. Cambiaso and La Dolfina, and it says that in

3    the 2019 agreement, that it's for Cambiaso and La Dolfina

4    branded teams.

5            Mr. Zedda says -- I'm not going to read the whole

6    thing -- that Mr. Meeker never once stated in any of those

7    meetings or in personal discussions that Mr. Zedda had that the

8    2009 agreement gave Mr. Meeker any rights to breed or sell the

9    clones from the La Dolfina Cambiaso clone -- original genetic

10   stuff.  He only said that he stated that selling clones to the

11   general public was not the right business approach and, of

12   course, he never mentioned that -- Mr. Zedda says that

13   Mr. Meeker never said he'd tried to sell clones to Lolo

14   Castagnola or to Mr. Borodin, both of whom are competitors in

15   the professional polo world to La Dolfina Cambiaso.

16           So when we get to this point from the summary, when

17   we talk about, and to answer your question, things of

18   importance that happened during the meeting -- in Florida,

19   during these meetings, there is quite a bit there.

20           Mr. Zedda, also at document 22-3, which is another --

21           Is that the same affidavit?

22           Those averments are also made at 22-3, which was our

23   renewed motion.

24           So to say that nothing of significance happened; no,

25   things of significance happened.  Discussions, negotiations

```
 1  specifically regarding the very legal and factual issues that
 2  have surfaced here that are most prominently at issue here;
 3  does Mr. Meeker or any of his entities have the right to
 4  unilaterally manufacture and unilaterally sell La Dolfina and
 5  Cambiaso stock derived clones to the general public.  Things of
 6  significance definitely happened in Palm Beach County.
 7             THE COURT:  All right.  I think we covered this
 8  earlier, do you want to present any witness testimony on the
 9  question of personal jurisdiction or meetings that were held
10  here in Florida related to any of the subject agreements?
11             MR. CHAPMAN:  Well, it is our position that it is
12  covered adequately in the affidavits by Mr. Jornayvaz and
13  Mr. Zedda.
14             THE COURT:  Are either of those individuals parties
15  to the agreements?
16             MR. CHAPMAN:  Mr. Jornayvaz is a party to the
17  Paradice agreement.  And by the way, Mr. Cambiaso's declaration
18  and affidavit at 41-2 also addresses these meetings and he is
19  the party.  41-2, his affidavit, because he was there along
20  with Mr. Zedda, reads much the same if you look at it.
21             So to answer your question, here is a party of the
22  agreement, 41-2, the second affidavit of Mr. Cambiaso, where at
23  paragraph three, Mr. Cambiaso says --
24             Pull that up.
25             -- at paragraph three, I attended several meetings in
```

54

```
1  Wellington concerning the cloning breeding with Mr. Meeker, he
2  says on multiple dates.  Mr. Zedda obviously was able to hone
3  in a little more closely on the dates, but Mr. Cambiaso does
4  recall there were meetings between February 25 and 28, 2019
5  between myself Mr. Meeker, Mr. Jornayvaz and Mr. Zedda; between
6  February 1 and 3rd, where Mr. Meeker's counsel, Mr. Eichberg,
7  Mr. Zedda and Mr. Jornayvaz were there in Palm Beach County.
8            And paragraph four, what was discussed; again, the
9  clones contemplated in the 2019 side agreement, side letter
10 agreement for exclusive use by La Dolfina and Mr. Cambiaso, and
11 two clones for the personal use, the implementation of the
12 Paradice joint venture agreement with the Florida venue and
13 forum selection and the ten Cuartetera clones that he had asked
14 Mr. Meeker to produce under the 2019 side agreement, that's the
15 second edition, which were only for La Dolfina Cambiaso's
16 exclusive ownership and use.
17            THE COURT:  Okay.
18            MR. CHAPMAN:  It goes on from there, but the things I
19 read about Mr. Zedda averring, also Mr. Cambiaso was part of
20 the agreement and avers.
21            THE COURT:  Okay.  One quick record point.  I note
22 that that affidavit says second affidavit of Adolfo Cambiaso,
23 is there a first one that I missed?
24            MR. CHAPMAN:  In the Northern District of Texas 2021
25 case, there is an affidavit of Mr. Cambiaso filed on
```

Friday, January 29, 2021

```
 1   January 19th, '21, so two days before, so I think that's why we
 2   called it a second affidavit.  That is, I think, of record
 3   here.  We attached all of the Texas filings from both -- from
 4   the removed case and from the original case into the record.
 5           Do we have a location for this?
 6           THE COURT:  That's okay, Mr. Chapman, we can locate
 7   it.  One last question before I turn to Mr. O'Quinn and
 8   Mr. Woodfield on this point, with respect to the three
 9   Cuartetera clones that were referenced earlier, is there record
10   evidence as to where those horses were born?
11           MR. CHAPMAN:  We do not have record evidence.  We
12   have not introduced record evidence of where they were born.  I
13   have a belief that they were born in South Carolina, where the
14   genetics operation of Crestview Genetics appears to be
15   operating.  I do not believe they were born in Texas, but they
16   were ultimately transported to Florida and that's where they
17   were photographed.
18           THE COURT:  And the farm where they were
19   photographed, who is the owner of that farm?
20           MR. CHAPMAN:  I put that -- that was in the first
21   amended complaint and other places, that's Mr. Borodin's Polo
22   Park Place, LLC, that's a matter of public record.  Mr. Borodin
23   is also on record for having purchased the most expensive home
24   in Palm Beach Island recently, so these are all matters of
25   public record.
```

Friday, January 29, 2021

1          The address can be found -- when we entered

2     Ms. Hartnett's affidavit at DE 41-6, the address -- the origin

3     of shipment of the three clones found by Ms. Hartnett at 41-6,

4     Exhibit 1, origin of shipment, Park Place Polo, and it has the

5     address here in Wellington, Palm Beach County, Florida.

6          THE COURT:  And just as far as I'm clear as to the

7     universe of affidavits that I'm working with here, tell me what

8     I'm missing, if anything.  Affidavits by Adolfo Cambiaso,

9     affidavit by Ernesto Gutierrez, affidavit by David Paradice,

10    affidavit by Taryn Hartnett --

11         MR. CHAPMAN:  Your Honor, if it please the Court, I'm

12    happy to share with the Court, and mark it as an exhibit if you

13    want, we created a matrix of all of the affidavits and

14    materials presented in this -- all of the materials filed

15    around this hearing.

16         Here's what you have:  You have Mr. Cambiaso's first

17    affidavit, which is filed in the Northern District of Texas,

18    which will get you cross-referenced to his second affidavit at

19    41-2.

20         We will get back into the merits of the case and

21    everything else, but Lolo's affidavit is filed at 13-1, 22-11

22    and 26-1; Mrs. Castagnola's affidavit is filed at 13-2, 22-10,

23    26-2.  Mr. Juan Carlo di Caro's affidavit is at 41-11;

24    Mr. Ballesttere, Santiago Ballesttere's affidavit is at DE 46,

25    that's the gentleman from the Polo Pony Breeders Association

1 Argentina at 46.  And Mr. di Caro's affidavit at 41-11, that's

2 the one that talks about the anticipatory filing in Texas.

3          Mr. Gutierrez's affidavit, Ernesto Gutierrez, the

4 partner in Argentina and the partner in the one clone, is at

5 41-1; Ms. Hartnett's affidavit is 41-6; Mr. Jornayvaz's first

6 affidavit is at 19.  Mr. Robert Jornayvaz's affidavit, the

7 second one, is at 22-1, and cross-referenced as 1-1 in the

8 Northern District of Texas filing; Mr. Jornayvaz's second or

9 supplemental affidavit, 41-3.

10          Mr. Meeker has an affidavit at 18-1, and two Northern

11 District affidavits at 20 and 1-1, they are in some other

12 districts of Texas original filing and the removed filing; and

13 then Mr. Meeker's second affidavit is 37-1 here; and his third

14 affidavit at 38-1.  As I understand, there are no affidavits

15 from anyone other than Mr. Meeker, no officers or directors, or

16 anyone from any of the entities.

17          Augustine Nero's declaration is 41-4, Mr. Paradice's

18 affidavit is 41-5.

19          THE COURT:  Okay, I think that covers it.

20          MR. CHAPMAN:  Mr. Zedda's affidavits are at 4-1, and

21 subsequently filed at -- this is the same affidavit, at 13-4,

22 22-3 and 26-4.  The second affidavit is at 13-5, also filed at

23 22-4 and 26-5; and his third affidavit is at 41-7.  And his --

24 then he has some affidavits in the Northern District of Texas.

25          MR. NASRULLAH:  Your Honor, if it would be helpful --

```
 1              MR. CHAPMAN:  Yeah, we are happy to send that over.
 2              MR. NASRULLAH:  -- we can file that for the Court.
 3              MR. CHAPMAN:  We are happy to file that.  If it
 4    please the Court, we are more than happy to share that with
 5    everybody, it is not a secret.
 6              THE COURT:  Okay.  Yeah, I just wanted to understand
 7    more clearly the full scope of affidavits in the record here as
 8    to the jurisdictional question.
 9              So Mr. O'Quinn, why don't you respond to
10    Mr. Chapman's jurisdiction presentation.
11              MR. O'QUINN:  Thank you, Your Honor.  First, my
12    understanding is that that would be submitted as a
13    demonstrative aid, not as evidence, is that right?
14              THE COURT:  Yes, that's correct.
15              MR. CHAPMAN:  Your Honor, I wanted to say, I haven't
16    really concluded my presentation on jurisdiction, for example
17    making the legal arguments that link all of these facts.  If
18    Your Honor feels comfortable on the law, I know we briefed it
19    at length, I won't belabor the point about purposeful
20    availment, continuous and systematic contact, all of these
21    things, substantial, not isolated.
22              If Your Honor is comfortable with that, I get it,
23    I'll step off and allow Counsel to respond, but I don't want to
24    be caught flat footed, and have you say, Well, you didn't
25    mention those legal tests.  I'm mentioning them and adopting
```

1  them from our briefs.

2          Your Honor has been very indulgent in allowing us to

3  present some preliminary (inaudible) and I don't want to take

4  too much of your time, if Your Honor is comfortable on that

5  point.

6          THE COURT:  Okay, thank you.  If I have any questions

7  on that, I'll give you a chance after Mr. O'Quinn is done, but

8  I would like to move this along.

9          Mr. O'Quinn.

10          MR. O'QUINN:  Thank you, Your Honor.

11          Your Honor, this presentation has been a

12  demonstration of the fact that there is a significant

13  difference between the volume of the record and the probative

14  or substantive value of the record.

15          To understand the probative value of the evidence

16  offered, we should recenter this discussion back on the law

17  that's at issue before the Court today.  Specifically, you have

18  asked me to address general jurisdiction, and in this district

19  and in this circuit, a court may assert general jurisdiction

20  over a nonresident defendant only where their affiliations with

21  the state are so continuous and systematic as to render them

22  essentially at home in the forum state.  General jurisdiction

23  is a fairly significant event for the party involved.

24          Were this Court to accept the presentation that was

25  just provided, the Court would make a determination that a

1 party could subject themself to general jurisdiction merely by

2 being an agent of an unrelated company that subjects itself to

3 specific jurisdiction in a state, which, of course, is not the

4 status of the law.

5      In the instances that were raised, there was passing

6 reference to the fact that unrelated foreign entities may have

7 been involved in litigation.  My understanding is in those two

8 litigations, that entity was the Defendant and of course,

9 again, general jurisdiction is not specific jurisdiction.

10      This determination or -- excuse me.  Federal

11 jurisdiction needs to be made from evidence in the record and

12 there is nothing close to evidence in the record that would

13 meet the *Goodyear* standard or rise to the level of *Daimler*, and

14 so I want to make sure we have an opportunity to address a

15 number of different issues that were raised, but I want to be

16 careful not to spend time addressing arguments that so depart

17 from the law that I'm not sure they require a specific

18 response.

19      But certainly, for the sake of reiterating my prior

20 objection, third party testimony that an unrelated foreign

21 entity rested its reputation on -- publicly in Florida on extra

22 state activities from a different foreign company at a

23 different time is not probative to whether or not we have

24 general jurisdiction from the facts before us.

25      Clearly we don't have general jurisdiction, but we

1   also don't have specific jurisdiction.  We do not have anything

2   that would provide an example or factual evidence in the record

3   that either of the two separate corporate entities or the

4   individual subjected themselves to the specific jurisdiction of

5   the Court for the acts and occurrences that arise out of this

6   complaint.

7           It is important -- we started out with a pretty

8   extensive contextual factual background, which I believe was

9   largely irrelevant to the issues before the Court.  The reality

10  is this is a matter that relates to a historical contractual

11  relationship and the disputes that arise out of that contract.

12  This matter was brought in this Court after an action was filed

13  in Texas and before one of the Plaintiffs was even formed in

14  the State of Florida.  The action that was brought here seeks

15  to forum shop and manufacture post hoc bases for jurisdiction

16  before this Court.

17          This was first pled as a contract action based on

18  subject matter jurisdiction and when the Court inquired of the

19  Plaintiffs to explain their subject matter jurisdiction, they

20  were unable to and instead of responding to that challenge,

21  refiled the complaint that all of a sudden alleged two causes

22  of action to try to provide supplemental jurisdiction, again

23  alleging an injury by a company that wasn't even formed when

24  this order based action was instigated.

25          Nothing has been presented to this Court that would

1    demonstrate the type of specific contacts that would cause a

2    party to reasonably believe that they had subjected themselves

3    to the jurisdiction -- the specific jurisdiction of this Court,

4    belabor the acts and occurrences of that historical contract,

5    and having an individual who has broad and diverse business

6    interests, as you have seen in the record, who comes to the

7    sunny State of Florida to recreate and attend a recreational

8    polo experience and may have conversations with people is not

9    the kind of contact that the courts require to have a person

10   subject themself to this form of a lawsuit.

11          Your Honor, we have extensively briefed this.  There

12   was a lot of discussion that I believe was not probative and I

13   believe this Court is well able to make that determination and

14   going back through it line by line would not be a useful use of

15   your judicial time and resources.

16          THE COURT:  Mr. O'Quinn --

17          MR. O'QUINN:  Yes.

18          THE COURT:  Excuse me.  What do you respond to the

19   Plaintiffs' position that there were numerous meetings held in

20   Palm Beach County to discuss matters germane to the 2009 and

21   2019 agreements and that it was sort of an organic, kind of

22   constant evolution of discussions related to those agreements

23   and the business relationships?

24          MR. O'QUINN:  Your Honor, my response is that that

25   information is a mixture of irrelevant facts and confusion for

1    the purpose of trying to get volume where there is none.

2          Essentially, what you have is a number of

3    conversations between polo enthusiasts that relate to horses

4    and horse cloning, something that's important to them.  It is

5    important to understand that Mr. Meeker has multiple horse

6    cloning business interests and many of the conversations are

7    prospective and potential.  That does not mean that Crestview

8    Farm or Genetics is subjecting itself or participating in that

9    conversation.

10         Mr. Meeker -- by the way, at the time of those

11   conversations, it is important to note that the corporate

12   plaintiff had not even been formed yet, so I don't understand

13   how this Court could reach the belief that isolated

14   conversations that may have had a subject matter that

15   overlapped with the historical contractual business

16   relationship, even if there were negotiations of other

17   potential transactions or businesses, would subject, from a

18   personal jurisdiction standpoint, those two corporate entities

19   or that individual to the jurisdiction of this Court for this

20   historical dispute.

21         There is nothing about the evidence that's been

22   provided, other than third party general statements that talk

23   about -- without specificity of where and what was discussed,

24   general statements about subject matter that overlaps with

25   this, certainly not rising to the level that would confer

1  jurisdiction to this Court, and especially when there is a

2  first filed action already addressing these issues in another

3  jurisdiction.

4          THE COURT:  One more thing, Mr. O'Quinn.  With

5  respect to the three clones, what is your position; that your

6  client had no knowledge of the presence of those horses in

7  Florida and had zero involvement in the movement of those

8  horses from Florida elsewhere?

9          MR. O'QUINN:  My understanding is that those horses

10  were owned by an unrelated third party that's not a party to

11  this lawsuit at the time that they were transported to the

12  State of Florida.

13          The fact that livestock that was previously owned by

14  an entity is sold and subsequently transported into a state is

15  of no import and of no value in determining whether or not a

16  person subjected themself to jurisdiction in a Court, and I

17  think it is misleading because it confuses the issue.

18          The fact that a horse was in Florida is itself not of

19  import.  What is important is whether or not the Defendant had

20  contacts with the state, not whether their chattel subsequently

21  had contact or entered the state, it is just not -- it's not

22  part of the analysis and it confuses the discussion.  I think

23  that a lot of facts have been offered to provide a general

24  confusion of discussion.

25          Also important in this discussion is the fact that

 1   the averments don't separate between or among the Defendants

 2   and try to use this alterego theory to try to lump them all

 3   together and not have to identify.

 4            Under this theory, Mr. Meeker's social conversations

 5   at the polo grounds, an entire window of entities, many of

 6   which we have learned are foreign entities, who knows what type

 7   of work that they are doing, to the general jurisdiction of

 8   this Court, which cannot be the ruling of this Court.  It would

 9   be inconsistent with every other business that has isolated

10   contacts with the state, but doesn't subject itself to the

11   specific or general jurisdiction.

12            THE COURT:  Well, I mean, I take the Plaintiffs'

13   allegations with respect to those three clones at least that

14   that's tortious conduct in violation of the agreements or their

15   understanding of the agreements; and that the fact that they

16   were here in Florida and then swiftly removed out of the State

17   of Florida during the pendency of the litigation should counsel

18   in favor of a finding of personal jurisdiction, that's what I'm

19   trying to focus on.

20            MR. O'QUINN:  Yes, Your Honor.  I'll let Gary respond

21   to that, but let me just say this:  Again, I think this is

22   where details of, This has been done, and it's confusing the

23   circumstance.  I don't believe the movements of those horses

24   had anything to do with this litigation, or the timing of the

25   movement of those horses, nor was it undertaken be any party to

66

1    this litigation.

2          If there were tortious conduct related to those

3    horses, that tortious conduct would have occurred when those

4    horses were sold at some prior time, which is not occurring in

5    the State of Florida and is not being presented to you as a

6    basis for jurisdiction.  If I commit tortious conduct in some

7    other state and then that, you know, bona fide purchaser for

8    value, whoever they are, buys it and transports it to Florida,

9    that doesn't change the nature of the personal jurisdiction

10   analysis.

11         Feel free, Gary, if you would like to add.

12         MR. WOODFIELD:  Your Honor, may I just briefly add to

13   that?

14         THE COURT:  Yes.

15         MR. WOODFIELD:  Your Honor has asked that question

16   several times and obviously it is important.  Right now there

17   is nothing in this record indicating when and where those

18   ponies were -- those horses were sold, unfortunately.  When we

19   submitted Mr. Meeker's declaration and he mentions these horses

20   were sold, the date was not that critical to us at that time,

21   and it wasn't included, unfortunately.

22         And I'll represent to the Court, and we can submit

23   the documents that support the sale, the sale of these horses

24   occurred in November in South Carolina.  The documents that --

25   and the documents relied upon by Plaintiffs here, submitted by

```
 1   Exhibit 6, the affidavit of Taryn Hartnett that has these
 2   Florida records, they prove nothing because if you look at
 3   them, they are in the name not of the Defendants here, not
 4   Meeker or Crestview, but they are in the name of Park Place
 5   Polo, that's the entity that purchased these horses in November
 6   and they brought them from South Carolina down here to Florida,
 7   and at that time, they had these tests done, so unfortunately
 8   the record is not complete on that issue.
 9          I raise this only because you have raised it and I
10   infer from your questions that it's important.  We can
11   submit -- as I mentioned before, Plaintiffs have indicated they
12   are going to submit these additional contracts, that's fine.
13   We would like the opportunity to submit the definitive
14   documents that show when and where those horses were sold
15   because it was well before these litigations were commenced.
16          THE COURT:  That's permitted, you may do so.
17          MR. WOODFIELD:  Thank you.
18          THE COURT:  Mr. O'Quinn, would you like to add
19   anything further before I turn back to Mr. Chapman for a final
20   reply on this point?
21          MR. O'QUINN:  Yes, Your Honor.
22          I -- I think the Court has a number of preliminary
23   analyses you need to walk through before going into the next
24   phase of this, I want to make sure that I at least raise them
25   for you.
```

Friday, January 29, 2021

```
 1            I think the Court at this point can make a standing
 2    determination related to this action, and you should have your
 3    attention drawn to the notice of related cases that you -- that
 4    you directed the Plaintiffs to file, notwithstanding the fact
 5    that every person who has graduated from law school that I have
 6    seen does a chronological analysis of what is filed, I think
 7    intentionally and skillfully, this follows a different
 8    chronology, which at first addresses this lawsuit, and then in
 9    paragraph three, says, Nevertheless, one of the defendants
10    herein has caused a related action to be currently pending in
11    Texas; that is an artful way of saying a prefiled case.
12            Then at the end, it notes for the Court that
13    La Dolfina S.A., LLC was added to that case after this case was
14    filed.  That, of course, is necessarily true because at the
15    time that first filed case was filed, that entity didn't exist.
16    In fact, at the time this case was filed, that entity didn't
17    exist.
18            This case was filed on the 8th, that case was
19    organized on the 9th and given a backdated effective date to
20    try to bring it back before the instigation of this action, so
21    I believe the Court can make a standing determination at this
22    point.
23            You have a personal jurisdiction analysis before you,
24    which is both original and specific, and I think that even
25    where there were, and there aren't, some aspects that might
```

1 have submitted to the long-arm statute, which we have had no

2 specific discussion of by the Plaintiffs, this would still fail

3 to meet the constitutional requirements of personal

4 jurisdiction.  There have not been systematic and continuous

5 contacts with this state.

6         Instead what has been asked of this Court is to use a

7 general fairness analysis, which is not the analysis that this

8 Court is directed by binding precedent to apply.

9         Even if the Court gets through those two jurisdiction

10 analyses, the Court would still have to deal with subject

11 matter jurisdiction, which was raised and somewhat alluded by

12 the filing of the amended complaint, but given the facial and

13 structural problems of the federal claims upon which the

14 Plaintiffs seek to shoehorn this as supplemental jurisdiction,

15 the Court needs to do a 12(b)(6) analysis of those and see if

16 they fail to state a claim, both based on shotgun pleading and

17 on the substantive elements of the claim, to make sure there

18 is, in fact, a federal claim that would give rise to that

19 supplemental jurisdiction.

20         THE COURT:  Sorry to interrupt, but what authority do

21 you have to support the proposition that I have to first

22 conduct a 12(b)(6) analysis of the substance of the federal

23 causes of action prior to, I guess, assuring myself that I have

24 subject matter jurisdiction, setting aside the personal

25 jurisdiction question?

1          MR. O'QUINN:  Your Honor, what the cases say, and I
2   would be happy to point you to some of those cases if you give
3   me just a moment, what they say is that the Court should not
4   exercise supplemental jurisdiction where it is clear that the
5   federal claims are facially deficient.
6          And here, for instance, what we have is -- the
7   primary federal claim we have is a trade secret claim, which is
8   dependent not on the horses being a trade secret, not on their
9   names being a trade secret, but on genetic material being a
10  trade secret, and that fundamentally, as a matter of law,
11  cannot be.
12         THE COURT:  So Lanham Act claims.
13         MR. O'QUINN:  Absolutely, the Lanham Act claim
14  additionally requires there be a trademark that is a protected
15  mark, and there is no trademark that is a protected mark here,
16  and we briefed this at length, Your Honor, but the fact -- the
17  facts bear themselves out, I know the Court bore witness to it.
18         This was initially brought as a subject matter
19  jurisdiction claim.  When they saw they had a fatal flaw, they
20  added these two counts in an attempt to shoehorn them.
21  However, as we have identified, they lack the standing to bring
22  those claims and they also lack the elements of those claims
23  and this Court can make a facial determination of -- on the
24  12(b)(6) motion and should, before exercising supplemental
25  jurisdiction over what it has already determined was an

1  improperly filed federal action in this case.

2          As a final point, Your Honor, I would note for the

3  Court, and you have asked us to address this is why I raise it,

4  this is a second filed case and there is case law which stands

5  for the proposition that the proper determination for many of

6  these issues in this dispute rests with the first filed case,

7  which is in Texas.  And we would be happy to brief that issue,

8  if you asked us to, but before the Court were to proceed and

9  grant the relief that's been sought here today, we would

10  certainly want the opportunity to bring that to your attention

11  and discuss it with you.

12          THE COURT:  So would your intent be to file a motion

13  to transfer?

14          MR. O'QUINN:  Your Honor, I believe that if there

15  were something to transfer, that may be something that we would

16  do.  Our primary viewpoint is it is appropriate for Your Honor

17  to make a self-analysis determination that there is no personal

18  jurisdiction and subject matter jurisdiction; and therefore,

19  dismissing this action.

20          I don't believe that transferring this matter is

21  required because there are these facial jurisdictional

22  problems, along with the standing problem, you know, standing

23  being analyzed on the date the matter was filed and here having

24  a Plaintiff that was not even yet formed.

25          THE COURT:  How would you respond to the notion that

1   the Texas cases were filed in anticipation of perhaps the

2   Southern District of Florida filings?

3          MR. O'QUINN:  It would be a curious notion because

4   the Florida filing was first filed as a diversity action with

5   an LLC that was formed on December 9th, so somehow we would

6   have had to anticipate that they were going to create a newly

7   formed entity and then file an action in Florida, in a place

8   that has no contact with the acts and occurrences at issue in

9   the dispute.

10          This is, at its heart, a contract dispute, there is

11   no trade secret at issue here.  There are many reasons why,

12   stemming back to the fact that genetic material cannot be a

13   trade secret and they have not guarded that trade secret since

14   the first gavel fell on the first sold foal.

15          You heard over and over how they need a TRO because

16   if we are allowed to sell a foal, then the trade secret goes to

17   the wind.  You also heard them reference that way back when in

18   Argentina, when this all began, the gavel fell and a foal was

19   sold to two individuals, one of whom is a witness in this

20   matter.

21          There are numerous times where any would be trade

22   secret would have been -- the horse would have left the barn,

23   if you will pardon the horrific use of that phrase, but here it

24   is so applicable.

25          So we believe that you have a determination to make

1 before we make a determination whether to transfer this action

2 to Texas, but before you grant the relief that they are

3 seeking, you must also deal with the fact that there is a first

4 filed action in Texas before a judge, where many of these

5 issues have been raised.

6       In fact, today, you mentioned Mr. Cambiaso's

7 affidavit number two, when you asked, Where is affidavit number

8 one, it is in another action, and so, you know, I think that

9 exemplifies the problem.

10      This was not a preemptive forum shopping against an

11 unformed, but anticipated entity.  It was rapid forum shopping

12 by the parties who filed here in Florida, and a feeble attempt

13 to drop a new LLC in Florida to give them diversity, with a

14 misunderstanding of how that would be handled when we did the

15 diversity analysis, so I think that claim does not have merit.

16      THE COURT:  Mr. Woodfield, and then we will take a

17 break.

18      MR. WOODFIELD:  Thank you, Your Honor.  Once again,

19 I'm still adjusting to this Zoom situation.  I could stand up,

20 but then you wouldn't see me, so I raised my hand.

21      If I may touch upon, because the issue came up on

22 this first filed, I don't know that it needs to be briefed, but

23 I did take a look at it and I can direct Your Honor to the

24 definitive case in the Eleventh Circuit that addresses this,

25 and actually it is a case that Mr. Chapman cites in their

1    papers, and that's this *Collegiate Licensing Company versus*
2    *American Casualty Company of Redding, Pennsylvania*, and it's at
3    713 F.3d 71.

4            At page 78, it specifically addresses this issue, and
5    that's an Eleventh Circuit case from 2013.  Essentially what it
6    says is that the first filed case is the appropriate case to
7    determine what case is decided on the merits, so that seems to
8    be the definitive case on that issue.  So I would suggest that
9    maybe Your Honor and your clerks take a look at that.

10           In fact, if it matters, that is consistent with the
11   Fifth Circuit decisions, also, and I can give Your Honor that
12   decision.  That's *Cadle*, C-A-D-L-E, *Company versus Whataburger*
13   *of Alice, Inc*., and that's at 174 F. 3d 599, that's a Fifth
14   Circuit case, 1999.  They both say that the first filed case is
15   where the Court decides on the merits, but of course, if Your
16   Honor lacks jurisdiction, that's obviously a decision that Your
17   Honor can and should make.

18           THE COURT:  Thank you, Mr. Woodfield.  Yes, I'm
19   familiar with the *Collegiate Licensing* case, I appreciate the
20   additional citations.

21           So at this point, we are going to take --

22           MR. CHAPMAN:  Your Honor --

23           THE COURT:  Don't worry, Mr. Chapman, you will get a
24   final opportunity, but I do want to take a break for our court
25   reporter, so it is 11:35, we will take a break until 11:45.

```
1              Mr. Chapman, please be prepared to offer any
2    additional argument with respect to jurisdiction, answering the
3    point about the three clones that were sold to another party
4    and moved out of the State of Florida by someone else not a
5    party to this litigation, and also the point about the first
6    filed rule, so we will get a chance to talk about that in just
7    a few minutes.
8              We will reconvene in ten minutes at 11:45.
9              MR. CHAPMAN:  Thank you, Your Honor.
10        (Recess was had at 11:35 a.m.; and the proceedings
11        resumed at 11:45 a.m.)
12             THE COURT:  Are Mr. Woodfield and Mr. O'Quinn back on
13   Zoom?
14             Mr. O'Quinn?
15             We will give Mr. O'Quinn another minute.
16             MR. WOODFIELD:  His bathroom may not have been as
17   close to his office as mine was.
18        (Pause in proceedings.)
19             THE COURTROOM DEPUTY:  This Court is back in session.
20   Thank you.
21             THE COURT:  Well, we left off with Mr. Chapman ready
22   to begin his final argument in support of this Court's exercise
23   of personal jurisdiction and subject matter jurisdiction, and
24   then also the first filed rule.
25             You're still muted, Mr. Chapman.
```

Friday, January 29, 2021

```
 1           MR. CHAPMAN:  I think I left my first to file notes
 2  just behind me in my desk, give me one second, I apologize.
 3           Okay, I'm back thank you.
 4           Your Honor, if I may, I'm going to make just a
 5  general remark and then address the two issues.
 6           I noticed this and I noticed -- and I say this most
 7  respectfully, because I think Mr. O'Quinn is a very worthy
 8  adversary, he's a smart, smart lawyer, but I noticed he spent a
 9  lot of time to segue away from the personal specific
10  jurisdictional averments because they really don't have the
11  ability to counter on point what we have put in.
12           I don't think you want to hear about that now, I
13  think Your Honor gets it and can make the analysis, but there
14  was no -- to the extent he said, Well, I didn't hear him
15  address something other than -- something other than about
16  regular, systematic is exactly what I was saying.
17           I did not argue the law.  There is plenty of case law
18  we have in our brief about systematic and continuous and what
19  the test is.  I merely couched my opening remarks with the idea
20  that there was a fundamental fairness that goes in there, I
21  didn't say it was the test, but he tried to a say I suggested
22  that was the test; no.  Our briefs are very clear on what the
23  test is.  Our briefs are very clear that with the affidavits,
24  there is a continuous and systematic conducting of business,
25  both generally and specifically, with respect to this case.
```

1            So I didn't want to accept unanswered the statement

2   that I didn't address it.  We addressed it deeply in the brief

3   and I simply asked the Court if you wanted me to go through it

4   again, but I wasn't suggesting the test was somehow different.

5            He then segues into talking about facial deficiency

6   of the claims.  I'll just say my general remark there is that

7   with respect to the federal claims in particular, the Court

8   will -- if the Court is inclined to conduct -- I'm not saying

9   you should, but if the Court is going to conduct a 12(b)(6), it

10  is a motion to dismiss analysis; you accept the allegations as

11  true.

12           We know about *Lexmark*, we pled around *Lexmark*; it's

13  got 14, 15 pages of Lanham Act claims and state law claims.

14  And with due respect, Mr. O'Quinn is mistaken and many people,

15  many litigators make this mistake, the Lanham Act does not

16  require trademark ownership to bring claims under the

17  1125(a)(1)(a) and (a)(1)(b) sections.  That's not what it calls

18  for, so Mr. O'Quinn is, in fact, respectfully mistaken about

19  that.

20           The *Daimler* case doesn't stand for that.  The *Daimler*

21  case fundamentally arises in a different way, with different

22  facts and that is distinguishable.  So respectfully,

23  facially -- besides, you know, the other point is that the

24  decision about the Lanham Act or the TDSA claims are issues of

25  law and fact that would require discovery, which is also one of

1  the reasons why we are asking for expedited discovery, but

2  certainly our mixed questions of law wouldn't be suitable under

3  a 12(b)(6) dismissal, if you get that far.

4         I know that's a lot.  I'm sensing Your Honor really

5  spent a lot of time looking at the briefs and issues and

6  thinking about them, and I have learned from Judge Matthewman

7  and others not to belabor the point when I sense we have been

8  followed.

9         So with that, I'll turn to the other party issue, so

10  the other party issue, we raised in our TRO response and --

11         MR. NASRULLAH:  Before you do that --

12         MR. CHAPMAN:  We raised in our TRO response the

13  following:  The following we raised is --

14         Can I have our response, please.  There it is.

15         -- at DE 42, at pages 11 and 12 of the brief, which

16  is pages and 11 through 17 and 12 through 17, Mr. Borodin is in

17  privity.  They don't deny it, he is the person who bought the

18  horse clones.  He is in privity with Mr. Meeker and/or his

19  entities, depending upon the bill of sale, which is also why we

20  need discovery.  Under Rule 65 and under *Golden State Bottling*

21  *versus N.L.R.B.*, which is 414 U.S. 168, 180, a 1973 Supreme

22  Court case, when you issue a decreed injunction that binds

23  parties defendant and those identified with them in interest,

24  in privity with them, represented by them or subject to their

25  control --

```
1              THE COURT:  Mr. Chapman, can you please speak a
2    little more clearly, you're kind of jumbled a bit.
3              MR. CHAPMAN:  Sorry, the microphone was moved.  Can
4    you hear me better now?
5              THE COURT:  Yes.
6              MR. CHAPMAN:  Right.  So Golden State Botting versus
7    N.L.R.B., a 1973 Supreme Court case, says, Look, you can -- in
8    quoting a prior Supreme Court Case, Regal Knit Wear, A decree
9    of injunction not only binds a parties defendant, but also
10   those identified with them in interest, in privity with them,
11   represented by them or subject to their control, and I think
12   that is significant because if Your Honor is considering the
13   fact, Well, if Mr. Borodin and Polo Park -- Polo Park Polo --
14   Park Place Polo moved the horses, and Mr. O'Quinn is saying,
15   Well, that's a third party, they have no relation, so whatever
16   they do, it shouldn't be imputed to acts in this jurisdiction
17   against -- to subject Mr. Meeker and his entities to personal
18   jurisdiction, we say, Look, they are very much in privity,
19   these are the exact clones that are at issue, they clearly are
20   in some sort of communication, the timing is super suspect,
21   given what has happened.
22             They are in privity because we know the sale
23   occurred, they don't deny that, from one to the other; and
24   Golden State says you could enjoin those people.
25             Well, to enjoin those people also means that there is
```

1  some sort of personal jurisdiction the Court would have over

2  them.  So to follow that sound logic, if somebody in privity

3  with Mr. Meeker and his entities is moving important evidence

4  around and the clones that are also the subject matter out of

5  this jurisdiction, I think that's a -- and Mr. -- and this

6  happened so quickly, that Mr. Meeker -- as soon as we mentioned

7  Mr. Borodin and the sale in the complaint, the testing starts

8  on December 10th, two days after we file the complaint.

9       Our position would be that that, in and of itself --

10  and I'm not saying it's the only act or reason, but in and of

11  itself, that would be a reason why the Meeker/Crestview

12  Defendants have undertaken another act through somebody they

13  are in privity with that subjects them to personal

14  jurisdiction.

15       I won't belabor that anymore, but that's our response

16  to that inquiry.

17       THE COURT:  Okay.

18       MR. CHAPMAN:  Again, Mr. O'Quinn, in responding to

19  the personal jurisdiction, he deflects and he says, Let's talk

20  about first to file because the case law doesn't play out the

21  way he says it plays out because his analysis stops

22  prematurely.  Mr. O'Quinn says, Look, *Collegiate* says, Hey, you

23  know what, it is the other court that decides whether it

24  should -- whether the case should stay there.  Now, that's if

25  the first to file rule applies.

1        The problem with this analysis is he stops.  He says

2    the presumption only applies, okay, after you look at whether

3    or not there might be an exception to the first to file rule

4    for compelling circumstances.  In other words, are there

5    compelling circumstances towards an exception.

6        So I'll say that Manual versus Convergys Corp.,

7    430 F.3d 1132 and 1135, that's the 2005 Eleventh Circuit case,

8    says, Okay, there is a strong presumption in favor of the first

9    filed suit.

10       Now, courts look at several factors to determine

11   whether cases (inaudible) in different forums sufficiently

12   overlap to trigger the doctrine, that's Lascara (phonetic), a

13   Southern District of Florida case by Judge King.  You look at

14   the chronology of the actions, look at the similarity of the

15   parties, and you look at the similarity of the issues, okay.

16       Now, if the presumption applies, then you can rebut

17   it by demonstrating compelling circumstances toward an

18   exception, that's Manuel at 430 F.3d at 1135.

19       So a couple of things from that.  First of all -- and

20   I'm not going to get into the anticipatory section, because

21   that comes under compelling circumstances.  The chronology of

22   the two actions -- there are actually three actions.  To

23   outline it specifically, Crestview Farm sues Adolfo Cambiaso

24   and La Dolfina S.A. on December 3rd in the Northern District of

25   Texas.  It is a two count complaint, and this is very important

1  because what is one of the counts:  Declaratory judgment, and

2  the other is a breach of contract and the declaratory judgment

3  is essentially looking to declare the breach of contract.  This

4  is a two count complaint, and that becomes important under the

5  compelling circumstance analysis.

6        The action is about the 2009 agreement only.  It

7  doesn't mention the 2019 agreement, it doesn't mention the 2012

8  agreement, it doesn't mention Storm Cat, and it doesn't bring

9  in Genetics, Crestview Genetics, which as we now know, in this

10 case, the Defendants have admitted that Farm assigned its

11 rights to Genetics some time prior under the 2009 agreement, so

12 you have to look at what that first filed action is.

13        It doesn't contain all of the parties, it doesn't

14 contain all of the issues or agreements, and it is essentially

15 a dec action, which is significant to what I'm going to get to

16 in a minute, which is the compelling circumstances.  So what is

17 it and does it earn the entitlement of truly a case that

18 triggers because they sufficiently overlap?

19        I'll say, as it stands alone, it doesn't; it does

20 not.  It absolutely does not, and they were very careful to do

21 that because they don't file until December 9th, after we file

22 our action, a state, a Tarrant County state court action where

23 Crestview Genetics, not Farm, only Genetics, sues Mr. Cambiaso

24 and La Dolfina S.A. under the 2019 agreement.  They don't

25 mention the 2009 agreement, and they don't mention Farm, and

```
 1   they are very careful to keep that separate.
 2           So when the question is do the cases in different
 3   forums sufficiently overlap, well, the alleged first to file
 4   case, or we will call it the first to file case, the Northern
 5   District of Texas case, it doesn't have a similarity of the
 6   parties, it has some of the same parties; and it doesn't have a
 7   similarity of issues, it has some of the issues.  Is it enough
 8   to substantially overlap?  I think given what Your Honor has
 9   seen here, no, it doesn't.
10           It is a dec action, it's essentially a one count
11   complaint; they breached the contract, tell us that the 2009
12   contract says that they, meaning Mr. Cambiaso, breached the
13   contract.  And you know what the issue is there, the issue is
14   there, Oh, Mr. Cambiaso didn't own all of the clones he allowed
15   us to sample.  That's their essential issue and it is a matter
16   of record, we filed that.
17           THE COURT:  Mr. Chapman, I'm sorry to interrupt.  The
18   Court has a pressing matter that I have to turn to for five
19   minutes.  I request the parties' indulgence for another recess.
20   I hope it will be just five minutes, it may be a bit longer,
21   but I do have to turn to something.  So just one moment, and we
22   will resume this momentarily.
23           MR. CHAPMAN:  Thank you, Your Honor.
24           THE COURTROOM DEPUTY:  This Court is in recess.
25
```

1    (Recess was had at 12:00 p.m.; and the proceedings

2   resumed at 12:12 p.m.)

3        THE COURT:  Thank you all for your patience.

4        Okay.  We left off with Mr. Chapman discussing the

5   first filed rule and your argument that the first filed rule

6   should not apply, I take it because the actions in Texas don't

7   fully incorporate either all of the parties or all of the

8   claims that are at issue in this case.

9        MR. CHAPMAN:  Not only don't incorporate, don't

10  sufficiently and substantially overlap to trigger the doctrine

11  because they were very careful to carve out those things, and

12  that's language from the case law; but yes, that's essentially

13  the gist of the argument.

14        I'll go further and say, Your Honor, you know,

15  Mr. O'Quinn seems to suggest that it's just the date of filing

16  that is dispositive.  Of course, I've shown you that you need

17  to have sufficiency of overlap to even trigger the doctrine,

18  but then I'll go further and say even if the doctrine were

19  triggered, even if the rule were trigged, which we don't submit

20  it has been, there is still an exception to the first to file

21  rule and that's where you have compelling circumstances that

22  warrant an exception and that's the *Manuel* case, 440 F.3d at

23  1135.

24        The Court then would look at -- if you find it has

25  been trigged -- and again, chronology alone doesn't make it

1   so -- you then have to look at whether or not compelling

2   circumstances support an exception to the rule.  There is a --

3   I think it is Southern District case law, forgive me, I left my

4   notes, but it is called the *Chapman* case, but I'll give you the

5   Westlaw citation, but it quotes *Manuel*, and that's at 2017

6   Westlaw 312-4186 at page one.

7           And also there is a Northern District of Florida

8   case, March 26, 2016, called *Belacon*, B-E-L-A-C-O-N, *Pallet*

9   *Services verses AmeriFreight*, 2016 Westlaw, 899-9936, at three.

10          They both say, Okay, look, you still have to look and

11  perhaps there are compelling circumstances that exist to

12  warrant an exception to the rule; compelling circumstances, and

13  they define them, in quotes.  What does it mean; bad faith

14  negotiations, an anticipatory suit or forum shopping.  And with

15  respect, again, I do respect Mr. O'Quinn enormously, he says we

16  are forum shopping.

17          What does Mr. di Caros' affidavit tell us?

18  Mr. di Caros' affidavit, entered at 41-11, Juan Carlos di Caro,

19  manager of La Dolfina S.A. in Argentina, he says, at paragraph

20  12, In the second half of 2019, in Palm Beach County, I was

21  leading negotiations between Cambiaso La Dolfina on one side

22  and Farms, Genetics and Meeker on the other side related to the

23  2009 agreement.  I remember this and certain rights that were

24  claimed with respect to the Cambiaso horses.

25          And then he says, On December -- in paragraph 16, so

1  DE 41-11, page three, also that same page, he says, on

2  December 1st and 2nd, 2020, I was still offering to negotiate a

3  solution and wrote to Mr. Eichberg -- that's the attorney who

4  Mr. Meeker flew to Florida for negotiations, which is, by the

5  way, in and of itself significant to personal jurisdiction,

6  that Mr. Meeker flies his attorney here -- asking for certain

7  proofs and requesting within 48 hours for Farm Genetics to

8  refrain from making any more unauthorized sales while

9  negotiations are continuing, and he attaches the e-mail.

10         And when you look at that e-mail, if you look very

11  carefully at it, it says something that I think is significant

12  here.  In the middle, as I'm looking at DE 41-11, page seven,

13  that's the e-mail letter, there is a covering e-mail sheet, a

14  gmail sheet, and then the letter that was attached to the

15  e-mail is the last page of Mr. di Caro's affidavit.

16         Next page, please.

17         And in the paragraph starting, Not having

18  Mr. Cambiaso --

19         If you can blow that up, please.

20         And not having Mr. Cambiaso authorize the

21  selection -- that's the selection of the clones you have

22  attached in your annex one, that's the schedule -- the fact of

23  the sale -- and again, he is a Spanish speaker writing in

24  English.  The fact of the sale that is reported makes the

25  situation extremely serious with possible criminal

1  consequences.

2          In Argentina, there is a much closer fusion of

3  contract and fraud disputes in the criminal system there, so

4  that's what he meant.

5          This is why I urge you to inform the specific place

6  where the equines are located and refrain from materializing

7  the informed sale under warning of judicial action.

8          So Mr. di Caro is threatening in that paragraph twice

9  that there is going to be a lawsuit, we are going to sue you.

10  There is going to be some sort of action within the civil

11  criminal quasi context in Argentina and judicial action by us

12  if we don't resolve this issue.

13          And then at the bottom, he says, a paragraph or two

14  later, Likewise, give us the inventory of everything owned and

15  whatever you have in possession, and he ends with, As the

16  possibility of discussing an agreement may exist as long as you

17  guarantee the equines are duly protected and any sale operation

18  has been canceled.

19          So there again -- and this is part of, I'll represent

20  to the Court -- it was complicated enough, we didn't produce

21  enough of it -- there is a long series of e-mails back and

22  forth, this is on December 2nd at 4:47, 16:47 hours local time

23  there, and they are two hours ahead of us at that time.

24          What next happens?  Sometime by lunchtime or so, the

25  Crestview Farm entity sues Mr. Cambiaso and La Dolfina S.A. in

1   the Northern District of Texas about the 2009 agreement.

2           So Mr. di Caro says, We are going to sue you if we

3   don't resolve this, we would like to keep talking.  He gets no

4   response, and he avers this in his affidavit at DE 41-11, and

5   the next thing they do, they cut off negotiations and they sue

6   us.

7           So when you talk about compelling circumstances and

8   you're talking about compelling circumstances, meaning bad

9   faith negotiations, anticipatory suit and forum shopping -- and

10  that's the *Belacon* case again at page four -- then that's what

11  happened in the Northern District of Texas; they rushed off to

12  court after being threatened.

13          And by the way, in some of the courts, you see case

14  law talking about, what does it mean, anticipatory suit.  The

15  courts have drilled that on us and said, It means you have been

16  threatened to be sued.  If the other side threatened you --

17  threatened litigation and you run off to court, that's an

18  anticipatory suit; prima facie example of that.

19          THE COURT:  Mr. Chapman, how do you respond to

20  Mr. O'Quinn's point that they couldn't have anticipated the

21  suit brought by a corporate entity that at the time didn't

22  exist?

23          MR. CHAPMAN:  Mr. Cambiaso, first of all, is a

24  co-plaintiff here.  They (inaudible) from him, and again, all

25  this corporate plaintiff is -- and they asked me in Texas.  The

1  Texas lawyers asked me, when I called them to tell them about

2  the suit, I said, Look, this entity is a subsidiary created

3  because it is required to have -- we're required to have an

4  entity, you know, formed to do business in order to bring a

5  lawsuit in Florida.

6      They certainly -- I mean, at one point they are

7  saying we can use lots of entities to do all sorts of things on

8  the Crestview side and you can do nothing on the other side and

9  the fact that you formed that entity to bring the suit means we

10 couldn't have anticipated it.

11     Mr. Cambiaso is a co-plaintiff, they had a dispute

12 fundamentally with Mr. Cambiaso, who they admit is the

13 co-owner, with his wife, in the La Dolfina entity, and the

14 La Dolfina, LLC entity is simply a vehicle to bring the suit.

15 So respectfully, I say, that's an argument that's a lot like

16 cotton candy, it looks big until you bite into it and there is

17 nothing there.

18     Once you see the timing and circumstances as outlined

19 by the di Caro affidavit, in paragraphs 12 and 16 and the

20 attachment to that as to what is going on, and the actual

21 threat of litigation instituted by Mr. di Caro at that time,

22 and the next day suit, it's -- and the courts in the Fifth

23 Circuit and the Eleventh Circuit and all around us say that's a

24 quintessential example of an anticipatory filing.

25     Cover it further with the concept that what is in

1  that Northern District of Texas case; it is a dec action,

2  essentially.  You breached the 2009 agreement and the second

3  part of the -- and the second part of the claim is we want our

4  rights determined under the 2009 agreement as to whether or not

5  we can do this.

6         So that's a dec action and there is a lot to be said

7  about --

8         Can I see the actual complaint.

9         There is a lot to be said about the -- about the

10 nature of the Northern District of Texas action.  It is a very

11 simple dec action, it's very short, it is about eight or ten

12 pages, something like that; nine pages, including a rather

13 large caption, and that is significant because when you are

14 looking at what kind of an analysis to undertake -- and in

15 *Philibert versus Ethicon*, which is a Southern District of

16 Florida case, as well as *Carl versus Republic Security Bank*,

17 also a Southern District of Florida case -- and I'll give you

18 the Westlaw citations.  *Philibert* is 2005 Westlaw 525-330; and

19 *Carl*, C-A-R-L, is 2002 Westlaw 321-67730, pages one and two

20 respectfully, they say the rule is not meant to be rigid or

21 inflexible, but should be applied in a manner that best serves

22 the interest of justice.

23        So even then, despite Mr. O'Quinn's insistence, in a

24 first to file action and whether or not there are compelling

25 circumstances, all of that has to be considered in the

1  interests of justice here.

2            THE COURT:  Mr. O'Quinn, I'll turn to you for a

3  moment.  I guess what is your response twofold; number one, the

4  first filed rule doesn't even get trigged because the cases in

5  Texas are sufficiently segregated such that they are not

6  overlapping; and then number two, assuming it does apply, I

7  should nonetheless find that there has been this anticipatory

8  suit exception in play.

9            MR. O'QUINN:  Your Honor, you know, the first two

10 things that jumped out to me about that presentation was first

11 that the e-mail that's identified there appears more related to

12 an analysis of 18 U.S.C. 873, which is a violation of a U.S.

13 criminal statute that prevents people from threatening criminal

14 action to gain civil leverage and certainly is not the type of

15 communication that I believe would support an equitable or

16 otherwise exception to the first to file rule.

17            Second of all, the actions in the first to file rule

18 do not require identical parties for all of the issues being

19 pled.  Instead, what they require is that there be a

20 substantial overlap between the case, such that in the interest

21 of justice, that they be administered in an orderly fashion

22 without forum shopping.

23            The claims that they want to add on -- by the way,

24 they keep calling it a one count claim, even though it is a two

25 claim, one being a breach of contract and one being a dec

1  judgment, and throughout this entire presentation,

2  notwithstanding the fact that has been shoehorned into federal

3  claims that sound in fraud, this is ultimately a question about

4  the rights under the contract and any of the claims that they

5  wanted to bring, they could have brought as mandatory and

6  permissive counterclaims, any interested third parties that

7  they wanted to bring into the action, they could have.

8         So these are very clearly and squarely within the

9  first to file rule, exactly the reason we have the first to

10 file rule, and there is no exception that would be applicable

11 that would justify having duplicative litigation pending in

12 multiple states, and certainly not because someone threatened

13 criminal prosecution in a foreign country merely to gain

14 leverage in a civil negotiation.

15        The other thing I would point out is the sale of

16 those foals took place on November 9th of 2020, so you know,

17 this is posited to you as if it is some TRO to grab property

18 and there was confusion earlier between personal jurisdiction

19 over a party and whether the Court has ability to enjoin and

20 reach property or other third parties.

21        I'm not going to go to far into that confusion, but

22 here, there is no urgency arising out of the potential sale of

23 those horses.  That sale took place between people in Texas and

24 South Carolina and was consummated in early November, long

25 before either of these actions were filed.

```
1              So again, I think the Court should be careful not to
2   mistake a volume of information with substance of information
3   and keep this narrowly focused on the question of whether or
4   not the individuals who are being hailed before a court in
5   Florida subject themselves to the jurisdiction of this court
6   from a specific jurisdiction standpoint or a general
7   jurisdiction standpoint, which I think is totally out of the
8   question, but still worthy of referencing.
9              Gary, I know you are facially raising your hand, so
10  I'm more than happy to concede time to Gary.
11             MR. WOODFIELD:  If I may just make one comment, Your
12  Honor.
13             You know, the Texas -- and it is in the record, I
14  believe it is an exhibit to Mr. Meeker's declaration.  His
15  attorneys, Mr. O'Quinn's firm, sent a demand letter to the
16  Plaintiffs in this case, and they ignored that.  And so, you
17  know, once they ignored the demand letter, they filed a lawsuit
18  in Texas, I mean, pretty standard stuff.
19             I don't think it was a race to the courthouse.  It
20  was we sent a demand, it was ignored, the next step is to file
21  a lawsuit, and that's what happened.
22             THE COURT:  So let me ask you this, Mr. Woodfield.
23  Let's assume for a moment that the case were to stay in Texas,
24  would you resist the Plaintiffs removal of the second action
25  and/or would you be amenable to consolidating those two actions
```

1  in Texas to get to a point where all of the claims are

2  presumably present and before one district judge in the

3  Northern District of Texas?

4          MR. WOODFIELD:  Well, let me just state, if I had to

5  make that decision, I would be practicing law in Texas

6  illegally, so I can't.

7          And again, I can't speak for the client, but what you

8  just suggested makes inherent sense to me.  Now that the other

9  case involving all of the parties has been removed to federal

10 court and by the way, it is assigned to the same district court

11 judge, Judge O'Connor, it appears to me that he has all of the

12 parties and all of the issues before him, so that does seem

13 like what should happen, yes.

14         THE COURT:  Mr. Chapman, anything further on the

15 first to file rule?  I mean, Mr. Woodfield asserts that there

16 was a demand that was ignored and thereafter, a lawsuit filed

17 by the Defendants in Texas; therefore, this anticipatory suit

18 exception would not apply.

19         MR. CHAPMAN:  Here is my understanding of that, and

20 then I want to address the last point.

21         The demand was -- and I'm looking at it, it can be

22 found at DE 38-1, was on December 7th, 2020, so that's after

23 they filed that Northern District of -- at page 33.  After they

24 filed that action to DLA Piper lawsuit, and they served

25 Mr. Cambiaso or mailed it to Mr. Cambiaso in Argentina and

1   La Dolfina S.A., care of Diego Bucking, the attorney for

2   La Dolfina S.A. in Argentina, so that's four days after they

3   sue.

4           So respectfully, maybe Mr. Woodfield wasn't aware of

5   the chronology of that, but the argument doesn't work because

6   the demand came afterwards, so I don't think it diminishes our

7   argument that first Mr. di Caro makes a threat of instituting

8   action, and just because Mr. O'Quinn raises it -- again, in

9   Argentina, and Your Honor may well be familiar with some of the

10  South American judicial systems in passing, there is a much

11  different conception of what a criminal proceeding is there and

12  there is certainly no prohibition about calling something a

13  criminal proceeding.

14          When you say someone has taken my property in a civil

15  case wrongfully, they call that a criminal proceeding, so I

16  don't think there was any effort by Mr. di Caro, a non-English

17  speaking Argentine manager of an entity, to trigger any federal

18  statute, but it is pretty clear that he said judicial action,

19  we are going to commence proceedings and I think that's the

20  spirit and intent of, when you look at it, what an anticipatory

21  filing is.  It's have you been threatened with some sort of

22  judicial action, action within the court system, and the answer

23  is of course he was -- of course he did and of course

24  Mr. Meeker was on the 2nd, and then they immediately run to the

25  courthouse, so that's that.

```
 1            With respect to, you know, where to put this, that
 2   gets it to a 1404, 1391, even a 1306 analysis, which I know at
 3   some point the Court wants to go into.  If this is the place,
 4   we can go there.
 5            I'll say this first, however, that having the action
 6   first bifurcated by Mr. Meeker to avoid, once again, I guess
 7   what he anticipated to be some sort of diversity issue by
 8   having Genetics and Farm in the same place, in the same federal
 9   court, okay, based upon their knowledge, now they tell us of
10   this admission of assignment means that he bifurcated the case.
11            Well, it is a very significant bifurcation, so I
12   don't know what Judge O'Connor is going to do in Texas with the
13   removed action.  The removed action from Tarrant County in the
14   Northern District of Texas happened because the removal statute
15   says you first have to go to the district court in the state
16   and district the state court action is being removed, that's
17   federal law, we can talk about that here in this court.
18            And then there is -- and it is a matter of record,
19   there is a motion to transfer under 1404, as well as under 1406
20   and 1391 to this Court based upon the fact that that's the
21   wrong place for that lawsuit.
22            So that's the only reason that the Tarrant County
23   action is removed to the Northern District of Texas.  We
24   couldn't come before the Southern District of Florida directly
25   because the removal statute doesn't allow you to do that, so I
```

```
1   think we are all aware of that.
2           So is it a good idea to have it in the Northern
3   District of Texas; no, I think that's takes us to a 1404
4   analysis.  I don't know if Your Honor wants to get there, but
5   before we go there, I'll just say this:
6           We argued first to file, Mr. O'Quinn made his
7   arguments, I debunked them and then the first thing Mr. O'Quinn
8   starts to talk about is let's get back to personal
9   jurisdiction, so once again, he deflects because he doesn't
10  have a response, respectfully, to what we outlined as the
11  status of the law here.
12          I'm just following the argument drift.  You know,
13  when he didn't have a way to rebut our specific jurisdiction
14  allegations, he morphed into first to file and trademarks, and
15  Lanham Act and facial sufficiency and then when he mentions
16  first to file and I take up on that, now we want to talk
17  about --
18          THE COURT:  I think that's fine, we don't need to go
19  into the --
20          MR. CHAPMAN:  Okay, it is just where we are going in
21  the argument.
22          THE COURT:  Okay.  So I think we have covered, at
23  this point, both sides.
24          Mr. O'Quinn briefly.
25          MR. O'QUINN:  Very briefly, Your Honor, I just wanted
```

1  to clarify, because I think there are a couple of details to

2  answer your question, I believe that before the DLA letter that

3  was referenced, there was another law firm that sent a prior

4  demand letter, prior in time, so I do believe that there was

5  ongoing discussion about the litigation that predated that

6  would-be discussion of litigation.

7          We filed, on December 3rd, a letter, then another

8  demand letter goes out on the 7th, they then responded and said

9  they would get back to us, then they filed their lawsuit.

10         I think it is important that in the discussion you

11 just had was clarification that the e-mails suggesting there

12 was a threat of litigation was a threat of litigation in

13 Argentina.  Certainly if that's what the defense of the threat

14 of criminal is, and I've dealt with criminal actions in Latin

15 America and they are not substantially different in the sense

16 they are criminal, but if that's what they were threatening in

17 that letter, then it is not a threat of this litigation that's

18 before you today and there was no forum shopping other than

19 perhaps a U.S. citizen properly availing himself of a U.S.

20 court, so I just I wanted to make sure that clarification was

21 focused on.

22         So thank you for the time.

23         THE COURT:  Was there a demand letter (inaudible)?

24         MR. O'QUINN:  I wasn't involved at that time, so I

25 believe there was a November -- let me see here, I'm going to

1  say there was a November 18th letter that was sent because Ross

2  sent a letter on November 18th, so I believe there's a demand

3  letter on November -- I'm pulling it up now, it's just coming

4  in.

5          There was a letter that briefly discussed legal

6  issues sent as early as November 18th, but I think the most

7  important part of the clarification there is the defense of the

8  873 reference was that they were just talking about an action

9  down in Argentina, which, of course, is not what the first to

10  file rule is discussing, so I think with that clarification, we

11  can put the first to file debate to bed.

12          THE COURT:  I think Mr. Nasrullah, you raised your

13  hand, I do want to give you a brief moment.

14          MR. NASRULLAH:  Thank you, Your Honor, and I won't

15  take long.

16          Your Honor, clearly the Court seems interested in the

17  movement of these three clones.  We heard today that on

18  November 18th, they were sold to a buyer in South Carolina.

19  Now we know that after that, they came into this jurisdiction,

20  they came into Florida.

21          Now, let's think about these clones.  They were born

22  in April, on or about, 2020, so they are eight months old.

23  They didn't come to Florida to play polo, they didn't come to

24  Florida for training.  We know that because you don't start

25  working horses, teaching them to play polo until they are about

1   two to three years old, so they were here for an extremely

2   short time.

3        Then we do know that they were removed from this

4   jurisdiction after about maybe four to five weeks in Florida,

5   during everything that was going on with these lawsuits.  If

6   you ask me, Your Honor, that's inferentially and

7   circumstantially incredibly suspicious, and I do want to

8   footnote what we might be asking the Court for today, depending

9   on how this goes, but I do think we do need the right to start

10  serving third party subpoenas to get behind this and to find

11  out what was going on during the time that we were in

12  litigation in Florida.

13       Thank you, Your Honor.

14       MR. CHAPMAN:  Your Honor, just one final point, I am

15  looking at that November 18 letter.

16       THE COURT:  Yes, you may.

17       MR. CHAPMAN:  Just briefly, you may not have that

18  letter, but in the letter, it is not in evidence, but I'll just

19  say that I'm looking at it and we are happy to introduce it, it

20  doesn't threaten litigation.  Mr. Eichberg, if you look at the

21  language, says, We would like to work this out.  So there

22  wasn't any threat or prior demand, or we are going to sue you

23  somehow causing us to run to the courthouse.

24       So when you talk about there's a threat of

25  litigation -- and that's important, because if we are in first

1   to file, if we are in compelling circumstances, and again, I

2   submit that we are not there, the rule hasn't been triggered.

3   But if we are there, there clearly was -- the first threat of

4   litigation comes from Mr. di Caro out to the Meeker side.

5           Thank you.

6           THE COURT:  Okay.  Thank you.  I think at this point,

7   we've covered at length the questions of personal jurisdiction,

8   the first to file concept as well.  I'm not going to make a

9   decision today as to whether there is personal jurisdiction, I

10  need a little bit more time to wade through the various

11  materials.

12          I do want to give the parties, though, a final

13  opportunity to submit one filing with any additional exhibits

14  that you choose to introduce, whether it be those contracts

15  that we discussed earlier, references to lawsuits by Meeker

16  owned companies in the State of Florida, or any other e-mail

17  correspondence related to the demand.

18          I will, at this point, permit Mr. Chapman to present

19  argument on the substance of the motion for preliminary

20  injunction, and specifically, I want to ask, do you have any

21  live witnesses here today that you would like to present in

22  support of that motion, Mr. Chapman?

23          MR. CHAPMAN:  We had considered putting Mr. Jornayvaz

24  on.  If Mr. O'Quinn is saying he is not providing Mr. Meeker to

25  testify, that might obviate the need for that, so sort of the

1  same query we had with respect to jurisdiction, are they

2  planning to provide any witnesses?

3          THE COURT:  I took them to say no, but Mr. O'Quinn,

4  was your plan to present any witnesses today?

5          MR. O'QUINN:  Your Honor, because the burden is not

6  ours, our plan is to be responsive to their course of action.

7  If they put up no witnesses, I anticipate we will put up no

8  witnesses.

9          I don't know if we would put up a witness if they do

10  put one up, but I certainly don't want to limit my ability to

11  rebut, not knowing what he is going to do, given the fact that

12  we didn't even know who was on the witness list before we came

13  here today.

14          THE COURT:  Okay.  Mr. Chapman, this would be the

15  opportunity to present any live testimony, if you wish.

16  Otherwise, the Court is going to proceed on the affidavits

17  alone.

18          MR. CHAPMAN:  Your Honor, may I have a moment to

19  conference with my team?

20          THE COURT:  Sure.

21          MR. CHAPMAN:  Also, I have one other question.  Under

22  the 1404 analysis, will we be done with that section, is Your

23  Honor comfortable with that, or would we need to address that

24  at some point?

25          THE COURT:  Why don't you confer with your team about

Friday, January 29, 2021

1   the witness issue and let's resolve that and then we will talk

2   about section 1404.

3           MR. CHAPMAN:  If I may just have a moment, thank you.

4       (Pause in proceedings.)

5           THE COURT:  Okay, Mr. Chapman.

6           MR. CHAPMAN:  Thank you, Your Honor.

7           We have dialogued, we are comfortable with the

8   affidavits as to the substantive facts that we raise in the

9   affidavits and averments and we don't think it is going to be

10  necessary, at the moment, to present any witnesses.

11          I guess reserving on rebuttal, if I hear something in

12  argument that somehow could only be rebutted by a personal --

13  by a personal appearance by a witness.  We have witnesses

14  available, but I don't think -- I think that the affidavits

15  seem to be -- and I don't want to belabor the point.

16          THE COURT:  I want to make very clear to you,

17  Mr. Chapman, that this would be your opportunity to present any

18  evidence on this motion for preliminary injunction.  We are not

19  going to have another hearing to go through additional live

20  testimony, so if you want to present it, this would be the

21  time; otherwise there will be no additional hearing.

22          MR. CHAPMAN:  I think we are comfortable at this

23  point, Your Honor, it's been discussed at length.

24          The affidavits of Mr. Zedda; Mr. Ballesttere, for

25  example, at DE 46, which was filed yesterday, is a significant

Friday, January 29, 2021

1  affidavit; the affidavits of Mr. Cambiaso, Mr. Zedda's various

2  affidavits.  And again, we will file, as a demonstrative

3  exhibit, the list of affidavits, we feel those are significant.

4        The articles themselves, though Mr. O'Quinn takes

5  exception to them, we think are significant.

6        THE COURT:  One final question, Mr. Chapman.  If you

7  were to be permitted some limited jurisdictional discovery to

8  bolster your personal jurisdiction argument, what specifically

9  would you seek to obtain?

10        MR. CHAPMAN:  As to jurisdiction -- very good.

11        As to jurisdiction, we would seek to understand the

12  nature of Mr. Meeker's general business activities in Florida,

13  and his specific -- case specific cloning business activities

14  in Florida, things like trip logs, appearances, number of

15  flights, parties traveling with him, his correspondence, his

16  e-mail, things like that.

17        We would want some contacts about Mr. Borodin and

18  Park Place Polo and how that transaction went down and any

19  other transaction.  Also the operations of Crestview Genetics

20  and Crestview Farm, here and elsewhere, as case specific or

21  elsewhere; and obviously, without delving too deeply into it,

22  any litigation, contract disputes or anything that went on and

23  contracts entered into with any of his entities, the kinds of

24  things we have been talking about.

25        THE COURT:  Okay, I understand your point.  The Court

1  will consider potentially some limited jurisdictional

2  discovery, so long as it is very curtailed and in scope.

3          Now, let's move on to the substance here of the

4  actual motion for preliminary injunction, understanding that

5  you will not be presenting any live testimony, now would be the

6  time, Mr. Chapman, to present your best case for why you think

7  you have a substantial likelihood of prevailing on the various

8  claims in the amended complaint.

9          MR. CHAPMAN:  Understood.  Thank you, Your Honor.

10          I have taken some time with Mr. Nasrullah to look at

11  the first amended complaint at DE 22, and we have sort of

12  grouped the counts together in a manner that Mr. Nasrullah is

13  going to present some of the claims, the Lanham Act and the

14  DTSA claim and some of the claims related to that, so the

15  injunctive relief claims, and I'm going to address some of the

16  others.

17          With the Court's indulgence, I'm going to dive in and

18  address the counts I'm going to address and turn it over to

19  Mr. Nasrullah.  If the Court, at any time, feels they would

20  like to hear from Mr. Nasrullah as to anything at all, please

21  let me know and I will step aside immediately.

22          THE COURT:  I do think it would be helpful to start

23  with the federal claims first, so whoever is doing that should

24  go first.

25          MR. CHAPMAN:  Very good.  I defer to Counsel.

Friday, January 29, 2021

1           Mr. Nasrullah.

2           MR. NASRULLAH:  Thank you, ma'am.

3           Your Honor, the first federal claim starts at

4    paragraph 204 of docket entry 22, and that is the false

5    advertising claim.

6           As Your Honor knows, there are two Lanham Act

7    generated claims here in this lawsuit; one is the false

8    advertising claim and the other one is the false association

9    claim, which both arise under 15 U.S.C. section 1125.

10          Now, as Mr. Chapman mentioned earlier, and one of the

11   attacks that I have seen in the Plaintiffs' motion to dismiss

12   is that there is no standing, and standing has been very

13   clearly defined by the Supreme Court in the *Lexmark* case, and

14   if Your Honor looks at our pleadings and what we have alleged,

15   and you need to look at that, as we have said, under a 12(b)(6)

16   standard, not a 12(b)(2) standard, you will find that

17   *Lexmark* -- we were very faithful to *Lexmark* in drafting these

18   claims.

19          Let's talk about why *Lexmark* is important.  *Lexmark*

20   is important because it requires a plaintiff, under the Lanham

21   Act, under these two particular claims under 1125, to show

22   standing and to show proximate cause.  Those are the two

23   hallmarks of somebody -- can somebody bring a claim under the

24   Lanham Act.

25          Remember, and I'll get to this and give you some more

1  case law on this, but the Lanham Act brings in trademark, but

2  the 1125 claims under the statute don't require the use of

3  trademarks, and that is obviously a big difference between the

4  parties.

5         Now, when it comes to false advertising, which is

6  section 1125, subsection (a)(1)(b), false advertising, I don't

7  think there is any dispute that you need a trademark for that.

8  There is, however, some dispute as to whether you need a

9  trademark for the claim brought under the false association or

10 false endorsement part of the statute, which is 15 U.S.C.

11 (a)(1)(a), okay.

12        Now, *Lexmark* says in order to bring any claim under

13 the Lanham Act, you have to have standing, and what does that

14 mean?

15        In the context of these claims -- and remember these

16 are essentially unfair competition claims, and this section of

17 the Lanham Act was devoted to unfair competition.  People are

18 allowed to bring claims when other people make false statements

19 about the goods being sold, or the association of goods or

20 whether somebody has endorsed those goods, that's one part of

21 the statute, that's the false association section, and then

22 just false advertising for people saying things in

23 advertisements that aren't true.

24        So as a threshold matter, we have alleged standing,

25 and if you look at paragraphs 256 to 260 of our amended

```
1   complaint, we have alleged, under Lexmark, that Cambiaso and
2   the Plaintiffs have suffered an injury to commercial interests
3   and in reputation or sales.  We have made those allegations,
4   personal -- commercial interest and reputation or sales, and we
5   have made those allegations consistent with Lexmark.  That's
6   the first part about Lexmark.
7           The second part about Lexmark is you still have to
8   show proximate cause.  Somebody may claim the injury to
9   commercial interest or reputation, but you still have to show
10  proximate cause, so let's talk about that.
11          What Lexmark says is the proximate cause of the
12  economic or reputational injury is two things from the Lanham
13  Act; your commercial interest can be damaged or your
14  reputational interest can be damaged, and that's important in
15  this case.
16          The wrongs, the injury needs to flow directly from
17  the deception brought by the Defendant.  In other words, you
18  have to show that these Defendants caused the reputation --
19  reputational or commercial injury, and we submit, Your Honor,
20  we have alleged both.
21          We have alleged almost 16 pages of pleadings, and I
22  disagree with Counsel, these are not shotgun pleadings.  We
23  have laid out exactly what the problem was and why these claims
24  fall within the rubric of the Lanham Act, and let me summarize
25  that.
```

1          You have the sale of incredibly valuable horses;

2   these horses are incredibly valuable.  The Dolfina Cuartetera

3   bloodline was created by Mr. Cambiaso, it was promoted by

4   Mr. Cambiaso.  Mr. Cambiaso is the only one who has touched

5   Dolfina Cuartetera and some of the other horses that we are

6   talking about.  One is called Lapa, one is called Colibri,

7   there are a bunch of different horses, those are all

8   Mr. Cambiaso's work, those are all his life's work.

9          These horses are -- again, we are talking about

10  clones here.  We are not fighting about the sale of clone

11  babies, we are talking about clones.  The clones of this group

12  of horses, the La Dolfina horses, are unique to La Dolfina and

13  Mr. Cambiaso because they are the only ones who have touched

14  these horses.

15          So you have the sales of these horses and clones by

16  Mr. Meeker, in contravention to his prior representations to

17  the public.  We know that and we have alleged nobody knows more

18  about training clones than Mr. Cambiaso and Mr. Zedda, and you

19  can have a Cuartetera clone, you can have a clone and yes, it

20  is 100 percent a copy, but if the horse is not trained the

21  correct way, the horse is not going to be the original, it just

22  can't be, so the training is paramount.

23          So when these horses are out there being sold, there

24  is likelihood that these horses will never be the original, and

25  it dilutes the brand, it dilutes the bloodline, because now you

1  have clones that really aren't as good as the original, and

2  Mr. Cambiaso loses competitive advantage if other people do

3  have clones that aren't properly trained and Mr. Cambiaso loses

4  that advantage because his bloodline, which is known all over

5  the world.

6         There is only one person associated with these

7  horses, there is just one and if we go into discovery, I will

8  bring you as many market surveys as you like and we will make

9  this case over and over again, and I don't think even

10  Mr. Meeker will get up on the stand and say, There is no player

11  in the world that is known as well as Adolfo Cambiaso, and

12  these horses are only associated with one player in the world

13  and that's Adolfo Cambiaso.  I know Mr. Meeker will say that

14  because Mr. Meeker has admitted in a bunch of these interviews

15  that he sought out the best bloodlines and he sought out the

16  best genetics, so these are unique bloodlines and they are

17  associated with Mr. Cambiaso.

18         And we believe that all of the harm stems from

19  Mr. Meeker.  It stems from his representations, it stems from

20  his falsehoods, it stems from his inconsistent statements and

21  his conduct to -- his conduct vis-a-vis selling these clones

22  that he, himself, have admitted were not for sale.

23         Now, I'm going to be real clear, we have got to show

24  a likelihood of confusion at least under one of the claims, so

25  it is how the market perceives it.  It is not how I perceive,

1   it's how the market perceives it.  The fact that Mr. Meeker is

2   out there telling everybody -- and you have seen some of the

3   e-mails, and I assure you, Your Honor, we have touched the tip

4   of the iceberg.  We have touched the tip of the iceberg with

5   respect to Mr. Meeker's activities concerning the horses.

6           He is out there representing that he controls these

7   horses and I want to show you some text messages in a couple of

8   minutes.  He is out there saying -- he is out there saying he

9   controls these horses, so let's pull up what he said because we

10  did get some WhatsApp -- I don't know if Your Honor is familiar

11  with WhatsApp, but we did get some WhatsApp text messages from

12  the Castagnolas.

13          You've heard about the Castagnolas, Bartolome and

14  Camila Castagnola were in contact with Mr. Cambiaso, with

15  Mr. Meeker, and that's how this came to our attention.  We

16  would have never known that he was out there selling these

17  clones.  We learned through the Castagnolas, because Mr. Meeker

18  was soliciting the Castagnolas and this was the exchange that

19  we saw.

20          MR. CHAPMAN:  It's at D 13-2.

21          MR. NASRULLAH:  DE 13-2 and DE 22-10.  It says, You

22  guys should buy one of my, my new Colibri or Aiken Cura clones.

23  I'm making Lapa clones, too.

24          Now, if Mr. Meeker is operating under the authority

25  of the 2009 agreement -- and we really don't know under what

1 agreement and what authority he has been operating under

2 because it just happens to be whatever is convenient that day,

3 these are agreements that he and Mr. Cambiaso, in what I call

4 the letter of intent, were going to do this jointly.

5        He doesn't have the right to be selling these clones,

6 and he is selling them to people behind Mr. Cambiaso's back.

7 In fact, Mr. Cambiaso had no idea, no idea that these clones

8 had been sold.

9        Mr. Castagnola was a former teammate of Mr. Cambiaso.

10 Mr. Castagnola has two sones that are up-and-coming polo

11 players in Argentina and in America, and they are competing

12 against Mr. Cambiaso.  They are competing against Mr. Cambiaso,

13 so they are being sold to a competitor behind Mr. Cambiaso's

14 back, and these statements -- and let's look at these

15 representations because under the Lanham Act, under the false

16 association claim, you need words, terms, names, symbols,

17 devices or a combination thereof, and this is the language, or

18 any false designation of origin, false or misleading

19 description of fact; or false or misleading description of

20 fact.

21        It's a false or misleading description or a false or

22 misleading representation of fact, that's the first element.

23 That is what is triggered by the false association claim.

24        So when Mr. Meeker unilaterally, without

25 Mr. Cambiaso's acquiescence, without Mr. Cambiaso's

1  involvement, starts going out to the bidders and saying, You

2  guys should buy one of my clones.  These horses, Colibri and

3  Aiken Cura, were horses that were covered by the 2009

4  agreement.

5          Then he gets a response from Mrs. Castagnola, Do you

6  have Cuartetera clones, and Mr. Meeker says, No, they are all

7  spoken for.  So Mr. Meeker is now representing that he has sold

8  other clones, and again, he is referring to them as his clones.

9          Let's look at the next line.  I have babies of

10 Cuartetera, I have babies of Cuartetera.  If he really is

11 operating under the color of the 2009 agreement, they are not

12 his horses, they are not his horses.  At most, this abandoned

13 agreement, this non-performed agreement, call it what you want,

14 gave him joint rights to market.  They were -- Mr. Cambiaso and

15 Mr. Meeker were supposed to jointly set the pricing and the

16 terms of sale for any horses under the 2009 agreement and this

17 is going on in 2020.

18          The terms here are critically -- we are selling

19 clones here.  You have to be able to somehow potentially

20 regulate the impact of selling the clone, but remember, that is

21 not what the parties contemplated.  Because as you saw this

22 morning, they had completely drifted away from selling clones,

23 it was too dangerous, it was giving up the rights, it was

24 giving up the factory, they couldn't do it, but Mr. Meeker is

25 making misleading descriptions of fact; I have babies of

```
 1   Cuartetera; in other words, he has the authority to be selling
 2   Cuarteteras, and they are spoken for and he, by himself, is
 3   making new clones.
 4           THE COURT:  Mr. Nasrullah, but what about the
 5   language in the 2009 contract that refers to a, quote,
 6   "Complete and exclusive licensing right in and to the mare and
 7   all cloned foals"?
 8           MR. NASRULLAH:  Your Honor, number one, that is --
 9   let me pull up the contract here, and Your Honor is reading
10   from paragraph one, and -- let me pull it up, Your Honor.
11           MR. CHAPMAN:  Paragraph one.
12           MR. NASRULLAH:  Let's start with the first whereas
13   clause.
14           MR. CHAPMAN:  Hold on just a sec.  Okay.
15           MR. NASRULLAH:  So let's start, Your Honor, with the
16   whereas clause because I think you have to -- what is happening
17   is we are being pointed by the other side to one line in this
18   agreement, and you really have to read the whole agreement.
19           So let's start and read -- and if you read the second
20   whereas clause, Owner and Crestview wish to enter into an
21   arrangement for the purpose of jointly producing, marketing,
22   and selling cloned animals, jointly.
23           Mr. Meeker raises paragraph one, which talks about
24   the license.  I'm happy to show that to the Court, it's the
25   last line, and we have it up there.
```

1            Now, this is -- there is a factual question, isn't

2     there; what license was he actually granted in light of the

3     fact that this was a joint marketing program?  He never

4     consulted Mr. Cambiaso, so apparently he created whatever

5     licensing rights he felt like having to justify his sale of

6     these clones.

7            Go to paragraphs four and five.

8            Actually, stop at three, please.

9            Let's look at paragraph three, it goes to my point

10    that this was -- they were going to do this together.  Upon

11    successful production, they are going to negotiate and

12    establish a mutual, acceptable program providing for the

13    endorsement and marketing of clones and Crestview's cloning

14    program.

15           The word endorsement is important, we are talking

16    about a false endorsement claim here.  Mr. Cambiaso never

17    endorsed this, he had the right to endorse this.  These are his

18    lifeworks, he had the right to do this, but Mr. Meeker took

19    away that right when he started representing to consumers, I

20    have the right to do this.  It is very clear that Mr. Cambiaso

21    didn't even know about this.

22           Let's move on to paragraph four, please.

23           This is another important term.  If you look at

24    paragraph four, it says, Upon the successful production of

25    clones, which did occur, they weren't even sure when they

1  entered into this agreement whether the clones -- whether this

2  was a viable concept, owner, who is described in this agreement

3  as Mr. Cambiaso, will use its best efforts to market the first

4  three clones of each cloned animal for sale with owner's client

5  base or others with a minimum sales price of 250.  Owner and

6  Crestview will jointly determine all sales prices, again

7  critical terms.  This didn't happen.

8          THE COURT:  Mr. Nasrullah, I want to pause for a

9  minute and turn to Mr. O'Quinn.

10          Mr. O'Quinn, is it the position of the Defendants

11  that under this agreement, they essentially have unilateral

12  rights to sell original clones?

13          MR. O'QUINN:  Before I answer, Gary and I divided how

14  we were going to handle these issues.  I'm happy to respond,

15  but I just want to make sure that I don't dominate the

16  discussion.

17          But it is their position that with regard to the

18  certain -- the certain clones, that they have the ability, as

19  the owner of those clones, to use those as their chattel.

20          THE COURT:  But by use them as their chattel, do you

21  mean produce clones, original clones, not babies, and sell them

22  without the approval of the Plaintiffs?

23          MR. O'QUINN:  Yes.

24          THE COURT:  Mr. Woodfield, you're welcome to answer

25  if you prefer.

Friday, January 29, 2021

```
1              MR. O'QUINN:  I didn't mean to suggest a lack of
2    confidence in me answering, I just wanted to show some
3    restraint in my talking.
4              But essentially, each of these individual animals has
5    a genetic code within it and the owner of the animal owns and
6    has the ability to use that code, so for instance, they would
7    be able to clone those animals.
8              Is that the question you are asking?
9              THE COURT:  Yes.  I'm trying to understand the
10   Defenses' view of what it is authorized to do under this 2009
11   contract, and I guess my follow up question is, if what was
12   given in this agreement is a, quote, complete and exclusive
13   licensing right, I mean, under what version would that be
14   deemed to be a transfer of ownership?
15             What kind of license gives you the ability to sell
16   the actual product unilaterally?  I'm just trying to understand
17   sort of the difference here between license and actual
18   ownership.
19             MR. O'QUINN:  So I think we need to be -- to be
20   careful to be specific about what we are talking about because
21   we tend to mix and match different things.
22             There is the ownership of the animal, the chattel;
23   there is the ownership of the genetic material that's used in a
24   cloning purpose.  Remember a clone is not magical, it is merely
25   a twin and just as two individual twins are their own people,
```

```
 1   they are not somehow jointly owning the genetic code within
 2   their body, each animal has within it its own genetic code.
 3   The mere fact that it happens to be similar or identical to
 4   another animal doesn't change the fact that it is a unique
 5   animal.
 6           THE COURT:  So Mr. Cambiaso, in this agreement, would
 7   have given Mr. Meeker unilateral ability to just sell clones
 8   whenever he chooses?
 9           MR. O'QUINN:  I believe that he would have had the
10   ability to take the animals that were the cloned animals and
11   use that genetic material as he, as an owner, would like to,
12   just as if they sell the clone to a third party and that third
13   party owns that animal and has the ability to use that animal.
14           I think there is a difference between whether or not
15   they are jointly marketing and using Cambiaso and giving him an
16   opportunity to participate in a joint marketing effort, but
17   there is a difference between that and whether or not the
18   cloned foal is somehow not -- is not an animal that is able to
19   be sold with its genetic makeup going with it.
20           THE COURT:  Well, it seems to me that reading of that
21   contract is a bit of a stretch.  I mean, how then do you
22   reconcile the references to joint determination of final sales
23   prices and terms?
24           I mean, if that were the case, this would have just
25   been an outright sale of the genetic material forevermore, and
```

Friday, January 29, 2021

1  it seems that that is inconsistent, at least with the public

2  representations of the Defendants and the Plaintiffs, that they

3  never wanted to give up the original clones themselves because

4  that was essentially giving away the farm, so to speak.

5       MR. O'QUINN:  I would suggest it is not a stretch,

6  Your Honor, we just need to read the different provisions when

7  reading the whole agreement.

8       I mean, looking at this provision here, you have,

9  Upon the successful production of clones, the owner will use

10  its commercially best efforts to market the first three clones

11  of each cloned animal for sale with the owner's client base and

12  others with a minimum sale price of 250,000.

13       In the following sentence, it says, Owner and

14  Crestview will jointly determine all final sale prices, and if

15  that was specifically restraining those foals that came just

16  before it, there would be no need for a minimum for sale price,

17  so I think what they are doing is allocating different rules

18  for different clones.

19       THE COURT:  Mr. Woodfield, do you want to add

20  anything further to the discussion of what is actually

21  authorized under the 2009 contract?

22       MR. WOODFIELD:  Well, I'll just reiterate the same,

23  Your Honor.  Again, an assignment such as this, without

24  limitations, and that is what specifically is in paragraph one,

25  gives the owner the unfettered right to sell the horses and

1   clone them, and that's covered briefly in Mr. Meeker's

2   declaration, I believe in paragraph eight.

3           So that gave him the unfettered right to sell those

4   horses and then clone them.  Paragraph four is addressed to the

5   first three clones, and that's true.  The clones that were sold

6   were not within the first three and so they are not controlled

7   by that provision.  And again, Mr. Meeker or the parties to the

8   transaction, in this case, it was Crestview Farm, had the

9   unfettered right to sell the horses and cloned horses.

10          THE COURT:  But I guess, what authority do you have

11  for the notion that a licensing right equates to the authority

12  sort of to unilaterally sell the underlying property itself?

13          MR. WOODFIELD:  Your Honor, that is the custom and

14  trade in the industry, again which is addressed by Mr. Meeker

15  in his declaration at paragraph eight.

16          THE COURT:  So you are saying to establish sort of

17  wholesale practices in this industry, I would turn to

18  Mr. Meeker's view of what is acceptable?

19          MR. WOODFIELD:  Well, but that -- if need be,

20  additional evidence could be introduced as to what is the

21  common practice in the trade.

22          The common practice in the trade, as I understand it,

23  is that when there is an unconditional assignment or license,

24  such as this, it does give the holder of that license the

25  unfettered right to breed, sell and clone those horses.

```
 1          THE COURT:  That may be, but it just seems a bit at
 2   odds with the representation, at least in the submitted
 3   articles, that selling the clones themselves would be akin to
 4   really sort of gutting the entire value of the operation.
 5          MR. WOODFIELD:  Well, again, I think a lot of those
 6   comments that were referenced over the years was at a time when
 7   the parties were negotiating further contracts, and you have
 8   heard now that there have been extensive discussions,
 9   negotiations, contracts that were entered into, which haven't
10   been presented here, and ultimately the 2019 contract, which
11   had further -- more specifics to it, but again, did not in any
12   way compromise or undercut the provisions of the 2009
13   agreement.
14          But when these other agreements either never came to
15   fruition or fell apart, it was entirely appropriate for
16   Mr. Meeker to fall back to the still in existence and binding
17   2009 agreement and exercise his rights under it.
18          THE COURT:  I understand that point, assuming the
19   2009 agreement is valid.  I'm willing to assume that for
20   purposes of argument, but it still seems a bit unpersuasive to
21   me that that language would grant Defendants sort of complete
22   and unilateral ability to sell original clones without any
23   assent on the part of Plaintiffs, but I think we have covered
24   this sufficiently.
25          So Mr. Nasrullah, do you want to wrap up your
```

Friday, January 29, 2021

1    argument on likelihood of success with respect to the Lanham

2    Act claims?

3          MR. NASRULLAH:  Yes, Your Honor.  Let me just, if I

4    could, make a couple of points in response to points made by

5    Counsel, and I won't belabor this.

6          Our position is this agreement is unambiguous and

7    they drafted it and, as Your Honor has picked up on in this,

8    there is no right to sell, unfettered, clones.  You can't

9    torture that out of this agreement, it is just not in there and

10   it makes no sense that Mr. Cambiaso would have given up that

11   right.

12         For example, if you go down to paragraph five, and

13   again look at it contextually, there was a first generation of

14   clones and the first generation of clones actually performed

15   extremely well.

16         The first generation of clones, the first clone was

17   sold at auction, and then you had another eight clones and

18   Mr. Cambiaso won the Argentine Open on a team of these clones.

19   These clones are rock stars in their own right.  One of the

20   clones was named best playing pony even at the U.S. Open.

21         So the second generation of clones, if you look at

22   this paragraph five, it says, If Crestview determines it wishes

23   to clone a limited second edition, owner and Crestview will

24   mutually agree, so Counsel is wrong.  He said the three clones

25   were the first three clones; no, this is the second generation

1   of clones.  The three clones that Mr. Borodin has are the

2   second generation, they are not the first generation, that's

3   completely off base.

4           The first generation of Cuartetera's clones have been

5   playing tournaments all over the world, so the limited second

6   addition, they had to agree, and they didn't even ask

7   Mr. Cambiaso, they didn't.

8           So Your Honor, let me just wrap up here and let me go

9   back to the elements of the statute, and the question is -- we

10  have talked about the misleading description of fact or false

11  or misleading representation of fact.  What I'm hearing today

12  from the Defense, Your Honor, is affirmative defenses.  I'm

13  hearing affirmative defenses, Oh, we had licenses, that sounds

14  like an affirmative defense.

15          Question, is it likely to cause confusion, that's the

16  second part of the statute.  We have to show, is it likely to

17  cause confusion, mistake, or deceive as to the affiliation,

18  connections or association of such person with another person,

19  or as to the origin, sponsorship or approval of his goods or

20  services by another person.  This is the classic language of

21  false or misleading.

22          THE COURT:  Mr. Nasrullah, you are cutting out.  When

23  Mr. Chapman speaks in the background, it is hard for us to

24  hear.

25          MR. NASRULLAH:  Let me go back, Your Honor.  We still

1   have to show, and we believe we will make the record --

2         THE COURT:  Please, if you can refrain from talking

3   over one another in the background, it is really hard for us to

4   hear Mr. Nasrullah clearly.

5         MR. NASRULLAH:  Thank you, Your Honor, I will ask the

6   team to make an effort.

7         Your Honor, we are very, very -- there is a

8   substantial likelihood of us showing, meeting the preliminary

9   injunction standard under Rule 65, that the conduct of

10   Mr. Meeker, these false or misleading descriptions of fact or

11   false or misleading representations of fact would cause

12   confusion in the marketplace about Mr. Cambiaso's association

13   or endorsement with these clones.

14         If Mr. Meeker is out there selling Picassos on behalf

15   of Picasso, he is a creating a false impression in the market

16   that Picasso is okay with this and Picasso has endorsed this

17   conduct.

18         These horses are special in this world, and they are

19   associated only with Mr. Cambiaso.  So what he is doing is he

20   is using his relationship with Mr. Cambiaso, as a result of the

21   2009 and other agreements, to essentially tell the market and

22   mislead consumers by making these representations that he is

23   completely entitled to do that, and that is the hallmark, the

24   hallmark of a false association of false endorsement claim, so

25   I think we have a substantial likelihood of success on the

1   merits on that claim.

2           Let me just issue legal argument for just a second,

3   Your Honor, because this was something that was raised and I do

4   want to give the Court our opinion on it.

5           We heard today that you need a trademark for a false

6   association or false endorsement claim, and I'm going to focus

7   on the false endorsement claim because that's where I'm on,

8   they cite *Black Diamond*, which cites another Eleventh Circuit

9   case called *Custom Manufacturing*, and the cites they are on, I

10  can give you after the argument, but *Custom Manufacturing*,

11  which they used for the proposition that you need a valid

12  trademark to have a false endorsement claim, you can't take

13  that case this far because that actually happened to be a

14  trademark case.

15          This isn't a trademark case, this is the classic

16  false association case, where somebody says, My celebrity, my

17  value is being used to endorse somebody else's products, that's

18  what the straight practice is.  But you will see -- and I'm

19  going to give you some cites here -- a lot of the Lanham Act,

20  as I said, does address trademarks and registered marks, but

21  according to case law -- there is a case called *Dastar*,

22  D-A-S-T-A-R, *Corp. versus Twentieth Century Fox*, 539 U.S. 2829,

23  that's a Supreme Court case, that you don't need -- you don't

24  need a mark to make a false association claim.

25          And you will see that picked up in a case called

1   *Belmora versus Bayer*, B-E-L-M-O-R-A versus B-A-Y-E-R, 819 F.3d

2   697, which is a Fourth Circuit case out of 2016.

3            This language has gone gotten a lot of publicity in

4   the treatises and it is cited in McCarthy on Trademarks and

5   Unfair Competition, which I don't think anyone here will argue

6   is the seminal treatise on intellectual property and

7   trademarks.

8            The language in the *Belmora* case is the plain

9   language of Section 43A, which is also 1125, does not require

10  that the plaintiff possess or have used a trademark in U.S.

11  commerce as an element of the action.

12           Section 43, which is 1125, stands in sharp contrast

13  to the Lanham Act section 32, which is titled as and expressly

14  addresses infringement.

15           Now, if you look at the plain words of the statute,

16  1125(a)(1)(a), there is no mention of the trademark.  It lays

17  out the elements of the cause of action, but there is

18  absolutely no mention of trademark.  Which is consistent with

19  *Dastar*, which is consistent with *Belmora versus Bayer*, and if

20  you look at McCarthy on Trademarks, volume five, McCarthy on

21  Trademarks and Unfair Competition, it cites *Belmora* and it

22  says, The plain language of section 25A does not mention a

23  trademark; and therefore, plaintiff need not have a trademark

24  to be able to state a cause of action.

25           THE COURT:  Do you have any Eleventh Circuit

Friday, January 29, 2021

1  authority on this subject?

2  MR. NASRULLAH:  Your Honor, the authority that I do

3  have, Your Honor, is the *Black Diamond* case, which is

4  unpublished, and which was cited by the Plaintiff, but if you

5  read that case and the underlying *Custom Manufacturing* case,

6  they deal with a completely different proposition, and they

7  deal with trademark infringement, and I don't think you can

8  take those cases this far.

9  No, we did not find, yet, a case on *Belmora* being

10 cited in the Eleventh Circuit.  That's the first thing I did, I

11 will continue to look, but I don't see it.

12 MR. CHAPMAN:  We would like to have the opportunity

13 to brief that, Your Honor.  I think there is some case law that

14 picks up that line of cases post Black Rock (sic) in one way,

15 shape or form in Florida, if not the Eleventh Circuit, so we

16 will look.

17 THE COURT:  Well, I mean, with all due respect, the

18 briefing really on this issue should have been complete

19 already.  I am really not inclined to reopen a whole new round

20 of briefing, given where we already are.

21 But Mr. Nasrullah, why don't you just finish up the

22 Lanham Act claims, and I do want to hear from Mr. O'Quinn or

23 Mr. Woodfield on this subject.

24 MR. NASRULLAH:  Your Honor, when you look at some

25 cases cited by the Defense, *Webster* is a case that did come out

1   of the Eleventh Circuit, they have relied very heavily on it.

2   First of all, that case was decided at summary judgment.  Some

3   of the cases they have cited have been decided at summary

4   judgment or post trial.  *Gentalis* (phonetic) is one, and there

5   was a doctor somebody, it will come to me, those cases went all

6   of the way and they couldn't make the showing of likelihood of

7   confusion and those cases got dismissed.

8           Now, *Webster* is a case that they are very fond of and

9   they cite.  *Webster* is a case where a young guy essentially

10  takes a Dean guitar, which is a guitar made by the Dean

11  Manufacturing Company, and he paints some flamboyant flames on

12  it and he sells it to the guitarist for Pantera, who then dies

13  and the guitar becomes notorious.

14          He makes a deal with Dean that he is going to be

15  around and instead of suing each other over this, Dean comes

16  out with later editions of these guitars and he shows up at

17  trade shows and at events and he's on YouTube talking about his

18  experience with the guitarist and this guitar.

19          He then turns around and sues and says, Wait, you

20  used me as an endorsement and you did that without my consent.

21  The case was decided, number one, on summary judgment; and

22  number two, was decided for lack of evidence because

23  Mr. Webster provided no evidence on likelihood of confusion.

24  There was no evidence that the consumers believed that he had

25  endorsed the Defendant's products.

1           As Your Honor may know, in Lanham Act cases, you do

2   that by going to the market, you ask what the likelihood of

3   confusion is, you do surveys.  This is totally different.

4   Mr. Cambiaso and Cuartetera, they are household names in

5   Argentina, even to people that don't follow the sport.  In the

6   U.S., to people who follow the sport, Mr. Cambiaso is front and

7   center, he is the defining standard in this sport; Cuartetera

8   is the defining standard in this sport, so we are talking about

9   a very, very different factual situation.

10          And these have a very secondary meaning in the

11  context of the Lanham Act claims, Cuartetera has a secondary

12  meaning and that's her association with Mr. Cambiaso and

13  La Dolfina.  As I said, after all, she is called Dolfina

14  Cuartetera, that's her full name, and it's in some of the

15  breeding papers that we submitted to you.

16          So they are inseparable, they are inseparable.  So

17  when you say, I have Cuartetera -- as Mr. Meeker did, I have

18  Cuartetera babies, I have these babies, he is essentially

19  representing -- misrepresenting that somehow Mr. Cambiaso has

20  blessed this.

21          So that is essentially, Your Honor, my argument on

22  the false endorsement.  False association, I think, will be

23  shorter because I have less legal argument there.  I did want

24  to talk about Belmora, but I don't have to because I don't

25  think there is any dispute.

Friday, January 29, 2021

1              Again, the plain language of 1125 allows you to make

2      a claim for false advertising or promotion -- for commercial

3      advertising or promotion, if somebody misrepresents the nature,

4      characteristics, qualities or geographic works of his or her,

5      or another person's goods, services or commercial activity.

6              So we clearly have promotion here, he is promoting to

7      Mr. Castagnola and others perhaps on these babies, and he is

8      misrepresenting the characteristics and qualities of this -- of

9      these goods or commercial activities, because again, there is a

10     very strong misrepresentation that this is all sanctioned.

11             There is no way in the world, no way in the world,

12     without Mr. Cambiaso by his side, that Mr. Meeker could go out

13     and sell Cuarteteras, it is somebody else's horse.

14             THE COURT:  So the misrepresentation, Mr. Nasrullah,

15     is the use of the word my basically, by saying it is his clone?

16             MR. NASRULLAH:  It's more than that, Your Honor,

17     that's one aspect of this.  And one of the things that

18     Mr. Meeker has done, and you will see this outlined in

19     Mr. Ballesttere's most recent affidavit, which is document --

20     which is DE 46, is there is -- does the likelihood of confusion

21     also stem from this; yes, he is out there representing mine and

22     that he has the right to do this.

23             There is the second part of this and that is the

24     first generation clones that did so well, the first ten clones

25     that I described as rock stars, they have names like BO1, O2,

1    O3, O4, O5 and O6.

2          Go to paragraphs 16 and 17 in Mr. Ballesttere's

3    affidavit.

4          And then you see that Mr. Meeker and Crestview is

5    claiming that these next generation Cuarteteras they are

6    selling are CF Cuartetera, P01, P02, P03.  We read CF to mean

7    Crestview Farms, but they are named exactly the same way as

8    Mr. Cambiaso's B Cuarteteras.

9          This latter group of Cuarteteras that Mr. Meeker is

10   selling are not registered in Argentina because he can't

11   register them, so there is the continuing confusion by

12   Mr. Meeker of trying to copy what Mr. Cambiaso has done and

13   making representations to the consuming public that

14   Mr. Castagnola is very much a part of that these are

15   legitimate, that he owns these horses and he has the authority

16   to sell these horses with or without Mr. Cambiaso.

17          THE COURT:  Mr. O'Quinn, why don't you turn to the

18   Lanham Act claims or Mr. Woodfield, however it is you divided

19   the discussion.

20          Mr. O'Quinn, I think you are muted.

21          MR. WOODFIELD:  Ryan, unmute.

22          MR. O'QUINN:  I just didn't want anyone else to feel

23   like they were left alone, I wanted to join them in it.  It is

24   very 2020 of me.

25          So Your Honor, if you listen to what they are

1    suggesting here in the Lanham Act, what they are suggesting is

2    the part of this misappropriation, the truthful statement that

3    animal is the clone of another animal somehow carries with it

4    this massive amount of information and endorsement, which I

5    believe is an impossible argument.

6           It is no different than if you had a champion dog and

7    that champion dog bore puppies with the neighbor's dog, that

8    somehow the champion's owners would prevent the neighbors from

9    being able to say the puppies were the children of its parent.

10          It is a truthful statement that these are clones of a

11   particular animal and there is no Lanham Act type issue that

12   comes into play here.

13          You asked questions earlier that were appropriate

14   questions going to the language of the contract and what is

15   available under the contract.  This is a contract case.

16          This is not a Lanham Act case.  This is not where

17   people are false advertising or marketing or claiming an

18   endorsement where there is no endorsement, and they would like

19   you to read that into the simple truthful statement that the

20   animals are clones of another.  That is a scientific fact, it

21   is not a suggestion that that animal has been trained in

22   Argentina on a particular farm with a particular style of polo

23   playing.  It is merely a fact that they are a clone of an

24   animal.

25          THE COURT:  Excuse me, Mr. O'Quinn, but what in the

1   Lanham Act would preclude, I guess, is what I'm trying to focus

2   on, liability in this instance when the name itself -- I mean

3   the allegation is that the name Cuartetera carries with it so

4   much important, unique meaning that the use of it in the

5   marketplace would create that consumer confusion.

6           MR. O'QUINN:  Right, Your Honor, I don't believe they

7   have pled, nor have they established the fact that the mere

8   name of an animal carries that secondary meaning that gives

9   that second aspect.

10          So we have put this in our papers fairly clearly.  It

11  goes beyond just the fact that you have used the name, the name

12  itself has to have carried with it a secondary meaning, there

13  has to be a confusion by the marketplace about that mark.  You

14  need to have a protected intellectual property that is the

15  subject of confusion in that representation, and that's not

16  present here, that's not been established by them, it has not

17  been pled.

18          They want you to read into it that merely the fact

19  that there is a horse and that horse may be known by people,

20  that somehow that the reference and the name of that horse

21  carries with it an endorsement and other broader

22  representations than merely the parentage of a clone or -- I

23  don't know what the right term is, or the lineal relationship

24  between the clone.

25              Were you to allow this to be expanded, then virtually

Friday, January 29, 2021

1    anything could be brought within the Lanham Act just by this

2    alleged sort of turn from a breach of contract question into a

3    misrepresentation to the marketplace about protected

4    intellectual property.

5         It is important to understand that this sort of

6    intellectual property protection first was attempted in the

7    context of patents.  The law then very clearly disposed of that

8    as a mechanism of protecting it, and ultimately here, what they

9    are trying to protect, which is truly the genetic material and

10   the ability to make clones, is something that is, I think, not

11   subject to the intellectual property protections that they seek

12   to ascribe to it, and they are trying to bootstrap it into

13   other things by reference of animal names and Cambiaso's

14   celebrity status.

15        But no more than would it be confusing to say that

16   Michael Jackson's daughter is singing, you know, that does not

17   suddenly bootstrap it into confusion that they have been

18   trained by Michael Jackson's singing coach or, you know,

19   something along those lines.

20        THE COURT:  I think it's a little bit different, to

21   be fair.  Here we are talking about the identical horse,

22   correct?

23        MR. O'QUINN:  Sure, as if it were a twin.  It is not

24   an identical horse, no, it is not.  It's an identical twin, so

25   just as --

```
 1              THE COURT:  But it has the same genetic material.
 2              MR. O'QUINN:  Right.  So instead of it being Michael
 3   Jackson's daughter, it was Michael Jackson's twin bother.  They
 4   have the same genetic material, they are just twins born at a
 5   different time.
 6              They are still an independent animal and the idea
 7   earlier that was that that somehow they carry with them the
 8   memory of their mother, I think it is a quaint notion, but not
 9   a scientific fact we can include here, that it is about the
10   memory.  It has gone a step too far.
11              These are animals, they are chattel and when you have
12   chattel, you have certain rights to that chattel.  When you
13   have a contract, you can bind a person's behavior in contract,
14   you can litigate the contract, but what they are trying to do
15   is to bootstrap a simple breach of contract case on an
16   unambiguous contract into something that it is not.
17              THE COURT:  Okay.  Well, thank you for that,
18   Mr. O'Quinn.
19              Mr. Woodfield, do you want to add anything to the
20   Lanham Act claim?
21              MR. WOODFIELD:  No, Your Honor.
22              THE COURT:  Okay.  All right.  Well, Mr. Chapman, do
23   you want to now address the trade secret claims or is that
24   going to be handled by Mr. Nasrullah?
25              MR. CHAPMAN:  That is, Your Honor, but we have -- and
```

136

1  I don't want to belabor this, I want to make a couple of brief

2  comments just because -- and you know, when we do this, it is

3  not to dot I's, it is because there is some fundamental

4  misunderstandings here about the nature of clones.

5          A clone is the animal, it is unique.  They are not

6  fungible, they are not chattel in that they are easily

7  replicated to produce goods, one is like the other.  In fact,

8  clones are different than full siblings of Cuartetera, for

9  example, so it is entirely a misnomer for -- for Counsel to

10  suggest that somehow they are alike and they are fungible; they

11  are not.

12          As well as to confusion, Your Honor, I'll point Your

13  Honor to DE 46, Mr. Ballesttere, the president of the Argentine

14  Association of Polo Pony Breeders, his affidavit.  I know it

15  just came in and perhaps you haven't had a chance to look at

16  it, so I respectfully encourage you to when you're considering

17  all of these points.

18          In paragraphs 20 and 22, DE 46, paragraphs 20 and 22,

19  you will see Mr. Ballesttere say, Look, the naming of the

20  clones, by joining Cuartetera's name with the letter and

21  designation scheme that is confusingly similar with the AACCP

22  registration name and scheme is misleading, okay.  It would

23  certainly confuse the P line with the officially recognized and

24  registered B line.

25          He makes a comment in paragraph 21 about a running

1  iron and how you could easily change a P into a B later, where

2  that is not allowed.  Then he says in paragraph -- which is a

3  significant risk, and then in 22 he says, To be clear, the P

4  designation on the Meeker Crestview Cuartetera clone is

5  confusing to the public.

6          So we hadn't addressed that in as much depth because

7  there is a lot to say about the Lanham Act, but when you talk

8  about likelihood of confusion, that's there.

9          MR. NASRULLAH:  I think, Your Honor, if you just

10  Google Cuartetera, you will see the very special place this

11  horse occupies.

12          Mr. O'Quinn's point that my view about memories and

13  clones and how the clone has the mother's memory, I actually

14  read that from Mr. Meeker.  Mr. Meeker knows a lot about

15  cloning and Mr. Meeker was the one, his client, who was stating

16  that in the public media.

17          Your Honor, just to wrap up here, there is a lot of

18  discovery, we think, to be done.  We will bring you, in

19  addition to Mr. Ballesttere, a mountain of market research

20  about these horses.

21          These are federal claims, the Lanham Act protects

22  unfair competition, you have your interstate element and you

23  have your confusion element and I think the claims belong in

24  front of you.

25          THE COURT:  Thank you, Mr. Nasrullah.  As the parties

Friday, January 29, 2021

138

1   can tell, we don't have too much time left until the hard stop

2   at 2:30, so we need to use our time wisely.

3         Mr. Chapman, I will let you now cover some of the

4   state law claims, if you wish, specifically with respect to

5   substantial likelihood of success.  I take it that a lot of the

6   arguments will overlap to some extent, so feel free to comment

7   on those state law claims.

8         MR. CHAPMAN:  Let me go through them quickly.  And

9   thank you, Your Honor, and I understand time is limited, so

10  I'll go through quickly.

11        With respect to count one and count 19, the

12  preliminary injunction counts, just understand, one was

13  directed as, Stop selling the clones, that's count one; count

14  19 was directed as, Don't move the clones you have already

15  sold, that was before we learned they were already moved,

16  that's the first amended complaint, so they are different.

17  That's not a grounds to strike or dismiss anyway, but those are

18  different, and injunctive relief is allowed under the Lanham

19  Act and the DTSA in any event.

20        Prejudgment writ of replevin I think carries with it

21  much of the arguments you have heard about whether or not the

22  clones and/or the genetic material should be returned because

23  they have been taken and wrongfully used, I'm going to leave

24  that and move on from there.

25        Before I get to counts three and four, the fraudulent

1    inducement counts, I just want to opine briefly on counts five

2    and six, the breach of contract regarding the 2009 and 2019

3    agreements.

4            So if we have a contract, and you want to accept for

5    the moment under count five that we don't -- that we don't

6    have -- that we do have still a contract in existence and it

7    wasn't terminated, then our position is you heard from the --

8    and I think Your Honor picked this up from the reading of the

9    language, the contract is unambiguous in that it does not

10   provide Mr. Meeker an unfettered right to unilaterally sell

11   clones of these very special horses, so that would be a breach

12   of contract and the other elements having been met, I don't

13   think there is any dispute that this is the contract that the

14   parties came to and we have established that.

15           Damages, the damages come in both monetary and

16   nonmonetary forms, mostly in nonmonetary.  Yes, we are worried

17   about the money and one could say, If Mr. Meeker sold those

18   clones, where is Mr. Cambiaso's half, so there are damages

19   there, too, but that's not what is driving the claim.

20           So respectfully we submit that under the 2009

21   agreement, count five, we get there on substantial likelihood

22   of the merits.  And substantial likelihood of the merits

23   doesn't mean absolute proof, it means a strong presumption you

24   are going to get there.  Our case law is clear on how it

25   interprets substantial likelihood.

```
1              Breach of contract regarding the 2019 side letter
2    agreement, again, our position is that that agreement --
3    nowhere in that agreement does it give unfettered rights to
4    sell.
5              So again, both agreements drafted by Mr. Meeker's
6    attorneys they don't rebut that, they don't put in any
7    affidavits to suggest that they were even involved in the
8    drafting of those agreements.  They are their agreements, and
9    nowhere do they say --
10             Let's go ahead and pull that one up.  We have
11   already gone over -- go to 22-8, please.
12             There are very important two paragraphs there, I just
13   don't want -- page 22-8, page three of 27, and I will move
14   along on this, Your Honor, I am trying to cover some ground for
15   you.
16             Paragraphs one and two --
17             If you would just block those, please.
18             Thank you.
19             Adolfo Cambiaso will register the clones in schedule
20   one into the name of La Dolfina S.A., which was then owned 100
21   percent by Adolfo and his wife.
22             Paragraph two, La Dolfina shall not sell or transfer
23   the clones identified without prior or written consent of
24   Crestview, U.S., yet another entity by the way, but it shows
25   the mutuality of consent that was considered here amongst the
```

```
 1   parties.  And additionally, The clones shall only be played on
 2   a La Dolfina branded team.  Any other uses in playing is
 3   prohibited.
 4           Then you get into very interesting language on the
 5   next page, so DE 22-8, page 4 of 27, paragraphs five and six,
 6   all the way to seven, please.
 7           Representations in six -- I'm just going to move to
 8   five rather.  Crestview U.S. shall maintain such sales for the
 9   exclusive use of Adolfo and La Dolfina at no cost to Adolfo or
10   La Dolfina during the term of this agreement.
11           In the event A.C. or L.D. independently clone more
12   Cuarteteras, such clones shall be considered clones and added
13   to the schedule one herein, so again, mutuality both ways.
14           Paragraph six, After Crestview U.S. finishes the
15   second -- finishes the actual cloning process of the ten
16   Cuarteteras, that's the second edition that we talked about,
17   there are two additional clones at the cost of Crestview for
18   the exclusive amateur nonprofessional sports use of Mr. Meeker
19   and his children, the Meeker Cuarteteras, and Crestview U.S.,
20   again another Meeker managed entity, has and shall expressly
21   prohibit the sale or further cloning of the Meeker Cuarteteras,
22   so Mr. Meeker cannot sell his own personal Cuarteteras either.
23           THE COURT:  I feel comfortable with the contractual
24   language, we can move on.
25           MR. CHAPMAN:  So when we get to the point in which we
```

1   are saying that there's a breach of contract, the language

2   doesn't allow unilateral sales, so we think we have got that.

3           Fraudulent inducement, all right, if Mr. Meeker is

4   saying -- a couple of things.  First of all, Mr. Meeker, as

5   Crestview Farm, says, We can clone, we are going to clone, we

6   are knowledgeable in this area, it is a minor point, but I

7   think it bears stating, Mr. Meeker didn't have that technology.

8   He ultimately had to go get it from ViaGen a couple of years

9   later and then it is Crestview Genetics which ultimately

10   produces clones through licensed technology from ViaGen at

11   first and then Mr. Meeker also represents in '09, Look, we are

12   going to jointly do things, sales price and terms need to be

13   agreed to.  Our position is that he did not intend to do that

14   at any time, and we pled the requisite facts behind that.

15           Same thing for the 2019 agreement.  He represents as

16   well that he owns the Storm Cat 02 clone, that's actually not

17   true as we now know from the settlement of that litigation.  He

18   had, again, licensing, very limited licensing rights to take

19   samples from Storm Cat 02 clone, that's what he got.

20           So when he writes in his briefs, I own the Storm Cat

21   02 clone subject to limited licensing rights regarding a third

22   party, it is actually the other way around.  The third party is

23   the owner of Storm Cat 02 and Mr. Meeker has very limited

24   licensing rights, so respectfully, we suggest that under Storm

25   Cat 02, as well as under the representations that he was going

1  to hold closely and not distribute any of the Cambiaso

2  La Dolfina clones, those were misrepresentations.

3       THE COURT:  Mr. Chapman, let's pause for a minute and

4  talk about irreparable injury.  One of the points made by

5  Defense Counsel is that at this point, there are no anticipated

6  sales beyond the three that have already been consummated, so

7  there is really no longer any pressing emergency.

8       What is your response to that?

9       MR. CHAPMAN:  Several.  First, let's look at -- we

10  can't set aside the three horse sales.  The three horses sold,

11  the three clones sold are Cuartetera, so first and foremost,

12  there is nothing that prevents Mr. Meeker and Mr. Borodin for

13  the moment from Mr. Borodin taking samples from the Cuartetera

14  clones and handing them to Mr. Meeker or any other lab, ViaGen

15  or anyone else who has this technology, and cloning them, so

16  the bottle has already been opened and the genetic copies are

17  pouring out.

18       It is an unfortunate domino effect, and this is a new

19  and novel area of law and it requires a little bit of

20  brainteasing, but that's irreparable harm.  It's there and the

21  threat of irreparable harm, also our case law is clear, is

22  sufficient.

23       It doesn't have to be that it is continuing.  The

24  threat of irreparable harm is also sufficient.  I have a

25  citation in my brief that escapes me at the moment, but there

1    is case law in the Eleventh Circuit that that's sufficient.

2              Respectfully, the fact that Mr. Meeker says, I'm not

3    planning any sales, well, you know, we cannot accept his word.

4    We don't know, he is the only one with the records.

5              You asked me about expedited discovery, he is the

6    only one with the records as to what is happening, where it's

7    happening, where the genetic samples are.  So respectfully

8    those samples -- those three clones are out and can be sampled

9    and that's out there.

10             By the way, just a footnote with respect to the EIA

11   testing, the Coggins testing, when you draw blood, when you

12   draw blood for a specific testing for specific pathogens, for

13   EIA, it is not released to the general public.  It goes to a

14   state database and they destroy the samples after they get the

15   tests after a certain amount of time.  There is no public

16   access to those materials, so that was sort of a red herring,

17   but when I heard that, I knew that didn't make sense and I just

18   wanted a footnote.  We are listening carefully when they make

19   assertions that just aren't accurate, and that's an example of

20   one.

21             So there is irreparable harm.  If the market, the

22   world market understands that these horses are closely

23   associated with Mr. Cambiaso and La Dolfina's commercial

24   success throughout the world, and his professional reputation

25   and his team's success, the fact that somebody could -- like

1   Mr. Meeker could contact a competitor, a former teammate, now

2   competitor, Mr. Castagnola, or another person like Mr. Borodin,

3   also a competitor of Mr. Cambiaso here in Florida -- we have

4   the lineup of the teams, so we know this -- and say, I have

5   babies of Cuartetera, I have Aiken Cura and whatever the horses

6   names are there that are associated so closely with

7   Mr. Cambiaso and La Dolfina's professional success over 20

8   years, it's highly confusing to the public, it's misleading to

9   the public.  It appears that they are endorsed and supported,

10  and it will threaten -- as Mr. Meeker says, threaten the

11  competitive advantage of Mr. Cambiaso and La Dolfina and his

12  lineage, his son, their team, if you are going to have four

13  Cuarteteras playing four Cuarteteras.

14          Again, it is matter of public record that

15  Mr. Cambiaso, playing six Cuartetera clones, wins the Argentine

16  Open, the most disputed tournament in the world.  So the genie

17  is out of the bottle, the threat of further harm is sufficient.

18  It is irreparable in that you cannot fix it with money.

19          I understand, I know Your Honor understands, I think

20  we all understand temporary retraining orders are rarely

21  granted and more the exception than the rule, but they are --

22  Rule 65 is there, we are allowed to have injunctions, they are

23  granted.

24          If you look at many of the electronic cloning cases

25  and some of the counterfeit goods cases you see, you see

1  temporary retraining orders granted commonly and not every one

2  of those has a trademark owner involved and a trademark claim

3  in it.  They are sometimes granted for various reasons, okay.

4        So it is not unusual, I think, for a court to find

5  irreparable harm when you have unauthorized copying and selling

6  of something, so respectfully, we submit -- and

7  Mr. Ballesttere's affidavit, as well the end of Mr. Zedda's

8  affidavit and Mr. Cambiaso's affidavit talks about the horses

9  being such an integral part of the success of a polo player,

10  and Mr. Ballesttere talks about the affect on the Argentine

11  polo breed, independent of any interests of Mr. Cambiaso and

12  La Dolfina, so the harm is much -- is much broader than just

13  simply these parties.

14        THE COURT:  Okay.  I think I have heard enough on

15  this point.

16        Mr. O'Quinn or Mr. Woodfield, can you elaborate

17  further with respect to likelihood of success or lack thereof

18  in your view as to the state law claims and also please pivot

19  to the irreparable harm.

20        MR. WOODFIELD:  Your Honor --

21        I'm sorry?

22        MR. O'QUINN:  I was asking you to feel free to go

23  first.

24        MR. WOODFIELD:  Just for Your Honor's sake, I'll

25  address the TRO issues and Ryan can address the allegations,

Friday, January 29, 2021

1  the causes of action.

2          But let's go -- and Judge, believe me, I will be

3  brief.  My wife tells me I'm impatient and she is right, I

4  don't make long-winded arguments.  Let me see if I can bring

5  all of this to a somewhat clear, concise issue presented to

6  Your Honor.

7          I'm somewhat miffed, frankly, by their position they

8  are taking now, the Plaintiffs that is, with regard to the 2009

9  agreement.  In their pleadings, they make every argument under

10 the sun to try avoid it, they claim there is no consideration,

11 that it was fraudulently induced, blah, blah, blah.  Now they

12 seem to admit that it exists and that it's clear and

13 unambiguous; I agree on both points.

14         The other argument that they have raised in the

15 pleadings, which Your Honor addressed and got no adequate

16 response from, is that, Was there a termination of that

17 agreement.  In fact, there is no written termination of that

18 agreement, it doesn't exist.  It is a contract that continues

19 to be operative and in place.

20         With regard to the interpretation of it -- and again,

21 they submitted affidavits where people opine -- lay people

22 opine on what the contract means, they are not ambiguous, Your

23 Honor can interpret it and will interpret it.

24         In our view, it is very clear.  What they are seeking

25 to preclude our clients from doing, they specifically, with the

1   payment of $1,000,000,000 by our client, gave them the right to

2   do that, and that is back to paragraph one, with the complete

3   and exclusive licensing rights to and for the mare and clones.

4          Now, in Plaintiffs' initial argument, they refer to

5   this agreement, again trying to belittle it, if not negate it,

6   calling it a, quote, unquote, "letter of intent."  Well, it is

7   not a letter of intent, it doesn't state it is a letter of

8   intent.  It states it's a contract and it's signed by the

9   parties.

10         Now, there is argument now, and Your Honor rightfully

11  raised it, Well, how do you read paragraph one with regard to

12  paragraphs four and five?  And again, we think one gave us the

13  breeding rights to those horses, both to sell, breed and clone

14  them.  There is a limitation to that with regard to paragraph

15  four.  The first three are subject to paragraph four, which

16  requires the owner and Crestview to jointly determine all final

17  sales and prices.

18         Thereafter, paragraph five, which talks about the

19  next ten, which have been granted, that is Mr. Cambiaso has

20  granted our clients the right to clone those, doesn't have the

21  restrictions imposed by paragraph four, so that's how we read

22  the agreement.

23         We think, quite frankly, we'll prevail on a

24  substantial likelihood of success on the merits as to the

25  interpretation of the contract.

1          Just briefly, with --

2          THE COURT:  I'm sorry to interrupt.  I had a

3    question, I know that in the bond discussion the Defense

4    posited a figure somewhere in the order of $30,000,000 if there

5    was a wrongful injunction here.

6          I guess your point is that Mr. Cambiaso would have

7    sold, sort of outright, the genetic material in these clones

8    forever for $1,000,000, and yet now the value to your client,

9    to continue to sell these unilaterally is more than 30,000,000.

10          MR. WOODFIELD:  Right.  Judge, remember the

11    $1,000,000 bought the tissue.  Our client then had to incur the

12    expenses and the risks of converting that to clones and that

13    happened, and that's expensive, but the $1,000,000 paid back in

14    2009 is only coming to fruition, you know, 11 years later, so

15    it is a risk/reward, cost of money allocation.

16          We presented, in Mr. Meeker's affidavit, you know,

17    how he arrived at the $36,000,000 figure.  The Plaintiffs

18    haven't questioned that analysis or come up with their own

19    calculation to a contrary figure, so we believe that's the

20    figure that is applicable here.

21          I guess I don't need to address the various arguments

22    they made contesting or attempting to negate the 2009

23    agreement, because now they seem to have backed off that.  But

24    the arguments was that it is ambiguous, they've conceded that

25    it is not; that it was terminated, there is no evidence that it

1  was; that it was fraudulently induced, that clearly is time

2  barred, it's 11 years ago.

3          So we are back to the very basics here of we believe

4  that our clients have a binding agreement that enables them to

5  clone and sell and breed these horses, and they are doing so

6  and they have a contractual right to do it, and that's what is

7  attempting to be precluded by this extraordinary relief of

8  preliminary injunction, and we think there is no basis for it.

9          THE COURT:  Thank you, Mr. Woodfield.

10          Mr. O'Quinn, would you like to add anything?

11          MR. O'QUINN:  Your Honor, I think that Mr. Woodfield

12  has put it forth in clear and concise language.  Far be it from

13  me to make it become verbose, so I'll stand with his

14  presentation.

15          Just to remind the Court that just as with personal

16  jurisdiction, you have to look as to each defendant, I think

17  here the Court should be careful not to allow the Plaintiffs to

18  confuse whether they are talking about the ownership of a

19  horse, the ownership of material that has a genetic sequence or

20  the genetic sequence itself in perpetuity because I think those

21  are different issues, and some can be owned and likely some

22  cannot.

23          MR. WOODFIELD:  Your Honor, I'm sorry, there is one

24  very brief point.  Can I be bring it to Your Honor's attention?

25          THE COURT:  Sure.

Friday, January 29, 2021

```
1            MR. WOODFIELD:  That is because they just mentioned
2    this 2019 agreement paragraph that talked about ten clones, I
3    just want to make sure it is clear, the 2019 agreement, which
4    has more details, the ten clones they are talking about, which
5    are identified in the schedule attached, have nothing to do,
6    and in fact nothing in that agreement has anything to do with
7    the 2009 agreement.  They are totally stand alone, separate
8    contractual arrangements.
9            THE COURT:  I understand, I understand that they are
10   separate contracts.
11           All right.  Well, I think I have heard from the
12   parties sufficiently as to the matters relevant to the motion
13   for preliminary injunction.
14           As I mentioned earlier, I'm not going to rule today
15   on that question.  I do plan to rule soon; however, I do want
16   to give the parties an opportunity to submit any additional
17   record materials.  No additional briefing will be permitted,
18   but if anybody wants to file a composite document with
19   additional agreements or affidavits or whatever it may be, you
20   will have one final opportunity to do so and that would be due
21   no later than next Friday, so a week from today, February 5th.
22           MR. CHAPMAN:  Yes, Your Honor.  Thank you, Your
23   Honor.
24           MR. WOODFIELD:  As we indicated, we will produce the
25   documents with regard to the sale of the horses.
```

Friday, January 29, 2021

```
1           THE COURT:  Sorry.  Mr. Chapman?
2           MR. CHAPMAN:  Just a quick two questions, and it's
3  more a point of order.  With respect to the expedited discovery
4  motion, I assume you are taking that under advisement, too.
5  You had mentioned that you might allow a jurisdictional
6  discovery, so I just --
7           THE COURT:  I am going to take it under advisement.
8  I do want to feel a bit more comfortable on the jurisdictional
9  discussion we had today before I impose upon Defendants an
10 obligation to produce information, so that will be part of my
11 assessment.  I won't be permitting any jurisdictional discovery
12 right at this moment, but that will be part of my forthcoming
13 order.
14          MR. CHAPMAN:  Then I had a question on the 1404
15 analysis.  We really didn't get to it, and I'm not necessarily
16 saying let's argue it now, but we did have some argument to
17 present in case Your Honor wanted to hear on that.
18          THE COURT:  Do they differ in any material respect
19 from our discussion about the first filed rule?
20          MR. CHAPMAN:  No, essentially not, Your Honor, other
21 than to just check the box and say, first of all, if I can have
22 indulgence --
23          THE COURT:  Okay.
24          MR. CHAPMAN:  First of all, Mr. Woodfield was careful
25 to add the 2019 and 2009 agreements are entirely separate
```

```
 1    agreements.  To our point, therefore, the first filed Northern
 2    District of Texas case does not embrace all of the agreements
 3    and all of the parties because he is very careful to say they
 4    are very separate.  Well, that's why it is a separate
 5    agreement, so it is not involving substantially all of the
 6    parties in the agreements.
 7            But in terms of all of the things you might look at,
 8    inconvenience of the parties, even though argument, because it
 9    essentially would be their motion to transfer, if there is any
10    inconvenience to the parties.  There is not, there is clearly
11    the means to fly people where they're needing to go, all of the
12    witnesses you heard from are easily accessible and will
13    cooperate and appear, so service of mandatory process to appear
14    would not be an issue.  Our witness is here and apparently
15    Mr. Meeker and the parties all have residences here, so these
16    types of factors should be considered in looking at a 1404
17    analysis.
18            1404 interest of justice, I think you can punch all
19    of the factors there under 1404(a) that we have discussed
20    already.  So no, it doesn't significantly differ, but I would
21    submit that the factors that a 1404 analysis would undertake
22    clearly are impacted greatly by the presence -- repeated
23    presence and means to be present of the parties here in
24    Florida.
25            Thank you.
```

```
1              THE COURT:  Thank you, Mr. Chapman and thank you,
2    Mr. Nasrullah, Mr. O'Quinn and Mr. Woodfield.
3              Before we conclude this afternoon's hearing, I guess
4    we can circle back to the first proposal, which was potentially
5    an agreement to cease the further sale of clones for a certain
6    period of time, I just encourage the parties to confer as to a
7    potential agreement on that score.  I'll leave that up to you,
8    but if any such agreement is reached, then of course, please
9    notify the Court accordingly in a joint filing.
10             MR. NASRULLAH:  We will do so, Your Honor.  Thank
11   you.
12             MR. O'QUINN:  Thank you, Your Honor.
13             MR. CHAPMAN:  Your Honor, thank you very much for
14   allowing us all to present our arguments and brief them.  That
15   is a lot to allow, thank you very much, and for listening to
16   all of our arguments.  It is an interesting case, and we are
17   glad you see that as well.
18             MR. WOODFIELD:  Your Honor, every case I'm in with
19   Avery, he always gets the last word.
20             MR. CHAPMAN:  You got me, Gary.
21             MR. WOODFIELD:  Thank you, Your Honor.
22             THE COURT:  Have a good weekend and stay well, and we
23   will be in touch shortly.
24             MR. WOODFIELD:  Thank you.
25             MR. O'QUINN:  Thank you.
```

Friday, January 29, 2021

```
1        (PROCEEDINGS ADJOURNED AT 2:07 p.m.)

2                        * * * * *

3                C-E-R-T-I-F-I-C-A-T-E

4           I hereby certify that the foregoing is

5      an accurate transcription of digitally recorded

6      proceedings in the above-entitled matter to the

7      best of my abilities.

8           This hearing occurred during the COVID-19

9      pandemic and is therefore subject to the technological

10     limitations of reporting remotely.

11

12   2/5/2021                  /s/DIANE MILLER
     DATE                 DIANE MILLER, RMR, CRR
13                        Official Court Reporter
                          United States District Court
14                        101 South U.S. Highway 1
                          Fort Pierce, FL  34950
15                        772-467-2337

16

17

18

19

20

21

22

23

24

25
```

Friday, January 29, 2021

1e Dolfiner 2x3 Meaker

**MR. CHAPMAN: [83]**
3/11 4/25 6/17 7/10 7/23
8/16 8/25 11/17 12/3
27/7 27/18 28/21 29/2
29/10 29/25 30/9 31/22
32/13 32/20 34/15 34/23
39/4 40/25 41/4 41/6
42/7 46/25 47/13 47/24
48/4 48/19 48/24 49/4
50/11 53/10 53/15 54/17
54/23 55/10 55/19 56/10
57/19 57/25 58/2 58/14
74/21 75/8 75/25 78/11
79/2 79/5 80/17 83/22
84/8 88/22 94/18 97/19
100/13 100/16 101/22
102/17 102/20 103/2
103/5 103/21 104/9
105/8 105/24 111/19
114/10 114/13 127/11
135/24 138/7 141/24
143/8 151/21 152/1
152/13 152/19 152/23
154/12 154/19
**MR. NASRULLAH:**
**[27]** 3/17 4/5 8/2 12/21
13/12 17/14 21/8 21/14
27/4 27/13 57/24 58/1
78/10 99/13 106/1
111/20 114/7 114/11
114/14 122/2 123/24
124/4 127/1 127/23
130/15 137/8 154/9
**MR. O'QUINN: [42]**
4/15 6/9 7/15 8/8 10/14
11/21 17/9 29/16 35/3
35/6 36/21 38/7 41/16
58/10 59/9 62/16 62/23
64/8 65/19 67/20 69/25
70/12 71/13 72/2 91/8
97/24 98/23 102/4
116/12 116/22 116/25
117/18 118/8 119/4
131/21 133/5 134/22
135/1 146/21 150/10
154/11 154/24
**MR. WOODFIELD:**
**[25]** 4/11 10/3 11/22
66/11 66/14 67/16 73/17
75/15 93/10 94/3 119/21
120/12 120/18 121/4
131/20 135/20 146/19
146/23 149/9 150/22
150/25 151/23 154/17
154/20 154/23
**THE COURT: [141]**
3/2 3/5 4/2 4/7 4/14
4/17 5/3 6/13 7/7 7/11
7/19 7/25 8/14 8/18 9/19
11/12 11/23 12/19 13/10
17/12 21/5 21/10 27/2
27/5 27/8 27/16 28/19
28/24 29/8 29/19 30/4
31/18 32/10 32/18 34/6

35/1 35/5 36/18 37/20
38/19 40/22 41/3 41/5
41/12 42/3 46/21 47/5
47/18 47/25 48/11 48/23
49/1 50/8 53/6 53/13
54/16 54/20 55/5 55/17
56/5 57/18 58/5 58/13
59/5 62/15 62/17 64/3
65/11 66/13 67/15 67/17
69/19 70/11 71/11 71/24
73/15 74/17 74/22 75/11
75/20 78/25 79/4 80/16
83/16 84/2 88/18 91/1
93/21 94/13 97/17 97/21
98/22 99/11 100/15
101/5 102/2 102/13
102/19 102/24 103/4
103/15 104/5 104/24
105/21 114/3 116/7
116/19 116/23 117/8
118/5 118/19 119/18
120/9 120/15 120/25
121/17 123/21 124/1
126/24 127/16 130/13
131/16 132/24 134/19
134/25 135/16 135/21
137/24 141/22 143/2
146/13 149/1 150/8
150/24 151/8 151/25
152/6 152/17 152/22
153/25 154/21
**THE COURTROOM
DEPUTY: [8]** 3/1 3/3
3/6 4/20 34/20 34/24
75/18 83/23

**$**
**$1,000,000 [3]** 149/8
149/11 149/13
**$1,000,000,000 [1]**
148/1
**$30,000,000 [1]** 149/4
**$30,000,000 if [1]** 149/4
**$36,000,000 [1]** 149/17
**$800,000 [1]** 15/25

**'**
**'09 [1]** 142/11
**'21 [1]** 55/1

**/**
**/s/DIANE [1]** 155/12

**0**
**02 [5]** 142/16 142/19
142/21 142/23 142/25
**06 [1]** 131/1

**1**
**1,500 [1]** 10/17
**1-1 [2]** 57/7 57/11
**10 [2]** 56/22 111/21
**100 [1]** 140/20
**100 percent [2]** 19/2
109/20
**101 [2]** 2/23 155/14

**105 [1]** 1/19
**10th [4]** 25/10 31/8 32/2
80/8
**11 [11]** 56/21 56/23
57/1 78/15 78/16 85/18
86/1 86/12 88/4 149/14
150/2
**1125 [9]** 77/17 106/9
106/21 107/2 107/6
126/9 126/12 126/16
130/1
**1132 [1]** 81/7
**1135 [3]** 81/7 81/18
84/23
**114 [2]** 40/10 47/10
**119.01 [1]** 31/3
**11:35 [2]** 74/25 75/10
**11:45 [3]** 74/25 75/8
75/11
**12 [13]** 6/2 44/11 69/15
69/22 70/24 77/9 78/3
78/15 78/16 85/20 89/19
106/15 106/16
**12008 [1]** 1/19
**12:00 [1]** 84/1
**12:12 [1]** 84/2
**13 [4]** 12/12 44/23
44/25 49/5
**13-1 [1]** 56/21
**13-2 [3]** 56/22 111/20
111/21
**13-4 [1]** 57/21
**13-5 [1]** 57/22
**1306 [1]** 96/2
**131 [1]** 39/24
**1350 [1]** 39/21
**1391 [2]** 96/2 96/20
**14 [2]** 28/24 77/13
**1404 [10]** 96/2 96/19
97/3 102/22 103/2
152/14 153/16 153/18
153/19 153/21
**1406 [1]** 96/19
**15 [4]** 28/23 77/13
106/9 107/10
**16 [8]** 9/7 28/23 45/14
45/14 85/25 89/19
108/21 131/2
**168 [1]** 78/21
**16:47 [1]** 87/22
**17 [4]** 27/16 78/16
78/16 131/2
**174 [1]** 74/13
**17th [2]** 1/22 25/14
**18 [4]** 9/8 14/13 91/12
100/15
**18-1 [1]** 57/10
**180 [1]** 78/21
**182 [1]** 1/8
**18th [4]** 99/1 99/2 99/6
99/18
**19 [7]** 42/21 43/1 49/13
57/6 138/11 138/14
155/8
**1973 [2]** 78/21 79/7
**1999 [1]** 74/14

**19th [1]** 55/1
**1st [2]** 51/13 86/2

**2**
**2/5/2021 [1]** 155/12
**20 [4]** 57/11 136/18
136/18 145/7
**20-82231-CIV-CANNO
N [1]** 1/2
**20-CV-82231-Cannon
[1]** 3/8
**200 [1]** 2/7
**2002 [1]** 90/19
**2005 [2]** 81/7 90/18
**2006 [1]** 14/1
**2009 [43]** 14/19 15/15
17/3 21/25 24/17 24/18
27/11 27/13 28/3 28/10
29/2 30/2 34/6 49/15
50/21 52/8 62/20 82/6
82/11 82/25 83/11 85/23
88/1 90/2 90/4 111/25
113/3 113/11 113/16
114/5 117/10 119/21
121/12 121/17 121/19
124/21 139/2 139/20
147/8 149/14 149/22
151/7 152/25
**2010 [1]** 15/19
**2011 [5]** 18/20 27/10
29/4 29/5 39/24
**2012 [1]** 82/7
**2013 [3]** 20/5 39/21
74/5
**2015 [1]** 21/18
**2016 [3]** 85/8 85/9
126/2
**2017 [5]** 28/14 28/18
44/13 44/14 85/5
**2019 [23]** 32/13 32/23
33/14 33/21 33/21 34/6
49/15 51/18 52/3 54/4
54/9 54/14 62/21 82/7
82/24 85/20 121/10
139/2 140/1 142/15
151/2 151/3 152/25
**2020 [8]** 24/9 24/11
86/2 92/16 94/22 99/22
113/17 131/24
**2021 [3]** 1/7 54/24
155/12
**204 [1]** 106/4
**20th [1]** 25/18
**21 [2]** 27/20 136/25
**21st [1]** 45/15
**22 [6]** 31/11 105/11
106/4 136/18 136/18
137/3
**22-1 [2]** 44/2 57/7
**22-10 [2]** 56/22 111/21
**22-11 [1]** 56/21
**22-3 [3]** 52/20 52/22
57/22
**22-4 [1]** 57/23
**22-8 [4]** 33/22 140/11
140/13 141/5

**22nd [1]** 31/16
**2337 [2]** 2/24 155/15
**23rd [1]** 29/5
**24th [3]** 31/10 31/13
31/25
**25 [1]** 54/4
**250 [1]** 116/5
**250,000 [1]** 119/12
**2500 [1]** 2/7
**256 [1]** 107/25
**25A [1]** 126/22
**25th [1]** 51/12
**26 [2]** 31/11 85/8
**26-1 [1]** 56/22
**26-2 [1]** 56/23
**26-4 [1]** 57/22
**26-5 [1]** 57/23
**260 [1]** 107/25
**27 [2]** 140/13 141/5
**28 [1]** 54/4
**2829 [1]** 125/22
**2846 [1]** 39/24
**2851 [1]** 39/24
**28th [1]** 51/13
**29 [2]** 1/7 32/13
**29th [1]** 32/14
**2:07 [1]** 155/1
**2:30 [1]** 138/2
**2nd [3]** 86/2 87/22
95/24

**3**
**30 [1]** 30/22
**30,000,000 [1]** 149/9
**312-4186 [1]** 85/6
**32 [1]** 126/13
**321-67730 [1]** 90/19
**33 [1]** 94/23
**330 [1]** 90/18
**33131 [1]** 2/8
**33408 [1]** 2/5
**33414 [1]** 1/20
**34950 [2]** 2/24 155/14
**37-1 [1]** 57/13
**370 [1]** 1/22
**38-1 [2]** 57/14 94/22
**3d [1]** 74/13
**3rd [5]** 25/8 51/13 54/6
81/24 98/7

**4**
**4-1 [1]** 57/20
**41 [1]** 27/16
**41-1 [6]** 27/18 27/20
28/21 28/23 28/24 57/5
**41-11 [6]** 56/23 57/1
85/18 86/1 86/12 88/4
**41-13 [2]** 12/12 49/5
**41-2 [5]** 27/18 53/18
53/19 53/22 56/19
**41-3 [2]** 45/14 57/9
**41-4 [1]** 57/17
**41-5 [4]** 44/11 44/19
44/24 57/18
**41-6 [5]** 30/10 30/17
56/2 56/3 57/5

**4**
**41-7 [4]**  51/8 51/9 51/18 57/23
**414 [1]**  78/21
**4186 [1]**  85/6
**42 [1]**  78/15
**43 [1]**  126/12
**430 [1]**  81/18
**430 F.3d [1]**  81/7
**43A [1]**  126/9
**440 [1]**  84/22
**4500 [1]**  1/22
**46 [6]**  56/24 57/1 103/25 130/20 136/13 136/18
**467-2337 [1]**  2/24
**48 [1]**  86/7
**4:47 [1]**  87/22

**5**
**50 percent [1]**  16/3
**525-330 [1]**  90/18
**539 [1]**  125/22
**599 [1]**  74/13
**5th [1]**  151/21

**6**
**65 [3]**  78/20 124/9 145/22
**660 [1]**  2/4
**67730 [1]**  90/19
**697 [1]**  126/2

**7**
**71 [1]**  74/3
**713 [1]**  74/3
**736 [1]**  39/21
**772 [1]**  2/24
**772-467-2337 [1]**  155/15
**78 [1]**  74/4
**7th [2]**  94/22 98/8

**8**
**80202 [1]**  1/22
**819 [1]**  126/1
**873 [2]**  91/12 99/8
**899-9936 [1]**  85/9
**8th [2]**  31/7 68/18

**9**
**9936 [1]**  85/9
**9th [4]**  68/19 72/5 82/21 92/16

**A**
**A.C [1]**  141/11
**a.m [2]**  75/10 75/11
**AACCP [1]**  136/21
**abandoned [1]**  113/12
**abbreviate [1]**  48/25
**abide [1]**  5/12
**abilities [1]**  155/7
**ability [14]**  23/2 41/19 41/22 76/11 92/19 102/10 116/18 117/6

117/15 118/7 118/10 118/13 121/22 134/10
**able [10]**  23/20 35/4 37/18 54/2 62/13 113/19 117/7 118/18 126/24 132/9
**about [119]**  9/12 13/8 13/9 14/4 14/14 17/9 18/14 19/17 23/1 27/22 34/3 36/7 36/20 40/4 40/5 42/5 42/15 42/22 46/20 47/20 49/20 49/22 50/7 50/17 50/21 50/24 50/24 51/8 52/17 54/19 57/2 58/19 63/21 63/23 63/24 75/3 75/5 75/6 76/12 76/15 76/18 77/5 77/12 77/18 77/24 78/6 80/20 82/6 88/1 88/7 88/8 88/14 89/1 90/7 90/9 90/9 90/11 91/10 92/3 95/12 96/17 97/8 97/17 98/5 99/8 99/21 99/22 99/25 100/4 100/24 102/25 103/2 104/17 104/24 106/19 107/19 108/6 108/7 108/10 109/6 109/9 109/10 109/11 109/18 111/13 114/4 114/23 115/16 115/21 117/20 117/20 123/10 124/12 128/17 129/8 129/24 133/13 134/3 134/21 135/9 136/4 136/25 137/7 137/8 137/12 137/14 137/20 138/21 139/17 141/16 143/4 144/5 146/8 146/10 148/18 150/18 151/2 151/4 152/19
**above [2]**  41/5 155/6
**above-entitled [1]**  155/6
**abrogate [1]**  17/3
**absolute [1]**  139/23
**absolutely [5]**  16/12 38/8 70/13 82/20 126/18
**accept [6]**  9/10 59/24 77/1 77/10 139/4 144/3
**acceptable [2]**  115/12 120/18
**access [1]**  144/16
**accessible [1]**  153/12
**according [2]**  45/3 125/21
**accordingly [1]**  154/9
**account [2]**  26/16 26/19
**accurate [4]**  31/5 50/5 144/19 155/5
**accusations [1]**  26/22
**acknowledged [1]**  51/25
**acquiescence [1]**  112/25
**acquisition [1]**  44/16

**act [34]**  70/12 70/13 77/13 77/15 77/24 80/10 80/12 97/15 105/13 106/6 106/21 106/24 107/1 107/13 107/17 108/13 108/24 112/15 122/2 125/19 126/13 127/22 129/1 129/11 131/18 132/1 132/11 132/16 133/1 134/1 135/20 137/7 137/21 138/19
**action [50]**  61/12 61/14 61/17 61/22 61/24 64/2 68/2 68/10 68/20 69/23 71/1 71/19 72/4 72/7 73/1 73/4 73/8 82/6 82/12 82/15 82/22 82/22 83/10 87/7 87/10 87/11 90/1 90/6 90/10 90/11 90/24 91/14 92/7 93/24 94/24 95/8 95/18 95/22 95/22 96/5 96/13 96/13 96/16 96/23 99/8 102/6 126/11 126/17 126/24 147/1
**actions [8]**  81/14 81/22 81/22 84/6 91/17 92/25 93/25 98/14
**activities [6]**  40/21 60/22 104/12 104/13 111/5 130/9
**activity [3]**  5/7 41/21 130/5
**acts [4]**  61/5 62/4 72/8 79/16
**actual [10]**  28/25 31/21 37/7 41/21 89/20 90/8 105/4 117/16 117/17 141/15
**actually [21]**  14/24 27/3 30/8 30/15 30/15 38/21 40/15 40/19 41/20 43/12 43/17 73/25 81/22 115/2 115/8 119/20 122/14 125/13 137/13 142/16 142/22
**add [10]**  48/2 49/11 66/11 66/12 67/18 91/23 119/19 135/19 150/10 152/25
**added [3]**  68/13 70/20 141/12
**addition [3]**  13/3 123/6 137/19
**additional [16]**  5/22 9/24 37/23 47/20 48/12 67/12 74/20 75/2 101/13 103/19 103/21 120/20 141/17 151/16 151/17 151/19
**additionally [2]**  70/14 141/1
**address [23]**  7/6 12/6 12/19 47/7 56/1 56/2 56/5 59/18 60/14 71/3

76/5 76/15 77/2 94/20 102/23 105/15 105/18 105/18 125/20 135/23 146/25 146/25 149/21
**addressed [6]**  37/6 77/2 120/4 120/14 137/6 147/15
**addresses [5]**  53/18 68/8 73/24 74/4 126/14
**addressing [3]**  44/7 60/16 64/2
**adequate [1]**  147/15
**adequately [1]**  53/12
**ADJOURNED [1]**  155/1
**adjusting [1]**  73/19
**administered [1]**  91/21
**administration [1]**  51/21
**admission [2]**  35/18 96/10
**admissions [1]**  23/4
**admit [3]**  36/11 89/12 147/12
**admits [1]**  9/13
**admitted [5]**  3/16 22/12 82/10 110/14 110/22
**admitting [1]**  43/11
**Adolfo [10]**  14/11 54/22 56/8 81/23 110/11 110/13 140/19 140/21 141/9 141/9
**adopting [1]**  58/25
**advantage [3]**  110/2 110/4 145/11
**adversary [1]**  76/8
**advertisements [1]**  107/23
**advertising [8]**  106/5 106/8 107/5 107/6 107/22 130/2 130/3 132/17
**advisement [3]**  38/4 152/4 152/7
**affect [4]**  7/5 27/13 35/22 146/10
**affidavit [67]**  6/24 9/13 16/1 27/15 27/16 27/21 27/22 27/23 30/11 30/25 42/20 44/2 44/12 45/4 45/13 48/6 49/12 51/8 51/8 51/18 52/21 53/18 53/19 53/22 54/22 54/22 54/25 55/2 56/2 56/9 56/9 56/10 56/17 56/18 56/21 56/22 56/23 56/24 57/1 57/3 57/5 57/6 57/6 57/9 57/10 57/13 57/14 57/18 57/21 57/22 57/23 67/1 73/7 73/7 85/17 85/18 86/15 88/4 89/19 104/1 130/19 131/3 136/14 146/7 146/8 146/8 149/16
**affidavits [30]**  6/7 17/1 22/23 37/1 37/16 37/25

38/1 48/23 50/24 53/12 56/7 56/8 56/13 57/11 57/14 57/20 57/24 58/7 76/23 102/16 103/8 103/9 103/14 103/24 104/1 104/2 104/3 140/7 147/21 151/19
**affiliation [1]**  123/17
**affiliations [1]**  59/20
**affirmations [1]**  17/18
**affirmative [3]**  123/12 123/13 123/14
**affirmed [1]**  20/6
**affirming [3]**  16/18 16/22 17/17
**after [29]**  14/2 16/25 17/17 18/19 20/6 20/12 21/20 21/20 25/12 25/12 31/24 32/3 59/7 61/12 68/13 80/8 81/2 82/21 88/12 94/22 94/23 95/2 99/19 100/4 125/10 129/13 141/14 144/14 144/15
**afternoon's [1]**  154/3
**afterwards [1]**  95/6
**again [52]**  5/6 11/19 19/12 20/5 21/17 23/8 23/14 24/4 29/18 40/25 44/7 54/8 60/9 61/22 65/21 73/18 77/4 80/18 84/25 85/15 86/23 87/19 88/10 88/24 93/1 94/7 95/8 96/6 97/9 101/1 104/2 109/9 110/9 113/8 116/6 119/23 120/7 120/14 121/5 121/11 122/13 130/1 130/9 140/2 140/5 141/13 141/20 142/18 145/14 147/20 148/5 148/12
**against [4]**  73/10 79/17 112/12 112/12
**agent [1]**  60/2
**ago [4]**  10/7 10/12 17/23 150/2
**agree [3]**  122/24 123/6 147/13
**agreed [4]**  15/17 25/4 33/15 142/13
**agreement [133]**  10/2 10/10 14/21 14/21 15/3 15/4 15/12 15/15 17/3 18/20 21/25 23/8 23/9 23/12 23/13 23/13 23/14 23/17 23/25 24/17 24/18 24/18 27/11 27/13 28/3 28/10 28/10 29/2 29/5 29/6 29/7 29/9 29/16 29/24 29/25 30/2 32/13 32/14 32/16 32/17 32/20 33/3 33/6 33/13 33/14 33/21 33/22 34/6 34/9 34/10 44/6 44/8 44/17 44/19 44/24 44/25 45/1 45/12 45/17 45/23 47/11

**A**

**agreement... [72]** 49/15
49/16 49/16 49/17 50/19
50/19 50/20 50/21 51/19
51/23 51/23 52/3 52/8
53/17 53/22 54/9 54/10
54/12 54/14 54/20 82/6
82/7 82/8 82/11 82/24
82/25 85/23 87/16 88/1
90/2 90/4 111/25 112/1
113/4 113/11 113/13
113/13 113/16 114/18
114/18 116/1 116/2
116/11 117/12 118/6
119/7 121/13 121/17
121/19 122/6 122/9
139/21 140/2 140/2
140/3 141/10 142/15
147/9 147/17 147/18
148/5 148/22 149/23
150/4 151/2 151/3 151/6
151/7 153/5 154/5 154/7
154/8
**agreements [30]** 29/7
29/13 29/23 37/7 35/20
37/9 37/10 37/23 45/8
50/23 50/24 53/10 53/15
62/21 62/22 65/14 65/15
82/14 112/3 121/14
124/21 139/3 140/5
140/8 140/8 151/19
152/25 153/1 153/2
153/6
**Agriculture [2]** 30/13
31/2
**ahead [6]** 12/21 24/8
25/7 49/2 87/23 140/10
**aid [1]** 58/13
**Aiken [5]** 13/22 15/7
111/22 113/3 145/5
**AILEEN [1]** 1/13
**akin [1]** 121/3
**al [2]** 3/8 3/9
**ALAN [3]** 1/7 3/9 4/13
**ALDOLFO [1]** 1/5
**Alice [1]** 74/13
**alike [1]** 136/10
**all [113]** 4/4 5/8 5/12
5/13 6/6 6/7 6/19 9/2
12/8 12/8 12/14 13/20
15/17 15/23 15/23 16/5
16/8 16/9 16/10 16/17
18/3 18/5 19/17 21/17
22/5 28/4 28/25 29/7
30/5 31/7 33/15 35/8
37/25 38/4 39/9 39/11
40/1 40/1 40/5 40/14
44/4 44/7 45/23 46/5
48/4 48/22 49/2 49/7
51/25 53/7 55/3 55/24
56/13 56/14 58/17 58/20
61/21 65/2 72/18 81/19
82/13 82/14 83/14 84/3
84/7 84/7 88/23 88/24
89/7 89/23 90/25 91/17

91/18 94/1 94/9 94/11
94/12 97/1 105/20 109/7
109/8 110/4 110/18
113/6 114/7 116/6
119/14 123/5 127/17
128/2 128/5 129/13
130/10 135/22 136/17
141/6 142/3 142/4
145/20 147/5 148/16
151/11 152/21 152/24
153/2 153/3 153/5 153/7
153/11 153/15 153/18
154/14 154/16
**allegation [1]** 133/3
**allegations [7]** 6/7
65/13 77/10 97/14 108/3
108/5 146/25
**allege [1]** 30/7
**alleged [9]** 61/21 83/3
106/14 107/24 108/1
108/20 108/21 109/17
134/2
**alleging [2]** 31/21 61/23
**allocating [1]** 119/17
**allocation [1]** 149/15
**allow [10]** 5/20 48/16
48/18 58/23 96/25
133/25 142/2 150/17
152/5 154/15
**allowed [7]** 24/6 72/16
83/14 107/18 137/2
138/18 145/22
**allowing [3]** 39/6 59/2
154/14
**allows [1]** 130/1
**alluded [1]** 69/11
**almost [1]** 13/24 108/21
**alone [5]** 82/19 84/25
102/17 131/23 151/7
**along [5]** 53/19 59/8
71/22 134/19 140/14
**already [12]** 7/3 31/22
64/2 70/25 127/19
127/20 138/14 138/15
140/11 143/6 143/16
153/20
**already gone [8]**
140/11
**also [52]** 3/14 4/23 6/19
10/24 12/12 14/6 16/2
32/1 35/19 42/14 43/1
43/2 44/2 44/3 44/6 44/9
45/12 45/23 47/16 50/8
51/11 52/20 52/22 53/18
54/19 55/23 57/22 61/1
64/25 70/22 72/17 73/3
74/11 75/5 75/24 77/25
78/19 79/9 79/25 80/4
85/7 86/1 90/17 102/21
104/19 126/9 130/21
142/11 143/21 143/24
145/3 146/18
**alterego [1]** 65/2
**alternative [1]** 46/19
**although [1]** 46/23
**always [1]** 154/19

**am [7]** 37/11 37/22 48/4
100/14 127/19 140/14
152/7
**amateur [1]** 141/18
**amazing [1]** 15/21
**ambiguous [2]** 147/22
149/24
**amenable [1]** 93/25
**amended [8]** 31/10 47/3
55/21 69/12 105/8
105/11 107/25 138/16
**America [2]** 98/15
112/11
**American [2]** 74/2
95/10
**AmeriFreight [1]** 85/9
**among [3]** 10/8 10/11
65/1
**amongst [4]** 30/20
32/17 50/23 140/25
**amount [2]** 132/4
144/15
**analyses [3]** 39/11
67/23 69/10
**analysis [27]** 46/2 46/6
46/16 64/22 66/10 68/6
68/23 69/7 69/7 69/15
69/22 71/17 73/15 76/13
77/10 80/21 81/1 82/5
90/14 91/12 96/2 97/4
102/22 149/18 152/15
153/17 153/21
**analyzed [1]** 71/23
**and/or [4]** 5/20 78/18
93/25 138/22
**anemia [2]** 30/23 32/7
**animal [19]** 116/4 117/5
117/22 118/2 118/4
118/5 118/13 118/13
118/18 119/11 132/3
132/3 132/11 132/21
132/24 133/8 134/13
135/6 136/5
**animals [7]** 114/22
117/4 117/7 118/10
118/10 132/20 135/11
**annex [1]** 86/22
**another [31]** 7/6 19/4
22/11 25/10 29/13 32/12
43/23 45/11 52/20 64/2
73/8 75/3 75/15 80/12
83/19 98/3 98/7 103/19
115/23 118/4 122/17
123/18 123/20 124/3
125/8 130/5 132/3
132/20 140/24 141/20
145/2
**answer [9]** 7/25 27/24
28/19 52/17 53/21 95/22
98/2 116/13 116/24
**answering [2]** 75/2
117/2
**anticipate [5]** 5/16 6/16
7/10 8/13 21/7 48/21
72/6 102/7
**anticipated [5]** 73/11

**88/20 89/10 96/7 143/5
**anticipation [1]** 72/1
**anticipatory [10]** 57/2
81/20 85/14 88/9 88/14
88/18 89/24 91/7 94/17
95/20
**anxious [1]** 19/15
**any [82]** 4/10 4/19 5/22
7/2 7/10 8/6 8/18 9/6
9/7 9/15 9/15 9/24 9/24
9/25 10/2 11/15 19/18
21/22 23/3 23/9 26/22
28/6 30/20 34/14 41/14
44/25 46/4 47/12 50/22
52/6 52/8 53/3 53/8
53/10 57/16 59/6 65/25
72/21 75/1 86/8 87/17
92/4 92/6 95/16 95/17
100/22 101/13 101/16
101/20 102/2 102/4
102/15 103/10 103/17
104/18 104/22 104/23
105/5 105/19 107/7
107/12 112/18 113/16
121/11 121/22 126/25
129/25 138/19 139/13
140/6 141/2 142/14
143/1 143/7 143/14
143/3 146/11 151/16
152/11 152/18 153/9
154/8
**anybody [2]** 39/10
151/18
**anymore [1]** 80/15
**anyone [7]** 31/3 43/20
57/15 57/16 126/5
131/22 143/15
**anything [17]** 7/2 23/23
38/2 46/22 48/1 56/8
61/1 65/24 67/19 94/14
104/22 105/20 119/20
134/1 135/19 150/10
151/6
**anyway [1]** 138/17
**anywhere [1]** 51/2
**apart [1]** 121/15
**apologize [1]** 76/2
**apparently [3]** 26/11
115/4 153/14
**appear [4]** 3/20 11/14
153/13 153/13
**appearance [1]** 103/13
**appearances [6]** 1/17
2/1 3/10 4/10 4/20
104/14
**appears [4]** 55/14 91/11
94/11 145/9
**applicable [4]** 11/1
72/24 92/10 149/20
**applied [1]** 90/21
**applies [3]** 80/25 81/2
81/16
**apply [5]** 39/15 69/8
84/6 91/6 94/18
**appreciate [6]** 9/11
12/8 21/13 26/24 32/22

74/19
**approach [1]** 52/11
**appropriate [7]** 10/19
10/20 11/4 71/16 74/6
121/15 132/13
**approval [2]** 116/22
123/19
**April [1]** 99/22
**arbitrate [1]** 47/12
**are [304]**
**area [2]** 142/6 143/19
**aren't [6]** 7/3 68/25
107/23 110/1 110/3
144/19
**Argentina [29]** 13/9
13/20 15/20 15/23 19/8
19/8 21/20 23/7 24/24
28/5 28/13 33/1 33/11
34/17 57/1 57/4 72/18
85/19 87/2 87/11 94/25
95/2 95/9 98/13 99/9
112/11 129/5 131/10
132/22
**Argentine [11]** 13/21
14/13 19/22 19/24 33/12
33/17 95/17 122/18
136/13 145/15 146/10
**Argentines [1]** 19/11
**argue [3]** 76/17 126/5
152/16
**argued [1]** 97/6
**argument [29]** 17/12
35/9 38/19 39/4 75/2
75/22 84/5 84/13 89/15
95/5 95/7 97/12 97/21
101/19 103/12 104/8
121/20 122/1 125/2
125/10 129/21 129/23
132/5 147/9 147/14
148/4 148/10 152/16
153/8
**arguments [11]** 42/18
58/17 60/16 97/7 138/6
138/21 147/4 149/21
149/24 154/14 154/16
**arise [3]** 61/5 61/11
106/9
**arises [1]** 77/21
**arising [1]** 92/22
**arm [3]** 39/15 39/18
69/11
**around [7]** 56/15 77/12
80/4 89/23 128/15
128/19 142/22
**arrangement [2]** 33/20
114/21
**arrangements [2]** 33/23
151/8
**arrived [1]** 149/17
**artful [1]** 68/11
**article [1]** 22/7
**articles [3]** 35/16 104/4
121/3
**articulated [1]** 24/22
**as [197]**
**ascribe [1]** 134/12

**A**

aside [4]  43/23 69/24
105/21 143/10
ask [9]  6/12 31/4 35/19
93/22 100/6 101/20
123/6 124/5 129/2
asked [15]  44/15 48/7
48/8 54/13 59/18 66/15
69/6 71/3 71/8 73/7 77/3
88/25 89/1 132/13 144/5
asking [7]  37/7 42/18
78/1 86/6 100/8 117/8
146/22
aspect [2]  130/17 133/9
aspects [2]  37/3 68/25
assent [1]  121/23
assert [1]  59/19
asserted [1]  7/18
assertions [1]  144/19
asserts [1]  94/15
assessment [2]  8/21
152/11
asset [1]  21/23
assigned [2]  82/10
94/10
assignment [3]  96/10
119/23 120/23
associated [9]  5/9 9/25
19/23 110/6 110/12
110/17 124/19 144/23
145/6
association [16]  56/25
106/8 107/9 107/19
107/21 112/16 112/23
123/18 124/12 124/24
125/6 125/16 125/24
129/12 129/22 136/14
assume [5]  26/4 26/5
93/23 121/19 152/4
assuming [2]  91/6
121/18
assure [2]  38/5 111/3
assuring [1]  69/23
attached [8]  38/10
38/11 44/18 45/13 55/3
86/14 86/22 151/5
attaches [1]  86/9
attachment [3]  28/12
44/18 89/20
attacks [1]  106/11
attempt [2]  70/20 73/12
attempted [1]  134/6
attempting [2]  149/22
150/7
attend [1]  62/7
attended [2]  51/10
53/25
attention [6]  37/3 37/12
68/3 71/10 111/15
150/24
attesting [1]  38/5
attorney [4]  34/17 86/3
86/6 95/1
attorneys [2]  93/15
140/6

**B**

auction [5]  15/19 15/22
15/24 21/20 122/17
audio [1]  5/16
auditing [1]  5/1
August [1]  21/18
August 2015 [1]  21/18
Augustine [1]  57/17
authority [11]  10/9
10/16 69/20 111/24
112/1 114/1 120/10
120/11 127/1 127/2
131/15
authorize [1]  86/20
authorized [2]  117/10
119/21
available [3]  35/12
103/14 132/15
availed [1]  46/25
availing [2]  42/16 98/19
availment [1]  58/20
averment [1]  38/14
averments [8]  12/12
48/22 49/8 50/13 52/22
65/1 76/10 103/9
averring [1]  54/19
avers [3]  30/25 54/20
88/4
AVERY [3]  1/18 3/13
154/19
avoid [2]  96/6 147/10
aware [8]  7/3 28/17
31/23 32/1 32/4 48/22
95/4 97/1
away [6]  21/23 21/23
76/9 113/22 115/19
119/4
awhile [1]  10/12

**B**

B-A-Y-E-R [1]  126/1
B-E-L-A-C-O-N [1]
85/8
B-E-L-M-O-R-A [1]
126/1
babies [14]  17/20 20/24
22/11 24/21 26/16
109/11 113/9 113/10
113/25 116/21 129/18
129/18 130/7 145/5
back [32]  8/12 10/11
22/19 23/24 28/3 30/14
33/9 38/12 38/21 41/9
56/20 59/16 62/14 67/19
68/20 72/12 72/17 75/12
75/19 76/3 87/21 97/8
98/9 112/6 112/14
121/16 123/9 123/25
148/2 149/13 150/3
154/4
backdated [1]  68/19
backed [1]  149/23
background [5]  13/6
21/13 61/8 123/23 124/3
backwards [1]  50/16
bad [2]  85/13 88/8
badly [2]  13/22 13/22

Ballesttere [6]  56/24
103/24 136/13 136/19
137/19 146/10
Ballesttere's [4]  56/24
130/19 131/2 146/7
Bank [1]  90/16
barn [1]  72/22
barred [1]  150/2
Bartolome [1]  111/13
base [3]  116/5 119/11
123/3
based [6]  12/23 61/17
61/24 69/16 96/9 96/20
bases [1]  61/15
basically [2]  29/2
130/15
basics [1]  150/3
basis [4]  11/8 33/5 66/6
150/8
bathroom [1]  75/16
Bayer [2]  126/1 126/19
BC [1]  22/7
be [180]
Beach [13]  2/5 22/25
25/14 31/14 45/2 47/21
51/16 53/6 54/7 55/24
56/5 62/20 85/20
bear [1]  70/17
bears [1]  142/7
became [3]  15/6 15/8
22/10
because [93]  9/13 11/7
12/16 13/25 14/11 16/8
18/13 18/17 19/1 19/13
20/23 22/17 23/14 25/4
26/6 26/10 27/17 27/23
28/4 32/6 33/16 38/11
43/8 45/22 48/10 49/21
51/1 53/19 64/17 67/2
67/9 67/15 68/14 71/21
72/3 72/15 73/21 76/7
76/10 79/12 79/22 80/20
80/21 81/20 82/1 82/18
82/21 84/6 84/11 89/3
90/13 91/4 92/12 95/5
95/8 96/14 96/25 97/9
98/1 99/1 99/24 100/25
102/5 106/20 109/13
109/25 110/4 110/14
111/9 111/17 112/2
112/15 113/21 114/16
117/20 119/3 125/3
125/7 125/13 128/22
129/23 129/24 130/9
131/10 136/2 136/3
137/6 138/22 149/23
150/20 151/1 153/3
153/8
become [1]  150/13
becomes [2]  82/4
128/13
bed [1]  99/11
been [16]  3/21 3/25 5/7
10/7 10/16 15/21 18/20
25/5 27/1 30/3 31/15
31/17 31/22 36/3 37/23

46/7 59/2 59/11 60/7
61/25 63/12 63/21 64/23
65/22 69/4 69/6 71/9
72/22 73/5 75/16 78/7
84/20 84/25 87/18 88/15
91/7 92/2 94/9 95/21
101/2 103/23 104/24
106/12 112/1 112/8
118/25 121/8 121/10
123/4 127/18 128/3
132/21 133/16 133/17
134/17 138/23 139/12
143/6 143/16 148/19
before [51]  1/13 3/20
5/10 6/11 7/8 9/1 10/6
10/17 10/18 27/15 28/24
34/16 35/8 35/15 40/23
44/3 44/6 55/1 55/7
59/17 60/24 61/9 61/13
61/16 67/11 67/15 67/19
67/23 68/20 68/23 70/24
71/8 73/1 73/2 73/4
78/11 92/25 93/4 94/2
94/12 96/24 97/5 98/2
98/18 102/12 116/13
119/16 138/15 138/25
152/9 154/3
began [4]  13/20 17/5
26/13 72/18
beget [1]  11/11
begin [2]  35/8 75/22
begins [1]  6/11
behalf [6]  3/13 4/10
4/13 4/16 42/23 124/14
behaving [1]  23/3
behavior [1]  135/13
behind [5]  76/2 100/10
112/6 112/13 142/14
being [31]  8/11 26/18
31/5 35/16 35/22 36/1
36/14 37/8 37/13 42/6
60/2 66/5 70/8 70/9 70/9
71/23 88/12 91/18 91/25
91/25 93/4 96/16 107/19
109/23 112/13 114/17
125/17 127/9 132/9
135/2 146/9
belabor [7]  58/19 62/4
78/7 80/15 103/15 122/5
136/1
Belacon [2]  85/8 88/10
belief [2]  55/13 63/13
believe [34]  6/11 10/23
10/24 26/13 38/17 38/23
42/20 42/21 47/2 55/15
61/8 62/2 62/12 62/13
65/23 68/21 71/14 71/20
72/25 91/15 93/14 98/2
98/4 98/25 99/2 110/18
118/9 120/2 124/1 132/5
133/6 147/2 149/19
150/3
believed [2]  31/15
128/24
belittle [1]  148/5
Belmora [6]  126/1

126/8 126/19 126/21
127/9 129/24
belong [1]  137/23
below [1]  41/12
besides [1]  77/23
best [18]  5/8 13/14
14/11 15/23 15/23 19/25
20/1 20/2 35/19 35/24
90/21 105/6 110/15
110/16 116/3 119/10
122/20 155/7
better [4]  4/5 16/15
26/7 79/4
between [22]  23/5 24/9
24/11 24/23 33/7 44/20
51/12 54/4 54/5 54/5
59/13 63/3 65/1 85/21
91/20 92/18 92/23 107/3
117/17 118/14 118/17
133/24
beyond [4]  29/1 48/2
133/11 143/6
bidders [1]  113/1
bifurcated [2]  96/6
96/10
bifurcation [1]  96/11
big [3]  14/6 89/16 107/3
bill [1]  78/19
bind [1]  135/13
binding [3]  69/8 121/16
150/4
binds [2]  78/22 79/9
Biscayne [1]  2/7
bit [14]  4/4 4/4 42/22
50/20 52/19 79/2 83/20
101/10 118/21 121/1
121/20 134/20 143/19
152/8
bite [1]  89/16
Black [3]  125/8 127/3
127/14
blah [3]  147/11 147/11
147/11
blessed [1]  129/20
block [1]  140/17
blood [7]  31/8 32/5 32/6
32/8 36/13 144/11
144/12
bloodline [3]  109/3
109/25 110/4
bloodlines [2]  110/15
110/16
blow [1]  86/19
Blvd [2]  1/19 2/7
BO1 [1]  130/25
board [1]  21/24
body [1]  118/2
bolster [1]  104/8
bona [1]  66/7
bond [1]  149/3
bootstrap [3]  134/12
134/17 135/15
bore [2]  70/17 132/7
born [7]  121/5 55/10
55/12 55/13 55/15 99/21
135/4

**B**

**Borodin [17]** 20/10
20/10 20/14 20/20 20/23
25/15 32/4 52/14 55/22
78/16 79/13 80/7 104/17
123/1 143/12 143/13
145/2
**Borodin's [1]** 55/21
**both [21]** 11/1 34/9
38/24 40/4 40/17 48/19
52/14 55/3 68/24 69/16
74/14 76/25 85/10 97/23
106/9 108/20 139/15
140/5 141/13 147/13
148/13
**bother [1]** 135/3
**Botting [1]** 79/6
**bottle [2]** 143/16
145/17
**Bottling [1]** 78/20
**bottom [2]** 41/8 87/13
**bought [5]** 15/25 16/2
19/23 78/17 149/11
**box [1]** 152/21
**brainteasing [1]** 143/20
**brand [1]** 109/25
**branded [2]** 111/12
**breach [9]** 82/2 82/3
91/25 134/2 135/15
139/2 139/11 140/1
142/1
**breached [3]** 83/11
83/12 90/2
**breaches [1]** 50/7
**break [4]** 47/7 73/17
74/24 74/25
**bred [1]** 19/24
**breed [7]** 18/1 18/10
52/8 120/25 146/11
148/13 150/5
**breeders [3]** 15/23
56/25 136/14
**breeding [8]** 13/17
14/11 23/2 23/7 51/22
54/1 129/15 148/13
**brief [12]** 50/2 71/7
76/18 77/2 78/15 99/13
127/13 136/1 143/25
147/3 150/24 154/14
**briefed [4]** 58/18 62/11
70/16 73/22
**briefing [3]** 127/18
127/20 151/17
**briefings [1]** 12/9
**briefly [12]** 12/14 12/19
40/5 49/11 66/12 97/24
97/25 99/5 100/17 120/1
139/1 149/1
**briefs [5]** 59/1 76/22
76/23 78/5 142/20
**bring [18]** 21/24 68/20
70/21 71/10 77/16 82/8
89/4 89/9 89/14 92/5
92/7 106/23 107/12
107/18 110/8 137/18

147/4 150/24
**bringing [3]** 27/8 38/12
51/15
**brings [2]** 18/7 107/1
**broad [1]** 62/5
**broader [2]** 133/21
146/12
**brought [10]** 22/2 61/12
61/14 67/6 70/18 88/21
92/5 107/9 108/17 134/1
**Bucking [3]** 34/17
34/24 95/1
**bullet [1]** 50/14
**bunch [2]** 109/7 110/14
**burden [4]** 8/11 8/12
8/14 102/5
**business [33]** 17/5
18/22 20/7 22/18 22/22
23/7 28/4 28/8 40/18
40/20 40/21 41/19 41/20
41/22 43/10 43/11 43/12
43/16 43/21 43/22 46/7
48/10 50/25 52/11 62/5
62/23 63/6 63/15 65/9
76/24 89/4 104/12
104/13
**businesses [2]** 40/16
63/17
**buy [2]** 111/22 113/2
**buyer [1]** 99/18
**buys [1]** 66/8

**C**

**C-A-D-L-E [1]** 74/12
**C-A-R-L [1]** 90/19
**C-E-R-T-I-F-I-C-A-T-E [1]** 155/3
**Cadle [1]** 74/12
**calculation [1]** 149/19
**call [14]** 3/4 8/18 16/14
16/15 23/13 26/21 34/2
34/4 34/20 50/7 83/4
95/15 112/3 113/13
**called [22]** 6/23 7/18
13/9 14/21 16/23 20/1
26/21 33/13 40/1 40/2
41/3 41/8 55/2 85/4 85/8
89/1 109/6 109/6 125/9
125/21 125/25 129/13
**caller [1]** 34/22
**calling [6]** 3/7 8/6 8/13
91/24 95/12 148/6
**calls [1]** 77/17
**CAMBIASO [117]** 1/5
5/2 6/19 6/24 9/25 13/14
13/17 13/23 14/2 14/6
14/11 14/11 14/17 15/7
15/11 15/22 16/3 16/15
19/17 19/23 19/23 22/1
22/16 22/24 23/6 23/12
23/14 23/20 28/7 28/15
28/16 32/24 33/8 33/9
33/19 33/20 33/24 34/3
43/7 43/13 46/13 51/4
51/19 52/2 52/3 52/9
52/15 53/5 53/22 53/23

54/3 54/10 54/19 54/22
54/25 56/8 81/23 82/23
83/12 83/14 85/21 85/24
86/18 86/20 87/25 88/23
89/11 89/12 94/25 94/25
104/1 108/1 109/3 109/4
109/4 109/13 109/18
110/2 110/3 110/11
110/13 110/17 111/14
112/3 112/7 112/9
112/12 112/12 113/14
115/4 115/16 115/20
116/3 118/6 118/15
122/10 122/18 123/7
124/19 124/20 129/4
129/6 129/12 129/19
130/12 131/12 131/16
140/19 143/1 144/23
145/3 145/7 145/11
145/15 146/11 148/19
149/6
**Cambiaso's [19]** 13/15
13/22 24/1 24/24 52/1
53/17 54/15 56/16 73/6
109/8 112/6 112/13
112/25 112/25 124/12
131/8 134/13 139/18
146/8
**came [11]** 37/3 73/21
95/6 99/19 99/20 102/12
111/15 119/15 121/14
136/15 139/14
**Camila [1]** 111/14
**can [85]** 3/10 4/3 4/4
5/14 6/6 6/8 8/20 10/18
11/9 13/5 13/12 16/8
16/12 17/24 18/1 18/11
19/3 20/25 21/5 21/19
23/22 25/7 25/25 26/6
27/4 28/22 29/14 31/3
31/4 38/23 42/6 44/2
44/23 47/7 47/8 55/6
56/1 58/2 66/22 67/10
68/1 68/21 70/23 73/23
74/11 74/17 76/13 78/14
79/1 79/3 79/7 81/16
86/19 89/7 89/8 90/5
90/8 94/21 96/4 96/17
99/11 106/23 108/13
108/14 109/19 109/19
124/2 125/10 127/7
135/9 135/13 135/14
138/1 141/24 142/5
144/8 146/16 146/25
147/4 147/23 150/21
150/24 152/21 153/18
154/4
**can't [11]** 11/24 21/22
23/21 25/15 94/6 94/7
109/22 122/8 125/12
131/10 143/10
**canceled [1]** 87/18
**candy [1]** 89/16
**CANNON [3]** 1/2 1/13
3/8
**cannot [7]** 65/8 70/11

72/12 141/22 144/3
145/18 150/22
**capable [1]** 12/25
**caption [1]** 90/13
**capture [1]** 5/15
**capturing [1]** 48/4
**care [4]** 26/3 26/4 28/9
95/1
**careful [9]** 60/16 82/20
83/1 84/11 93/1 117/20
150/17 152/24 153/3
**carefully [2]** 86/11
144/18
**Carl [2]** 90/16 90/19
**Carlo [1]** 56/23
**Carlos [1]** 85/18
**Caro [8]** 85/18 87/8
88/2 89/19 89/21 95/7
95/16 101/4
**Caro's [3]** 56/23 57/1
86/15
**Carolina [11]** 20/14
25/21 26/4 26/11 30/9
31/22 55/13 66/24 67/6
92/24 99/18
**Caros' [2]** 85/17 85/18
**carried [1]** 133/12
**carries [5]** 132/3 133/3
133/8 133/21 138/20
**carry [1]** 135/7
**carve [1]** 84/11
**case [132]** 1/2 3/4 3/7
6/25 8/6 9/8 9/16 10/22
11/8 12/6 13/1 13/3 13/4
13/7 13/8 13/8 14/10
14/16 17/8 17/23 20/8
25/8 25/9 25/22 29/23
36/14 39/21 39/22 40/2
42/1 46/17 49/21 49/22
50/6 54/25 55/4 55/4
58/15 68/11 68/13 68/13
68/15 68/16 68/18 68/18
71/1 71/4 71/4 71/6
73/24 73/25 74/5 74/6
74/6 74/7 74/8 74/14
74/14 74/19 76/17 76/25
77/20 77/21 78/22 79/7
79/8 80/20 80/24 81/7
81/13 82/10 82/17 83/4
83/4 83/5 84/8 84/12
84/22 85/3 85/4 85/8
88/10 88/13 90/1 90/16
90/17 91/20 93/16 93/23
94/9 95/15 96/10 104/13
104/20 105/6 106/13
107/1 108/15 110/9
118/24 120/8 125/9
125/13 125/14 125/15
125/16 125/21 125/21
125/23 125/25 126/2
126/8 127/3 127/5 127/5
127/9 127/13 127/25
128/2 128/8 128/9
128/21 132/15 132/16
135/15 139/24 143/21
144/1 152/17 153/2

154/16 154/18
**cases [20]** 3/21 11/7
25/12 42/13 68/3 70/1
70/2 72/1 81/11 83/2
91/4 127/8 127/14
127/25 128/3 128/5
128/7 129/1 145/24
145/25
**Castagnola [8]** 52/14
111/14 112/9 112/10
113/5 130/7 131/14
145/2
**Castagnola's [1]** 56/22
**Castagnolas [4]** 111/12
111/13 111/17 111/18
**Casualty [1]** 74/2
**Cat [6]** 82/8 142/16
142/19 142/20 142/23
142/25
**caught [1]** 58/24
**cause [10]** 62/1 106/22
108/8 108/10 108/11
123/15 123/17 124/11
126/17 126/24
**caused [2]** 68/10 108/18
**causes [3]** 61/21 69/23
147/1
**causing [1]** 100/23
**cease [1]** 154/5
**celebrity [2]** 125/16
134/14
**center [1]** 129/7
**Century [1]** 125/22
**certain [8]** 29/3 85/23
86/6 116/18 116/18
135/12 144/15 154/5
**certainly [16]** 10/16
20/22 21/15 42/2 47/5
60/19 63/25 71/10 78/2
89/6 91/14 92/12 95/12
98/13 102/10 136/23
**certificate [1]** 36/22
**certificates [5]** 30/14
30/17 30/19 31/5 36/20
**certified [1]** 30/22
**certify [1]** 155/4
**CF [2]** 131/6 131/6
**challenge [1]** 61/20
**champion [2]** 132/6
132/7
**champion's [1]** 132/8
**championship [1]** 13/21
**chance [4]** 13/19 59/7
75/6 136/15
**change [3]** 66/9 118/4
137/1
**changes [1]** 8/11
**CHAPMAN [56]** 1/18
1/18 3/13 3/13 4/22 4/25
5/4 5/20 6/4 6/16 7/20
8/16 8/22 10/5 11/14
12/3 20/17 26/2 26/10
27/20 28/20 29/23 30/9
31/19 38/21 39/2 41/13
42/5 50/9 55/6 67/19
73/25 74/23 75/1 75/21

**C**

**CHAPMAN... [21]**
75/25 79/1 83/17 84/4
85/4 88/19 94/14 101/18
101/22 102/14 103/5
103/17 104/6 105/6
106/10 123/23 135/22
138/3 143/3 152/1 154/1
**Chapman's [1]** 58/10
**characteristics [2]**
130/4 130/8
**characterizing [1]**
41/24
**chattel [8]** 64/20 116/19
116/20 117/22 135/11
135/12 135/12 136/6
**check [1]** 152/21
**children [2]** 132/9
141/19
**chiming [1]** 11/25
**choice [3]** 44/21 45/24
49/18
**choose [1]** 101/14
**chooses [1]** 118/8
**chronological [1]** 68/6
**chronology [6]** 27/4
68/8 81/14 81/21 84/25
95/5
**circle [1]** 154/4
**circuit [17]** 39/20 39/22
59/19 73/24 74/5 74/11
74/14 81/7 89/23 89/23
125/8 126/2 126/25
127/10 127/15 128/1
144/1
**circumstance [2]** 65/23
82/5
**circumstances [14]**
81/4 81/5 81/17 81/21
82/16 84/21 85/2 85/11
85/12 88/7 88/8 89/18
90/25 101/1
**circumstantially [1]**
100/7
**citation [2]** 85/5 143/25
**citations [2]** 74/20
90/18
**cite [2]** 125/8 128/9
**cited [5]** 126/4 127/4
127/10 127/25 128/3
**cites [5]** 73/25 125/8
125/9 125/19 126/21
**citizen [1]** 98/19
**CIV [1]** 1/2
**civil [4]** 87/10 91/14
92/14 95/14
**claim [34]** 69/16 69/17
69/18 70/7 70/7 70/13
70/19 73/15 90/3 91/24
91/25 105/14 106/3
106/5 106/8 106/9
106/23 107/9 107/12
108/8 112/16 112/23
115/16 124/24 125/1
125/6 125/7 125/12

125/24 130/2 135/20
139/19 146/2 147/10
**claimed [2]** 23/2 85/24
**claiming [2]** 131/5
132/17
**claims [43]** 10/24 10/24
50/8 69/13 70/5 70/12
70/22 70/22 77/6 77/7
77/13 77/13 77/16 77/24
84/8 91/23 92/3 92/4
94/1 105/8 105/13
105/14 105/15 105/23
106/7 106/18 106/21
107/2 107/15 107/16
107/18 108/23 110/24
122/2 127/22 129/11
131/18 135/23 137/21
137/23 138/4 138/7
146/18
**clarification [4]** 98/11
98/20 99/7 99/10
**clarify [1]** 98/1
**classic [2]** 123/20
125/15
**clause [15]** 29/16 45/5
45/7 45/9 45/11 45/24
45/12 47/17 47/17 47/23
49/19 51/24 114/13
114/16 114/20
**clauses [1]** 46/9
**clear [22]** 12/9 22/9
38/15 43/22 49/13 51/25
56/6 70/4 76/22 76/23
95/18 103/16 110/23
115/20 137/3 139/24
143/21 147/5 147/12
147/24 150/12 151/3
**clearly [16]** 5/14 58/7
60/25 79/2 79/19 92/8
99/16 101/3 106/13
124/4 130/6 133/10
134/7 150/1 153/10
153/22
**clerks [1]** 74/9
**client [8]** 64/6 94/7
116/4 119/11 137/15
148/1 149/8 149/11
**client's [1]** 10/13
**clients [6]** 9/5 9/6 10/11
147/25 148/20 150/4
**clone [53]** 14/1 14/4
14/7 15/1 15/6 15/17
16/6 17/4 17/24 18/2
18/7 18/12 18/24 20/25
20/25 20/25 21/23 22/11
22/12 23/15 23/16 23/23
52/9 57/4 109/10 109/19
109/19 113/20 117/7
117/24 118/12 120/1
120/4 120/25 122/16
122/23 130/15 132/3
132/23 133/22 133/24
136/5 137/4 137/13
141/11 142/5 142/5
142/16 142/19 142/21
148/13 148/20 150/5

**clone's [1]** 18/6
**cloned [9]** 23/25 24/21
114/7 114/22 116/4
118/10 118/18 119/11
120/9
**clones [177]**
**cloning [28]** 13/18 14/3
14/5 14/21 14/23 15/15
17/3 17/6 17/9 17/23
19/13 28/5 28/6 33/5
43/6 48/10 50/21 54/1
63/4 63/6 104/13 115/13
117/24 137/15 141/15
141/21 143/15 145/24
**close [2]** 60/12 75/17
**closely [4]** 54/3 143/1
144/22 145/6
**closer [1]** 87/2
**co [4]** 1/22 88/24 89/11
89/13
**co-owner [1]** 89/13
**co-plaintiff [2]** 88/24
89/11
**coach [1]** 134/18
**code [5]** 22/14 117/5
117/6 118/1 118/2
**cogent [1]** 49/8
**Coggins [3]** 30/24 32/6
144/11
**coincidental [1]** 26/23
**Colibri [3]** 109/6
111/22 113/2
**collect [1]** 29/21
**Collegiate [3]** 74/1
74/19 80/22
**color [1]** 113/11
**column [2]** 41/9 41/9
**columns [2]** 40/13 41/2
**combination [1]** 112/17
**come [10]** 15/24 18/15
50/18 96/24 99/23 99/23
127/25 128/5 139/15
149/18
**comes [10]** 39/25 45/19
45/23 46/19 62/6 81/21
101/4 107/5 128/15
132/12
**comfortable [9]** 37/22
58/18 58/22 59/4 102/23
103/7 103/22 141/23
152/8
**coming [4]** 45/17 99/3
112/10 149/14
**commence [1]** 95/19
**commenced [2]** 20/12
67/15
**commend [1]** 12/25
**comment [3]** 93/11
136/25 138/6
**commentary [1]** 49/10
**comments [2]** 121/6
136/2
**commerce [1]** 126/11
**commercial [9]** 108/2
108/4 108/9 108/13
108/19 130/2 130/5

130/9 144/23
**commercially [1]**
119/10
**commingling [1]** 43/15
**commit [1]** 66/6
**committed [3]** 40/18
40/21 40/22
**common [1]** 120/21
120/22
**commonly [1]** 146/1
**communication [2]**
79/20 91/15
**companies [1]** 101/16
**company [16]** 1/4 1/8
1/9 28/18 43/4 45/16
45/18 47/15 48/11 60/2
60/22 61/23 74/1 74/2
74/12 128/11
**compelling [14]** 81/4
81/5 81/17 81/21 82/5
82/16 84/21 85/1 85/11
85/12 88/7 88/8 90/24
101/1
**compensated [1]** 33/11
**compete [1]** 23/20
**competing [2]** 112/11
112/12
**competition [5]** 107/16
107/17 126/5 126/21
137/22
**competitive [2]** 110/2
145/11
**competitor [5]** 20/20
112/13 145/1 145/2
145/3
**competitors [1]** 52/14
**complaint [20]** 31/10
38/11 38/11 38/13 38/14
47/3 55/21 61/6 61/21
69/12 80/7 80/8 81/25
82/4 83/11 90/8 105/8
105/11 108/1 138/16
**complete [7]** 34/8 67/8
114/6 117/12 121/21
127/18 148/2
**completely [6]** 13/10
24/15 113/22 123/3
124/23 127/6
**complicated [1]** 87/20
**composite [1]** 151/18
**compromise [1]** 121/12
**concede [1]** 93/10
**conceded [1]** 149/24
**concept [6]** 21/21 24/12
39/7 89/25 101/8 116/2
**conception [1]** 95/11
**conceptualize [1]** 7/1
**conceptually [1]** 18/3
**concern [1]** 38/3
**concerned [2]** 20/15
37/25
**concerning [2]** 54/1
111/5
**concerns [1]** 12/6
**concise [2]** 147/5
150/12

**conclude [1]** 154/3
**concluded [1]** 58/16
**condominium [1]** 45/19
**conduct [11]** 65/14 66/2
66/3 66/6 69/22 77/8
77/9 110/21 110/21
124/9 124/17
**conducted [3]** 8/11
40/17 40/21
**conducting [2]** 9/24
76/24
**confer [3]** 63/25 102/25
154/6
**conference [1]** 102/19
**confidence [1]** 117/2
**confuse [3]** 29/12
136/23 150/18
**confuses [1]** 64/17
64/22
**confusing [4]** 65/22
134/15 137/5 145/8
**confusingly [1]** 136/21
**confusion [20]** 62/25
64/24 92/18 92/21
110/24 123/15 123/17
124/12 128/7 128/23
129/3 130/20 131/11
133/5 133/13 133/15
134/17 136/12 137/8
137/23
**connection [1]** 8/14
**connections [1]** 123/18
**consent [3]** 128/20
140/23 140/25
**consequences [1]** 87/1
**consider [1]** 105/1
**consideration [3]** 12/17
28/2 147/10
**considerations [1]**
39/12
**considered [5]** 90/25
101/23 140/25 141/12
153/16
**considering [2]** 79/12
136/16
**consistent [5]** 39/12
74/10 108/5 126/18
126/19
**consistently [2]** 23/3
24/19
**consolidating [1]** 93/25
**constant [1]** 62/22
**constitute [1]** 37/16
**constitutional [2]** 39/12
69/3
**construction [4]** 45/17
45/18 46/11 47/15
**consulted [1]** 115/4
**consulting [1]** 10/11
**consumer [3]** 30/13
31/2 133/5
**consumers [3]** 115/19
124/22 128/24
**consuming [1]** 131/13
**consummated [2]** 92/24
143/6

**C**

**Cont'd [1]** 2/1
**contact [9]** 43/16 45/15 46/10 58/20 62/9 64/21 72/8 111/14 145/1
**contacted [1]** 44/14
**contacts [5]** 62/1 64/20 65/10 69/5 104/17
**contain [2]** 82/13 82/14
**contains [1]** 36/13
**Conte [1]** 27/21
**contemplated [3]** 51/18 54/9 113/21
**contemporaneous [2]** 32/17 33/6
**contest [1]** 42/2
**contesting [1]** 149/22
**context [7]** 32/22 36/12 44/4 87/11 107/15 129/11 134/7
**contextual [2]** 13/6 61/8
**contextually [1]** 122/13
**continue [5]** 20/16 20/25 28/6 127/11 149/9
**continued [1]** 28/16
**continues [2]** 23/11 147/18
**continuing [3]** 86/9 131/11 143/23
**continuous [5]** 58/20 59/21 69/4 76/18 76/24
**contract [40]** 61/11 61/17 62/4 72/10 82/2 82/3 83/11 83/12 83/13 87/3 91/25 92/4 104/22 114/5 114/9 117/11 118/21 119/21 121/10 132/14 132/15 132/15 134/2 135/13 135/13 135/14 135/15 135/16 139/2 139/4 139/6 139/9 139/12 139/13 140/1 142/1 147/18 147/22 148/8 148/25
**contracts [11]** 38/5 38/6 38/10 46/9 51/2 67/12 101/14 104/23 121/7 121/9 151/10
**contractual [5]** 61/10 63/15 141/23 150/6 151/8
**contrary [2]** 24/15 149/19
**contrast [1]** 126/12
**contravention [1]** 109/16
**contributed [2]** 13/17 21/24
**control [2]** 78/25 79/11
**controlled [2]** 14/17 120/6
**controls [2]** 111/6 111/9
**convenience [1]** 45/21

**convenient [1]** 112/2
**Convergys [1]** 81/6
**conversation [1]** 63/9
**conversations [6]** 62/8 63/3 63/6 63/11 63/14 65/4
**converting [1]** 149/12
**cooperate [1]** 153/13
**copies [1]** 143/16
**copy [3]** 16/11 109/20 131/12
**copying [1]** 146/5
**Corp [2]** 81/6 125/22
**corporate [5]** 61/3 63/11 63/18 88/21 88/25
**correct [5]** 4/25 38/1 58/14 109/21 134/22
**correspondence [2]** 101/17 104/15
**cost [5]** 26/4 26/5 141/9 141/17 149/15
**cotton [1]** 89/16
**couched [1]** 76/19
**could [29]** 4/8 6/21 6/21 7/13 7/24 8/18 10/6 13/6 14/1 18/9 18/10 18/24 27/23 49/8 60/1 63/13 73/19 79/24 92/5 92/7 103/12 120/20 122/4 130/12 134/1 137/1 139/17 144/25 145/1
**couldn't [6]** 24/6 88/20 89/10 96/24 113/24 128/6
**counsel [14]** 7/18 25/1 25/1 38/7 51/14 54/6 58/23 65/17 105/25 108/22 122/5 122/24 136/9 143/5
**Counsels' [1]** 3/10
**count [11]** 40/10 81/25 82/4 83/10 91/24 138/11 138/11 138/13 138/13 139/5 139/21
**counter [1]** 76/11
**counterclaims [1]** 92/6
**counterfeit [1]** 145/25
**country [2]** 3/22 92/13
**counts [8]** 70/20 82/1 105/12 105/18 138/12 138/25 139/1 139/1
**County [14]** 22/25 25/14 31/14 45/2 47/21 51/16 53/6 54/7 56/5 62/20 82/22 85/20 96/13 96/22
**couple [12]** 27/3 27/9 32/7 44/20 49/11 81/19 98/1 111/7 122/4 136/1 142/4 142/8
**course [17]** 4/6 11/18 16/3 38/4 40/16 52/12 60/3 60/8 64/14 74/15 84/16 95/23 95/23 95/23 99/9 102/6 154/8
**court [135]** 1/1 2/22

2/23 3/15 3/20 3/22 3/25 4/2 5/14 6/6 7/2 8/10 10/19 11/2 11/4 11/9 12/22 12/24 24/22 25/11 25/20 27/15 28/1 29/12 31/4 35/12 35/17 35/19 35/23 36/5 37/9 37/13 37/15 37/18 38/16 38/17 38/23 39/7 39/11 39/16 39/23 39/23 42/16 42/17 43/19 44/6 46/5 46/18 46/24 49/6 56/11 56/12 58/2 58/4 59/17 59/19 59/24 59/25 61/5 61/9 61/12 61/16 61/18 61/25 62/3 62/13 63/13 63/19 64/1 64/16 65/8 65/8 66/22 67/22 68/1 68/12 68/21 69/6 69/8 69/9 69/10 69/15 70/3 70/17 70/23 71/3 71/8 74/15 74/24 75/19 77/3 77/7 77/8 77/9 78/22 79/7 79/8 80/1 80/23 82/22 83/18 83/24 84/24 87/20 88/12 88/17 92/19 93/1 93/4 93/5 94/10 94/10 95/22 96/3 96/9 96/15 96/16 96/17 96/20 98/20 99/16 100/8 102/16 104/25 105/19 106/13 114/24 125/4 125/23 146/4 150/15 150/17 154/9 155/13 155/13
**Court's [7]** 9/11 12/17 12/19 36/9 37/12 75/22 105/17
**courtesy [1]** 49/6
**courthouse [4]** 25/8 93/19 95/25 100/23
**courts [10]** 25/13 39/14 44/1 45/2 46/25 62/9 81/10 88/13 88/15 89/22
**cover [3]** 89/25 138/3 140/14
**covered [7]** 53/7 53/12 97/22 101/7 113/3 120/1 121/23
**covering [1]** 86/13
**covers [1]** 57/19
**COVID [1]** 155/8
**COVID-19 [1]** 155/8
**CQuentia [13]** 40/12 40/13 41/3 41/5 41/9 43/3 43/6 43/9 43/24 46/11 46/12 48/8 48/9
**CRC [1]** 2/22
**create [4]** 22/12 28/5 72/6 133/5
**created [5]** 16/12 56/13 89/2 109/3 115/4
**creating [1]** 124/15
**CRESTVIEW [44]** 1/8 1/9 4/14 4/16 23/7 28/13 33/1 40/17 40/17 41/10 41/11 42/23 44/20 45/6

45/7 47/16 55/14 63/7 67/4 80/11 81/23 82/9 82/23 87/25 89/8 104/19 104/20 114/20 116/6 119/14 120/8 122/22 122/23 131/4 131/7 137/4 140/24 141/8 141/14 141/17 141/19 142/5 142/9 148/16
**Crestview's [1]** 115/13
**criminal [12]** 86/25 87/3 87/11 91/13 91/13 92/13 95/11 95/13 95/15 98/14 98/14 98/16
**critical [3]** 15/14 66/20 116/7
**critically [2]** 16/20 113/18
**cross [2]** 56/18 57/7
**cross-referenced [2]** 56/18 57/7
**CRR [2]** 2/22 155/12
**Cuartetera [41]** 14/15 15/20 16/6 16/19 19/21 19/21 20/9 20/24 22/13 23/17 24/2 25/14 25/23 26/16 30/7 31/21 32/5 54/13 55/9 109/2 109/5 109/19 113/6 113/10 113/10 114/1 129/4 129/7 129/11 129/14 129/17 129/18 131/6 133/3 136/8 137/4 137/10 143/11 143/13 145/5 145/15
**Cuartetera's [2]** 123/4 136/20
**Cuarteteras [16]** 19/20 19/20 20/23 20/23 114/2 130/13 131/5 131/8 131/9 141/12 141/16 141/19 141/21 141/21 145/13 145/13
**cumulative [1]** 21/18
**Cura [5]** 13/22 15/7 111/22 113/3 145/5
**curious [1]** 72/3
**currently [1]** 68/10
**curtailed [1]** 105/2
**custom [4]** 120/13 125/9 125/10 127/5
**cut [1]** 88/5
**cutting [1]** 123/22
**CV [1]** 3/8

**D**

**D-A-S-T-A-R [1]** 125/22
**Daimler [3]** 60/13 77/20 77/20
**damaged [2]** 108/13 108/14
**damages [3]** 139/15 139/15 139/18
**dangerous [1]** 113/23
**Dastar [2]** 125/21

126/19
**database [1]** 144/14
**date [6]** 25/18 66/20 68/19 71/23 84/15 155/12
**dates [2]** 54/2 54/3
**daughter [2]** 134/16 135/3
**David [3]** 16/1 44/6 56/9
**day [4]** 14/1 14/7 89/22 112/2
**days [7]** 30/22 31/17 32/3 32/8 55/1 80/8 95/2
**de [31]** 5/2 12/12 30/10 31/11 33/22 42/21 43/1 44/2 44/7 44/11 44/14 44/19 44/24 45/14 49/5 49/13 56/2 56/24 78/15 86/1 86/12 88/4 94/22 103/25 105/11 111/21 111/21 130/20 136/13 136/18 141/5
**DE 22 [1]** 31/11
**DE 41-5 [2]** 44/7 44/14
**deal [6]** 19/5 69/10 73/3 127/6 127/7 128/14
**dealt [1]** 98/14
**Dean [4]** 128/10 128/10 128/14 128/15
**debate [1]** 99/11
**debunked [1]** 97/7
**dec [6]** 82/15 83/10 90/1 90/6 90/11 91/25
**deceive [1]** 123/17
**December [22]** 14/19 25/8 25/10 25/10 25/14 25/18 30/7 31/7 31/8 31/10 31/13 31/17 32/2 72/5 80/8 81/24 82/21 85/25 86/2 87/22 94/22 98/7
**December 10th [4]** 25/10 31/8 32/2 80/8
**December 17th [1]** 25/14
**December 1st [1]** 86/2
**December 20th [1]** 25/18
**December 24th [2]** 31/10 31/13
**December 2nd [1]** 87/22
**December 3rd [3]** 25/8 81/24 98/7
**December 8 [1]** 25/10
**December 8th [1]** 31/7
**December 9th [2]** 72/5 82/21
**deception [1]** 108/17
**decide [2]** 13/7 48/16
**decided [12]** 14/7 21/2 21/21 32/25 33/2 33/4 33/17 74/7 128/2 128/3 128/21 128/22
**decides [3]** 50/21 74/15

**D**

decides... [1] 80/23
deciding [1] 50/18
decision [6] 8/8 74/12
74/16 77/24 94/5 101/9
decisions [1] 74/11
declaration [8] 8/10
28/12 53/17 57/17 66/19
93/14 120/2 120/15
declarations [2] 37/2
37/16
declaratory [2] 82/1
82/2
declare [1] 82/3
decree [1] 79/8
decreed [1] 78/22
deemed [1] 117/14
deep [1] 13/3
deeply [2] 77/2 104/21
defendant [7] 59/20
60/8 64/19 78/23 79/9
108/17 150/16
Defendant's [1] 128/25
defendants [18] 1/10
2/3 4/10 4/13 9/22 11/14
38/24 65/1 67/3 68/9
80/12 82/10 94/17
108/18 116/10 119/22
121/21 152/9
Defendants' [1] 6/1
defense [8] 8/5 98/13
99/7 123/12 123/14
127/25 143/5 149/3
Defense's [1] 5/21
defenses [2] 123/12
123/13
Defenses' [1] 117/10
defer [2] 7/13 105/25
deficiency [1] 77/5
deficient [1] 70/5
define [1] 85/13
defined [2] 15/12
106/13
defining [2] 129/7
129/8
definitely [2] 19/10
53/6
definitive [3] 67/13
73/24 74/8
deflects [2] 80/19 97/9
deleted [1] 26/15
deletion [1] 26/19
delving [1] 104/21
demand [12] 93/15
93/17 93/20 94/16 94/21
95/6 98/4 98/8 98/23
99/2 100/22 101/17
demonstrate [1] 62/1
demonstrating [1]
81/17
demonstration [1]
59/12
demonstrative [2]
58/13 104/2
Denver [1] 1/22

deny [2] 78/17 79/23
depart [1] 60/16
Department [2] 30/13
31/1
dependent [1] 70/8
depending [3] 5/24
78/19 100/8
depends [1] 6/22
deprive [1] 11/2
depth [1] 137/6
Deputy [1] 3/6
derived [2] 28/16 53/5
describe [2] 14/20
31/20
described [2] 116/2
130/25
describes [1] 45/15
describing [1] 35/20
description [5] 36/25
112/19 112/19 112/21
123/10
descriptions [4] 37/9
38/6 113/25 124/10
designation [3] 112/18
136/21 137/4
desk [1] 76/2
despite [1] 90/23
destroy [1] 144/14
detail [2] 9/2 50/11
details [4] 13/4 65/22
98/1 151/4
determination [13] 8/5
37/19 59/25 60/10 62/13
68/2 68/21 70/23 71/5
71/17 72/25 73/1 118/22
determine [6] 39/17
74/7 81/10 116/6 119/14
148/16
determined [2] 70/25
90/4
determines [1] 122/22
determining [1] 64/15
developed [2] 44/18
51/22
development [2] 33/17
50/15
devices [1] 112/17
devoted [1] 107/17
di [13] 56/23 57/1 85/17
85/18 85/18 86/15 87/8
88/2 89/19 89/21 95/7
95/16 101/4
Diagnostics [3] 40/14
41/8 43/24
dialogued [1] 103/7
Diamond [2] 125/8
127/3
diane [4] 2/22 2/25
155/12 155/12
did [26] 7/9 9/21 22/12
26/2 33/3 37/20 47/14
48/21 49/5 73/14 73/23
76/17 95/23 111/10
111/11 115/25 121/11
127/9 127/10 127/25
128/20 129/17 129/23

130/24 142/13 152/16
didn't [33] 14/23 14/24
15/10 17/6 17/18 29/12
29/12 31/17 34/22 43/18
58/24 68/15 68/16 76/14
76/21 77/1 77/2 83/14
87/20 88/21 97/13 99/23
99/23 102/12 115/21
116/7 117/1 123/6 123/7
131/22 142/7 144/17
152/15
Diego [1] 95/1
dies [1] 128/12
differ [3] 32/19 152/18
153/20
difference [6] 24/22
59/13 107/3 117/17
118/14 118/17
different [33] 3/21 17/5
17/19 19/8 23/12 25/13
41/11 60/15 60/22 60/23
68/7 77/4 77/21 77/21
81/11 83/2 95/11 98/15
109/7 117/21 119/6
119/17 119/18 127/6
129/3 129/9 132/6
134/20 135/5 136/8
138/16 138/18 150/21
digitally [1] 155/5
dignity [1] 4/2
dilutes [2] 109/25
109/25
diminish [1] 22/10
diminishes [1] 95/6
direct [1] 73/23
directed [4] 68/4 69/8
138/13 138/14
directly [3] 47/3 96/24
108/16
director [1] 4/22
directors [1] 57/15
disagree [1] 108/22
disallow [1] 35/18
discover [1] 25/13
discovery [13] 11/12
26/24 77/25 78/1 78/20
104/7 105/2 110/7
137/18 144/5 152/3
152/6 152/11
discretion [1] 7/1
discretionary [1] 37/19
discuss [5] 5/25 10/8
36/15 62/20 71/11
discussed [8] 51/5
51/17 54/8 63/23 99/5
101/15 103/23 153/19
discussing [4] 35/25
84/4 87/16 99/10
discussion [16] 6/5
59/16 62/12 64/22 64/24
64/25 69/2 98/5 98/6
98/10 116/16 119/20
131/19 149/3 152/9
152/19
discussions [6] 23/1
51/24 52/7 52/25 62/22

121/8
disease [2] 25/17 32/9
disfavored [1] 35/14
dismiss [6] 6/2 9/14
50/3 77/10 106/11
138/17
dismissal [1] 78/3
dismissed [2] 11/1
128/7
dismissing [1] 71/19
dispose [1] 11/9
disposed [1] 134/7
dispositive [1] 84/16
dispute [10] 24/23
63/20 71/6 72/9 72/10
89/11 107/7 107/8
129/25 139/13
disputed [2] 25/23
145/16
disputes [4] 47/13
61/11 87/3 104/22
distinction [1] 17/19
distinguishable [1]
77/22
distribute [1] 143/1
district [36] 1/1 1/1
1/14 2/23 20/13 25/9
54/24 56/17 57/8 57/11
57/24 59/18 72/2 81/13
81/24 83/5 85/3 85/7
88/1 88/11 90/1 90/10
90/15 90/17 94/2 94/3
94/10 94/23 96/14 96/15
96/16 96/23 96/24 97/3
153/2 155/13
districts [1] 57/12
dive [1] 105/17
diverse [1] 62/5
diversity [4] 72/4 73/13
73/15 96/7
divided [2] 116/13
131/18
DIVISION [1] 1/2
DLA [3] 2/6 94/24 98/2
DNA [3] 18/5 18/6
18/18
do [113] 4/1 4/19 7/22
8/13 11/16 14/5 15/16
15/16 17/25 18/3 18/11
21/7 21/12 21/13 21/15
23/23 24/6 25/16 26/22
27/12 29/22 30/1 30/8
32/6 33/2 36/11 40/20
41/14 41/19 41/20 41/22
42/16 43/10 48/15 50/21
53/8 55/5 55/11 55/15
61/1 62/18 65/24 67/16
69/15 69/20 71/16 74/24
78/11 79/16 82/20 83/2
83/21 85/15 88/5 88/19
89/4 89/7 89/8 90/5
91/18 96/12 96/25 98/4
99/13 100/3 100/7 100/9
100/9 101/12 101/20
102/9 102/11 105/22
110/2 112/4 113/5

113/24 115/10 115/18
115/20 116/20 117/10
118/21 119/19 120/10
121/25 124/23 125/3
126/25 127/2 127/22
129/1 129/3 130/22
135/14 135/19 135/22
136/2 139/6 140/9
142/12 142/13 148/2
148/11 150/6 151/5
151/6 151/15 151/15
151/20 152/8 152/18
154/10
docket [5] 5/7 12/24
27/16 42/13 106/4
doctor [1] 128/5
doctrine [4] 81/12
84/10 84/17 84/18
document [9] 30/15
30/16 31/3 35/25 36/24
49/9 52/20 130/19
151/18
documents [10] 35/22
37/1 37/11 38/16 38/16
66/23 66/24 66/25 67/14
151/25
documents that [1]
66/24
does [8] 6/24 6/25
14/22 32/19 37/13 41/19
46/7 47/17 53/3 54/3
63/7 68/6 73/15 77/15
82/17 82/19 82/20 85/13
85/17 88/14 91/6 94/12
107/13 120/24 125/20
126/9 126/22 130/20
134/16 139/9 140/3
153/2
doesn't [32] 11/14 18/2
51/1 65/10 66/9 77/20
80/20 82/7 82/7 82/8
82/8 82/13 82/13 82/19
83/5 83/6 83/9 84/25
91/4 95/5 96/25 97/9
100/20 112/5 118/4
139/23 142/2 143/23
147/18 148/7 148/20
153/20
dog [3] 132/6 132/7
132/7
doing [12] 43/11 43/12
43/21 43/22 46/11 48/9
65/7 105/23 119/17
124/19 147/25 150/5
DOLFINA [56] 1/4 3/8
4/24 9/25 13/9 14/15
14/15 14/15 15/20 16/5
16/9 19/21 20/20 26/5
26/7 28/15 33/19 33/20
33/24 43/7 43/13 46/13
48/10 51/3 52/5 52/22
52/3 52/9 52/15 53/4
54/10 54/15 68/13 81/24
82/24 85/19 85/21 87/25
89/13 89/14 95/1 95/2
109/2 109/5 109/12

**D**

**DOLFINA... [11]**
109/12 129/13 129/13
140/20 140/22 141/2
141/9 141/10 143/2
145/11 146/12
**Dolfina's [4]** 24/2 51/19
144/23 145/7
**dominate [1]** 116/15
**dominated [1]** 13/10
**domino [1]** 143/18
**don't [89]** 6/4 7/2 8/5
8/17 8/22 10/9 10/13
21/17 25/16 26/11 26/16
27/6 28/6 29/20 38/1
39/2 41/17 42/2 46/22
47/6 48/20 49/3 58/9
58/23 59/3 60/25 61/1
63/12 65/1 65/23 71/20
73/22 74/23 76/10 76/12
78/17 79/23 82/21 82/24
82/25 84/6 84/9 84/9
84/19 87/12 88/3 93/19
95/6 95/16 96/12 97/4
97/18 99/24 102/9
102/10 102/25 103/9
103/14 103/15 107/2
107/6 110/9 111/10
111/25 116/15 125/23
125/23 126/5 127/7
127/11 127/21 129/5
129/24 129/24 131/17
133/6 133/23 136/1
138/1 138/14 139/5
139/5 139/12 140/6
140/6 140/13 144/4
147/4 149/21
**done [9]** 5/8 39/15 59/7
65/22 67/7 102/22
130/18 131/12 137/18
**donor [1]** 18/4
**dot [1]** 136/3
**dovetail [1]** 6/1
**down [7]** 26/6 26/14
32/23 67/6 99/9 104/18
122/12
**drafted [4]** 45/5 45/6
122/7 140/5
**drafting [2]** 106/17
140/8
**draw [3]** 17/19 144/11
144/12
**drawing [1]** 37/12
**drawn [1]** 68/3
**drift [1]** 97/12
**drifted [1]** 113/22
**drilled [1]** 88/15
**driving [1]** 139/19
**drop [1]** 73/13
**DTSA [2]** 105/14
138/19
**due [6]** 39/9 39/19 46/3
77/14 127/17 151/20
**duly [1]** 87/17
**Dunlop [2]** 46/17 46/17

**E**

**e-mail [8]** 86/9 86/10
86/13 86/13 86/15 91/11
101/16 104/16
**e-mails [3]** 87/21 98/11
111/3
**each [8]** 30/16 48/23
116/4 117/4 118/2
119/11 128/15 150/16
**earlier [8]** 53/8 55/9
92/18 101/15 106/10
132/13 135/7 151/14
**early [3]** 32/2 92/24
99/6
**earn [1]** 82/17
**easily [6]** 10/6 10/25
31/5 136/6 137/1 153/12
**easy [4]** 9/17 18/16
18/16 18/18
**echo [1]** 10/15
**economic [1]** 108/12
**Economist [3]** 19/5
19/13 19/15
**edition [6]** 34/2 34/4
34/5 54/15 122/23
141/16
**editions [1]** 128/16
**effect [3]** 29/24 49/25
143/18
**effective [1]** 68/19
**effort [4]** 34/8 95/16
118/16 124/6
**efforts [2]** 116/3 119/10
**EIA [4]** 30/23 32/7
144/10 144/13
**Eichberg [5]** 25/2 51/14
54/6 86/3 100/20
**eight [6]** 20/2 90/11
99/22 120/2 120/15
122/17
**either [12]** 10/21 18/10
34/19 35/21 37/16 42/1
53/14 61/3 84/7 92/25
121/14 141/22
**elaborate [1]** 146/16
**electronic [1]** 145/24
**element [4]** 112/22
126/11 137/22 137/23
**elements [5]** 69/17
70/22 123/9 126/17
139/12
**Eleventh [12]** 39/20
39/21 73/24 74/5 81/7
89/23 125/8 126/25
127/10 127/15 128/1
144/1
**else [6]** 18/24 36/3
56/21 75/4 131/22
143/15
**else's [2]** 125/17 130/13

**elsewhere [3]** 64/8
104/20 104/21
**embedded [1]** 18/17
**embrace [1]** 153/2
**embryo [5]** 18/4 18/5
18/11 19/24 22/12
**emergency [1]** 143/7
**enables [1]** 150/4
**encourage [3]** 34/9
136/16 154/6
**end [4]** 16/12 48/13
68/12 146/7
**endorse [2]** 115/17
125/17
**endorsed [5]** 107/20
115/17 124/16 128/25
145/9
**endorsement [15]**
107/10 115/13 115/15
115/16 124/13 124/24
125/6 125/7 125/12
128/20 129/22 132/4
132/18 132/18 133/21
**ends [1]** 87/15
**enforcement [1]** 45/1
**English [3]** 28/23 86/24
95/16
**enjoin [3]** 79/24 79/25
92/19
**enormously [1]** 85/15
**enough [7]** 5/14 28/11
33/13 83/7 87/20 87/21
146/14
**enter [7]** 9/17 9/18
10/10 11/15 23/11 29/12
114/20
**entered [11]** 23/8 29/14
29/24 46/8 47/11 56/1
64/21 85/18 104/23
116/1 121/9
**entering [2]** 101/4 45/7
**enterprise [2]** 22/3
22/16
**enthusiasts [1]** 63/3
**entire [4]** 29/16 65/5
92/1 121/4
**entirely [3]** 121/15
136/9 152/25
**entities [33]** 5/3 9/18
32/24 33/8 33/8 40/7
40/10 40/19 40/23 41/15
42/6 42/9 42/16 42/24
43/9 43/22 46/4 46/7
46/9 46/25 47/10 53/3
57/16 60/6 61/3 63/18
65/5 65/6 78/19 79/17
80/3 89/7 104/23
**entitled [2]** 124/23
155/6
**entitlement [1]** 82/17
**entity [23]** 14/16 41/3
41/7 45/12 47/22 60/8
60/21 64/14 67/5 68/15
68/16 72/7 73/11 87/25
88/21 89/2 89/4 89/9
89/13 89/14 95/17

140/24 141/20
**entries [1]** 42/13
**entry [2]** 12/24 106/4
**equates [1]** 120/11
**equine [7]** 3/20 32/7
44/18 49/16 50/19 51/11
51/22
**equines [2]** 87/6 87/17
**equitable [1]** 91/15
**Ernesto [5]** 15/25 27/21
27/21 56/9 57/3
**escapes [1]** 143/25
**especially [2]** 5/16 64/1
**ESPN [1]** 19/8
**ESQ [4]** 1/18 1/21 2/3
2/6
**essence [1]** 21/14
**essential [1]** 83/15
**essentially [22]** 16/18
17/2 17/16 22/22 59/22
63/2 74/5 82/3 82/14
83/10 84/12 90/2 107/16
116/11 117/4 119/4
124/21 128/9 129/18
129/21 152/20 153/9
**establish [3]** 10/20
115/12 120/16
**established [3]** 133/7
133/16 139/14
**et [2]** 3/8 3/9
**et al [1]** 3/9
**Ethicon [1]** 90/15
**even [34]** 10/18 14/23
22/5 22/6 22/8 26/2 26/4
31/17 37/14 46/17 49/7
61/13 61/23 63/12 63/16
68/24 69/9 71/24 84/17
84/18 84/19 90/23 91/4
91/24 96/2 102/12 110/9
115/21 115/25 122/20
123/6 129/5 140/7 153/8
**event [4]** 15/21 59/23
138/19 141/11
**events [1]** 128/17
**eventually [2]** 20/15
23/5
**ever [3]** 13/15 20/3
33/18
**every [5]** 65/9 68/5
146/1 147/9 154/18
**everybody [7]** 5/5 8/20
20/18 25/5 25/22 58/5
111/2
**everyone [2]** 3/13 22/16
**everything [6]** 4/1 6/8
24/15 56/21 87/14 100/5
**evidence [27]** 27/12
29/4 30/8 35/17 35/18
35/19 36/5 37/13 38/3
41/21 55/10 55/11 55/12
55/13 59/15 60/11 60/12
61/2 63/21 80/3 100/18
103/18 120/20 128/22
128/23 128/24 149/25
**evidentiary [2]** 8/11
37/14

**evolution [1]** 62/22
**exact [1]** 79/19
**exactly [7]** 6/15 20/8
36/20 76/16 92/9 108/23
131/7
**exam [1]** 30/24
**example [10]** 15/6
35/24 58/16 61/2 88/18
89/24 103/25 122/12
136/9 144/19
**exception [15]** 36/25
50/4 81/3 81/5 81/18
84/20 84/22 85/2 85/12
91/8 91/16 92/10 94/18
104/5 145/21
**excerpt [1]** 21/19
**exchange [1]** 111/18
**exclusive [8]** 51/20
54/10 54/16 114/6
117/12 141/9 141/18
148/3
**excuse [6]** 17/6 31/15
33/21 60/10 62/18
132/25
**exemplifies [1]** 73/9
**exercise [8]** 38/23 39/12
39/19 39/24 46/18 70/4
75/22 121/17
**exercising [2]** 39/8
70/24
**exhibit [6]** 28/12 56/4
56/12 67/1 93/14 104/3
**exhibits [3]** 5/9 10/17
101/13
**exist [6]** 68/15 68/17
85/11 87/16 88/22
147/18
**existence [3]** 33/16
121/16 139/6
**exists [2]** 39/17 147/12
**exit [1]** 7/21
**expanded [1]** 133/25
**expected [1]** 34/18
**expedited [3]** 78/1
144/5 152/3
**expended [1]** 11/12
**expenses [1]** 149/12
**expensive [2]** 55/23
149/13
**experience [2]** 62/8
128/18
**expertise [1]** 13/15
**explain [1]** 61/19
**explained [1]** 21/24
**expressed [1]** 39/20
**expressly [2]** 126/13
141/20
**extensive [2]** 61/8 121/8
**extensively [1]** 62/11
**extent [5]** 29/3 38/14
50/22 76/14 138/6
**external [1]** 35/20
**extinguish [1]** 17/3
**extinguished [2]** 21/25
27/11
**extra [1]** 60/21

**E**

**extracurricular [1]**
28/6
**extraordinary [1]**
150/7
**extremely [4]** 27/1
86/25 100/1 122/15
**eye [1]** 25/3

**F**

**F.3d [6]** 39/21 74/3
81/7 81/18 84/22 126/1
**facial [5]** 69/12 70/23
71/21 77/5 97/15
**facially [4]** 10/24 70/5
77/23 93/9
**facie [1]** 88/18
**fact [60]** 10/21 11/5
11/7 32/2 35/25 36/2
36/16 37/12 38/8 41/18
41/23 42/22 50/4 59/12
60/6 64/13 64/18 64/25
65/15 68/4 68/16 69/18
70/16 72/12 73/3 73/6
74/10 77/18 77/25 79/13
86/22 86/24 89/9 92/2
96/20 102/11 111/1
112/7 112/19 112/20
112/22 113/25 115/3
118/3 118/4 123/10
123/11 124/10 124/11
132/20 132/23 133/7
133/11 133/18 135/9
136/7 144/2 144/25
147/17 151/6
**factor [1]** 42/15
**factors [5]** 12/18 81/10
153/16 153/19 153/21
**factory [4]** 16/23 19/16
28/5 113/24
**facts [12]** 7/18 26/18
27/25 39/6 58/17 60/24
62/25 64/23 70/17 77/22
103/8 142/14
**factual [8]** 30/6 32/12
41/14 53/1 61/2 61/8
115/1 129/9
**factually [2]** 41/20 50/8
**fail [3]** 37/20 69/2
69/16
**failure [1]** 30/3
**fair [3]** 21/18 35/16
134/21
**fairly [4]** 13/2 19/6
59/23 133/10
**fairness [4]** 39/8 46/2
69/7 76/20
**faith [2]** 85/13 88/9
**faithful [1]** 106/17
**fall [2]** 108/24 121/16
**falling [1]** 23/5
**false [35]** 106/4 106/7
106/8 107/5 107/6 107/9
107/10 107/18 107/21
107/22 112/15 112/18

112/18 112/19 112/21
112/21 112/23 115/16
123/10 123/21 124/10
124/11 124/15 124/24
124/24 125/5 125/6
125/7 125/12 125/16
125/24 129/22 129/22
130/2 132/17
**falsehoods [1]** 110/20
**familiar [4]** 27/23
74/19 95/9 111/10
**family [1]** 51/21
**fan [1]** 14/6
**far [14]** 5/18 7/9 11/19
37/25 38/3 38/3 41/7
56/6 78/3 92/21 125/13
127/8 135/10 150/12
**farm [20]** 1/8 4/14
40/17 41/10 42/23 55/18
55/19 63/8 81/23 82/10
82/23 82/25 86/7 87/25
96/8 104/20 119/4 120/8
132/22 142/5
**Farms [2]** 85/22 131/7
**fashion [2]** 38/22 91/21
**fatal [1]** 70/19
**father [1]** 18/2
**favor [3]** 38/16 65/18
81/8
**February [5]** 51/12
51/13 54/4 54/6 151/21
**February 1 [1]** 54/6
**February 1st [1]** 51/13
**February 25 [1]** 54/4
**February 25th [1]**
51/12
**February 5th [1]**
151/21
**federal [24]** 3/22 3/25
3/25 10/25 26/20 39/14
39/16 45/2 60/10 69/13
69/18 69/22 70/5 70/7
71/1 77/7 92/2 94/9
95/17 96/8 96/17 105/23
106/3 137/21
**Feds [1]** 25/16
**feeble [1]** 73/12
**feel [8]** 8/14 66/11
104/3 131/22 138/6
141/23 146/22 152/8
**feeling [1]** 13/24
**feels [2]** 58/18 105/19
**fell [3]** 72/14 72/18
121/15
**felt [1]** 115/5
**few [5]** 5/10 17/23
35/10 47/7 75/7
**fide [1]** 66/7
**field [2]** 13/16 13/16
**Fifth [3]** 74/11 74/13
89/22
**fighting [1]** 109/10
**figure [4]** 149/4 149/17
149/19 149/20
**file [31]** 58/2 58/3 68/4
71/12 72/7 76/1 80/8

80/20 80/25 81/3 82/21
82/21 83/3 83/4 84/20
90/24 91/16 91/17 92/9
92/10 93/20 94/15 97/6
97/14 97/16 99/10 99/11
101/1 101/8 104/2
151/18
**filed [58]** 5/9 6/8 9/13
11/8 12/12 25/6 25/8
25/9 25/10 27/20 31/7
31/10 31/25 32/3 54/25
56/14 56/17 56/21 56/22
57/21 57/22 61/12 64/2
68/6 68/14 68/15 68/15
68/16 68/18 71/1 71/4
71/6 71/23 72/1 72/4
73/4 73/12 73/22 74/6
74/14 75/6 75/24 81/9
82/12 83/16 84/5 84/5
91/4 92/25 93/17 94/16
94/23 94/24 98/7 98/9
103/25 152/19 153/1
**filing [11]** 57/2 57/8
57/12 57/12 69/12 72/4
84/15 89/24 95/21
101/13 154/9
**filings [4]** 5/9 6/6 55/3
72/2
**final [11]** 67/19 71/2
74/24 75/22 100/14
101/12 104/6 118/22
119/14 148/16 151/20
**finality [1]** 15/5
**finally [2]** 5/18 14/19
**find [10]** 28/23 30/16
46/23 49/4 84/24 91/7
100/10 106/16 127/9
146/4
**finding [1]** 65/18
**fine [4]** 21/11 50/12
67/12 97/18
**finish [1]** 127/21
**finishes [2]** 141/14
141/14
**firm [2]** 93/15 98/3
**first [105]** 6/19 10/20
11/8 12/7 16/5 24/14
31/9 34/5 35/8 35/11
42/21 47/3 48/6 49/12
50/14 54/23 55/20 56/16
57/5 58/11 61/17 64/2
68/8 68/15 69/21 71/6
72/4 72/14 72/14 73/3
73/22 74/6 74/14 75/5
75/24 76/1 80/20 80/25
81/3 81/8 81/19 82/12
83/3 83/4 84/5 84/5
84/20 88/23 90/24 91/4
91/9 91/10 91/17 93/5
96/24 99/20 99/23 99/24
100/4 100/12 101/16
104/12 104/14 127/15
145/3 153/24
**Florida's [1]** 39/18
**flow [1]** 108/16
**flown [1]** 51/14
**flsd.uscourts.gov [1]**
2/25
**fly [2]** 51/6 153/11
**foal [4]** 72/14 72/16
72/18 118/18
**foals [4]** 24/5 92/16
114/7 119/15
**focus [2]** 22/10 65/19
125/6 133/1
**focused [3]** 21/12 93/3

119/10 120/5 120/6
122/13 122/14 122/16
122/16 122/25 123/2
123/4 127/10 128/2
130/24 130/24 134/6
138/16 142/4 142/11
143/9 143/11 146/23
148/15 152/19 152/21
152/24 153/1 154/4
**five [20]** 21/9 28/8
30/17 44/13 44/19 51/17
83/18 83/20 100/4 115/7
122/12 122/22 126/20
139/1 139/5 139/21
141/5 141/8 148/12
148/18
**fix [1]** 145/18
**FL [5]** 1/20 2/5 2/8 2/24
155/14
**flamboyant [1]** 128/11
**flames [1]** 128/11
**flat [1]** 58/24
**flaw [1]** 70/19
**flew [1]** 86/4
**flies [2]** 51/7 86/6
**flights [1]** 104/15
**Floor [1]** 2/4
**FLORIDA [99]** 1/1 1/4
1/6 20/11 20/11 20/12
22/25 30/9 30/13 30/21
31/1 31/2 31/12 31/13
32/4 36/3 36/8 36/8
39/14 39/16 40/15 40/24
40/24 41/16 41/19 41/20
41/25 42/6 42/10 42/11
42/11 42/19 43/5 43/11
43/13 43/21 43/25 44/1
44/21 45/2 45/8 45/24
46/9 46/14 46/25 47/10
47/12 47/16 47/17 47/17
48/7 48/9 49/18 50/1
51/16 51/24 52/18 53/10
54/12 55/16 56/5 60/21
61/14 62/7 64/7 64/8
64/12 64/18 65/16 65/17
66/5 66/8 67/2 67/6 72/2
72/4 72/7 73/12 73/13
75/4 81/13 85/7 86/4
89/5 90/16 90/17 93/5
96/24 99/20 99/23 99/24
100/4 100/12 101/16
104/12 104/14 127/15
145/3 153/24
**Fourth [1]** 126/2
**Fox [1]** 125/22
**framework [1]** 6/3
**frankly [2]** 147/7
148/23
**fraud [2]** 87/3 92/3
**fraudulent [2]** 138/25
142/3
**fraudulently [2]** 147/11
150/1
**free [4]** 25/17 66/11
138/6 146/22
**Friday [1]** 151/21
**front [2]** 129/6 137/24

98/21
**follow [4]** 80/2 117/11
129/5 129/6
**followed [5]** 5/21 78/8
**following [6]** 22/7 33/2
78/13 78/13 97/12
119/13
**follows [3]** 31/6 50/20
68/7
**fond [1]** 128/8
**footed [1]** 58/24
**footnote [3]** 100/8
144/10 144/18
**foregoing [1]** 155/4
**foreign [5]** 60/6 60/20
60/22 65/6 92/13
**foremost [1]** 143/11
**forever [1]** 149/8
**forevermore [1]** 118/25
**forgive [2]** 34/21 85/3
**form [3]** 42/18 62/10
127/15
**formal [1]** 29/1
**formed [8]** 61/13 61/23
63/12 71/24 72/5 72/7
89/4 89/9
**former [2]** 3/24 112/9
145/1
**forms [3]** 39/25 46/19
139/16
**FORT [5]** 1/2 1/6 2/24
18/21 155/14
**forth [2]** 87/22 150/12
**forthcoming [1]** 152/12
**forum [20]** 45/5 45/6
45/10 45/24 46/9 47/11
47/17 47/22 49/19 51/24
54/13 59/22 61/15 73/10
73/11 85/14 85/16 88/9
91/22 98/18
**forums [2]** 81/11 83/3
**forward [8]** 12/1 15/18
16/22 20/22 22/19 24/8
28/7 33/4
**found [6]** 22/7 30/10
44/2 56/1 56/3 94/22
**four [16]** 51/9 54/8
88/10 95/2 100/4 115/7
115/22 115/24 120/4
138/25 145/12 145/13
148/12 148/15 148/15
148/21

**F**

**fruition [2]** 121/15 149/14
**full [7]** 19/20 19/20 20/22 20/23 58/7 129/14 136/8
**fully [2]** 22/1 84/7
**fundamental [5]** 22/17 36/17 39/8 76/20 136/3
**fundamentally [3]** 70/10 77/21 89/12
**fungibility [1]** 43/15
**fungible [2]** 136/6 136/10
**further [14]** 11/12 27/2 67/19 84/14 84/18 89/25 94/14 119/20 121/7 121/11 141/21 145/17 146/17 154/5
**fusion [1]** 87/2

**G**

**gain [2]** 91/14 92/13
**game [5]** 13/15 13/20 18/16 20/3 20/4
**games [1]** 19/19
**GARY [8]** 2/3 4/12 65/20 66/11 93/9 93/10 116/13 154/20
**gather [1]** 49/8
**gathered [1]** 47/9
**gave [8]** 15/1 17/4 23/16 52/8 113/14 120/3 148/1 148/12
**gavel [2]** 72/14 72/18
**general [42]** 38/25 39/25 40/1 40/5 42/1 42/15 43/16 43/17 44/4 44/7 46/1 46/5 46/16 46/19 46/20 46/23 47/8 48/2 48/13 48/17 48/21 50/10 52/11 53/5 59/18 59/19 59/22 60/1 60/9 60/24 60/25 63/22 63/24 64/23 65/7 65/11 69/7 76/5 77/6 93/6 104/12 144/13
**generally [2]** 35/14 76/25
**generated [1]** 106/7
**generation [10]** 122/13 122/14 122/16 122/21 122/25 123/2 123/2 123/4 130/24 131/5
**genetic [22]** 18/23 22/14 33/9 52/9 70/9 72/12 117/5 117/23 118/1 118/2 118/11 118/19 118/25 134/9 135/1 135/4 138/22 143/16 144/7 149/7 150/19 150/20
**genetics [28]** 1/9 4/17 23/7 28/13 33/1 40/17 41/11 42/24 43/4 43/6

44/20 45/7 47/16 48/11 55/14 55/14 63/8 82/9 82/9 82/11 82/23 82/23 85/22 86/7 96/8 104/19 110/16 142/9
**Genetics' [1]** 45/6
**genie [1]** 145/16
**Gentalis [1]** 128/4
**gentleman [2]** 20/9 56/25
**gentlemen [4]** 18/19 21/1 23/1 33/15
**geographic [1]** 130/4
**germane [1]** 62/20
**get [47]** 5/10 9/1 10/16 10/25 14/2 14/19 15/7 17/22 18/12 18/12 20/15 21/12 23/24 25/6 26/11 42/12 43/18 45/22 47/5 52/16 56/18 56/20 58/22 63/1 74/23 75/6 78/3 81/20 82/15 91/4 94/1 97/4 97/8 98/9 100/10 106/25 110/10 111/10 111/11 138/25 139/21 139/24 141/4 141/25 142/8 144/14 152/15
**gets [16]** 15/24 19/12 20/18 24/2 25/9 25/10 27/11 33/9 33/10 33/11 69/9 76/13 88/3 96/2 113/5 154/19
**getting [4]** 10/11 19/5 26/24 28/2
**gist [1]** 84/13
**give [30]** 7/24 13/6 21/22 21/23 23/21 26/3 32/21 38/2 47/4 48/18 59/7 69/18 70/2 73/13 74/11 75/15 76/2 85/4 87/14 90/17 99/13 101/12 106/25 119/3 120/24 125/4 125/10 125/19 140/3 151/16
**given [14]** 6/6 7/13 10/7 11/5 11/20 68/19 69/12 79/21 83/8 102/11 117/12 118/7 122/10 127/20
**gives [5]** 24/18 44/12 117/15 119/25 133/8
**giving [5]** 3/19 113/23 113/24 118/15 119/4
**glad [1]** 154/17
**global [1]** 24/16
**gmail [1]** 86/14
**go [44]** 12/21 13/5 15/3 16/21 20/22 22/19 26/6 26/10 33/4 34/16 38/18 41/2 42/6 45/21 48/18 49/2 50/9 50/11 77/3 84/14 84/18 92/21 96/3 96/4 96/15 97/5 97/18 103/19 105/24 110/7 115/7 122/12 123/8 123/25 130/12 131/2

138/8 138/10 140/10 140/11 142/8 146/22 147/2 153/11
**goes [11]** 27/21 36/16 44/9 54/18 72/16 76/20 98/8 100/9 115/9 133/11 144/13
**going [89]** 7/17 9/22 10/4 16/16 21/3 22/9 24/8 24/11 24/20 24/25 25/13 25/22 26/24 28/3 28/4 28/7 28/9 29/15 33/18 33/19 33/25 38/20 39/16 40/5 40/9 41/9 46/20 48/21 48/23 48/25 49/10 50/16 51/2 52/5 62/14 67/12 67/23 72/6 74/21 76/4 77/9 81/20 82/15 87/9 87/9 87/10 88/2 89/20 92/21 95/19 96/12 97/20 98/25 100/5 100/11 100/22 101/8 102/11 102/16 103/9 103/19 105/13 105/15 105/17 105/18 109/21 110/23 112/4 113/1 113/17 115/10 115/11 116/14 118/19 125/6 125/19 128/14 129/2 132/14 135/24 138/23 139/24 141/7 142/5 142/12 142/25 145/12 151/14 152/7
**Golden [3]** 78/20 79/6 79/24
**gone [7]** 11/5 11/6 22/20 26/9 126/3 135/10 140/11
**good [21]** 3/2 3/3 3/12 3/12 3/18 4/12 4/17 4/18 5/5 5/5 8/23 16/6 16/24 18/13 20/17 34/12 97/2 104/10 105/25 110/1
**goods [8]** 107/19 107/19 107/20 123/19 130/5 130/9 136/7 145/25
**Goodyear [3]** 39/24 46/17 60/13
**Google [1]** 137/10
**got [13]** 14/6 17/22 20/13 32/1 44/21 46/11 77/13 110/23 128/7 142/2 142/19 147/15 154/20
**gotten [5]** 13/3 16/6 22/6 38/20 126/3
**grab [1]** 92/17
**graduated [1]** 68/5
**grant [3]** 71/9 73/2 121/21
**granted [9]** 3/15 6/14 115/2 145/21 145/23 146/1 146/3 148/19 148/20
**graphic [2]** 12/13 12/23

**great [3]** 19/5 19/11 19/11
**greatly [2]** 13/17 153/22
**ground [3]** 11/1 11/2 140/14
**grounds [3]** 6/2 65/5 138/17
**group [4]** 1/18 3/13 109/11 131/9
**grouped [1]** 105/12
**guarantee [1]** 87/17
**guarded [1]** 72/13
**guess [13]** 6/15 27/9 27/12 69/23 91/3 96/6 103/11 117/11 120/10 133/1 149/6 149/21 154/3
**guitar [4]** 128/10 128/10 128/13 128/18
**guitarist [2]** 128/12 128/18
**guitars [1]** 128/16
**Gutierrez [20]** 15/25 16/1 17/2 19/17 20/6 21/21 22/2 22/3 22/17 23/6 27/12 27/21 27/22 28/1 28/11 32/24 33/7 33/10 56/9 57/3
**Gutierrez's [2]** 27/15 57/3
**gutting [1]** 121/4
**guy [1]** 128/9
**guys [2]** 111/22 113/2

**H**

**HABIB [5]** 1/21 3/14 3/19 8/3 12/13
**hac [2]** 3/16 3/21
**had [78]** 9/21 10/12 13/19 13/24 14/14 14/11 14/12 15/12 15/15 15/21 16/6 16/17 16/18 18/20 19/25 20/2 21/24 23/6 23/9 23/14 23/15 24/16 25/2 25/4 25/5 25/22 26/16 27/13 30/2 30/2 31/15 31/17 31/22 33/16 40/10 43/25 52/7 54/13 62/2 63/12 63/14 64/6 64/7 64/19 64/21 65/24 67/7 69/1 70/19 72/6 75/10 84/1 89/11 94/4 98/11 101/23 102/1 112/7 112/8 113/22 115/17 115/18 118/9 120/8 121/11 122/17 123/6 123/13 128/24 132/6 136/15 142/8 142/18 149/2 149/11 152/5 152/9 152/14
**hadn't [1]** 137/6
**Haile [1]** 2/3
**hailed [1]** 93/4
**half [4]** 18/12 18/12 85/20 139/18

**hallmark [2]** 124/23 124/24
**hallmarks [1]** 106/23
**hand [4]** 38/12 73/20 93/9 99/13
**handing [1]** 143/14
**handle [1]** 116/14
**handled [8]** 45/1 73/14 135/24
**happen [4]** 14/24 15/10 94/13 116/7
**happened [19]** 12/15 20/8 32/21 33/4 49/22 50/1 50/6 50/11 52/18 52/24 52/25 53/6 79/21 80/6 88/11 93/21 96/14 125/13 149/13
**happening [3]** 114/16 144/6 144/7
**happens [5]** 15/18 25/12 87/24 112/2 118/3
**happy [17]** 8/9 17/10 29/6 29/13 29/18 42/12 47/1 56/12 58/1 58/3 58/4 70/2 71/7 93/10 100/19 114/24 116/14 146/19
**hard [3]** 123/23 124/3 138/1
**harm [9]** 110/18 143/20 143/21 143/24 144/21 145/17 146/5 146/12 146/19
**Hartnett [5]** 30/11 30/11 56/3 56/10 67/1
**Hartnett's [3]** 30/25 56/2 57/5
**has [107]** 3/15 5/7 9/15 9/23 10/19 12/11 12/15 13/17 13/19 15/17 16/1 20/8 20/9 20/10 20/14 20/21 20/21 20/24 20/24 22/6 24/4 24/5 24/20 24/8 44/21 45/20 45/22 45/23 46/7 46/8 49/18 56/4 57/10 57/24 59/2 59/11 61/25 62/5 63/5 65/9 65/22 66/15 67/1 67/22 68/5 68/10 69/6 70/25 72/8 79/21 83/6 83/7 83/8 83/18 84/20 84/24 87/18 90/25 91/7 92/2 92/19 94/9 94/11 95/14 106/12 107/20 109/4 110/14 112/1 112/10 113/7 114/1 117/4 117/6 118/2 118/13 122/7 123/1 124/16 126/3 129/11 129/19 130/18 130/22 131/12 131/15 132/21 133/12 133/13 133/16 135/1 135/10 137/13 141/20 142/23 143/15 143/16 146/2 148/19 150/12 150/19 151/4

1a Dolfinger v3 Meeker

**H**

has... [1] 151/6
hasn't [1] 101/2
hauled [4] 46/5
have [310]
haven't [6] 13/3 38/20
58/15 121/9 136/15
149/18
having [14] 11/9 36/13
41/19 47/20 55/23 62/5
71/23 86/17 86/20 92/11
96/5 96/8 115/5 139/12
he [180]
he'd [1] 52/13
he's [6] 34/25 40/15
40/19 46/12 76/8 128/17
healthy [1] 30/22
hear [19] 4/4 4/8 6/22
7/3 14/9 14/14 16/20
16/21 20/8 35/5 76/12
76/14 79/4 103/11
105/20 123/24 124/4
127/22 152/17
heard [15] 10/12 14/10
16/25 72/15 72/17 99/17
111/13 121/8 125/5
138/21 139/7 144/17
146/14 151/11 153/12
hearing [16] 1/13 4/9
5/17 5/19 8/11 10/6
11/16 29/15 36/15 56/15
103/19 103/21 123/11
123/13 154/3 155/8
hearings [1] 36/16
hearsay [18] 35/11
35/12 35/13 35/14 35/14
35/15 35/15 35/16 35/18
35/18 35/20 36/23 36/24
36/25 37/4 37/4 37/17
37/17
heart [1] 72/10
heavily [2] 35/14 128/1
held [4] 50/14 51/12
53/9 62/19
help [1] 9/2
helpful [4] 46/23 49/4
57/25 105/22
her [10] 18/8 19/23
19/24 19/24 20/2 31/1
31/2 129/12 129/14
130/4
here [106] 6/4 7/2 8/18
10/10 11/24 17/19 17/21
19/14 20/11 20/11 20/13
21/4 22/5 22/25 25/9
25/22 26/20 27/1 34/13
36/17 40/4 40/18 40/18
40/20 40/21 40/22 42/10
42/10 42/11 42/24 45/19
45/20 45/23 46/7 46/8
47/21 48/14 49/23 50/6
50/11 53/2 53/2 53/10
53/21 55/3 56/5 56/7
57/13 58/7 61/14 65/16
66/25 67/3 67/6 70/6
70/15 71/9 71/23 72/11
72/23 73/12 83/9 86/6
86/12 88/24 91/1 92/22
94/19 96/17 97/11 98/25
100/1 101/21 102/13
104/20 105/3 106/7
109/10 113/18 113/19
114/9 115/16 117/17
119/8 121/10 123/8
125/19 126/5 130/6
132/1 132/12 133/16
134/8 134/21 135/9
136/4 137/17 140/25
145/3 149/5 149/20
150/3 150/17 153/14
153/15 153/23
Here's [1] 56/16
hereby [1] 155/4
herein [2] 68/10 141/13
hereto [1] 44/18
herring [1] 144/16
Hey [1] 80/22
hide [1] 29/14
highly [1] 145/8
Highway [3] 2/4 2/23
155/14
him [11] 9/17 14/12
34/22 43/4 76/14 88/24
94/12 104/15 113/14
118/15 120/3
himself [7] 3/15 16/4
23/15 23/18 98/19
110/22 114/2
his [88] 3/15 6/11 9/13
9/14 9/18 14/17 16/21
20/21 20/21 23/3 23/19
24/3 25/1 25/1 26/15
28/12 28/17 33/8 33/8
33/9 33/9 33/12 33/23
42/21 42/21 43/4 43/9
45/4 46/4 46/9 48/6
49/12 51/15 53/3 53/19
56/18 57/13 57/23 57/23
75/16 75/17 75/22 78/18
79/17 80/3 80/21 86/6
88/4 89/13 93/14 97/6
104/13 104/15 104/15
104/23 109/8 109/16
110/4 110/19 110/20
110/20 110/21 110/21
113/8 113/12 113/12
115/5 115/17 120/15
121/17 123/19 124/20
128/17 130/4 130/12
130/15 136/14 137/15
140/21 141/19 141/22
142/20 144/3 144/24
144/25 145/11 145/12
150/13
historical [4] 61/10
62/4 63/15 63/20
hoc [1] 61/15
hold [4] 10/2 32/15
114/14 143/1
holder [1] 120/24
holders [3] 29/4 29/9

34/9
home [4] 20/11 47/22
55/23 59/22
hone [1] 54/2
honestly [1] 49/7
Honor [182]
Honor's [3] 32/22
146/24 150/24
HONORABLE [1]
1/13
hope [1] 83/20
hopefully [3] 12/9
24/21 26/11
horrific [1] 72/23
horse [54] 13/8 13/22
13/23 13/25 14/15 14/21
15/22 15/24 16/3 16/4
16/11 16/24 17/3 17/4
18/7 18/12 18/16 18/16
19/2 19/2 19/21 19/22
19/25 20/2 22/11 22/13
25/16 30/19 30/20 30/21
30/23 33/19 34/4 36/1
36/2 36/7 36/8 36/12
63/4 63/5 64/18 72/22
78/18 109/20 109/21
130/13 133/19 133/19
133/20 134/21 134/24
137/11 143/10 150/19
horses [94] 9/7 9/25
13/18 13/22 14/12 14/14
15/1 15/17 17/23 18/1
18/10 18/13 19/9 19/13
20/11 20/13 20/15 23/15
23/16 23/25 25/19 25/24
26/3 26/6 26/9 26/11
26/15 26/18 30/16 31/9
31/11 31/13 31/19 31/20
32/10 44/16 51/4 55/10
63/3 64/6 64/8 64/9
65/23 65/25 66/3 66/4
66/18 66/19 66/23 67/5
67/14 70/8 79/14 85/24
92/23 99/25 109/1 109/2
109/5 109/7 109/9
109/12 109/12 109/14
109/15 109/23 109/24
110/7 110/12 111/5
111/7 111/9 113/2 113/3
113/12 113/12 113/16
119/25 120/4 120/9
120/9 120/25 124/18
131/15 131/16 137/20
139/11 143/10 144/22
145/5 146/8 148/13
150/5 151/25
horses' [1] 31/8
hours [3] 86/7 87/22
87/23
household [1] 129/4
how [30] 4/1 5/24 6/25
8/24 12/17 14/3 16/12
21/6 32/19 41/25 48/14
63/13 71/25 72/15 73/14
88/19 100/9 104/18
110/25 110/25 111/1

111/15 116/13 118/21
137/1 137/13 139/24
148/11 148/21 149/17
however [6] 35/13
70/21 96/5 107/8 131/18
151/15
huge [1] 20/14
hurt [1] 13/23

**I**

I'll [34] 6/18 7/25 17/11
23/21 29/21 33/3 34/13
42/12 47/1 50/7 58/23
59/7 65/20 66/22 77/6
78/9 81/6 82/19 84/14
84/18 85/4 87/19 90/17
91/2 96/5 97/5 100/18
106/25 119/22 136/12
138/10 146/24 150/13
154/7
I'm [83] 3/24 4/23 8/9
10/9 11/20 11/23 13/2
13/11 16/16 17/10 17/14
24/8 26/22 27/19 27/20
27/23 29/18 37/18 38/1
38/20 40/5 40/9 44/7
44/12 46/20 47/14 48/16
48/23 49/10 52/5 56/6
56/7 56/8 56/11 58/25
60/17 65/18 73/19 74/18
76/3 76/4 77/8 78/4
80/10 81/20 82/15 83/17
86/12 92/21 93/10 94/21
97/12 98/25 99/3 100/19
101/8 105/15 105/17
105/18 110/23 111/23
114/24 116/14 117/9
117/16 121/19 123/11
123/12 125/6 125/7
125/18 133/1 138/23
141/7 144/2 146/21
147/3 147/7 149/2
150/23 151/14 152/15
154/18
I's [1] 136/3
I've [3] 3/25 84/16
98/14
iceberg [2] 111/4 111/4
iconic [1] 19/22
idea [7] 16/24 19/19
76/19 97/2 112/7 112/7
135/6
identical [5] 91/18
118/3 134/21 134/24
134/24
identified [7] 10/20
70/21 78/23 79/10 91/11
140/23 151/5
identify [1] 65/3
ignored [4] 93/16 93/17
93/20 94/16
II [2] 40/14 41/8
illegally [1] 94/6
image [1] 31/20
imagine [1] 25/25
immediately [3] 11/11

95/24 105/21
impact [1] 113/20
impacted [1] 153/22
impatient [1] 147/3
imperative [1] 5/13
impermissible [1] 37/17
implement [1] 51/10
implementation [2]
51/22 54/11
import [2] 64/15 64/19
importance [2] 35/24
52/18
important [31] 7/4 12/7
14/22 21/23 23/14 30/19
36/17 43/19 44/22 61/7
63/4 63/5 63/11 64/19
64/25 66/16 67/10 80/3
81/25 82/4 98/10 99/7
100/25 106/19 106/20
108/14 115/15 115/23
133/4 134/5 140/12
impose [1] 152/9
imposed [1] 148/21
impossible [1] 132/5
impression [1] 124/15
improperly [1] 71/1
imputed [1] 79/16
inaudible [4] 59/3
81/11 88/24 98/23
Inc [1] 74/13
inclined [2] 77/8 127/19
include [2] 37/2 135/9
included [4] 37/1 51/17
51/18 66/21
including [3] 18/21
22/24 90/12
inconsistent [4] 38/15
65/9 110/20 119/1
inconvenience [2]
153/8 153/10
incorporate [2] 84/7
84/9
incredibly [3] 100/7
109/1 109/2
incubate [1] 18/6
incur [1] 149/11
indeed [1] 26/14
independent [2] 135/6
146/11
independently [1]
141/11
indicated [2] 67/11
151/24
indicates [1] 49/12
indicating [1] 66/17
indicia [1] 35/13
individual [5] 61/4 62/5
63/19 117/4 117/25
individually [3] 1/5 1/7
42/23
individuals [4] 4/19
53/14 72/19 93/4
induced [2] 147/11
150/1
inducement [2] 139/1
142/3

# I

**indulgence [4]** 12/19
83/19 105/17 152/22
**indulgent [1]** 59/2
**industry [3]** 14/4
120/14 120/17
**infectious [3]** 30/23
32/7 32/8
**infer [1]** 67/10
**inferentially [1]** 100/6
**inflexible [1]** 90/21
**inform [2]** 8/9 87/5
**information [7]** 42/3
47/2 62/25 93/2 93/2
132/4 152/10
**informed [1]** 87/7
**infringement [2]**
126/14 127/7
**inherent [4]** 18/17 94/8
**initial [1]** 148/4
**initially [1]** 70/18
**initiatives [1]** 43/6
**inject [1]** 18/5
**injunction [12]** 5/25
11/17 78/22 79/9 101/20
103/18 105/4 124/9
138/12 149/5 150/8
151/13
**injunctions [1]** 145/22
**injunctive [2]** 105/15
138/18
**injury [7]** 61/23 108/2
108/8 108/12 108/16
108/19 143/4
**inquire [1]** 9/22
**inquired [1]** 61/18
**inquires [1]** 8/4
**inquiry [2]** 36/9 80/16
**inseparable [2]** 129/16
129/16
**insistence [1]** 90/23
**inspected [1]** 30/23
**inspection [3]** 30/14
36/21 36/23
**Instagram [1]** 26/15
**instance [3]** 70/6 117/6
133/2
**instances [2]** 46/24 60/5
**instead [6]** 52/1 61/20
69/6 91/19 128/15 135/2
**instigated [1]** 61/24
**instigation [1]** 68/20
**instituted [1]** 89/21
**instituting [1]** 95/7
**instructive [1]** 38/17
**instrument [1]** 37/7
**insure [1]** 23/25
**integral [2]** 12/17 146/9
**intellectual [5]** 126/6
133/14 134/4 134/6
134/11
**intend [1]** 142/13
**intended [1]** 37/8
**intends [1]** 8/6
**intent [8]** 14/20 14/25

71/12 95/20 112/4 148/6
148/7 148/8
**intention [1]** 16/18
**intentionally [1]** 68/7
**intentions [1]** 26/17
**interest [12]** 9/24 16/6
22/13 78/23 79/10 90/22
91/20 108/4 108/9
108/13 108/14 153/18
**interested [3]** 14/3 92/6
99/16
**interesting [4]** 36/11
43/8 141/4 154/16
**interests [6]** 43/4 62/6
63/6 91/1 108/2 146/11
**interpret [2]** 147/23
147/23
**interpretation [2]**
147/20 148/25
**interprets [1]** 139/25
**interrelates [1]** 42/1
**interrupt [3]** 69/20
83/17 149/2
**interstate [4]** 25/16
30/21 32/10 137/22
**interview [1]** 22/15
**interviewed [1]** 22/8
**interviews [1]** 110/14
**introduce [4]** 3/15 29/6
100/19 101/14
**introduced [2]** 55/12
120/20
**introductory [1]** 21/7
**inventory [1]** 87/14
**investment [2]** 28/9
33/12
**invite [1]** 9/17
**invocation [1]** 7/13
**invoke [1]** 6/13
**involved [12]** 23/1 25/1
42/17 43/24 43/25 44/1
46/8 59/23 60/7 98/24
140/7 146/2
**involvement [2]** 64/7
113/1
**involving [3]** 25/22
94/9 153/5
**iron [1]** 137/1
**irrelevant [2]** 61/9
62/25
**irreparable [8]** 143/4
143/20 143/21 143/24
144/21 145/18 146/5
146/19
**is [755]**
**Island [1]** 55/24
**isn't [4]** 16/7 47/15
115/1 125/15
**isolated [3]** 58/21 63/13
65/9
**issue [33]** 8/7 8/25 9/7
10/1 12/1 36/14 36/25
53/2 59/17 64/17 67/8
71/7 72/8 72/11 73/21
74/4 74/8 78/9 78/10
78/22 79/19 83/13 83/13

83/15 84/8 87/12 96/7
103/1 125/2 127/18
132/11 147/5 153/14
**issues [21]** 27/25 38/12
53/1 60/15 61/9 64/2
71/6 73/5 76/5 77/24
78/5 81/15 82/14 83/7
83/7 91/18 94/12 99/6
116/14 146/25 150/21
**it [442]**
**it's [36]** 5/5 32/18 42/21
49/8 50/15 52/3 64/21
65/22 67/10 74/2 77/12
80/10 83/10 84/15 89/22
90/11 95/21 99/3 103/23
111/1 111/20 112/21
114/24 129/14 130/16
134/20 134/24 143/20
144/6 145/8 145/8
147/12 148/8 148/8
150/2 152/2
**its [9]** 37/19 60/21
72/10 82/10 116/3 118/2
118/19 119/10 132/9
**itself [15]** 15/21 36/8
36/23 46/11 60/2 63/8
64/18 65/10 80/9 80/11
86/5 120/12 133/2
133/12 150/20

# J

**J5 [3]** 45/18 46/10
47/15
**Jackson's [4]** 134/16
134/18 135/3 135/3
**JANUARY [4]** 1/7
27/20 45/15 55/1
**January 19th [1]** 55/1
**January 21 [1]** 27/20
**January 21st [1]** 45/15
**Jo [1]** 4/23
**join [1]** 131/23
**joining [2]** 32/23
136/20
**joint [12]** 44/17 44/19
49/16 50/19 51/11 51/23
54/12 113/14 115/3
118/16 118/22 154/9
**jointly [11]** 15/9 112/4
113/15 114/21 114/22
116/6 118/1 118/15
119/14 142/12 148/16
**Jordan [1]** 20/3
**Jornayvaz [20]** 4/23
5/1 6/21 6/25 22/24
42/21 43/2 43/19 43/22
44/2 44/15 45/14 48/6
49/12 49/14 53/12 53/16
54/5 54/7 101/23
**Jornayvaz's [6]** 42/20
45/13 45/18 57/5 57/6
57/8
**Journal [1]** 18/22
**journals [2]** 22/6 22/6
**Juan [2]** 56/23 85/18
**judge [10]** 1/14 73/4

78/6 81/13 94/2 94/11
94/11 96/12 147/2
149/10
**judgment [6]** 82/1 82/2
92/1 128/2 128/4 128/21
**judicial [7]** 31/4 62/15
87/7 87/11 95/10 95/18
95/22
**Julio [1]** 27/21
**July [3]** 32/13 32/14
32/23
**July 29 [1]** 32/13
**July 29th [1]** 32/14
**jumbled [1]** 79/2
**jumped [1]** 91/10
**June [1]** 28/14
**jurisdiction [121]** 5/20
6/5 7/9 7/15 8/7 10/21
10/22 10/23 10/25 11/3
11/19 12/2 12/6 12/18
21/13 25/21 25/24 36/4
36/6 36/10 38/19 38/24
38/25 38/25 39/4 39/8
39/13 39/17 39/19 39/25
40/2 40/3 40/5 40/6
42/15 43/17 44/5 45/8
45/25 46/18 46/21 47/9
48/2 48/13 48/15 48/17
49/3 49/19 49/20 49/21
49/22 53/9 58/10 58/16
59/18 59/19 59/22 60/1
60/3 60/9 60/9 60/11
60/24 60/25 61/1 61/4
61/15 61/18 61/19 61/22
62/3 62/3 63/18 63/19
64/1 64/3 64/16 65/7
65/11 65/18 66/6 66/9
68/23 69/4 69/9 69/11
69/14 69/19 69/24 69/25
70/4 70/19 70/25 71/18
71/18 74/16 75/2 75/23
75/23 79/16 79/18 80/1
80/5 80/14 80/19 86/5
92/18 93/5 93/6 93/7
97/9 97/13 99/19 100/4
101/7 101/9 102/1 104/8
104/10 104/11 150/16
**jurisdictional [14]** 8/18
8/21 43/16 46/1 46/6
46/16 58/8 71/21 76/10
104/7 105/1 152/5 152/8
152/11
**just [120]** 4/4 4/8 6/11
10/4 10/13 13/16 16/16
16/21 17/24 20/16 21/1
21/6 21/11 21/13 21/17
26/2 27/1 27/22 27/23
29/17 32/21 34/5 34/21
34/22 34/22 35/8 35/9
37/17 40/9 40/11 43/21
44/7 47/8 48/2 48/14
48/16 48/21 49/10 51/6
51/6 56/6 58/6 59/25
64/21 65/21 66/12 70/3
75/6 76/2 76/4 77/6
80/20 83/21 84/15 93/11

94/4 94/8 95/8 97/5
97/12 97/20 97/25 98/11
98/20 99/3 99/8 100/14
100/17 100/18 103/3
107/22 109/21 110/7
112/2 114/14 116/15
117/2 117/16 117/25
118/7 118/12 118/24
119/6 119/15 119/22
121/1 122/3 122/9 123/8
125/2 125/2 127/21
131/22 133/11 134/1
134/25 135/4 136/2
136/15 137/9 137/17
138/12 139/11 140/12
140/17 141/7 144/10
144/17 144/19 146/12
146/24 149/1 150/15
150/15 151/1 151/3
152/2 152/6 152/21
154/6
**justice [4]** 90/22 91/1
91/21 153/18
**justify [2]** 92/11 115/5

# K

**keep [11]** 5/8 6/8 11/24
11/25 17/23 21/14 27/4
83/1 88/3 91/24 93/3
**kept [2]** 21/21 24/1
**key [3]** 29/23 39/10
39/10
**kind [9]** 6/3 6/25 20/18
28/11 62/9 62/21 79/2
90/14 117/15
**kindly [1]** 3/15
**kinds [1]** 104/23
**King [1]** 81/13
**knew [4]** 18/19 22/12
25/22 144/17
**Knit [1]** 79/8
**know [84]** 5/11 8/5 8/7
8/22 10/5 10/12 10/13
10/17 11/10 14/4 14/22
14/23 14/24 19/9 19/9
22/5 25/6 26/16 26/20
27/11 30/20 31/17 34/22
35/24 39/2 39/9 39/20
40/1 46/17 47/2 49/3
49/7 49/21 50/7 58/18
66/7 70/17 71/22 73/8
73/22 77/12 77/23 78/4
79/22 80/23 82/9 83/13
84/14 89/4 91/9 92/16
93/9 93/13 93/17 96/1
96/2 96/12 97/4 97/12
99/19 99/24 100/3 102/9
102/12 105/21 109/17
110/13 111/10 111/25
115/21 129/1 133/23
134/16 134/18 136/2
136/14 142/17 144/3
144/4 145/4 145/19
149/3 149/14 149/16
**knowing [2]** 22/1
102/11

**K**

**knowledge [2]** 64/6 96/9

**knowledgeable [1]** 142/6

**known [7]** 13/14 30/24 49/17 110/4 110/11 111/16 133/19

**knows [4]** 65/6 106/6 109/17 137/14

**Kobayashi [6]** 45/11 45/16 45/16 47/15 47/23 48/10

**Kobayashi/La [1]** 48/10

**L**

**L.D [1]** 141/11

**LA [51]** 1/4 3/8 4/24 9/25 13/9 14/15 20/20 24/2 26/5 26/7 28/15 33/19 33/20 33/24 43/7 43/13 46/13 48/10 51/3 51/19 51/25 52/2 52/3 52/9 52/15 53/4 54/10 54/15 68/13 81/24 82/24 85/19 85/21 87/25 89/13 89/14 95/1 95/2 109/12 109/12 129/13 140/20 140/22 141/2 141/9 141/10 143/2 144/23 145/7 145/11 146/12

**La Dolfina [12]** 4/24 33/20 46/13 54/15 68/13 81/24 89/14 95/1 95/2 129/13 143/2 146/12

**lab [2]** 32/8 143/14

**laboratory [1]** 33/11

**lack [5]** 70/21 70/22 117/1 128/22 146/17

**lacks [1]** 74/16

**laid [3]** 27/14 48/3 108/23

**language [19]** 19/19 38/15 84/12 100/21 112/17 114/5 121/21 123/20 126/3 126/8 126/9 126/22 130/1 132/14 139/9 141/4 141/24 142/1 150/12

**Lanham [32]** 70/12 70/13 77/13 77/15 77/24 97/15 105/13 106/6 106/20 106/24 107/1 107/13 107/17 108/12 108/24 112/15 122/1 125/19 126/13 127/22 129/1 129/11 131/18 132/1 132/11 132/16 133/1 134/1 135/20 137/7 137/21 138/18

**Lapa [2]** 109/6 111/23

**large [1]** 90/13

**largely [1]** 61/9

**Lascara [1]** 81/12

**last [10]** 9/13 26/18 40/7 40/10 41/8 55/7 86/15 94/20 114/25 154/19

**later [16]** 7/17 7/22 17/12 28/14 29/25 36/15 43/18 45/21 50/15 50/20 87/14 128/16 137/1 142/9 149/14 151/21

**Latin [1]** 98/14

**latter [1]** 131/9

**law [39]** 1/18 3/13 12/6 22/7 39/20 44/21 45/24 49/18 58/18 59/16 60/4 60/17 68/5 70/10 71/4 76/17 76/17 77/13 77/25 78/2 80/20 84/12 85/3 88/14 94/5 96/17 97/11 98/3 107/1 125/21 127/13 134/7 138/4 138/7 139/24 143/19 143/21 144/1 146/18

**lawsuit [16]** 20/12 25/20 32/3 42/10 62/10 64/11 68/8 87/9 89/5 93/17 93/21 94/16 94/24 96/21 98/9 106/7

**lawsuits [4]** 25/6 43/24 100/5 101/15

**lawyer [1]** 76/8

**lawyers [6]** 12/25 22/5 45/3 45/5 45/6 89/1

**lay [2]** 27/1 147/21

**lays [1]** 126/16

**lead [1]** 39/3

**leading [2]** 12/15 85/21

**learn [1]** 14/3

**learned [4]** 65/6 78/6 111/17 138/15

**least [14]** 7/12 7/14 9/8 11/6 11/15 13/5 20/18 40/20 47/10 65/13 67/24 110/24 119/1 121/2

**leave [5]** 7/1 7/20 8/24 138/23 154/7

**left [10]** 17/16 22/21 25/24 72/22 75/21 76/1 84/4 85/3 131/23 138/1

**legal [12]** 22/6 22/6 25/1 38/12 50/8 51/14 53/1 58/17 58/25 99/5 125/2 129/23

**legally [1]** 11/1

**legitimate [1]** 131/15

**length [5]** 40/2 58/19 70/16 101/7 103/23

**lengthy [2]** 5/17 48/15

**lenses [1]** 46/2

**less [1]** 129/23

**let [20]** 25/16 34/19 34/22 65/20 65/21 93/22 94/4 98/25 105/21 108/24 114/9 114/10 122/3 123/8 123/8 123/25 125/2 138/3 138/8 147/4

**let's [33]** 11/25 15/18 22/18 22/19 22/19 26/2 26/3 33/2 50/9 50/11 50/12 50/13 80/9 93/23 97/8 99/21 101/1 105/3 106/19 108/10 111/9 112/14 113/9 114/2 114/15 114/19 115/9 115/22 140/10 143/3 143/9 147/2 152/16

**letter [32]** 14/20 14/25 23/13 32/16 32/20 33/22 49/15 50/19 54/9 86/13 86/14 93/15 93/17 98/2 98/4 98/7 98/8 98/17 98/23 99/1 99/2 99/5 100/15 100/18 100/18 112/4 136/20 140/1 148/6 148/7 148/7

**level [2]** 60/13 63/25

**leverage [2]** 91/14 92/14

**Lexmark [13]** 77/12 77/12 106/13 106/17 106/17 106/19 106/19 107/12 108/1 108/5 108/6 108/7 108/11

**liability [4]** 1/4 1/8 1/9 133/2

**license [7]** 15/2 114/24 115/2 117/15 117/17 120/23 120/24

**licensed [1]** 142/10

**licenses [2]** 33/5 123/13

**licensing [11]** 74/1 74/19 114/6 115/5 117/13 120/11 142/18 142/18 142/21 142/24 148/3

**life's [1]** 109/8

**lifeworks [1]** 115/18

**light [1]** 115/2

**like [43]** 3/24 4/7 5/19 7/21 12/9 12/14 12/25 13/2 17/7 17/7 17/11 34/18 35/8 35/9 37/3 38/18 40/7 48/2 59/8 66/11 67/13 67/18 88/3 89/15 90/12 94/13 100/21 101/21 104/14 104/16 105/20 110/8 115/5 118/11 123/14 127/12 130/25 131/23 132/18 136/7 144/25 145/2 150/10

**like to [1]** 12/25

**likelihood [17]** 105/7 109/24 110/24 122/1 124/8 124/25 128/6 128/23 129/2 130/20 137/8 138/5 139/21 139/22 139/25 146/17 148/24

**likely [3]** 123/15 123/16 150/21

**Likewise [1]** 87/14

**limit [1]** 102/10

**limitation [1]** 148/14

**limitations [2]** 119/24 155/10

**limited [16]** 1/4 1/8 1/9 11/25 17/4 33/5 33/5 41/18 104/7 105/1 122/23 123/5 138/9 142/18 142/21 142/23 line [12] 5/1 6/15 8/20 14/18 62/14 62/14 113/9 114/17 114/25 127/14 136/23 136/24

**lineage [1]** 145/12

**lineal [1]** 133/23

**lines [1]** 134/19

**lineup [1]** 145/4

**link [1]** 58/17

**linked [1]** 49/21

**list [2]** 102/12 104/3

**listen [1]** 131/25

**listening [3]** 6/12 144/18 154/15

**literally [1]** 35/16

**litigants [1]** 42/14

**litigate [1]** 135/14

**litigated [1]** 42/11

**litigation [23]** 20/16 26/9 42/10 46/8 60/7 65/17 65/24 66/1 75/5 88/17 89/21 92/11 98/5 98/6 98/12 98/12 98/17 100/12 100/20 100/25 101/4 104/22 142/17

**litigations [2]** 60/8 67/15

**litigators [1]** 77/15

**little [9]** 4/4 12/13 13/11 50/20 54/3 79/2 101/10 134/20 143/19

**live [9]** 7/10 17/4 8/13 23/19 45/22 101/21 102/15 103/19 105/5

**lives [1]** 45/19

**livestock [1]** 64/13

**LLC [15]** 1/4 1/8 1/9 3/8 40/13 40/14 41/5 41/8 45/11 45/16 55/22 68/13 72/5 73/13 89/14

**LLCs [1]** 40/17

**LLP [2]** 1/21 2/6

**local [2]** 3/21 87/22

**locate [1]** 55/6

**located [1]** 87/6

**location [2]** 36/1 55/5

**logic [1]** 80/2

**logs [1]** 104/14

**Lolo [1]** 52/13

**Lolo's [1]** 56/21

**long [10]** 7/17 39/15 39/18 69/1 87/6 87/21 92/24 99/15 105/2 147/4

**long-arm [3]** 39/15 39/18 69/1

**long-winded [1]** 147/4

**longer [4]** 29/23 48/21

**limit [1]** 102/10
83/20 143/7

**look [48]** 21/22 38/9 41/1 46/1 50/12 53/20 67/2 73/23 74/9 79/7 79/18 80/22 81/2 81/10 81/13 81/14 81/15 82/12 84/24 85/1 85/10 85/10 86/10 86/10 89/2 95/20 100/20 105/10 106/15 107/25 112/14 113/9 115/9 115/23 122/13 122/21 126/15 126/20 127/11 127/16 127/24 136/15 136/19 142/11 143/9 145/24 150/16 153/7

**looked [1]** 27/17

**looking [15]** 26/14 27/19 27/20 38/5 44/4 46/2 78/5 82/3 86/12 90/14 94/21 100/15 100/19 119/8 153/16

**looks [2]** 89/16 106/14

**loop [1]** 18/25

**loses [2]** 110/2 110/3

**lost [1]** 43/18

**lot [21]** 3/25 5/7 5/8 26/25 50/10 62/12 64/23 76/9 78/4 78/5 89/15 90/6 90/9 121/5 125/19 126/3 137/7 137/14 137/17 138/5 154/15

**lots [1]** 89/7

**louder [1]** 13/12

**loudly [1]** 4/4

**Louis [1]** 39/21

**lump [1]** 65/2

**lunchtime [1]** 87/24

**M**

**ma'am [3]** 21/15 27/5 106/2

**made [19]** 12/24 16/18 20/6 22/9 22/14 28/1 29/25 30/12 33/20 33/22 52/22 60/11 97/6 108/3 108/5 122/4 128/10 143/4 149/22

**magical [1]** 117/24

**mail [8]** 86/9 86/10 86/13 86/13 86/15 91/11 101/16 104/16

**mailed [1]** 94/21

**mails [3]** 87/21 98/11 111/3

**mainstream [1]** 19/7

**maintain [1]** 141/8

**make [47]** 5/20 8/8 24/5 25/17 29/17 32/9 37/19 48/3 49/10 59/25 60/14 62/13 67/24 68/1 68/21 69/17 70/23 71/17 72/25 73/1 74/17 76/4 76/13 77/15 84/25 93/11 94/5 98/20 101/8 103/16 107/18 110/8 116/15

**M**

**make...** [14] 122/4
124/1 124/6 125/24
128/6 130/1 134/10
136/1 144/17 144/18
147/4 147/9 150/13
151/3
**makes** [7] 43/20 86/24
94/8 95/7 122/10 128/14
136/25
**makeup** [1] 118/19
**making** [8] 26/22 58/17
86/8 111/23 113/25
114/3 124/22 131/13
**man** [3] 14/3 14/10
15/25
**managed** [3] 45/12 46/5
141/20
**manager** [4] 40/11
40/19 85/19 95/17
**mandatory** [2] 92/5
153/13
**manger** [1] 40/15
**manner** [2] 90/21
105/12
**Manual** [1] 81/6
**Manuel** [1] 81/18 84/22
85/5
**manufacture** [2] 53/4
61/15
**Manufacturing** [4]
125/9 125/10 127/5
128/11
**many** [18] 3/21 3/23
13/9 13/9 16/12 19/14
21/7 49/8 51/5 63/6 65/5
71/5 72/11 73/4 77/14
77/15 110/8 145/24
**March** [2] 29/5 85/8
**March 23rd** [1] 29/5
**March 26** [1] 85/8
**mare** [3] 18/4 114/6
148/3
**Maria** [2] 5/2 14/17
**mark** [5] 56/12 70/15
70/15 125/24 133/13
**market** [13] 15/9 110/8
110/25 111/1 113/14
116/3 119/10 124/15
124/21 129/2 137/19
144/21 144/22
**marketing** [6] 114/21
115/3 115/13 118/15
118/16 132/17
**marketplace** [4] 124/12
133/5 133/13 134/3
**marks** [1] 125/20
**massive** [1] 132/4
**match** [1] 117/21
**mate** [1] 22/11
**material** [14] 18/23
33/10 70/9 72/12 117/23
118/11 118/25 134/9
135/1 135/4 138/22
149/7 150/19 152/18

**materializing** [1] 87/6
**materials** [5] 56/14
56/14 101/11 144/16
151/17
**matrix** [1] 56/13
**matter** [31] 7/6 7/8 9/2
10/21 11/2 11/9 12/1
12/9 55/22 61/10 61/12
61/18 61/19 63/14 63/24
69/11 69/24 70/10 70/18
71/18 71/20 71/23 72/20
75/23 80/4 83/15 83/18
96/18 107/24 145/14
155/6
**matters** [4] 55/24 62/20
74/10 151/12
**Matthewman** [1] 78/6
**may** [31] 3/4 3/6 12/22
17/9 24/9 36/3 41/23
48/3 59/19 60/6 62/8
63/14 66/12 67/16 71/15
73/21 75/16 76/4 83/20
87/16 93/11 95/9 100/16
100/17 102/18 103/3
108/8 121/1 129/1
133/19 151/19
**maybe** [5] 8/23 13/25
74/9 95/4 100/4
**McCarthy** [3] 126/4
126/20 126/20
**me** [63] 3/14 3/19 4/7
6/15 7/24 17/6 17/22
18/2 21/24 24/18 31/15
33/21 34/21 35/5 38/1
38/2 44/15 47/4 56/7
59/18 60/10 62/18 65/21
70/3 73/20 76/2 76/2
77/3 79/4 85/3 88/25
89/1 91/10 93/22 94/4
94/8 94/11 98/25 100/6
105/21 108/24 114/9
114/10 117/2 118/20
121/21 122/3 123/8
123/8 123/25 125/2
128/5 128/20 131/24
132/25 138/8 143/25
144/5 147/2 147/3 147/4
150/13 154/20
**mean** [22] 10/9 23/3
34/8 41/20 63/7 65/12
85/13 88/14 89/6 93/18
94/15 107/14 116/21
117/1 117/13 118/21
118/24 119/8 127/17
131/6 133/2 139/23
**meaning** [8] 16/23
83/12 88/8 129/10
129/12 133/4 133/8
133/12
**means** [8] 79/25 88/15
89/9 96/10 139/23
147/22 153/11 153/23
**meant** [2] 87/4 90/20
**mechanism** [1] 134/8
**media** [1] 137/16
**medicine** [2] 14/5 19/14

**MEEKER** [145] 1/7
3/9 4/13 9/13 9/18 9/23
14/2 14/3 14/9 14/10
15/1 15/15 16/20 17/2
17/4 17/17 18/21 18/25
19/15 19/17 20/5 20/9
21/2 22/1 22/8 22/12
22/25 23/2 23/6 23/9
23/12 23/16 23/19 24/2
24/4 24/11 24/20 24/25
24/25 25/5 25/7 26/14
28/3 28/7 28/17 32/24
33/8 33/11 33/23 33/25
40/10 40/24 42/22 43/2
43/5 43/6 43/9 43/12
44/5 45/7 45/12 45/15
45/19 46/4 46/24 47/20
48/8 51/7 51/15 51/25
52/6 52/8 52/13 53/3
54/1 54/5 54/14 57/10
57/15 63/5 63/10 67/4
78/18 79/17 80/3 80/6
80/11 85/22 86/4 86/6
95/24 96/6 101/4 101/15
101/24 109/16 110/10
110/13 110/14 110/19
111/1 111/15 111/17
111/24 112/24 113/6
113/7 113/15 113/24
114/23 115/18 118/7
120/7 120/14 121/16
124/10 124/14 129/17
130/12 130/18 131/4
137/14 137/14 137/15
139/10 139/17 141/18
141/19 141/20 141/21
141/22 142/3 142/4
142/7 142/11 142/23
143/12 143/14 144/2
145/1 145/10 153/15
**Meeker's** [21] 11/20
26/17 28/9 41/1 44/16
45/3 45/5 45/16 51/14
51/21 54/6 57/13 65/4
66/19 93/14 104/12
111/5 120/1 120/18
140/5 149/16
**Meeker-owned** [1]
46/24
**Meeker/Crestview** [1]
80/11
**meet** [2] 60/13 69/3
**meeting** [6] 21/20 34/19
34/25 51/6 52/18 124/8
**meetings** [13] 22/23
49/15 50/14 51/4 51/10
51/12 52/7 52/19 53/9
53/18 53/25 54/4 62/19
**member** [3] 5/2 30/12
34/17
**memorialization** [1]
29/1
**memories** [1] 137/12
**memory** [5] 18/15
18/17 135/8 135/10

137/13
**men** [2] 16/14 21/21
**mention** [9] 58/25 82/7
82/7 82/8 82/25 82/25
126/16 126/18 126/22
**mentioned** [14] 27/10
32/3 42/11 45/13 47/2
47/3 52/12 67/11 73/6
80/6 106/10 151/1
151/14 152/5
**mentioning** [1] 58/25
**mentions** [2] 66/19
97/15
**mere** [2] 118/3 133/7
**merely** [11] 11/7 37/12
38/6 41/22 60/1 76/19
92/13 117/24 132/23
133/18 133/22
**merit** [1] 73/15
**merits** [8] 5/25 56/20
74/7 74/15 125/1 139/22
139/22 148/24
**messages** [2] 111/7
111/11
**met** [2] 8/14 139/12
**Miami** [1] 2/8
**Michael** [5] 20/3
134/16 134/18 135/2
135/3
**microphone** [1] 79/3
**middle** [1] 86/12
**miffed** [1] 147/7
**might** [13] 6/11 7/22
9/2 14/7 20/17 44/5 46/5
68/25 81/3 100/8 101/25
152/5 153/7
**miller** [4] 2/22 2/25
155/12 155/12
**million** [2] 28/2 28/8
**mind** [6] 6/3 6/9 8/15
8/17 9/21 21/14
**mindful** [1] 5/15
**mine** [2] 75/17 130/21
**minimum** [3] 116/5
119/12 119/16
**minor** [1] 142/6
**minute** [7] 25/2 50/13
50/17 75/15 82/16 116/9
143/3
**minutes** [10] 28/13
28/20 28/22 29/1 47/7
75/7 75/8 83/19 83/20
111/8
**misappropriation** [1]
132/2
**mislead** [1] 124/22
**misleading** [14] 41/18
64/17 112/18 112/19
112/21 112/22 113/25
123/10 123/11 123/21
124/10 124/11 136/22
145/8
**misnomer** [1] 136/9
**misrepresentation** [3]
130/10 130/14 134/3
**misrepresentations** [1]

143/2
**misrepresenting** [2]
129/19 130/8
**misrepresents** [1] 130/3
**missed** [2] 48/3 54/23
**missing** [1] 56/8
**mistake** [4] 24/5 77/15
93/2 123/17
**mistaken** [2] 77/14
77/18
**misunderstanding** [1]
73/14
**misunderstandings** [1]
136/4
**mix** [1] 117/21
**mixed** [1] 78/2
**mixture** [1] 62/25
**model** [5] 17/5 20/7
22/22 33/17 50/25
**moment** [15] 9/20
12/10 41/13 70/3 83/21
91/3 93/23 99/13 102/18
103/3 103/10 139/5
143/13 143/25 152/12
**momentarily** [1] 83/22
**momma** [1] 18/7
**monetary** [1] 139/15
**money** [10] 15/8 16/6
43/3 43/14 46/12 48/7
48/9 139/17 145/18
149/15
**months** [2] 9/8 99/22
**more** [29] 4/4 8/8 9/6
14/4 14/5 19/18 21/9
21/22 48/1 54/3 58/4
58/7 64/4 79/2 86/8
91/11 93/10 101/10
106/25 109/17 121/11
130/16 134/15 141/11
145/21 149/9 151/4
152/3 152/8
**morning** [13] 3/2 3/3
3/12 3/12 3/18 4/12 4/17
4/18 4/20 5/5 9/4 9/10
113/22
**morphed** [1] 97/14
**most** [13] 21/9 21/23
22/20 25/6 30/7 50/1
53/2 55/23 76/6 99/6
113/12 130/19 145/16
**mostly** [1] 139/16
**mother** [3] 18/15 18/18
135/8
**mother's** [1] 137/13
**motion** [24] 1/13 3/16
5/25 6/2 6/14 9/14 10/18
11/10 11/16 11/19 50/2
52/23 70/24 71/12 77/10
96/19 101/19 101/22
103/18 105/4 106/11
151/12 152/4 153/9
**mountain** [1] 137/19
**mouth** [1] 16/21
**move** [16] 7/8 11/19
15/18 17/5 19/3 21/5
22/19 35/17 59/8 105/3

**M**

move... [6] 115/22
138/14 138/24 140/13
141/7 141/24
moved [7] 20/13 20/15
31/18 75/4 79/3 79/14
138/15
movement [3] 64/7
65/25 99/17
movements [1] 65/23
moving [4] 11/10 24/8
36/12 80/3
Mr [113] 3/14 6/21 6/25
9/25 13/14 13/23 14/2
14/11 14/11 14/17 15/7
15/11 15/22 16/3 16/15
17/14 19/17 19/23 19/23
20/14 22/1 22/3 22/16
22/24 23/6 23/12 24/1
25/15 28/1 28/7 28/16
32/24 33/7 33/8 33/9
33/24 41/1 43/2 43/19
44/5 44/20 45/14 46/10
49/12 49/18 50/20 51/11
51/15 51/19 51/23 52/1
52/2 53/3 53/12 53/16
53/22 53/23 54/3 54/6
54/10 54/19 54/25 56/16
57/5 57/13 63/10 79/1
80/5 82/23 83/12 83/14
86/20 88/23 89/11 89/12
94/25 99/12 101/23
103/24 104/1 104/12
109/3 109/4 109/13
110/3 112/3 112/6 112/7
112/9 112/10 113/14
115/4 116/3 118/6
122/10 123/22 124/19
124/20 129/12 129/17
129/19 130/7 130/12
140/5 141/22 143/12
144/2 144/23 145/2
145/3 146/8 146/11
149/6
Mr. [428]
Mr. Ballesttere [5]
56/24 136/13 136/19
137/19 146/10
Mr. Ballesttere's [3]
130/19 131/2 146/7
Mr. Borodin [14] 20/10
20/10 20/20 20/23 32/4
52/14 55/22 78/16 79/13
80/7 104/17 123/1
143/13 145/2
Mr. Borodin's [1]
55/21
Mr. Bucking [2] 34/17
34/24
Mr. Cambiaso [30]
13/17 14/6 22/16 23/14
23/20 34/3 43/13 86/18
87/25 94/25 109/4
109/18 110/2 110/17
111/14 112/9 112/12

112/12 115/16 115/20
122/18 123/7 129/4
129/6 131/12 131/16
145/7 145/11 145/15
148/19
Mr. Cambiaso's [12]
13/15 13/22 24/24 53/17
73/6 109/8 112/13
112/25 112/25 124/12
131/8 139/18
Mr. Castagnola [1]
131/14
Mr. Chapman [50]
4/22 4/25 5/4 5/20 6/4
6/16 7/20 8/16 8/22 10/5
11/14 12/3 20/17 26/2
26/10 27/20 28/20 29/23
30/9 31/19 38/21 39/2
41/13 42/5 50/9 55/6
67/19 73/25 74/23 75/1
75/21 75/25 83/17 84/4
88/19 94/14 101/18
101/22 102/14 103/5
103/17 104/6 105/6
106/10 123/23 135/22
138/3 143/3 152/1 154/1
Mr. Chapman's [1]
58/10
Mr. di [8] 57/1 85/17
86/15 87/8 88/2 89/21
95/7 101/4
Mr. di Caro [1] 95/16
Mr. di Caros' [1] 85/18
Mr. Eichberg [5] 25/2
51/14 54/6 86/3 100/20
Mr. Gutierrez [11]
16/1 17/2 19/17 20/6
21/21 22/2 22/17 23/6
28/11 32/24 33/10
Mr. Gutierrez's [2]
27/15 57/3
Mr. Habib [1] 12/13
Mr. Jornayvaz [8] 5/1
43/22 44/2 44/15 48/6
49/14 54/5 54/7
Mr. Jornayvaz's [4]
42/20 45/13 45/18 57/8
Mr. Juan [1] 56/23
Mr. Meeker [124] 9/13
9/18 9/23 14/2 14/3 14/9
14/10 15/1 15/15 16/20
17/2 17/4 17/17 18/21
18/25 19/15 19/17 20/5
20/9 21/2 22/1 22/8
22/12 22/25 23/2 23/6
23/9 23/12 23/16 23/19
24/2 24/4 24/13 24/20
24/25 24/25 25/5 25/7
26/14 28/3 28/7 28/17
32/24 33/8 33/11 33/23
33/25 40/10 40/24 42/22
43/2 43/5 43/6 43/9
43/12 45/12 45/15 45/19
46/4 47/20 48/8 51/7
51/25 52/6 52/8 52/13
54/1 54/5 54/14 57/10

57/15 63/5 78/18 79/17
80/3 80/6 86/4 86/6
95/24 96/6 101/24
109/16 110/10 110/13
110/14 110/19 111/1
111/15 111/17 111/24
112/24 113/6 113/7
113/15 113/24 114/23
115/18 118/7 120/7
120/14 121/16 124/10
124/14 130/12 130/18
131/4 131/9 131/12
137/14 137/14 137/15
139/10 139/17 141/18
142/3 142/4 142/7
142/11 142/23 143/12
143/14 145/1 145/10
153/15
Mr. Meeker's [16]
11/20 26/17 28/9 44/16
45/3 45/5 45/16 51/14
51/21 65/4 66/19 93/14
111/5 120/1 120/18
149/16
Mr. Nasrullah [23] 4/3
5/20 8/16 12/19 12/20
13/11 21/6 30/9 38/21
105/10 105/12 105/19
105/20 106/1 114/4
116/8 121/25 124/4
127/21 130/14 135/24
137/25 154/2
Mr. O'Quinn [50] 3/24
4/18 7/12 9/5 11/13
29/20 34/13 35/3 36/19
41/14 43/10 48/17 48/19
49/24 55/7 58/9 59/7
59/9 62/16 64/4 67/18
75/12 75/14 75/15 76/7
77/14 77/18 79/14 80/18
80/22 84/15 85/15 91/2
95/8 97/6 97/7 97/24
101/24 102/3 104/4
116/9 116/10 127/22
131/17 131/20 132/25
135/18 146/16 150/10
154/2
Mr. O'Quinn's [4]
88/20 90/23 93/15
137/12
Mr. Paradice [3] 44/11
45/4 47/18
Mr. Paradice's [1]
57/17
Mr. Porven [1] 4/21
Mr. Robert [1] 57/6
Mr. Robert Jo [1] 4/23
Mr. Webster [1]
128/23
Mr. Woodfield [22]
3/24 9/5 9/20 10/3 49/24
55/8 73/16 74/18 75/12
93/22 94/15 95/4 116/24
119/19 127/23 131/18
135/19 146/16 150/9
150/11 152/24 154/2

Mr. Zedda [14] 51/9
51/10 52/5 52/7 52/12
52/20 53/13 53/24 54/2
54/5 54/7 54/19 103/24
109/18
Mr. Zedda's [6] 51/7
51/8 51/17 57/20 104/1
146/7
Mrs. [2] 56/22 113/5
Mrs. Castagnola [1]
113/5
Mrs. Castagnola's [1]
56/22
Ms [6] 3/3 30/11 30/11
30/25 56/3 57/5
Ms. [5] 4/19 4/22 6/19
6/24 56/2
Ms. Cambiaso [2] 6/19
6/24
Ms. Hartnett's [1] 56/2
Ms. Nicato [1] 4/19
Ms. Vasquez [1] 4/22
much [19] 16/6 16/6
20/20 38/9 48/21 53/20
59/4 79/18 87/2 95/10
131/14 133/4 137/6
138/1 138/21 146/12
146/12 154/13 154/15
multipage [1] 30/15
multiple [10] 46/7
46/10 49/14 49/14 50/6
50/14 51/12 54/2 63/5
92/12
must [3] 35/13 39/16
73/3
muted [3] 17/14 75/25
131/20
mutual [1] 115/12
mutuality [2] 140/25
141/13
mutually [1] 122/24
my [46] 3/18 4/7 5/8 6/9
10/13 29/19 30/5 36/25
37/3 38/18 42/8 42/12
48/13 58/11 58/16 60/7
60/19 62/24 64/9 73/20
76/1 76/2 76/19 77/6
85/3 94/19 95/14 102/10
102/19 111/22 111/22
113/2 115/9 117/3
117/11 125/16 125/16
128/20 129/21 130/15
137/12 143/25 147/3
152/10 152/12 155/7
myself [4] 28/7 43/3
54/5 69/23

**N**

N.L.R.B [2] 78/21 79/7
Nalbandian [1] 16/2
name [15] 3/18 13/22
43/14 67/3 67/4 129/14
133/2 133/3 133/8
133/11 133/11 133/20
136/20 136/22 140/20
named [5] 14/15 15/25

20/10 122/20 131/7
names [7] 51/13 70/9
112/16 129/4 130/25
134/13 145/6
naming [1] 136/19
narrow [1] 8/7
narrowly [1] 93/3
NASRULLAH [31]
1/21 3/14 3/19 4/3 5/20
8/3 8/16 12/13 12/19
12/20 13/11 17/14 21/6
30/9 38/21 99/12 105/10
105/12 105/19 105/20
106/1 114/4 116/8
121/25 123/22 124/4
127/21 130/14 135/24
137/25 154/2
national [1] 19/10
naturally [1] 18/11
nature [5] 66/9 90/10
104/12 130/3 136/4
68/14 152/15
necessary [1] 103/10
need [35] 9/19 10/16
11/24 16/8 16/9 16/10
26/10 32/6 32/7 67/23
72/15 78/20 84/16 97/18
100/9 101/10 101/25
102/23 106/15 107/7
107/8 112/16 117/19
119/6 119/16 120/19
125/5 125/11 125/23
125/24 126/23 133/14
138/2 142/12 149/21
needing [1] 153/11
needs [5] 17/21 60/11
69/15 73/22 108/16
negate [2] 148/5 149/22
negotiate [2] 86/2
115/17
negotiating [1] 121/7
negotiation [1] 92/14
negotiations [11] 24/10
42/25 52/25 63/16 85/14
85/21 86/4 86/9 88/5
88/9 121/9
neighbor's [1] 132/7
neighbors [1] 132/8
Nero's [1] 57/17
Nevada [1] 1/9
never [13] 15/15 18/13
23/2 30/3 52/6 52/12
52/13 109/24 111/16
115/3 115/16 119/3
121/14
Nevertheless [1] 68/9
new [6] 13/3 73/13
111/22 114/3 127/19
143/18
newly [1] 72/6
news [1] 19/12
next [16] 15/18 19/3
21/5 22/4 26/10 67/23
86/16 87/24 88/5 89/22
93/20 113/9 131/5 141/5

**N**

next... [2] 148/19
151/21
**NGS [2]** 40/14 41/3
**Nicato [2]** 3/3 4/19
**nice [1]** 10/16
**nine [1]** 90/12
**no [82]** 1/2 4/21 7/11
7/14 7/16 9/23 10/23
15/5 16/12 16/18 23/9
24/4 24/5 28/25 29/1
29/23 33/24 36/16 39/9
41/23 43/20 48/12 52/24
57/14 57/15 64/6 64/15
64/15 69/1 70/15 71/17
72/8 72/11 76/14 76/22
79/15 83/9 88/3 92/10
92/22 95/12 97/3 98/18
102/3 102/7 102/7
103/21 106/12 110/10
112/7 112/7 113/6
119/16 122/8 122/10
122/25 126/16 126/18
127/9 128/23 128/24
130/11 130/11 132/6
132/11 132/18 134/15
134/24 135/21 141/9
143/5 143/7 144/15
147/10 147/15 147/17
149/25 150/8 151/17
151/21 152/20 153/20
**nobody [2]** 26/6 109/17
**non [2]** 95/16 113/13
**non-English [1]** 95/16
**non-performed [1]**
113/13
**none [1]** 63/1
**nonetheless [1]** 91/7
**nonmonetary [2]**
139/16 139/16
**nonprofessional [1]**
141/18
**nonresident [2]** 39/18
59/20
**North [1]** 2/5
**Northern [19]** 25/9
54/24 56/17 57/8 57/10
57/24 81/24 83/4 85/7
88/1 88/11 90/1 90/10
94/3 94/23 96/14 96/23
97/2 153/1
**not [219]**
**notable [1]** 43/8
**note [3]** 54/21 63/11
71/2
**noted [1]** 37/21
**notes [3]** 68/12 76/11
85/4
**nothing [15]** 27/2 29/14
36/5 49/25 52/24 60/12
61/25 63/21 66/17 67/2
89/8 89/17 143/12 151/5
151/6
**notice [2]** 31/4 68/3
**noticed [3]** 76/6 76/6

76/8
**notify [1]** 154/9
**notion [4]** 71/25 72/3
120/11 135/8
**notorious [1]** 128/13
**notwithstanding [2]**
68/4 92/2
**novel [1]** 143/19
**November [12]** 15/19
66/24 67/5 92/16 92/24
98/25 99/1 99/2 99/3
99/6 99/18 100/15
**November 18 [1]**
100/15
**November 18th [3]**
99/1 99/2 99/6
**November 9th [1]**
92/16
**now [70]** 7/12 7/23 8/6
8/19 9/4 11/15 12/15
12/16 15/16 17/7 17/18
18/9 19/12 20/6 20/23
25/1 25/12 25/15 26/9
26/10 26/13 26/22 27/8
28/4 34/4 35/15 39/3
42/7 44/8 45/3 46/21
50/15 66/16 76/12 79/4
80/24 81/10 81/16 82/9
94/8 96/9 97/16 99/3
99/19 99/21 105/3 105/5
106/10 107/5 107/12
109/25 110/23 111/24
113/7 115/1 121/8
126/15 128/8 135/23
138/3 142/17 145/1
147/8 147/11 148/4
148/10 148/10 149/8
149/23 152/16
**nowhere [2]** 140/3
140/9
**number [14]** 27/16
34/23 47/9 60/15 63/2
67/22 73/7 73/7 91/3
91/6 104/14 114/8
128/21 128/22
**number two [1]** 91/6
**numerous [5]** 11/8
42/24 51/10 62/19 72/21

**O**

**O'Connor [2]** 94/11
96/12
**O'Donnell [1]** 1/21
**O'QUINN [53]** 2/6 3/24
4/16 4/18 6/10 7/12 9/5
11/13 29/20 34/13 35/3
36/19 41/14 43/10 48/17
48/19 49/24 55/7 58/9
59/7 59/9 62/16 64/4
67/18 75/12 75/14 75/15
76/7 77/14 77/18 79/14
80/18 80/22 84/15 85/15
91/2 95/8 97/6 97/7
97/24 101/24 102/3
104/4 116/9 116/10
127/22 131/17 131/20

132/25 135/18 146/16
150/10 154/2
**O'Quinn's [4]** 88/20
90/23 93/15 137/12
**O2 [1]** 130/25
**O3 [1]** 131/1
**O4 [1]** 131/1
**O5 [1]** 131/1
**object [2]** 37/5 42/3
**objection [12]** 7/16
17/11 29/18 29/19 35/11
37/15 37/18 37/20 37/21
41/14 41/23 60/20
**objections [3]** 29/21
34/14 35/10
**obligation [1]** 152/10
**obligations [1]** 21/25
**obscure [1]** 19/6
**observe [1]** 29/18
**obstruction [1]** 26/21
**obtain [1]** 104/9
**obviate [2]** 9/19 101/25
**obviously [7]** 41/25
44/8 54/2 66/16 74/16
104/21 107/3
**occupies [1]** 137/11
**occur [1]** 115/25
**occurred [4]** 66/3 66/24
79/23 155/8
**occurrences [3]** 61/5
62/4 72/8
**occurring [1]** 66/4
**oddly [1]** 33/13
**odds [1]** 121/2
**off [13]** 6/4 8/20 8/22
17/16 22/21 58/23 75/21
84/4 88/5 88/11 88/17
123/3 149/23
**offense [1]** 12/14
**offer [3]** 9/4 10/17 75/1
**offered [4]** 36/1 37/13
59/16 64/23
**offering [1]** 86/2
**office [1]** 75/17
**officers [1]** 57/15
**Official [2]** 2/22 155/13
**officially [1]** 136/23
**often [1]** 40/1
**oh [3]** 44/5 83/14
123/13
**okay [56]** 4/10 5/4 6/14
7/12 8/1 8/15 8/19 11/13
12/20 17/13 21/11 23/21
29/20 34/7 39/15 39/16
39/19 39/20 39/23 40/3
42/4 47/19 48/12 48/24
49/22 50/14 51/10 54/17
54/21 55/6 57/19 58/6
59/6 76/3 80/17 81/2
81/8 81/15 84/4 85/10
96/9 97/20 97/22 101/6
102/14 103/5 104/25
107/11 114/14 124/16
135/17 135/22 136/22
146/3 146/14 152/23
**old [2]** 99/22 100/1

**once [6]** 52/6 73/18
89/18 93/17 96/6 97/9
**one [112]** 2/4 5/3 6/20
7/24 7/25 8/4 8/4 9/2
9/20 11/7 13/21 14/14
15/20 18/22 21/3 22/2
25/25 27/16 27/25 27/25
29/22 32/15 41/13 42/21
44/18 45/10 45/10 47/4
47/9 47/10 48/23 51/6
51/6 54/21 54/23 55/7
57/2 57/4 57/7 61/13
64/4 68/9 72/19 73/8
76/2 77/25 79/23 82/1
83/10 83/21 85/6 85/21
86/22 89/6 90/19 91/3
91/24 91/25 91/25 93/11
94/2 100/14 101/13
102/10 102/21 104/6
106/7 106/8 106/10
107/20 109/4 109/6
109/6 110/6 110/7
110/12 110/24 111/22
113/2 114/8 114/10
114/11 114/17 114/23
119/24 122/19 124/3
127/14 128/4 128/21
130/17 130/17 136/7
137/15 138/11 138/12
138/13 139/17 140/10
140/16 140/20 141/13
143/4 144/4 144/6
144/20 146/1 148/2
148/11 148/12 150/23
151/20
**ones [1]** 109/13
**ongoing [1]** 98/5
**only [25]** 33/18 45/1
50/6 51/20 52/10 54/15
59/20 67/9 79/9 80/10
81/2 82/6 82/23 84/9
96/22 103/12 109/4
109/13 110/6 110/12
124/19 141/1 144/4
144/6 149/14
**Open [8]** 13/21 14/13
19/22 19/24 19/25
122/18 122/20 145/16
**opened [1]** 143/16
**opener [1]** 25/3
**opening [2]** 27/2 76/19
**operating [5]** 32/25
55/15 111/24 112/1
113/11
**operation [7]** 32/25
33/1 33/3 33/12 55/14
87/17 121/4
**operations [2]** 23/2
104/19
**operative [1]** 147/19
**opine [3]** 139/1 147/21
147/22
**opinion [1]** 125/14
**opportunity [15]** 3/19
10/7 44/15 48/19 60/14
67/13 71/10 74/24

101/13 102/15 103/17
118/16 127/12 151/16
151/20
**opposed [1]** 18/9
**orange [1]** 41/3
**order [13]** 3/20 6/16
11/24 13/4 32/6 43/13
43/14 61/24 89/4 107/12
149/4 152/3 152/13
**orderly [1]** 91/21
**orders [2]** 145/20 146/1
**organic [1]** 62/21
**organized [3]** 6/9 38/22
68/19
**origin [4]** 56/2 56/4
112/18 123/19
**original [19]** 16/11
16/23 18/14 18/23 19/2
42/12 52/9 55/4 57/12
68/24 109/21 109/24
110/1 116/12 116/21
119/3 121/22
**other [69]** 4/19 6/22 7/8
9/24 9/25 11/1 17/24
18/1 18/10 18/12 18/13
22/23 23/23 29/7 30/5
36/16 37/3 37/11 41/17
45/8 45/10 45/10 46/10
55/21 57/11 57/15 63/16
63/22 65/9 66/7 76/15
76/15 77/23 78/9 78/10
79/23 80/23 81/4 82/2
85/22 88/16 89/8 92/15
92/20 94/8 98/18 101/16
102/21 104/19 106/8
107/18 108/17 109/5
110/2 113/8 114/1
114/17 121/14 124/21
128/15 133/21 134/13
136/7 139/12 141/2
142/22 143/14 147/14
152/20
**others [10]** 20/5 40/20
43/3 48/8 49/11 78/7
105/16 116/5 119/12
130/7
**others' [1]** 22/14
**otherwise [6]** 30/24
33/25 49/17 91/16
102/16 103/21
**ought [1]** 13/25
**our [53]** 5/14 8/14
10/11 12/6 12/7 17/2
18/20 18/22 21/23 25/9
32/3 52/22 53/11 59/1
71/16 74/24 76/18 76/22
76/23 78/2 78/10 78/12
78/14 80/9 80/15 82/22
90/3 95/6 97/13 102/6
106/14 107/25 111/15
122/6 125/4 133/10
138/2 139/7 139/24
140/2 142/13 143/21
147/24 147/25 148/1
148/20 149/11 150/4
152/19 153/1 153/14

**O**

our... [2] 154/14 154/16
ours [1] 102/6
ourselves [1] 10/8
out [58] 18/5 18/15
18/24 20/19 23/5 23/6
25/19 26/18 27/14 28/11
30/21 31/16 31/16 31/24
42/8 47/9 48/3 61/5 61/7
61/11 65/16 70/17 75/4
80/4 80/20 80/21 84/11
91/10 92/15 92/22 93/7
98/8 100/11 100/21
101/4 108/23 109/23
110/15 110/15 111/2
111/6 111/8 111/8
111/16 113/1 122/9
123/22 124/14 126/2
126/17 127/25 128/16
130/12 130/21 143/17
144/8 144/9 145/17
outline [1] 81/23
outlined [3] 89/18
97/10 130/18
outright [2] 118/25
149/7
outside [1] 41/25
over [22] 28/2 36/6
39/17 40/13 41/2 58/1
59/20 70/25 72/15 72/15
80/1 92/19 105/18 110/4
110/9 110/9 121/6 123/5
124/3 128/15 140/11
145/7
overall [2] 6/3 34/13
overlap [8] 81/12 82/18
83/3 83/8 84/10 84/17
91/20 138/6
overlapped [1] 63/15
overlapping [1] 91/6
overlaps [1] 63/24
overlooked [1] 49/20
overruled [1] 37/22
own [13] 16/21 18/8
20/21 20/21 37/19 51/14
83/14 117/25 118/2
122/19 141/22 142/20
149/18
owned [9] 14/16 43/4
46/24 64/10 64/13 87/14
101/16 140/20 150/21
owner [17] 15/12 44/12
55/19 89/13 114/20
116/2 116/5 116/19
117/5 118/11 119/9
119/13 119/25 122/23
142/23 146/2 148/16
owner's [2] 116/4
119/11
owners [1] 132/8
ownership [9] 25/23
54/16 77/16 117/14
117/18 117/22 117/23
150/18 150/19
owning [1] 118/1

owns [4] 117/5 118/13
131/15 142/16

**P**

P-R-O-C-E-E-D-I-N-G-
S [1] 3/1
p.m [3] 84/1 84/2 155/1
P01 [1] 131/6
P02 [1] 131/6
P03 [1] 131/6
PA [1] 2/3
paddock [2] 31/12
31/20
page [29] 27/16 28/21
28/21 30/16 30/17 31/11
40/15 43/2 44/3 44/11
44/14 44/19 44/23 44/24
45/14 51/9 74/4 85/6
86/1 86/1 86/12 86/15
86/16 88/10 94/23
140/13 140/13 141/5
141/5
pages [10] 1/8 10/17
28/23 77/13 78/15 78/16
90/12 90/12 90/19
108/21
paid [4] 15/7 21/25 28/8
149/13
paints [1] 128/11
Pallet [1] 85/8
Palm [13] 2/5 22/25
25/14 31/14 45/2 47/21
51/16 53/6 54/7 55/24
56/5 62/20 85/20
pandemic [1] 155/9
Pantera [1] 128/2
papers [5] 13/20 42/12
74/1 129/15 133/10
Paradice [14] 44/6
44/11 44/20 45/4 46/10
47/18 49/17 49/17 49/18
50/20 51/11 53/17 54/12
56/9
Paradice's [2] 51/23
57/17
paragraph [45] 43/1
43/2 43/20 44/3 44/13
44/23 44/24 45/4 45/14
48/6 51/9 51/17 53/23
53/25 54/8 68/9 85/19
85/25 86/17 87/8 87/13
106/4 114/10 114/11
114/23 115/9 115/22
115/24 119/24 120/2
120/4 120/15 122/12
122/22 136/25 137/2
140/22 141/14 148/2
148/11 148/14 148/15
148/18 148/21 151/2
paragraphs [10] 89/19
107/25 115/7 131/2
136/18 136/18 140/12
140/16 141/5 148/12
paralegal [1] 30/11
paramount [1] 109/22
parcel [1] 38/13

pardon [1] 72/23
parent [1] 132/9
parentage [1] 133/22
Park [7] 55/22 56/4
67/4 79/13 79/13 79/14
104/18
parse [1] 37/19
part [26] 4/23 5/22
12/17 28/3 28/18 29/25
38/13 47/21 54/19 64/22
87/19 90/3 90/3 99/7
107/10 107/20 108/6
108/7 121/23 123/16
130/23 131/14 132/2
146/9 152/10 152/12
part-time [1] 47/21
partially [1] 35/22
participate [2] 7/23
118/16
participating [1] 63/8
particular [6] 46/24
77/7 106/21 132/11
132/22 132/22
particularly [1] 38/10
parties [50] 5/9 6/20
17/5 24/9 24/11 25/4
29/8 32/17 32/23 33/18
45/22 46/10 49/6 50/18
50/23 51/13 53/14 73/12
78/23 79/9 81/15 82/13
83/6 83/6 84/7 91/18
92/6 92/20 94/9 94/12
101/12 104/15 107/4
121/21 120/7 121/7
137/25 139/14 141/1
146/13 148/9 151/12
151/16 153/3 153/6
153/8 153/10 153/15
153/23 154/6
parties' [1] 83/19
partner [2] 57/4 57/4
partners [4] 19/16
19/16 45/11 45/16
parts [1] 3/22
party [26] 26/3 36/6
37/4 37/11 53/16 53/19
53/21 59/23 60/1 60/20
62/2 63/22 64/10 64/10
65/25 75/3 75/5 78/9
78/10 79/15 92/19
100/10 118/12 118/13
142/22 142/22
passing [2] 60/5 95/10
patents [1] 134/7
pathogens [1] 144/12
patience [1] 84/3
patient [1] 27/1
pause [5] 8/2 75/18
103/4 116/8 143/3
payment [5] 17/1 20/6
27/12 28/2 148/1
pendency [3] 25/19
25/20 65/17
pending [2] 68/10 92/11
Pennsylvania [1] 74/2
people [23] 19/8 19/9

26/6 30/20 62/8 77/14
79/24 79/25 91/13 92/23
107/17 107/18 107/22
110/2 112/6 117/25
129/5 129/6 132/17
133/19 147/21 147/21
153/11
per [1] 23/16
perceive [1] 110/25
perceives [2] 110/25
111/1
percent [4] 16/3 19/2
109/20 140/21
performance [1] 30/4
performed [3] 30/3
113/13 122/14
perhaps [13] 9/2 13/2
13/5 13/19 44/9 47/4
49/11 50/15 72/1 85/11
98/19 130/7 136/15
period [3] 9/8 10/2
154/6
periods [1] 41/10
permissive [1] 92/6
permit [1] 101/18
permitted [3] 67/16
104/7 151/17
permitting [1] 152/11
perpetuity [1] 150/20
person [10] 36/7 62/9
64/16 68/5 78/17 110/6
123/18 123/18 123/20
145/2
person's [2] 130/5
135/13
personal [53] 5/19 6/5
7/9 7/15 8/7 10/22 10/23
11/19 12/2 12/6 21/12
23/24 24/3 33/23 36/4
36/6 36/10 38/19 38/24
39/3 39/17 39/25 40/4
43/17 46/21 51/21 52/7
53/9 54/11 63/18 65/18
66/9 68/23 69/3 69/24
71/17 75/23 76/9 79/17
80/1 80/13 80/19 86/5
92/18 97/8 101/7 101/9
103/12 103/13 104/18
108/4 141/22 150/15
Pfaffenberger [1] 2/3
phase [1] 67/24
Philibert [2] 90/15
90/18
phone [2] 22/8 34/19
phonetic [2] 81/12
128/4
photograph [2] 31/9
31/11
photographed [2]
55/17 55/19
phrase [1] 72/23
physical [1] 33/10
Picasso [2] 124/15
124/16 124/16
Picassos [1] 124/14
picked [4] 19/12 122/7

125/25 139/8
picks [3] 19/13 21/18
127/14
picture [1] 31/24
PIERCE [4] 1/2 1/6
2/24 155/14
Piper [2] 2/6 94/24
pivot [1] 146/18
place [18] 8/24 26/10
45/22 47/12 55/22 56/4
67/4 72/7 79/14 87/5
92/16 92/23 96/3 96/8
96/21 104/18 137/10
147/19
places [1] 55/21
plain [4] 126/8 126/15
126/22 130/1
plaintiff [11] 3/11
14/16 63/12 71/24 88/24
88/25 89/11 106/20
126/10 126/23 127/4
Plaintiffs [20] 1/6 1/18
3/14 5/23 61/13 61/19
66/25 67/11 68/4 69/2
69/14 93/16 93/24 108/2
116/22 119/2 121/23
147/8 149/17 150/17
Plaintiffs' [4] 62/19
65/12 106/11 148/4
plan [4] 8/18 102/4
102/6 151/15
planning [2] 102/2
144/3
plans [1] 9/15
play [10] 12/16 18/17
23/20 23/22 33/19 80/20
91/8 99/23 99/25 132/12
played [5] 13/15 19/24
19/25 20/3 141/1
player [5] 13/14 16/2
110/10 110/12 146/9
players [5] 15/24 19/9
20/2 20/21 112/11
playing [9] 19/20 20/1
20/23 122/20 123/5
132/23 141/2 145/13
145/15
plays [1] 80/21
PLC [1] 1/18
pleading [1] 69/16
pleadings [6] 38/13
106/14 108/21 108/22
147/9 147/15
please [31] 3/10 4/9
4/11 5/15 6/5 12/20
12/22 13/23 17/9 19/3
21/5 21/13 22/4 40/8
44/23 56/11 58/4 75/1
78/14 79/1 86/16 86/19
105/20 115/8 115/22
124/2 140/11 140/17
141/6 146/18 154/8
pleased [1] 30/1
pled [6] 61/17 77/12
91/19 133/7 133/17
142/14

**P**

pledged [1]  19/17
plenty [2]  24/10 76/17
plus [1]  20/3
point [67]  7/21 9/22
10/14 15/3 26/17 28/11
28/18 32/11 34/7 34/12
36/3 37/21 38/2 38/22
41/15 42/5 42/8 43/19
43/23 46/23 47/19 47/20
48/17 50/14 50/18 52/16
54/21 55/8 58/19 59/5
67/20 68/1 68/22 70/2
71/2 74/21 75/3 75/5
76/11 77/23 78/7 88/20
89/6 92/15 94/1 94/20
96/3 97/23 100/14 101/6
101/18 102/24 103/15
103/23 104/25 115/9
121/18 136/12 137/12
141/25 142/6 143/5
146/15 149/6 150/24
152/3 153/1
pointed [1]  114/17
points [12]  5/11 43/16
43/18 46/10 47/8 49/3
49/11 122/4 122/4
136/17 143/4 147/13
polo [27]  13/10 14/6
14/7 14/24 19/6 23/19
44/12 52/15 55/21 56/4
56/25 62/8 63/3 65/5
67/5 79/13 79/13 79/13
79/14 99/23 99/25
104/18 112/10 132/22
136/14 146/9 146/11
ponies [3]  14/8 14/24
66/18
pony [4]  20/1 56/25
122/20 136/14
Poroto [1]  28/17
portion [1]  8/18
portrait [1]  41/1
Porven [1]  4/21
posited [2]  92/17 149/4
position [18]  10/13
24/14 24/19 24/20 25/2
30/2 40/16 53/11 62/19
64/5 80/9 116/10 116/17
122/6 139/7 140/2
142/13 147/7
possess [2]  33/18
126/10
possession [2]  33/10
87/15
possibility [2]  7/22
87/16
possible [2]  38/23 86/25
post [3]  61/15 127/14
128/4
potential [5]  47/13 63/7
63/17 92/22 154/7
potentially [3]  105/1
113/19 154/4
pouring [1]  143/17

practice [3]  120/21
120/22 125/18
practiced [1]  3/22
practices [1]  120/17
practicing [1]  94/5
precedent [1]  69/8
precise [1]  6/5
preclude [2]  133/1
147/25
brecluded [1]  150/7
predated [1]  98/5
preemptive [1]  73/10
prefer [1]  116/25
prefiled [1]  68/11
Prejudgment [1]
138/20
preliminary [12]  5/10
5/25 11/17 59/3 67/22
101/19 103/18 105/4
124/8 138/12 150/8
151/13
prematurely [1]  80/22
premise [1]  22/18
prepared [3]  8/23 9/4
75/1
prescient [1]  13/24
presence [6]  20/10
20/14 43/25 64/6 153/22
153/23
present [21]  6/15 8/25
38/22 39/3 49/2 53/8
59/3 94/2 101/18 101/21
102/4 102/15 103/10
103/17 103/20 105/6
105/13 133/16 152/17
153/23 154/14
presentation [14]  5/21
6/11 7/9 17/11 34/14
37/8 48/15 58/10 58/16
59/11 59/24 91/10 92/1
150/14
presentations [1]  37/6
presented [7]  10/7
56/14 61/25 66/5 121/10
147/5 149/16
presenting [5]  6/16
7/10 21/7 42/18 105/5
presently [2]  6/24 9/14
preserve [1]  37/18
president [1]  136/13
press [3]  18/25 19/4
24/16
pressing [2]  83/18
143/7
presumably [1]  94/2
presumption [4]  81/2
81/8 81/16 139/23
pretty [4]  34/12 61/7
93/18 95/18
prevail [1]  148/23
prevailing [1]  105/7
prevent [1]  132/8
prevents [2]  91/13
143/12
previously [4]  10/20
36/2 50/22 64/13

price [5]  15/12 116/5
119/12 119/16 142/12
prices [4]  116/6 118/23
119/14 148/17
pricing [1]  113/15
pride [1]  19/11
prima [1]  88/18
primary [2]  70/7 71/16
60/19 66/4 69/23 79/8
82/11 98/3 98/4 100/22
109/16 140/23
privity [8]  78/17 78/18
78/24 79/10 79/18 79/22
80/2 80/13
pro [2]  3/16 3/21
probably [1]  7/3
probative [4]  59/13
59/15 60/23 62/12
problem [4]  71/22 73/9
81/1 108/23
problems [2]  69/13
71/22
proceed [7]  4/15 5/24
11/16 11/21 40/23 71/8
102/16
proceeded [1]  11/25
proceeding [8]  5/12
7/19 35/12 38/12 44/25
95/11 95/13 95/15
proceedings [9]  7/4 8/2
59/3 94/2 101/11 101/25
103/4 155/1 155/6
process [9]  11/6 13/17
32/8 36/12 39/9 39/19
46/3 141/15 153/13
produce [6]  54/14
87/20 116/21 136/7
151/24 152/10
produces [1]  142/10
producing [1]  114/21
product [1]  117/16
production [4]  34/2
115/11 115/24 119/9
products [2]  125/17
128/25
professional [5]  16/2
20/21 52/15 144/24
145/7
professionally [1]  23/22
program [5]  15/9 51/22
115/3 115/12 115/14
prohibit [1]  141/21
prohibited [1]  141/3
prohibition [2]  5/11
95/12
project [1]  19/5
proliferate [1]  20/16
proliferates [1]  26/9
prominently [1]  53/2
promise [1]  4/1
promoted [1]  109/3
promoting [1]  130/6
promotion [3]  130/2
130/3 130/6
proof [1]  139/23

proofs [1]  86/7
proper [1]  71/5
properly [4]  12/5 41/24
98/19 110/3
property [9]  92/17
92/20 95/14 120/12
126/6 133/14 134/4
134/6 134/11
proposal [1]  154/4
propose [1]  26/1
proposition [5]  50/10
69/21 71/5 125/11 127/6
prosecution [1]  92/13
prosecutor [1]  3/25
prosecutors [1]  26/20
prospective [1]  63/7
protect [2]  22/13 134/9
protected [5]  70/14
70/15 87/17 133/14
134/3
protecting [1]  134/8
protection [1]  134/6
protections [1]  134/11
protects [1]  137/21
prove [2]  36/1 67/2
provide [6]  37/9 61/2
61/22 64/23 102/2
139/10
provided [5]  31/1 38/7
59/25 63/22 128/23
providing [2]  101/24
115/12
provision [3]  44/21
119/8 120/7
provisions [5]  15/2 15/4
23/24 119/6 121/12
proximate [4]  106/22
108/8 108/10 108/11
public [26]  5/2 16/17
18/21 23/4 30/12 30/12
30/25 31/3 32/2 34/18
36/24 41/24 52/11 53/5
55/22 55/25 109/17
119/1 131/13 137/5
137/16 144/13 144/15
145/8 145/9 145/14
publicity [2]  19/6 126/3
publicly [1]  43/5 60/21
pull [8]  32/6 44/23 47/1
53/24 111/9 114/9
114/10 140/10
pulled [2]  31/8 32/5
pulling [1]  99/3
punch [1]  153/18
puppies [2]  132/7 132/9
purchased [2]  55/23
67/5
purchaser [1]  66/7
purported [1]  27/10
purportedly [2]  27/11
35/21
purpose [12]  6/19 28/14
36/4 36/5 40/1 40/6 44/5
44/8 46/6 63/1 114/21
117/24
purposeful [1]  58/19

purposes [3]  42/1 42/2
121/20
pursuant [2]  29/24 31/2
pushed [1]  21/21
pushing [1]  22/2
put [20]  10/2 12/23
14/20 14/25 17/9 18/4
18/6 21/19 29/13 55/20
76/11 96/1 99/11 102/7
102/7 102/9 102/10
133/10 140/6 150/12
puts [1]  15/22
putting [2]  43/23
101/23

**Q**

quaint [1]  135/8
qualities [2]  130/4
130/8
quasi [1]  87/11
query [1]  102/1
question [30]  12/1
21/12 28/19 30/6 32/12
36/18 39/8 52/17 53/9
53/21 55/7 58/8 66/15
69/25 83/2 92/3 93/3
93/8 98/2 102/21 104/6
115/1 117/8 117/11
123/9 123/15 134/2
149/3 151/15 152/14
questioned [1]  149/18
questions [14]  5/19 8/4
27/3 27/9 32/22 46/20
48/13 59/6 67/10 78/2
101/7 132/13 132/14
152/2
quick [2]  54/21 152/2
quickly [3]  80/6 138/8
138/10
quintessential [1]  89/24
quite [5]  13/18 19/9
49/7 52/19 148/23
quota [3]  29/4 29/9
34/9
quote [3]  114/5 117/12
148/6
quotes [2]  85/5 85/13
quoting [1]  79/8

**R**

race [2]  25/7 93/19
raise [13]  9/12 17/11
29/18 29/19 35/10 37/15
37/20 43/3 43/14 67/9
67/24 71/3 103/8
raised [15]  24/12 35/9
60/5 60/15 67/9 69/11
73/5 73/20 78/10 78/12
78/13 99/12 125/3
147/14 148/11
raises [2]  95/8 114/23
raising [3]  46/12 48/8
93/9
ramifications [1]  19/14
rapid [1]  73/11
rarely [1]  145/20

**R**

**rather [5]** 11/9 41/21 43/8 90/12 141/8
**reach [9]** 10/18 11/6 24/1 24/1 24/2 24/10 24/25 63/13 92/20
**reached [1]** 154/8
**reaching [1]** 8/5
**read [17]** 3/20 3/20 10/17 13/19 52/5 54/19 114/18 114/19 114/19 119/6 127/5 131/6 132/19 133/18 137/14 148/11 148/21
**reading [5]** 12/8 114/9 118/20 119/7 139/8
**reads [1]** 53/20
**ready [1]** 75/21
**reaffirm [2]** 28/14 28/14
**real [1]** 110/23
**reality [1]** 61/9
**realized [1]** 16/7
**really [17]** 5/13 17/17 26/23 26/24 58/16 76/10 78/4 110/1 111/25 113/10 114/18 121/4 124/3 127/18 127/19 143/7 152/15
**reason [9]** 9/12 19/1 24/17 26/13 29/11 80/10 80/11 92/9 96/22
**reasonably [1]** 62/2
**reasons [4]** 26/1 72/11 78/1 146/3
**rebut [4]** 81/16 97/13 102/11 140/6
**rebuttal [1]** 103/11
**rebutted [1]** 103/12
**recall [1]** 54/4
**recap [1]** 47/8
**received [1]** 30/14
**recent [3]** 50/2 50/16 130/19
**recenter [1]** 59/16
**recently [1]** 30/7 55/24
**recess [4]** 75/10 83/19 83/24 84/1
**recipient [1]** 18/7
**recloned [1]** 16/8
**recloning [1]** 33/24
**recognize [1]** 35/11
**recognized [2]** 19/25 136/23
**recollection [1]** 42/9
**reconcile [1]** 12/2
**reconvene [1]** 75/8
**record [39]** 4/20 29/10 29/15 29/25 32/2 32/13 32/16 32/18 32/18 33/22 34/8 34/11 38/3 41/24 49/13 54/21 55/2 55/4 55/9 55/11 55/12 55/22 55/23 55/25 58/7 59/13 59/14 60/11 60/12 61/2

62/6 66/17 67/8 83/16 93/13 96/18 124/1 145/14 151/17
**recorded [1]** 155/5
**recording [1]** 5/11
**records [5]** 30/12 31/1 67/2 144/4 144/6
**recreate [1]** 62/7
**recreated [2]** 16/13 16/13
**recreational [1]** 62/7
**red [1]** 144/16
**Redding [1]** 74/2
**refer [2]** 49/4 148/4
**reference [7]** 37/6 42/13 60/6 72/17 99/8 133/20 134/13
**referenced [7]** 37/8 47/24 55/9 56/18 57/7 98/3 121/6
**references [3]** 37/11 101/15 118/22
**referencing [2]** 48/9 93/8
**referred [1]** 49/18
**referring [2]** 28/21 113/8
**refers [1]** 114/5
**refiled [1]** 61/21
**refrain [3]** 86/8 87/6 124/2
**Regal [1]** 79/8
**regard [6]** 116/17 147/8 147/20 148/11 148/14 151/25
**regarding [7]** 42/24 44/16 49/15 53/1 139/2 140/1 142/21
**register [2]** 131/11 140/19
**registered [13]** 40/15 40/24 41/10 41/15 42/6 43/10 43/21 47/10 47/15 47/16 125/20 131/10 136/24
**registration [1]** 136/22
**regular [1]** 76/16
**regulate [1]** 113/20
**reiterate [1]** 119/22
**reiterating [1]** 60/19
**relate [1]** 63/3
**related [12]** 34/14 50/5 53/10 62/22 66/2 68/2 68/3 68/10 85/22 91/11 101/17 105/14
**relates [3]** 10/18 14/15 61/10
**relation [1]** 79/15
**relationship [7]** 23/11 43/14 44/9 61/11 63/16 124/20 133/23
**relationships [2]** 42/25 62/23
**relative [1]** 13/3
**released [1]** 144/13
**relevant [2]** 36/9

151/12
**reliable [1]** 35/13
**relied [3]** 22/17 66/25 128/1
**relief [6]** 42/18 71/9 73/2 105/15 138/18 150/7
**rely [1]** 37/16
**remain [1]** 8/20
**remainder [1]** 4/8
**remark [2]** 76/5 77/6
**remarks [1]** 76/19
**remember [6]** 85/23 106/25 107/15 113/20 117/24 149/10
**remind [1]** 150/15
**remodeled [1]** 47/22
**remotely [1]** 155/10
**removal [1]** 93/24 96/14 96/25
**removed [9]** 55/4 57/12 65/16 94/9 96/13 96/13 96/16 96/23 100/3
**render [1]** 59/21
**renewed [1]** 52/23
**renovate [1]** 45/18
**renovation [1]** 45/17
**reopen [1]** 127/19
**repeat [2]** 4/7 48/23
**repeated [1]** 153/22
**replaces [1]** 29/7
**replete [1]** 37/10
**replevin [1]** 138/20
**replicate [1]** 16/9
**replicated [1]** 136/7
**replicating [1]** 17/24
**reply [3]** 5/22 50/2 67/20
**reported [2]** 2/22 86/24
**reporter [4]** 2/22 5/14 74/25 155/13
**reporting [1]** 155/10
**represent [2]** 66/22 87/19
**representation [4]** 112/22 121/2 123/11 133/15
**representations [10]** 109/16 110/19 112/15 119/2 124/11 124/22 131/13 133/22 141/7 142/25
**representative [2]** 5/3 6/20
**representatives [1]** 24/24
**represented [2]** 78/24 79/11
**representing [5]** 111/6 113/7 115/19 129/19 130/21
**represents [2]** 142/11 142/15
**Republic [1]** 90/16
**reputation [7]** 43/5 60/21 108/3 108/4 108/9

108/18 144/24
**reputational [3]** 108/12 108/14 108/19
**request [6]** 9/9 11/11 30/12 31/3 44/16 83/19
**requested [1]** 37/24
**requesting [1]** 86/7
**require [11]** 10/11 18/2 37/14 60/17 62/9 77/16 77/25 91/18 91/19 107/2 126/9
**required [5]** 7/22 35/21 71/21 89/3 89/3
**requirements [1]** 69/3
**requires [4]** 70/14 106/20 143/19 148/16
**requisite [1]** 142/14
**rescission [1]** 29/2
**research [1]** 137/19
**reservation [1]** 51/20
**reserve [2]** 17/10 17/12
**reserved [2]** 17/13 28/16
**reserving [1]** 103/11
**residence [2]** 45/20 47/21
**residences [1]** 153/15
**resist [1]** 93/24
**resolution [1]** 24/10
**resolve [3]** 87/12 88/3 103/1
**resources [2]** 11/12 62/15
**respect [27]** 7/14 30/6 34/14 44/1 44/25 47/8 55/8 64/5 65/13 75/2 75/25 77/7 77/14 85/15 85/15 85/24 96/1 102/1 111/5 122/1 127/17 138/4 138/11 144/10 146/17 152/3 152/18
**respectfully [16]** 9/11 49/24 50/4 76/7 77/18 77/22 89/15 90/20 95/4 97/10 136/16 139/20 142/24 142/24 144/7 146/6
**respective [1]** 20/19
**respond [11]** 10/4 35/9 48/17 48/19 58/9 58/23 62/18 65/20 71/25 88/19 116/14
**responded [1]** 98/8
**responding [2]** 61/20 80/18
**response [16]** 5/22 11/20 38/18 60/18 62/24 78/10 78/12 78/14 80/15 88/4 91/3 97/10 113/5 122/4 143/8 147/16
**responsible [1]** 36/7
**responsive [1]** 102/6
**rested [2]** 43/5 60/21
**restraining [1]** 119/15
**restraint [1]** 117/3
**restrictions [1]** 148/21

**rests [1]** 71/6
**result [3]** 13/24 44/17 124/20
**resume [1]** 83/22
**resumed [2]** 75/11 84/2
**retain [1]** 33/25
**retained [1]** 16/3
**retention [1]** 28/15
**retraining [2]** 145/20 146/1
**returned [1]** 138/22
**review [3]** 5/8 22/7 44/15
**reviewing [1]** 37/22
**reward [1]** 149/15
**right [67]** 8/6 8/19 11/10 11/15 15/1 15/12 15/15 17/4 23/9 23/15 23/15 23/17 24/4 24/5 24/16 24/18 25/3 26/21 28/24 28/25 30/5 31/24 33/16 34/1 36/19 40/13 41/2 41/7 44/8 49/2 51/3 52/11 53/3 53/7 58/13 66/16 79/6 100/9 112/5 114/6 115/17 115/18 115/19 115/20 117/13 119/25 120/3 120/9 120/11 120/25 122/8 122/11 122/19 130/22 133/6 133/23 135/2 135/22 139/10 142/3 147/3 148/1 148/20 149/10 150/6 151/11 152/12
**rightfully [1]** 148/10
**rights [23]** 20/19 28/6 28/15 33/24 33/25 50/25 52/8 82/11 85/23 90/4 92/4 113/14 113/23 115/5 116/12 121/17 135/12 140/3 142/18 142/21 142/24 148/3 148/13
**rigid [1]** 90/20
**rise [3]** 37/13 60/13 69/18
**rising [1]** 63/25
**risk [2]** 137/3 149/15
**risk/reward [1]** 149/15
**risks [1]** 149/12
**RMR [2]** 2/22 155/12
**Robert [3]** 4/23 42/21 57/6
**rock [3]** 122/19 127/14 130/25
**room [1]** 7/21
**Ross [1]** 99/1
**round [1]** 127/19
**rubric [1]** 108/24
**rule [29]** 6/13 7/13 35/20 75/6 75/24 78/20 80/25 81/3 84/5 84/5 84/19 84/21 85/2 85/12 90/20 91/4 91/16 91/17 92/9 92/10 94/15 99/10

**R**

**rule... [7]** 101/2 124/9
145/21 145/22 151/14
151/15 152/19
**rules [2]** 3/21 119/17
**ruling [2]** 11/6 65/8
**run [3]** 88/17 95/24
100/23
**running [1]** 136/25
**rushed [1]** 88/11
**Russian [1]** 20/10
**RYAN [5]** 2/6 4/16 6/10
131/21 146/25

**S**

**S.A [10]** 1/4 3/8 68/13
81/24 82/24 85/19 87/25
95/1 95/2 140/20
**S.Ct [1]** 39/24
**S.R.L [2]** 28/13 33/1
**safeguards [1]** 23/25
**said [24]** 13/23 18/22
19/1 23/21 26/2 34/22
39/15 39/23 43/10 48/3
52/10 52/13 76/14 88/15
89/2 90/6 90/9 95/18
98/8 106/15 111/9
122/24 125/20 129/13
**sake [2]** 60/19 146/24
**sale [29]** 15/13 15/22
32/4 66/23 66/23 78/19
79/22 80/7 86/23 86/24
87/7 87/17 92/15 92/22
92/23 109/1 109/10
110/22 113/16 115/5
116/4 118/25 119/11
119/12 119/14 119/16
141/21 151/25 154/5
**sales [17]** 9/24 10/2
17/6 86/8 108/3 108/4
109/15 116/5 116/6
118/22 141/8 142/2
142/12 143/6 143/10
144/3 148/17
**salient [1]** 12/14
**same [16]** 19/2 33/15
52/21 53/20 57/21 83/6
86/1 94/10 96/8 96/8
102/1 119/22 131/7
135/1 135/4 142/15
**sample [2]** 34/1 83/15
**sampled [1]** 144/8
**samples [6]** 34/1 142/19
143/13 144/7 144/8
144/14
**sanctioned [1]** 130/10
**Santiago [1]** 56/24
**satisfied [1]** 12/18
**satisfy [1]** 46/16
**save [2]** 13/23 13/25
**saw [4]** 21/1 70/19
111/19 113/21
**say [44]** 6/18 24/25
40/24 43/20 44/5 51/1
52/24 58/15 58/24 65/21

70/1 70/3 74/14 76/6
76/21 76/21 77/6 79/18
81/6 82/19 84/14 84/18
85/10 89/15 89/23 90/20
95/14 96/5 97/5 99/1
100/19 102/3 110/10
110/13 129/17 132/9
134/15 136/19 137/7
139/17 140/9 145/4
152/21 153/3
**saying [18]** 21/22 44/12
68/11 76/16 77/8 79/14
80/10 89/7 101/24
107/22 111/8 111/8
113/1 120/16 130/15
142/1 142/4 152/16
**says [48]** 24/17 29/6
29/16 43/1 43/2 44/25
48/6 52/2 52/5 52/12
53/23 54/2 54/22 68/9
74/6 79/7 79/24 80/19
80/21 80/22 80/22 81/1
81/8 83/12 85/15 85/19
85/25 86/1 86/11 87/13
88/2 96/15 100/21
107/12 108/11 111/21
113/6 115/24 119/13
122/22 125/16 126/22
128/19 137/2 137/3
142/5 144/2 145/10
**schedule [4]** 86/22
140/19 141/13 151/5
**scheme [2]** 136/21
136/22
**school [1]** 68/5
**science [1]** 19/14
**scientific [2]** 132/20
135/9
**Scone [1]** 44/13
**scope [2]** 58/7 105/2
**score [1]** 154/7
**screen [2]** 27/7 29/5
**sec [1]** 114/14
**second [39]** 7/24 7/25
16/17 32/15 34/2 34/4
34/6 40/11 45/13 47/4
53/22 54/15 54/22 55/2
56/18 57/7 57/8 57/13
57/22 71/4 76/2 85/20
90/2 90/3 91/17 93/24
108/7 114/19 122/21
122/23 122/25 123/2
123/5 123/16 125/2
130/23 133/9 141/15
141/16
**secondary [4]** 129/10
129/11 133/8 133/12
**Secondly [1]** 5/13
**secret [13]** 36/14 36/17
58/5 70/7 70/8 70/9
70/10 72/11 72/13 72/13
72/16 72/22 135/23
**section [11]** 81/20
102/22 103/2 106/9
107/6 107/16 107/21
126/9 126/12 126/13

126/22
**sections [1]** 77/17
**Security [1]** 90/16
**see [35]** 5/5 9/21 16/13
19/18 20/5 20/12 21/1
21/19 22/21 26/14 27/6
29/5 38/2 40/11 41/2
41/10 41/11 47/6 69/15
73/20 88/13 89/18 90/8
98/25 125/18 125/25
127/11 130/18 131/4
136/19 137/10 145/25
145/25 147/4 154/17
**Seeing [1]** 9/23
**seek [5]** 10/25 69/14
104/9 104/11 134/11
**seeking [2]** 53/4 147/24
**seeks [1]** 61/14
**seem [4]** 94/12 103/15
147/12 149/23
**seems [7]** 74/7 84/15
99/16 118/20 119/1
121/1 121/20
**seen [11]** 12/11 17/1
22/23 24/15 24/19 44/3
62/6 68/6 83/9 106/11
111/2
**segregated [1]** 91/5
**segue [1]** 76/9
**segues [1]** 77/5
**selecting [1]** 47/12
**selection [12]** 45/5 45/7
45/11 45/24 46/9 47/11
47/17 47/23 49/19 54/13
86/21 86/21
**self [1]** 71/17
**self-analysis [1]** 71/17
**sell [48]** 9/6 9/15 15/16
16/7 16/10 16/11 17/18
19/15 19/18 20/7 21/2
21/22 22/9 22/18 23/3
23/9 23/22 24/4 24/5
24/6 24/16 25/3 51/3
52/8 52/13 53/4 72/16
116/12 116/21 117/15
118/7 118/12 119/25
120/3 120/9 120/12
120/25 121/22 122/8
130/13 131/16 139/10
140/4 140/22 141/22
148/13 149/9 150/5
**selling [30]** 9/15 16/16
16/19 16/22 16/23 17/20
18/23 21/3 22/2 22/11
22/22 24/12 24/21 26/15
52/10 110/21 111/16
112/5 112/6 113/18
113/20 113/22 114/1
114/22 121/3 124/14
131/6 131/10 138/13
146/5
**sells [1]** 128/12
**seminal [1]** 126/6
**send [1]** 58/1
**sending [1]** 36/7
**sense [5]** 78/7 94/8

98/15 122/10 144/17
**sensing [1]** 78/4
**sent [6]** 93/15 93/20
98/3 99/1 99/2 99/6
**sent because [1]** 99/1
**sentence [1]** 119/13
**separate [8]** 61/3 65/1
83/1 151/7 151/10
152/25 153/4 153/4
**September [1]** 24/9
**September 2020 [1]**
24/9
**sequence [2]** 150/19
150/20
**sequestration [3]** 6/13
7/4 7/13
**series [2]** 29/13 87/21
**serious [2]** 38/3 86/25
**served [1]** 94/24
**serves [1]** 90/21
**service [1]** 153/13
**services [5]** 30/13 31/2
85/9 123/20 130/5
**serving [1]** 100/10
**session [2]** 21/8 75/19
**set [8]** 12/5 12/7 13/4
15/9 15/12 39/6 113/15
143/10
**setting [1]** 69/24
**settle [1]** 24/23
**settlement [15]** 23/8
23/9 32/13 32/14 32/17
33/3 33/6 33/7 33/13
33/14 33/21 34/10 45/1
50/19 142/17
**seven [3]** 51/9 86/12
141/6
**several [5]** 11/7 53/25
66/16 81/10 143/9
**shall [6]** 45/1 140/22
141/1 141/8 141/12
141/20
**shape [2]** 42/17 127/15
**share [2]** 56/12 58/4
**sharp [1]** 126/12
**Shaw [1]** 2/3
**she [9]** 6/20 18/7 18/8
19/22 19/22 19/24 20/1
129/13 147/3
**sheet [2]** 86/13 86/14
**shifts [1]** 8/12
**ship [2]** 25/16 30/20
**shipment [5]** 25/15
25/18 30/6 56/3 56/4
**shipped [8]** 25/19 25/21
26/12 26/18 30/8 31/16
31/22 31/24
**shipping [1]** 25/18
**shoehorn [2]** 69/14
70/20
**shoehorned [1]** 92/2
**shop [1]** 61/15
**shopping [7]** 73/10
73/11 85/14 85/16 88/9
91/22 98/18
**Shore [1]** 1/19

**short [3]** 28/19 90/11
100/2
**shorter [1]** 129/23
**shortly [1]** 154/23
**shotgun [2]** 69/16
108/22
**should [24]** 29/25 38/16
39/12 59/16 65/17 68/2
70/3 70/24 74/17 77/9
80/24 80/24 84/6 90/21
91/7 93/1 94/13 105/23
111/22 113/2 127/18
138/22 150/17 153/16
**shouldn't [2]** 49/19
79/16
**show [15]** 16/16 17/8
40/9 67/14 106/21
106/22 108/8 108/9
108/18 110/23 111/7
114/24 117/2 123/16
124/1
**showing [2]** 124/8
128/6
**shown [1]** 84/16
**shows [4]** 43/9 128/16
128/17 140/24
**siblings [1]** 136/8
**sic [1]** 127/14
**side [20]** 6/22 23/13
32/16 32/19 33/21 49/15
50/19 51/19 54/9 54/9
54/14 85/21 85/22 88/16
89/8 89/8 101/4 114/17
130/12 140/1
**sides [1]** 97/23
**signed [1]** 148/8
**significance [7]** 50/1
50/5 51/5 51/6 52/24
52/25 53/6
**significant [14]** 42/15
48/5 59/12 59/23 79/12
82/15 86/5 86/11 90/13
96/11 103/25 104/3
104/5 137/3
**significantly [1]** 153/20
**similar [3]** 9/21 118/3
136/21
**similarity [4]** 81/14
81/15 83/5 83/7
**simple [3]** 90/11 132/19
135/15
**simply [3]** 77/3 89/14
146/13
**since [4]** 28/7 34/10
50/16 72/13
**singing [2]** 134/16
134/18
**sitting [1]** 39/14
**situation [3]** 73/19
86/25 129/9
**six [6]** 44/24 139/2
141/5 141/7 141/14
145/15
**skill [1]** 13/15
**skillfully [1]** 68/7
**skip [2]** 24/8 25/7

**S**

slew [1] 18/21
slide [8] 17/9 19/3 21/5 22/4 27/4 40/7 40/8 40/9
slides [1] 21/7
slowly [1] 5/14
smart [2] 76/8 76/8
so [257]
so at [1] 31/10
soccer [1] 19/10
social [1] 65/4
sold [28] 15/7 15/24 18/22 20/9 36/2 52/1 64/14 66/4 66/18 66/20 67/14 72/14 72/19 75/3 99/18 107/19 109/23 112/8 112/13 113/7 118/19 120/5 122/17 138/15 139/17 143/10 143/11 149/7
solely [1] 52/2
solicited [1] 43/3
soliciting [1] 111/18
solution [1] 86/3
some [75] 6/1 11/24 13/19 13/25 14/1 14/7 15/1 15/3 17/4 17/8 20/18 22/6 24/17 26/24 28/13 33/5 33/5 33/16 34/1 36/3 37/7 42/17 44/8 48/25 49/10 50/18 57/11 57/24 59/3 66/4 66/6 68/25 70/2 79/20 80/1 82/11 83/6 83/7 87/10 88/13 92/17 95/9 95/21 96/3 96/7 102/24 104/7 104/17 105/1 105/10 105/13 105/14 105/15 106/25 107/8 109/5 111/2 111/7 111/10 111/11 117/2 125/19 127/13 127/24 128/2 128/11 129/14 136/3 138/3 138/6 140/14 145/25 150/21 150/21 152/16
somebody [12] 80/2 80/12 106/23 106/23 107/20 108/8 125/16 125/17 128/5 130/3 130/13 144/25
somehow [16] 7/4 36/1 46/3 72/5 77/4 100/23 103/12 113/19 118/1 118/18 129/19 132/3 132/8 133/20 135/7 136/10
someone [5] 18/24 36/2 75/4 92/12 95/14
something [20] 10/6 13/6 26/23 48/3 51/5 63/4 71/15 71/15 76/15 76/15 83/21 86/11 90/12 95/12 103/11 125/3 134/10 134/19 135/16

146/6
Sometime [1] 87/24
sometimes [2] 40/2 146/3
somewhat [4] 41/3 69/11 147/5 147/7
somewhere [1] 149/4
son [3] 23/19 28/17 145/12
sones [1] 112/10
soon [6] 16/25 18/19 20/6 29/21 80/6 151/15
sorry [13] 4/23 11/23 13/11 17/14 17/15 47/14 69/20 79/3 83/17 146/21 149/2 150/23 152/1
sort [22] 5/18 27/10 29/20 30/5 43/15 62/21 79/20 80/1 87/10 95/21 96/7 101/25 105/11 117/17 120/12 120/16 121/4 121/21 134/2 134/5 144/16 149/7
sorted [1] 20/19
sorts [4] 8/23 23/5 37/3 89/7
sought [4] 40/20 71/9 110/15 110/15
sound [2] 80/2 92/3
sounds [1] 123/13
South [16] 1/19 2/7 2/23 20/13 25/21 26/4 26/11 30/9 31/22 55/13 66/24 67/6 92/24 95/10 99/18 155/14
SOUTHERN [8] 1/1 20/13 72/2 81/13 85/3 90/15 90/17 96/24
Spanish [2] 28/23 86/23
speak [6] 4/3 4/9 5/13 79/1 94/7 119/4
speaker [1] 86/23
speaking [2] 45/10 95/17
speaks [1] 123/23
special [3] 124/18 137/10 139/11
specific [39] 28/21 38/25 39/25 40/2 42/2 43/17 43/17 44/10 46/19 46/21 46/22 48/15 48/18 49/3 49/20 49/21 49/22 51/4 51/16 60/3 60/9 60/17 61/1 61/4 62/1 62/3 65/11 68/24 69/2 76/9 87/5 93/6 97/13 104/13 104/13 104/20 117/20 144/12 144/12
specifically [14] 27/17 34/15 48/7 53/1 59/17 74/4 76/25 81/23 101/20 104/8 119/15 119/24 138/4 147/25
specificity [1] 63/23
specifics [1] 121/11
spend [1] 60/16

spends [1] 42/22
spent [2] 76/8 78/5
spirit [1] 95/20
spoken [2] 113/7 114/2
sponsorship [1] 123/19
sport [7] 19/7 19/10 19/10 129/5 129/6 129/7 129/8
sports [1] 141/18
springing [1] 10/5
squarely [1] 92/8
stage [6] 12/5 12/7 13/5 27/1 37/14 39/6
stand [5] 73/19 77/20 110/10 150/13 151/7
standard [8] 37/14 60/13 93/18 106/16 106/16 124/9 129/7 129/8
standdown [1] 26/1
standing [14] 11/1 26/14 31/12 31/15 68/1 68/21 70/21 71/22 71/22 106/19 106/12 106/22 107/13 107/24
standpoint [5] 38/25 39/1 63/18 93/6 93/7
stands [3] 71/4 82/19 126/12
standstill [1] 20/18
stars [2] 122/19 130/25
start [12] 5/19 6/4 8/20 8/22 8/24 36/17 99/24 100/9 105/22 114/12 114/15 114/19
started [4] 5/10 23/6 61/7 115/19
starting [5] 3/10 30/17 44/11 44/19 86/17
starts [4] 80/7 97/8 106/3 113/1
state [47] 25/11 25/19 26/19 32/8 36/3 36/12 36/13 36/15 39/15 41/15 41/24 42/6 45/2 47/10 59/21 59/22 60/3 60/22 61/14 62/7 64/12 64/14 64/20 64/21 65/10 65/16 66/5 66/7 69/5 69/16 75/4 77/13 78/20 79/6 79/24 82/22 82/22 94/4 96/15 96/16 101/16 126/24 138/4 138/7 144/14 146/18 148/7
stated [2] 52/6 52/10
statement [14] 4/7 11/20 17/16 17/17 19/4 22/14 27/2 41/18 41/18 50/5 77/1 132/2 132/10 132/19
statements [9] 16/17 16/21 18/21 37/2 63/22 63/24 107/18 110/20 112/14
states [7] 1/1 1/14 2/23 19/7 92/12 148/8 155/13

stating [3] 4/20 137/15 142/7
status [3] 60/4 97/11 134/14
statute [14] 31/3 39/15 39/18 69/1 91/13 95/18 96/14 96/25 107/2 107/10 107/21 123/9 123/16 126/15
statutes [1] 12/7
stay [4] 26/1 80/24 93/23 154/22
stem [1] 130/21
stemming [1] 72/12
stems [4] 110/18 110/19 110/19 110/20
step [4] 58/23 93/20 105/21 135/10
still [17] 26/1 36/9 69/2 69/10 73/19 75/25 84/20 85/10 86/2 93/8 108/7 108/9 121/16 121/20 123/25 135/6 139/6
stipulate [1] 9/6
stipulated [1] 10/1
stipulation [6] 9/10 9/17 9/18 10/19 11/11 11/15
stock [2] 14/12 53/5
stop [5] 26/2 36/19 115/8 138/1 138/13
stops [2] 80/21 81/1
Storm [6] 82/8 142/16 142/19 142/20 142/23 142/24
story [2] 21/18 25/7
straight [1] 125/18
strange [1] 18/14
Street [1] 1/22
stretch [2] 118/21 119/5
strike [1] 138/17
strong [3] 81/8 130/10 139/23
structural [1] 69/13
structure [1] 5/18
stuff [3] 50/11 52/10 93/18
style [1] 132/22
subject [33] 5/21 7/10 10/21 11/2 36/24 42/10 43/23 53/10 60/1 61/18 61/19 62/10 63/14 63/17 63/24 65/10 69/10 69/24 70/18 71/18 75/23 78/24 79/11 79/17 80/4 93/5 127/1 127/23 133/15 134/11 142/21 148/15 155/9
subjected [3] 61/4 62/2 64/16
subjecting [1] 63/8
subjects [3] 51/16 60/2 80/13
submission [2] 12/24 41/22

submit [19] 11/4 34/9 36/4 37/7 38/9 41/21 51/16 66/22 67/11 67/12 67/13 84/19 101/2 101/13 108/19 139/20 146/6 151/16 153/21
submitted [14] 8/10 35/17 35/23 36/14 37/2 37/23 49/4 58/12 66/19 66/25 69/1 121/2 129/15 147/21
submitting [1] 37/10
subpoenas [1] 100/10
subsection [1] 107/6
subsequently [4] 29/24 57/21 64/14 64/20
subsidiary [1] 89/2
substance [5] 1/10 69/22 93/2 101/19 105/3
substantial [10] 58/21 91/20 105/7 124/8 124/25 138/5 139/21 139/22 139/25 148/24
substantially [4] 83/8 84/10 98/15 153/5
substantive [5] 42/18 50/23 59/14 69/17 103/8
success [9] 122/1 124/25 138/5 144/24 144/25 145/7 146/9 146/17 148/24
successful [3] 115/11 115/24 119/9
such [12] 5/14 10/2 10/10 91/5 91/20 119/23 120/24 123/18 141/8 141/12 146/9 154/8
suck [1] 18/4
sudden [1] 61/21
suddenly [1] 134/17
sue [5] 87/9 88/2 88/5 95/3 100/22
sued [2] 46/11 88/16
sues [4] 81/23 82/23 87/25 128/19
suffered [1] 108/2
sufficiency [2] 84/17 97/15
sufficient [6] 46/15 46/16 143/22 143/24 144/1 145/17
sufficiently [7] 81/11 82/18 83/3 84/10 91/5 121/24 151/12
suggest [8] 15/4 74/8 84/15 117/1 119/5 136/10 140/7 142/24
suggested [2] 76/21 94/8
suggesting [5] 17/17 77/4 98/11 132/1 132/1
suggestion [2] 29/22 132/21
suing [1] 128/15
suit [13] 25/10 81/9 85/14 88/9 88/14 88/18

**S**

**suit... [7]** 88/21 89/2
89/9 89/14 89/22 91/8
94/17
**suitable [1]** 78/2
**Suite [3]** 1/19 1/22 2/7
**suits [1]** 31/7
**summarize [1]** 108/24
**summary [10]** 8/23
12/11 12/12 49/4 50/13
50/17 52/16 128/2 128/3
128/21
**summer [2]** 44/13
44/14
**sun [1]** 147/10
**sunny [1]** 62/7
**super [1]** 79/20
**superior [1]** 22/13
**supplemental [6]** 57/9
61/22 69/14 69/19 70/4
70/24
**support [8]** 6/8 9/14
66/23 69/21 75/22 85/2
91/15 101/22
**supported [1]** 145/9
**supposed [1]** 113/15
**Supreme [7]** 39/23
46/18 78/21 79/7 79/8
106/13 125/23
**sure [16]** 25/17 29/17
32/9 37/18 48/4 60/14
60/17 67/24 69/17 98/20
102/20 115/25 116/15
134/23 150/25 151/3
**surfaced [1]** 53/2
**surfaces [1]** 28/1
**surprise [1]** 39/10
**surprised [2]** 11/20
16/5
**surprising [1]** 46/4
**surveys [2]** 110/8 129/3
**suspect [1]** 79/20
**suspicious [1]** 100/7
**swiftly [1]** 65/16
**sworn [1]** 38/1
**symbols [1]** 112/16
**system [4]** 42/17 42/17
87/3 95/22
**systematic [6]** 58/20
59/21 69/4 76/16 76/18
76/24
**systemically [1]** 40/21
**systems [1]** 95/10

**T**

**table [1]** 47/6
**take [29]** 12/10 18/3
19/11 26/3 28/9 31/4
34/1 38/4 39/2 40/16
47/7 50/4 59/3 65/12
73/16 73/23 74/9 74/21
74/24 74/25 84/6 97/16
99/15 118/10 125/12
127/8 138/5 142/18
152/7

**taken [8]** 24/19 24/20
26/25 30/2 31/24 95/14
105/10 138/23
**takes [5]** 18/24 24/14
97/3 104/4 128/10
**taking [4]** 25/2 143/13
147/8 152/4
**talk [20]** 10/10 40/4
40/5 42/15 50/17 52/17
63/22 75/6 80/19 88/7
96/17 97/8 97/16 100/24
103/1 106/19 108/10
129/24 137/7 143/4
**talked [4]** 19/16 123/10
141/16 151/2
**talking [24]** 27/22 34/3
36/6 42/22 49/20 50/7
77/5 88/3 88/8 88/14
99/8 104/24 109/6 109/9
109/11 115/15 117/3
117/20 124/2 128/17
129/8 134/21 150/18
151/4
**talks [7]** 49/22 51/8
57/2 114/23 146/8
146/10 148/18
**Tarrant [3]** 82/22
96/13 96/22
**Taryn [2]** 56/10 67/1
**TDSA [1]** 77/24
**teaching [1]** 99/25
**team [10]** 13/9 20/21
44/12 51/15 102/19
102/25 122/18 124/6
141/2 145/12
**team's [1]** 144/25
**teammate [2]** 112/9
145/1
**teams [2]** 52/4 145/4
**technological [1]** 155/9
**technology [4]** 43/4
142/7 142/10 143/15
**TELECONFERENCE
[1]** 1/13
**telephone [1]** 22/15
**tell [8]** 33/3 56/7 83/11
85/17 89/1 96/9 124/21
138/1
**telling [3]** 21/3 25/5
111/2
**tells [2]** 46/18 147/3
**temporary [2]** 145/20
146/1
**ten [16]** 23/16 30/17
43/1 43/2 43/20 44/3
45/4 48/6 54/13 75/8
90/11 130/24 141/15
148/19 151/2 151/4
**tend [1]** 117/21
**tendered [1]** 35/25
**tennis [1]** 16/2
**term [3]** 115/23 133/23
141/10
**terminate [2]** 28/10
32/25
**terminated [5]** 28/4

30/3 50/22 139/7 149/25
**termination [2]** 147/16
147/17
**terminology [1]** 34/5
**terms [11]** 6/25 15/13
37/22 51/4 112/16
113/16 113/18 116/7
118/23 142/12 153/7
**test [9]** 25/17 32/6 32/7
39/16 76/19 76/21 76/22
76/23 77/4
**tested [2]** 25/15 25/18
**testify [2]** 7/22 101/25
**testimony [8]** 7/5 7/10
17/17 53/8 60/20 102/15
103/20 105/5
**testing [4]** 80/7 144/11
144/11 144/12
**tests [3]** 58/25 67/7
144/15
**Texas [41]** 1/8 25/9
25/11 51/15 54/24 55/3
55/15 56/17 57/2 57/8
57/12 57/24 61/13 68/11
71/7 72/1 73/2 73/4
81/25 83/5 84/6 88/1
88/11 88/25 89/1 90/1
90/10 91/5 92/23 93/13
93/18 93/23 94/1 94/3
94/5 94/17 96/12 96/14
96/23 97/3 153/2
**text [2]** 111/7 111/11
**than [24]** 11/9 23/23
26/7 41/17 41/21 48/21
57/15 58/4 63/22 76/15
76/15 93/10 98/18
109/18 130/16 132/6
133/22 134/15 136/8
145/21 146/12 149/9
151/21 152/21
**thank [53]** 3/6 3/17
3/19 4/3 4/9 5/4 12/4
12/20 32/22 35/2 35/4
35/7 39/5 42/4 42/8
48/20 58/11 59/6 59/10
67/17 73/18 74/18 75/9
75/20 76/3 83/23 84/3
98/22 99/14 100/13
101/5 101/6 103/3 103/6
105/9 106/2 124/5
135/17 137/25 138/9
140/18 150/9 151/22
153/25 154/1 154/1
154/10 154/12 154/13
154/15 154/21 154/24
154/25
**that [950]**
**that's [138]** 8/23 9/16
16/9 17/13 17/18 17/19
18/25 20/8 21/4 21/11
23/14 24/14 24/22 25/4
25/4 26/23 27/22 31/9
34/24 37/8 39/10 39/20
41/24 43/1 43/8 43/19
44/24 46/15 47/23 49/7
50/12 51/23 54/14 55/1

55/6 55/16 55/21 55/22
56/25 57/1 58/14 59/17
63/4 63/21 64/10 65/14
65/18 67/5 67/12 67/16
71/9 74/1 74/5 74/12
74/13 74/13 74/16 77/17
78/4 79/15 80/5 80/21
80/24 81/7 81/12 81/18
83/15 84/12 84/12 84/21
84/22 85/5 86/3 86/13
86/21 86/22 87/4 88/10
88/10 88/17 89/15 89/15
89/23 90/6 91/11 93/21
94/22 95/2 95/19 95/25
96/16 96/20 96/22 97/3
97/18 98/13 98/16 98/17
100/6 100/25 107/20
107/21 108/5 108/14
110/13 111/15 112/22
117/23 120/1 120/5
123/2 123/15 125/7
125/17 125/23 127/10
129/12 129/14 130/17
133/15 133/16 137/8
138/13 138/16 138/17
139/19 141/16 142/16
142/19 143/20 144/1
144/9 144/19 148/21
149/13 149/19 150/6
153/4
**their [36]** 5/21 8/6 9/5
9/5 18/18 20/18 24/1
32/24 50/1 50/2 50/25
59/20 61/19 64/20 65/14
70/8 73/25 78/24 79/11
83/15 96/9 98/9 102/6
116/17 116/19 116/20
117/25 118/2 122/19
135/8 140/8 145/12
147/7 147/9 149/18
153/9
**them [67]** 7/1 7/2 7/23
8/12 10/12 16/17 22/11
23/21 23/22 23/22 23/23
23/23 23/23 23/24 25/17
26/3 26/7 28/8 37/7
38/22 40/12 43/12 46/13
58/25 59/1 59/21 63/4
65/2 67/3 67/6 67/12
67/15 70/20 71/6 71/21
73/4 79/19 92/8 92/25
99/17 99/21 100/5
106/17 106/21 107/15
107/15 108/18 108/22
108/23 109/2 109/9
109/14 109/15 109/23
109/24 110/6 110/12
110/14 110/16 110/21
111/6 111/9 111/16
112/3 112/5 112/7
112/14 112/14 113/2
115/6 115/17 116/14
117/4 121/14 122/18
122/19 124/10 124/13
124/18 124/22 128/16
129/10 129/18 130/7
130/9 131/5 131/14

104/4 119/3 121/3
**then [77]** 5/22 5/24 7/6
8/19 9/16 10/1 11/11
16/7 18/11 22/10 24/11
25/10 26/13 30/5 31/22
33/4 33/20 41/7 44/4
44/17 47/20 48/18 49/11
57/13 57/24 65/16 66/7
68/8 68/12 72/7 72/16
73/16 73/20 75/24 76/5
77/5 81/16 84/18 84/24
85/1 85/25 86/14 87/13
88/10 90/23 91/6 94/20
95/24 96/18 97/7 97/15
98/7 98/8 98/9 98/17
100/3 103/1 107/21
113/5 118/21 120/4
122/17 128/12 128/19
131/4 133/25 134/7
137/2 137/3 139/7
140/20 141/4 142/9
142/11 149/11 152/14
154/8
**theory [2]** 65/2 65/4
**there [243]**
**there's [4]** 38/14 99/2
100/24 142/1
**thereafter [2]** 94/16
148/18
**therefore [6]** 8/10
71/18 94/17 126/23
153/1 155/9
**thereof [2]** 112/17
146/17
**these [124]** 6/17 9/7
14/24 15/11 15/13 15/20
16/7 16/8 16/11 16/14
16/16 17/4 18/1 18/10
18/19 19/1 20/13 20/15
21/1 21/22 23/1 24/4
25/3 25/6 25/23 25/24
26/6 29/1 30/6 30/25
31/4 31/7 33/15 34/4
36/20 37/1 41/15 42/5
42/23 43/21 49/11 51/24
52/19 53/18 55/24 58/17
58/20 64/2 66/19 66/23
67/1 67/5 67/7 67/12
67/15 70/20 71/6 71/21
73/4 79/19 92/8 92/25
99/17 99/21 100/5
106/17 106/21 107/15
107/15 108/18 108/22
108/23 109/2 109/9
109/14 109/15 109/23
109/24 110/6 110/12
110/14 110/16 110/21
111/6 111/9 111/16
112/3 112/5 112/7
112/14 112/14 113/2
115/6 115/17 116/14
117/4 121/14 122/18
122/19 124/10 124/13
124/18 124/22 128/16
129/10 129/18 130/7
130/9 131/5 131/14

**T**

**these... [14]** 131/15
131/16 132/10 135/11
136/17 137/20 137/21
139/11 144/22 146/13
149/7 149/9 150/5
153/15
**they [280]**
**they're [1]** 153/11
**they've [1]** 149/24
**thing [8]** 18/14 52/6
64/4 88/5 92/15 97/7
127/10 142/15
**things [26]** 14/5 17/21
17/24 44/21 50/5 51/5
52/17 52/25 53/5 54/18
58/21 81/19 84/11 89/7
91/10 104/14 104/16
104/24 107/22 108/12
117/21 130/17 134/13
142/4 142/12 153/7
**things from [1]** 108/12
**think [107]** 6/1 7/2 8/8
9/16 12/5 12/16 14/9
14/22 17/21 21/9 25/9
26/22 29/22 34/12 36/11
42/12 42/14 43/8 43/22
44/22 48/15 48/22 50/10
53/7 55/1 55/2 57/19
64/17 64/22 65/21 67/22
68/1 68/6 68/24 73/8
73/15 76/1 76/7 76/12
76/13 79/11 80/5 83/8
85/3 86/11 93/1 93/7
93/19 95/6 95/16 95/19
97/1 97/3 97/18 97/22
98/1 98/10 99/6 99/10
99/12 99/21 100/9 101/6
103/9 103/14 103/14
103/22 104/5 105/6
105/22 107/7 110/9
114/16 117/19 118/14
119/17 121/5 121/23
124/25 126/5 127/7
127/13 129/22 129/25
131/20 134/10 134/20
135/8 137/9 137/18
137/23 138/20 139/8
139/13 142/2 142/7
145/19 146/4 146/14
148/12 148/23 150/8
150/11 150/16 150/20
151/11 153/18
**thinking [2]** 9/12 78/6
**third [19]** 2/4 18/10
26/3 37/4 37/11 40/14
57/13 57/23 60/20 63/22
64/10 79/15 92/6 92/20
100/10 118/12 118/12
142/21 142/22
**this [359]**
**those [82]** 7/17 12/16
18/12 30/19 31/21 37/3
37/4 37/10 38/10 38/16
38/16 40/16 40/25 42/9

50/23 50/23 51/4 52/6
52/22 53/14 55/10 58/25
60/7 62/22 63/10 63/18
64/6 64/7 64/9 65/13
65/23 65/25 66/2 66/3
66/17 66/18 67/14 69/9
69/15 70/2 70/22 70/22
78/23 79/10 79/24 79/25
84/11 92/16 92/23 93/25
101/14 104/3 106/22
107/20 108/3 108/5
109/7 109/8 116/19
116/19 117/7 119/15
120/3 120/25 121/5
127/8 128/5 128/7
134/19 138/7 138/17
139/17 140/8 140/17
143/2 144/8 144/8
144/16 146/2 148/13
148/20 150/20
**though [5]** 5/10 91/24
101/12 104/4 153/8
**thought [4]** 9/21 13/4
20/17 48/5
**threat [12]** 89/21 95/7
98/12 98/12 98/13 98/17
100/22 100/24 101/3
143/21 143/24 145/17
**threaten [3]** 100/20
145/10 145/10
**threatened [6]** 88/12
88/16 88/16 88/17 92/12
95/21
**threatening [3]** 87/8
91/13 98/16
**three [57]** 16/14 16/17
19/16 20/9 20/24 20/25
21/20 25/12 25/13 25/14
25/23 26/20 30/6 30/16
31/11 31/20 32/5 34/23
40/12 40/19 40/23 41/15
42/5 42/9 44/3 47/9 51/9
53/23 53/25 55/8 56/3
64/5 65/13 68/9 75/3
81/22 85/9 86/1 99/17
100/1 115/8 115/9 116/4
119/10 120/5 120/6
122/24 122/25 123/1
138/25 140/13 143/6
143/10 143/10 143/11
144/8 148/15
**threshold [1]** 107/24
**through [31]** 6/7 11/5
11/6 12/14 12/15 13/5
15/3 22/20 26/8 32/9
33/17 34/19 34/19 37/19
46/2 50/9 50/11 50/13
62/14 67/23 69/9 77/3
78/16 78/16 80/12
101/10 103/19 111/17
138/8 138/10 142/10
**throughout [2]** 92/1
144/24
**thus [1]** 38/3
**time [56]** 9/11 10/2 11/5
11/25 14/23 15/20 21/14

24/14 26/25 28/18 29/10
33/15 34/11 39/3 42/22
45/23 47/21 50/16 59/4
60/16 60/23 62/15 63/10
64/11 66/4 66/20 67/7
68/15 68/16 76/9 78/5
82/11 87/22 87/23 88/21
89/21 93/10 98/4 98/22
98/24 100/2 100/11
101/10 103/21 105/6
105/10 105/19 121/6
135/5 138/1 138/2 138/9
142/14 144/15 150/1
154/6
**timeline [7]** 12/13 16/22
22/19 22/20 31/6 32/12
34/13
**timely [1]** 29/19
**times [5]** 14/13 42/24
50/6 66/16 72/21
**timing [4]** 48/14 65/24
79/20 89/18
**tip [2]** 111/3 111/4
**tissue [6]** 13/25 16/9
16/10 18/3 36/13 149/11
**titled [1]** 126/13
**today [25]** 5/17 9/3 9/9
10/10 13/5 14/14 14/18
15/4 16/21 26/8 59/17
71/9 73/6 98/18 99/17
100/8 101/9 101/21
102/4 102/13 123/11
125/5 151/14 151/21
152/9
**today's [2]** 5/18 36/15
**together [11]** 12/23
14/2 14/6 14/19 14/20
14/25 28/5 28/8 65/3
105/12 115/10
**told [3]** 18/25 19/15
26/18
**too [11]** 12/25 47/23
48/21 59/4 104/21
111/23 113/23 135/10
138/1 139/19 152/4
**took [6]** 17/22 18/2
92/16 92/23 102/3
115/18
**top [2]** 20/1 50/16
**tortious [4]** 65/14 66/2
66/3 66/6
**torts [3]** 40/18 40/22
50/6
**torture [1]** 122/9
**Total [3]** 40/14 41/8
43/24
**totally [3]** 93/7 129/3
151/7
**touch [2]** 73/21 154/23
**touched [4]** 109/4
109/13 111/3 111/4
**tournament [1]** 145/16
**tournaments [1]** 123/5
**toward [3]** 17/5 41/8
81/17
**towards [1]** 81/5

**trade [18]** 36/14 36/16
43/13 46/13 70/7 70/8
70/9 70/10 72/11 72/13
72/13 72/16 72/21
120/14 120/21 120/22
128/17 135/23
**trademark [18]** 70/14
70/15 77/16 107/1 107/7
107/9 125/5 125/12
125/14 125/15 126/10
126/16 126/18 126/23
126/23 127/7 146/2
146/2
**trademarks [7]** 97/14
107/3 125/20 126/4
126/7 126/20 126/21
**trading [1]** 46/12
**train [5]** 18/16 18/18
26/6 26/7 33/18
**trained [4]** 109/20
110/3 132/21 134/18
**training [4]** 26/5 99/24
109/18 109/22
**transaction [3]** 104/18
104/19 120/8
**transactions [1]** 63/17
**transcends [1]** 13/16
**TRANSCRIPT [1]** 1/13
**transcription [1]** 155/5
**transfer [8]** 18/11
71/13 71/15 73/1 96/19
117/14 140/22 153/9
**transferring [1]** 71/20
**transmitted [1]** 32/9
**transpiring [1]** 5/15
**transported [3]** 55/16
64/11 64/14
**transports [1]** 66/8
**travel [2]** 31/8 32/10
**traveling [1]** 104/15
**treatise [1]** 126/6
**treatises [1]** 126/4
**treats [1]** 18/8
**trial [1]** 128/4
**tried [2]** 52/13 76/21
**Trigg [1]** 1/21
**trigged [3]** 84/19 84/25
91/4
**trigger [4]** 81/12 84/10
84/17 95/17
**triggered [3]** 84/19
101/2 112/23
**triggers [1]** 82/18
**trip [1]** 104/14
**TRO [11]** 1/13 9/9 9/19
10/19 11/10 35/12 72/15
78/10 78/12 92/17
146/25
**troubling [3]** 25/25
26/19 26/23
**true [5]** 68/14 77/11
107/23 120/5 142/17
**truly [2]** 82/17 134/9
**trust [1]** 5/12
**truthful [3]** 132/2
132/10 132/19

**try [8]** 24/23 26/7 48/25
61/22 65/2 65/2 68/20
147/10
**trying [14]** 24/10 24/24
48/16 63/1 65/19 117/9
117/16 131/12 133/1
134/9 134/12 135/14
140/14 148/5
**turn [15]** 29/21 34/13
38/21 46/21 55/7 67/19
78/9 83/18 83/21 91/2
105/18 116/9 120/17
131/17 134/2
**turns [2]** 31/16 128/19
**Twentieth [1]** 125/22
**twice [2]** 49/25 87/8
**twin [4]** 117/25 134/23
134/24 135/3
**twins [2]** 117/25 135/4
**two [63]** 10/24 17/21
23/17 23/21 23/22 24/2
24/11 26/17 30/15 31/17
32/3 33/23 37/23 39/25
40/13 40/20 41/2 41/10
42/9 43/2 44/11 44/14
44/24 46/8 46/19 47/14
51/20 54/11 55/1 57/10
60/7 61/3 61/21 63/18
69/9 70/20 72/19 73/7
76/5 80/8 81/22 81/25
82/4 87/13 87/23 90/19
91/6 91/9 91/24 93/25
100/1 106/6 106/21
106/22 108/12 112/10
117/25 128/22 140/12
140/16 140/22 141/17
152/2
**twofold [1]** 91/3
**tying [1]** 43/9 43/12
**type [4]** 62/1 65/6 91/14
132/11
**types [2]** 40/4 153/16

**U**

**U.S [15]** 2/4 2/23 78/21
91/12 98/19 98/19
122/20 125/22 126/10
129/6 140/24 141/8
141/14 141/19 155/14
**U.S.C [3]** 91/12 106/9
107/10
**UK [2]** 20/14 20/16
**ultimately [7]** 51/7
55/16 92/3 121/10 134/8
142/8 142/9
**unable [1]** 61/20
**unambiguous [5]** 38/15
122/6 135/16 139/9
147/13
**unanswered [1]** 77/1
**unauthorized [2]** 86/8
146/5
**unconditional [1]**
120/23
**undefined [1]** 15/2
**under [62]** 15/1 21/25

**U**

**under... [60]** 24/16 28/9 32/25 33/20 33/21 34/5 35/19 38/4 39/18 46/5 54/14 65/4 77/16 78/2 78/20 78/20 81/21 82/4 82/11 82/24 87/7 90/4 92/4 96/19 96/19 102/21 106/9 106/15 106/20 106/21 106/21 106/23 107/2 107/9 107/12 108/1 110/24 111/24 111/25 112/1 112/15 112/15 113/11 113/16 116/11 117/10 117/13 119/21 121/17 124/9 132/15 138/18 139/5 139/20 142/24 142/25 147/9 152/4 152/7 153/19

**undercut [1]** 121/12
**underlined [1]** 19/19
**underlying [4]** 39/7 39/7 120/12 127/5
**understand [33]** 4/1 6/20 15/14 17/22 18/3 21/6 29/2 32/11 34/7 34/10 40/12 42/5 47/19 48/14 50/10 57/14 58/6 59/15 63/5 63/12 104/11 104/25 117/9 117/16 120/22 121/18 134/5 138/9 138/12 145/19 145/20 151/9 151/9
**understanding [7]** 21/11 58/12 60/7 64/9 65/15 94/19 105/4
**understands [2]** 144/22 145/19
**understood [4]** 30/4 39/5 48/12 105/9
**undertake [3]** 34/1 90/14 153/21
**undertaken [2]** 65/25 80/12
**undertaking [1]** 46/13
**unexpected [1]** 46/3
**unfair [6]** 46/3 107/16 107/17 126/5 126/21 137/22
**unfettered [7]** 119/25 120/3 120/9 120/25 122/8 139/10 140/3
**unfolds [1]** 5/24
**unformed [1]** 73/11
**unfortunate [1]** 143/18
**unfortunately [3]** 66/18 66/21 67/7
**unilateral [4]** 116/11 118/7 121/22 142/2
**unilaterally [9]** 15/16 51/3 53/4 53/4 112/24 117/16 120/12 139/10 149/9
**unique [5]** 109/12

**110/16 118/4 133/4 136/5
UNITED [5]** 1/1 1/14 2/23 19/7 155/13
**universe [1]** 56/7
**unless [1]** 46/20
**unlocks [1]** 39/11
**unmute [1]** 131/21
**unpersuasive [1]** 121/20
**unpublished [1]** 127/4
**unquote [1]** 148/6
**unreal [1]** 19/21
**unrelated [4]** 60/2 60/6 60/20 64/10
**unreliable [2]** 36/20 38/2
**until [7]** 20/18 32/1 74/25 82/21 89/16 99/25 138/1
**unusual [1]** 146/4
**up [54]** 4/4 4/9 5/8 7/20 8/24 12/15 15/9 15/22 16/14 16/15 19/12 19/13 21/18 21/19 23/16 27/4 27/8 33/2 33/13 44/23 47/2 53/24 73/19 73/21 86/19 97/16 99/3 102/7 102/7 102/9 102/10 110/10 111/9 112/10 113/23 113/24 114/9 114/10 114/25 117/11 119/3 121/25 122/7 122/10 123/8 125/25 127/14 127/21 128/16 137/17 139/18 140/10 149/18 154/7
**up-and-coming [1]** 112/10
**uphold [1]** 4/2
**upon [11]** 43/6 66/25 69/13 73/21 78/19 96/9 96/20 115/10 115/24 119/9 152/9
**urge [2]** 5/15 87/5
**urgency [1]** 92/22
**us [42]** 2/6 6/4 6/6 8/22 9/2 10/5 10/7 10/7 10/11 12/14 18/24 25/25 28/11 30/20 32/23 35/15 39/6 44/12 46/18 59/2 60/24 66/20 71/3 71/8 83/11 83/15 85/17 87/11 87/14 87/23 88/6 88/15 89/23 96/9 97/3 98/9 100/23 123/23 124/3 124/8 148/12 154/14
**use [28]** 23/21 23/23 23/24 24/3 33/24 51/20 51/21 54/10 54/11 54/16 62/14 65/2 69/6 72/23 89/7 107/2 116/3 116/19 116/20 117/6 118/11 118/13 119/9 130/15 133/4 138/2 141/9 141/18

**used [8]** 52/2 117/23 125/11 125/17 126/10 128/20 133/11 138/23
**useful [2]** 8/23 62/14
**user [1]** 34/23
**uses [1]** 141/2
**using [3]** 36/8 118/15 124/20

**V**

**valid [2]** 121/19 125/11
**valuable [2]** 109/1 109/2
**value [8]** 22/10 59/14 59/15 64/15 66/8 121/4 125/17 149/8
**Vanity [2]** 21/18 35/16
**various [10]** 6/7 15/2 15/4 16/17 23/1 101/10 104/1 105/7 146/3 149/21
**Vasquez [1]** 4/22
**vehicle [1]** 89/14
**venture [7]** 44/17 44/19 49/16 50/20 51/11 51/23 54/12
**venue [2]** 45/9 54/12
**verbose [1]** 150/13
**verifiable [1]** 31/5
**verify [1]** 7/18
**verses [1]** 85/9
**version [1]** 117/13
**versus [12]** 3/8 74/1 74/12 78/21 79/6 81/6 90/15 90/16 125/22 126/1 126/1 126/19
**very [61]** 12/25 18/18 20/20 22/9 25/22 33/5 36/13 38/9 38/15 43/19 44/22 46/15 49/13 51/4 53/1 59/2 76/7 76/22 76/23 79/18 81/25 82/20 83/1 84/11 86/10 90/10 90/11 92/8 96/11 97/25 103/16 104/10 105/2 105/25 106/12 106/17 115/20 124/7 124/7 128/1 128/8 129/9 129/9 129/10 130/10 131/14 131/24 134/7 137/10 139/11 140/12 141/4 142/18 142/23 147/24 150/3 150/24 153/3 153/4 154/13 154/15
**veterinary [3]** 30/14 36/21 36/23
**via [1]** 18/11
**viable [4]** 15/6 15/8 15/11 116/2
**ViaGen [3]** 142/8 142/10 143/14
**vice [1]** 3/16
**VIDEO [1]** 1/13
**videos [1]** 26/15
**view [8]** 17/2 18/20 34/12 117/10 120/18

**137/12 146/18 147/24
viewing [1]** 4/24
**viewpoint [1]** 71/16
**violate [1]** 39/19
**violating [1]** 39/9
**violation [2]** 65/14 91/12
**virtually [1]** 133/25
**vis [2]** 110/21 110/21
**vis-a-vis [1]** 110/21
**vitiated [1]** 18/20
**volume [4]** 59/13 63/1 93/2 126/20
**voluminous [1]** 12/8
**voted [1]** 20/2
**Vuitton [1]** 39/21

**W**

**wade [1]** 101/10
**Wait [2]** 25/2 128/19
**wake [2]** 16/14 16/15
**wake-up [2]** 16/14 16/15
**walk [3]** 6/6 12/14 67/23
**want [65]** 7/23 11/16 14/7 16/9 17/18 17/19 21/12 21/17 28/6 29/12 29/17 29/18 32/9 36/19 37/17 37/20 38/9 39/2 43/18 48/3 53/8 56/13 58/23 59/3 60/14 60/15 67/24 71/10 74/24 76/12 77/1 90/3 91/23 94/20 97/16 99/13 100/7 101/12 101/20 102/10 103/15 103/16 103/20 104/17 111/7 113/13 116/8 116/15 119/19 121/25 125/4 127/22 129/23 131/22 133/18 135/19 135/23 136/1 136/1 139/1 139/4 140/13 151/3 151/15 152/8
**wanted [18]** 14/3 14/4 14/5 23/20 26/7 27/1 58/6 58/15 77/3 92/5 92/7 97/25 98/20 117/2 119/3 131/23 144/18 152/17
**wants [4]** 15/16 96/3 97/4 151/18
**warning [1]** 87/7
**warrant [2]** 84/22 85/12
**was [212]**
**wasn't [9]** 19/15 43/21 61/23 66/21 77/4 95/4 98/24 100/22 139/7
**way [27]** 31/9 34/3 40/14 42/17 50/22 53/17 63/10 68/11 72/17 77/21 80/21 86/5 88/13 91/23 94/10 97/13 109/21 121/12 127/14 128/6

**130/11 130/11 131/7 140/24 141/6 142/22 144/10
ways [2]** 41/11 141/13
**we [399]**
**we'll [1]** 148/23
**we're [1]** 89/3
**we've [1]** 101/7
**Wear [1]** 79/8
**Webster [4]** 127/25 128/8 128/9 128/23
**week [1]** 151/21
**weekend [1]** 154/22
**weeks [3]** 10/7 17/23 100/4
**welcome [1]** 116/24
**well [52]** 5/5 6/21 8/19 9/16 10/4 22/1 30/3 30/4 32/18 34/7 41/9 43/20 48/11 50/12 53/11 58/24 62/13 65/12 67/15 75/21 76/14 79/13 79/15 79/25 83/3 90/16 94/4 95/9 96/11 96/19 101/8 110/11 118/20 119/22 120/19 121/5 122/15 127/17 130/24 135/17 135/22 136/12 142/16 142/25 144/3 146/7 148/6 148/11 151/11 153/4 154/17 154/22
**Wellington [6]** 1/20 22/24 31/12 31/13 54/1 56/5
**went [4]** 14/10 104/18 104/22 128/5
**were [107]** 8/7 9/12 16/5 20/11 20/22 22/23 24/9 25/19 26/15 30/8 31/1 31/7 31/16 31/23 31/24 32/4 32/25 33/6 33/18 33/19 33/25 37/2 42/9 42/14 43/25 47/9 48/8 49/14 50/14 51/12 51/13 51/19 53/9 54/4 54/7 54/15 55/9 55/10 55/12 55/13 55/15 55/16 55/17 55/18 59/24 60/5 60/15 61/20 62/19 63/16 64/10 64/11 65/16 66/2 66/4 66/18 66/18 66/20 67/14 67/15 68/25 71/8 71/15 72/1 72/6 75/3 82/20 84/11 84/18 84/19 85/23 92/25 93/23 98/16 99/8 99/18 99/21 100/1 100/3 100/11 104/7 106/17 110/22 111/14 112/4 113/3 113/3 113/14 113/15 115/10 116/14 118/10 118/24 120/5 120/6 121/6 121/7 121/9 122/25 131/23 132/9 132/13 133/25 134/23 138/15 140/7 143/2

**W**

weren't [2] 32/1 115/25
Westlaw [6] 85/5 85/6
85/9 90/18 90/18 90/19
what [146] 5/15 5/16
6/16 6/22 10/1 10/13
14/20 14/21 15/16 15/18
18/9 18/25 20/1 20/8
23/13 24/25 25/4 25/5
25/12 26/16 26/20 27/12
28/21 28/21 30/8 32/1
32/21 33/4 34/2 34/3
34/4 35/15 36/20 36/25
39/14 40/12 47/9 48/2
49/22 50/7 50/21 50/24
50/25 54/8 56/7 56/16
62/18 63/2 63/23 64/5
64/19 65/6 65/18 68/6
69/6 69/20 70/1 70/3
70/6 70/25 74/5 74/7
76/11 76/16 76/18 76/22
77/17 79/21 80/23 82/1
82/12 82/15 82/16 83/8
83/13 85/13 85/17 87/4
87/24 88/10 88/14 89/20
89/25 90/14 91/3 91/19
93/21 94/7 94/13 95/11
95/20 96/7 96/12 97/10
98/13 98/16 99/9 100/8
100/11 102/11 104/8
106/14 107/13 108/11
108/23 111/9 111/25
112/1 112/3 112/23
113/13 113/21 114/4
114/16 115/2 117/10
117/11 117/13 117/15
117/20 119/17 119/20
119/24 120/10 120/18
120/20 123/11 124/19
125/18 129/2 131/12
131/25 132/1 132/14
132/25 133/1 133/23
134/8 135/14 139/19
142/19 143/8 144/6
147/22 147/24 150/6
Whataburger [1] 74/12
whatever [7] 46/11
79/15 87/15 112/2 115/4
145/5 151/19
WhatsApp [3] 111/10
111/11 111/11
Wheeler [1] 1/21
when [64] 17/22 25/21
26/13 30/20 42/15 45/19
46/1 46/2 48/9 49/12
49/20 52/16 52/16 56/1
61/18 61/23 64/1 66/3
66/17 66/18 67/14 70/19
72/17 72/18 73/7 73/14
78/7 78/22 83/2 86/10
88/7 89/1 90/13 95/14
95/20 97/13 97/15
100/24 107/5 107/18
109/23 112/24 115/19
115/25 119/6 120/23

121/6 121/14 123/22
127/24 129/17 133/2
135/11 135/12 136/2
136/16 137/7 141/25
142/20 144/11 144/11
144/17 144/18 146/5
whenever [1] 118/8
where [51] 7/4 10/19
12/15 12/16 14/23 15/23
17/16 19/20 19/24 22/21
22/25 27/17 42/13 45/8
53/22 54/6 55/10 55/12
55/13 55/16 55/18 59/20
63/1 63/23 65/22 66/17
67/14 68/25 70/4 72/21
73/4 73/7 74/15 82/22
84/21 87/6 94/1 96/1
97/20 125/7 125/16
127/20 128/9 132/16
132/18 137/1 139/18
144/6 144/7 147/21
153/11
whereas [3] 114/12
114/16 114/20
whether [33] 6/22 8/5
10/21 26/14 39/11 39/17
39/18 48/16 48/18 60/23
64/15 64/19 64/20 73/1
80/23 80/24 81/2 81/11
85/1 90/4 90/24 92/19
93/3 101/9 101/14 107/8
107/20 116/1 116/1
118/14 118/17 138/21
150/18
which [105] 6/1 6/14
10/25 11/8 12/1 12/11
12/24 13/21 15/16 17/3
18/22 20/17 27/15 28/8
30/15 31/10 32/3 33/22
34/3 36/2 36/8 36/13
37/2 37/16 40/10 40/25
42/16 44/6 45/12 46/24
47/11 47/15 49/12 49/16
49/18 52/20 52/22 54/15
56/17 56/18 60/3 61/8
65/6 65/8 66/4 68/8
68/24 69/1 69/7 69/11
69/13 70/7 71/4 71/7
77/25 78/15 78/19 78/21
82/9 82/15 82/16 84/19
86/4 90/15 91/12 93/7
96/2 99/9 103/25 106/9
107/5 107/10 110/4
114/23 115/25 120/14
121/9 121/10 125/8
125/11 126/2 126/5
126/9 126/12 126/13
126/18 126/19 127/3
127/4 128/10 130/19
130/20 132/4 134/9
137/2 140/20 141/25
142/9 147/15 148/15
148/18 148/19 151/3
151/4 154/4
while [7] 17/22 18/2
29/4 29/15 36/1 46/12

86/8
white [1] 41/5
who [31] 3/14 3/15 4/19
14/17 16/2 23/6 33/18
34/17 34/22 45/5 45/6
51/11 51/13 55/19 62/5
62/6 65/6 68/5 73/12
78/17 86/3 89/12 93/4
102/12 109/4 109/13
116/2 128/12 129/6
137/15 143/15
whoever [2] 66/8
105/23
whole [6] 19/5 29/16
52/5 114/18 119/7
127/19
wholesale [1] 120/17
wholesome [1] 8/8
whom [3] 36/6 52/14
72/19
why [23] 6/4 8/22 20/17
21/4 29/11 29/20 38/23
47/6 55/1 58/9 71/3
72/11 78/1 78/19 80/11
87/5 102/25 105/6
106/19 108/23 127/21
131/17 153/14
widely [1] 13/14
wife [4] 14/17 89/13
140/21 147/3
will [104] 3/15 4/1 5/12
5/24 6/1 6/23 8/20 11/2
12/19 14/9 14/14 15/3
16/13 16/20 16/21 19/18
20/8 20/12 20/15 20/16
21/1 21/15 22/21 26/2
26/4 26/4 26/5 30/1
30/16 36/15 38/4 38/5
40/11 41/2 41/10 41/11
42/8 43/18 45/21 47/4
47/7 48/16 50/17 56/18
56/20 72/23 73/16 74/23
74/25 75/6 75/8 75/15
77/8 83/4 83/20 83/22
101/18 102/7 102/22
103/1 103/21 104/2
105/1 105/5 105/21
106/16 109/24 110/7
110/8 110/10 110/13
116/3 116/6 116/9
119/14 122/23 124/1
124/5 125/18 125/25
126/5 127/11 127/16
128/5 129/22 130/18
136/19 137/10 137/18
138/3 138/6 140/13
140/19 145/10 147/2
147/23 151/17 151/20
151/24 152/10 152/12
153/12 154/10 154/23
willing [4] 9/6 9/8
11/15 121/19
wind [1] 72/17
winded [1] 147/4
window [1] 65/5
wins [2] 25/7 145/15

wisely [1] 138/2
wish [5] 8/24 10/12
102/15 114/20 138/4
wishes [1] 122/22
withdraw [1] 9/9
within [22] 24/1 24/1
24/2 30/22 35/14 35/15
35/16 35/18 36/23 37/4
37/17 42/19 86/7 87/10
92/8 95/22 108/24 117/5
118/1 118/2 120/6 134/1
without [14] 37/10
41/10 63/23 91/22
104/21 112/24 112/25
116/22 119/23 121/22
128/20 130/12 131/16
140/23
witness [11] 6/21 6/21
34/18 53/8 70/17 72/19
102/9 102/12 103/1
103/13 153/14
witnesses [18] 6/12
6/15 6/17 6/19 7/14 7/17
7/21 8/6 8/13 8/18
101/21 102/2 102/4
102/7 102/8 103/10
103/13 153/12
won [2] 14/12 122/18
won't [5] 58/19 80/15
99/14 122/5 152/11
WOODFIELD [24] 2/3
3/24 4/13 9/5 9/20 10/3
22/24 55/8 73/16 74/18
75/12 93/22 94/15 95/4
116/24 119/19 127/23
131/18 135/19 146/16
150/9 150/11 152/24
154/2
word [4] 115/15 130/15
144/3 154/19
words [6] 49/25 81/4
108/17 112/16 114/1
126/15
work [7] 26/7 50/13
65/7 95/5 100/21 109/8
109/8
working [3] 50/15 56/7
99/25
works [2] 4/1 130/4
world [21] 13/10 13/21
14/12 18/7 19/6 19/12
20/2 21/3 23/19 26/21
52/15 110/5 110/11
110/12 123/5 124/18
130/11 130/11 144/22
144/24 145/16
worried [1] 139/16
worry [1] 74/23
Worth [1] 18/22
worthy [2] 76/7 93/8
would [151] 4/6 5/19
6/12 7/3 7/20 9/8 9/9
9/10 9/16 10/1 10/10
10/15 10/15 10/16 10/19
11/2 11/4 11/11 11/18
12/9 12/14 12/25 14/24

15/7 15/8 17/7 17/7
17/11 18/23 20/22 21/2
26/23 30/20 34/18 35/8
35/9 35/17 35/17 35/19
35/21 36/4 36/9 36/23
36/24 37/15 38/2 38/9
38/17 38/18 39/19 40/7
40/13 41/21 46/23 46/23
48/1 49/3 52/1 52/1
57/25 58/12 59/8 59/25
60/12 61/2 61/25 62/1
62/14 63/17 63/25 65/8
66/3 66/11 67/13 67/18
69/2 69/10 69/18 70/2
71/2 71/7 71/9 71/12
71/15 71/25 72/3 72/5
72/21 72/22 72/22 73/14
74/8 77/25 80/1 80/9
80/11 84/24 88/3 91/15
92/10 92/11 92/15 93/24
93/25 94/5 94/18 98/6
98/9 100/21 101/21
102/9 102/14 102/23
103/17 103/20 104/9
104/11 104/17 105/5
105/19 105/22 111/16
117/6 117/13 118/6
118/9 118/11 118/24
119/5 119/16 120/17
121/3 121/21 122/10
124/11 127/12 132/8
132/18 133/1 133/5
134/15 136/22 139/11
140/17 149/6 150/10
151/20 153/9 153/14
153/20 153/21
would-be [1] 98/6
wouldn't [2] 73/20 78/2
wrap [4] 33/2 121/25
123/8 137/17
wrapped [1] 33/12
writ [1] 138/20
writes [1] 142/20
writing [3] 35/21 35/22
86/23
written [5] 35/22 37/9
37/10 140/23 147/17
wrong [3] 38/1 96/21
122/24
wrongful [1] 149/5
wrongfully [2] 95/15
138/23
wrongs [1] 108/16
wrote [4] 49/25 50/1
50/2 86/3

**Y**

Yeah [2] 58/1 58/6
year [2] 23/16 24/9
years [9] 3/23 13/10
28/13 100/1 121/6 142/8
145/8 149/14 150/2
yes [32] 3/6 4/6 4/12
11/18 13/13 21/15 24/21
27/5 28/22 31/23 35/6
41/4 41/6 47/25 49/5

**Y**

**yes... [17]**  58/14 62/17
65/20 66/14 67/21 74/18
79/5 84/12 94/13 100/16
109/19 116/23 117/9
122/3 130/21 139/16
151/22
**yesterday [1]**  103/25
**yet [8]**  13/4 29/13 38/20
63/12 71/24 127/9
140/24 149/8
**you [484]**
**you're [5]**  75/25 79/2
88/8 116/24 136/16
**you've [2]**  16/25 111/13
**young [2]**  44/16 128/9
**your [231]**
**yourself [1]**  13/2
**YouTube [1]**  128/17

**Z**

**Zedda [14]**  51/9 51/10
52/5 52/7 52/12 52/20
53/13 53/20 54/2 54/5
54/7 54/19 103/24
109/18
**Zedda's [6]**  51/7 51/8
51/17 57/20 104/1 146/7
**zero [1]**  64/7
**Zoom [3]**  34/19 73/19
75/13