1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2
                     CASE NO. 20-CV-82231-AMC
3
     LA DOLFINA S.A., LLC, *et al.*,
4                                           West Palm Beach, Florida
                     Plaintiff(s),
5                                           March 3, 2022
              vs.
6
     D. ALAN MEEKER, *et al.*,
7
                     Defendant(s).        Pages 1 - 32
8    ------------------------------------------------------------

9                         DISCOVERY HEARING
               TRANSCRIBED FROM DIGITAL AUDIO RECORDING
10              BEFORE THE HONORABLE BRUCE E. REINHART
                    UNITED STATES MAGISTRATE JUDGE
11
     APPEARANCES:
12
     FOR THE PLAINTIFF(S):  AVERY S. CHAPMAN, ESQ.
13                          CHAPMAN LAW GROUP, PLC
                            12008 South Shore Boulevard
14                          Wellington, FL 33414
                            (561) 753-5996
15                          ascesq1@cs.com

16                          HABIB NASRULLAH, ESQ.
                            WHEELER TRIGG O'DONNELL, LLP
17                          370 17th Street, Suite 4500
                            Denver, CO 80202
18                          (303) 244-1800
                            nasrullah@wtotrial.com
19

20

21

22

23

24

25

```
1    APPEARANCES (CONT'D)

2

3    FOR THE DEFENDANT(S):    JAMES C. BOOKHOUT, ESQ.
                             JASON LEWIS, ESQ.
4                            MAIA SEVILLA-SHARON, ESQ.
                             DLA PIPER, LLP (US)
5                            1900 N. Pearl Street
                             Dallas, TX 75201
6                            (214) 743-4549
                             james.bookhout@dlapiper.com
7                            jason.lewis@dlapiper.com
                             maia.sevillasharon@dlapiper.com
8

9    FOR THE DEFENDANT(S):    ROBERT I. CHASKES, ESQ.
     Park Place Polo Team     AKERMAN, LLP
10                            1 SE 3rd Avenue
                             Miami, FL 33131-1714
11                            (305) 374-5600
                             robert.chaskes@akerman.com
12

13                            NOELLE PAGE PANKEY, ESQ.
                             AKERMAN, LLP
14                            222 Lakeview Avenue
                             West Palm Beach, FL 33401
15                            (561) 671-3629
                             noelle.pankey@akerman.com
16

17

18    TRANSCRIBED BY:         Joanne Mancari, RPR, CRR, CSR
                             Court Reporter
19                            jemancari@gmail.com

20

21

22

23

24

25
```

1    Thereupon,

2    the following proceedings were held:

3           THE COURT:  This is case No. 20 82231, La Dolfina S.A.

4    LLC and Adolfo Cambiaso v. the Alan Meeker, *et al.*

5           Can I have appearances, please.  Let me start with

6    counsel for the plaintiff.

7           MR. CHAPMAN:  Yes.  Good morning, or good afternoon,

8    your Honor.  Avery Chapman, Chapman Law Group, on behalf of La

9    Dolfina S.A., LLC, Adolfo Cambiaso, the plaintiffs, and, to the

10   extent relevant because this is a consolidated matter, also La

11   Dolfina S.A.

12          THE COURT:  All right.  Thank you.

13          On behalf of Mr. Meeker and the Crestview entities.

14          MR. BOOKHOUT:  Your Honor, this is James Bookhout, of

15   DLA Piper.  With me is Jason Lewis and Maia Sevilla-Sharon, and

16   we represent Alan Meeker, Crestview Farm, LLC, and Crestview

17   Genetics, LLC.

18          THE COURT:  All right.  Good afternoon.

19          On behalf of Park Place Polo Team Corporation and Park

20   Place Polo Fields Corporation.

21          MR. CHASKES:  May it please the court, your Honor,

22   Robert Chaskes, of Akerman, LLP, and with me today is my

23   partner Noelle Pankey.

24          THE COURT:  All right.  Good afternoon to both of you.

25          MR. CHAPMAN:  Your Honor, this is Mr. Chapman.

1    Mr. Nasrullah is also here on behalf of the plaintiff.

2              THE COURT:  OK.  All right.  Thank you.

3              MR. NASRULLAH:  Good morning again, your Honor.  Good

4    afternoon.

5              THE COURT:  All right.  So this matter is before the

6    court on a request for a discovery hearing.  I did have a

7    chance to review the joint memo that was submitted at docket

8    entry 246 as well as the attachments.

9              It looks like there are four issues that the parties

10   are asking me to help resolve today.

11             It seems to me the first three issues somewhat overlap

12   and there seems to me a common theme that may need some

13   clarification.  I believe, from what I can tell from reading

14   the pleadings or the submissions, the plaintiffs want to get

15   discovery to try to establish whether Crestview Farm, LLC and

16   Crestview Genetics, LLC, are in fact separate entities or not.

17             It seems to me when you have two LLCs they are

18   presumptively separate unless there is a theory or an argument

19   that there is either an alter ego relationship or some failure

20   to observe the corporate form.

21             Let me turn to Mr. Bookhout, I guess.  It is your

22   client.  Is that an issue in this case?  Are you asserting that

23   there is some sort of legal separation that is material here or

24   are you just relying on the presumption that two LLCs are two

25   LLCs and they are different things.

1          MR. BOOKHOUT:  Your Honor, we are relying on the

2    presumption that two LLCs are two LLCs and they are separate

3    things.

4          To your Honor's point, there is no meaningful

5    allegation related to that in the wide pleading that plaintiff

6    has in this case.  There is a passing reference to the words

7    alter ego, but that's it in a 150-page complaint.

8          THE COURT:  OK.  Let me turn to Mr. Chapman and

9    Mr. Nasrullah.

10          What is your theory as to -- is that an issue in this

11    case?  Are you going to assert as part of your case that these

12    two entities are somehow not observing the corporate form or

13    they are alter egos of one another and that therefore some

14    legal obligation that is incumbent on one of them is incumbent

15    on the other one of them?

16          MR. CHAPMAN:  Yes, your Honor.  Take a step away to

17    give you context.

18          One of the major underlying issues in this case is an

19    assertion by Mr. Bookhout's client that the 2009 agreement

20    continues to be valid and it forms the basis of certain actions

21    taken by his client that we complain upon.

22          It is alleged that that 2009 agreement was entered

23    into by what we will call Farm, Crestview Farm, LLC.  Through

24    discovery to date, including averments of nonparties, we have

25    now learned that Farm at one point was a 50 percent, if not 100

```
1    percent, owner of Genetics during the period of time that this

2    case and the dispute developed.

3            It is our position that there was a novation that

4    occurred shortly after the '09 agreement, in '11, amongst the

5    parties.  So amongst whom and how that occurred is hotly

6    contested here.

7            One of the things -- again, a joint discovery

8    memorandum will not tease out for you the nature of the

9    dispute.  That has to be found in other places -- in the

10   pleadings, in the motions, and in the affidavits.

11           THE COURT:  Then point me to them.

12           MR. CHAPMAN:  OK.  I can do that too.  Let me give you

13   the following affidavits, and we can file them right now if

14   you'd like to see them.  I am going to give you the following

15   citations to the docket entry records so that you can

16   understand where we see these.

17           What we have are a series of, first of all, three

18   affidavits by Mr. Meeker, which can be found at -- I am just

19   pulling up as I'm looking at my chart here -- docket entry

20   38-1.  You can also see some of those same allegations at

21   docket entry 18, which is the defendants' motion to dismiss,

22   docket entry 54, and there is one more, if I might.  Forgive

23   me.  So that is 38-1, 54.  37-1.

24           THE COURT:  OK.

25           MR. CHAPMAN:  What you will see in there amongst those
```

1    various documents and that motion, as well as many other

2    places, but this is just exemplars for your Honor.  As you

3    know, this has been litigated hot and heavy.  There was a ton

4    of --

5        THE COURT:  Mr. Chapman, I don't need a good windup.

6    Let's get to the point.

7        MR. CHAPMAN:  The point is there's a lot more.  One of

8    the things you will see in there is you will see a constant

9    allegation that they are separate but us rebutting that from

10   the discovery we have received to date that in fact Farm and

11   Genetics are not separate.  There was apparently an assignment

12   between the two, but apparently there wasn't an assignment

13   because there was a novation, depending upon how you read the

14   subsequent agreements.

15       While Mr. Nasrullah will talk about the specifics of

16   these requests and how they play into our theory of the case,

17   it is our position that the separateness of these two entities

18   is functionally nonexistent.  Mr. Meeker, Alan Meeker, has

19   commingled the two constantly in his correspondence.  We have

20   plenty examples of that.  In his affidavits he attempts to

21   create separateness that doesn't exist.  We're entitled to

22   probe that.

23       We understand that there are several trusts that are

24   alleged to have been owners of the LLC interests and we

25   understand there has been a significant amount of commingling

1    of Mr. Meeker's personal business with those trust businesses

2    that would have functionally blurred the line between the

3    members of both LLCs and Mr. Alan Meeker himself.  This is all

4    very complicated and it is a lot to catch up on.

5         THE COURT:  Hold on.  Conceptually that is not that

6    complicated for me.  You have two defendants, one of whom you

7    think has certain legal obligations to you.  Your point is the

8    other one does too because they are either, again, whether it

9    is alter egos or under some theory of the law, each of them is

10   bound by the legal obligations of the other.  So I understand

11   that conceptually.

12        Where is that alleged or otherwise presented in the

13   claims and defenses in the suit, or is that just something that

14   has kind of developed as the case has progressed?

15        MR. CHAPMAN:  That is a significant portion of the

16   allegations in the second amended complaint, that there was a

17   novation that -- it is almost the opposite of what you said.

18   There was a novation which doesn't allow Farm to undertake the

19   actions that it presently has taken in 2020 and 2021 with

20   respect to these clones, selling of these clones to a third

21   party.

22        Mr. Meeker and the Genetics and Farm lawyers,

23   Mr. Bookhout, are taking the position that the actions of

24   Genetics are allowed because there was no novation as to

25   Genetics' rights to do something that they claim subsequent

1    contracts allow.  That is all pled within the second amended

2    complaint, which is a rather lengthy document.

3         So yes, we specifically pled that.  We take a

4    significant amount of time to go through what the novation was.

5    There was a payment the novation of well over a million dollars

6    by Mr. Ernesto Guiterrez.  There is an affidavit to that effect

7    that there was a payment for a novation.  So all of that is

8    pled out at length.  This is a significant issue --

9         THE COURT:  OK.

10        MR. CHAPMAN:  -- between the parties.

11        THE COURT:  All right.  I understand at least at a

12   very, very high level that that is an issue in this case.

13        Let me turn to the other side and let them at least

14   address preliminary and then if I need to dig deeper, I will

15   dig deeper.

16        Mr. Bookhout.

17        MR. BOOKHOUT:  Thank you, your Honor.  So Mr. Chapman

18   is conflating some issues.  The novation issue has nothing to

19   do with alleged separation.  What they are alleging with that

20   is there is a 2009 agreement that Crestview Farm is a party to

21   and they allege somewhat --

22        THE COURT:  Counsel, hold on a second.  It just

23   occurred to me -- someone will correct me -- did I actually

24   turn on the recording device in this?  I don't remember.  I

25   did.  OK.  I want to make sure we are making a record.

1            So I apologize for interrupting you, Mr. Bookhout.  Go

2       ahead.

3            MR. BOOKHOUT:  No worries.  Thank you, your Honor.

4            So the novation argument, it is quite weak, and we

5       have addressed that in the pending motion to dismiss under Rule

6       12(b)(6).  But nevertheless, that is an argument about a

7       contract.

8            There is a separate contract in 2019 with certain of

9       the parties on the other side -- Adolfo Cambiaso and La Dolfina

10      S.A. and Crestview Genetics.  Those are separate contracts.

11      The issues arising under those contracts, the breaches of those

12      contracts, alleged breaches of those contracts, and the rights

13      and obligations under those contracts, that is what the case is

14      about.  Plain and simple.  It is about those two contracts.

15           The, quote-unquote, alleged separation between Farm

16      and Genetics is not at issue in the case and that is not the

17      theory upon which plaintiffs have alleged liability.  They sued

18      Crestview Farm because it is a party to the 2009 agreement and

19      Genetics because it is a party to the 2019 agreement.

20           THE COURT:  OK.  That is your position.

21           Mr. Chapman, let me let you respond to that.

22           So how does this separation or lack of separation tie

23      into whether Farm's or -- who is the party to the 2009

24      agreement, Mr. Bookhout?

25           MR. BOOKHOUT:  Crestview Farm, your Honor.

 1              THE COURT:  The 2009 is Farm and the 2019 is Genetics?

 2              MR. BOOKHOUT:  That's right, your Honor.

 3              THE COURT:  So I'm trying to understand the issues

 4       here.  The defendants' position here is, look, there is an

 5       agreement in 2009 with entity one, there is an agreement in

 6       2019 with entity two, and that is what we are here to fight

 7       about.  Entity one has no obligations under the 2019 agreement

 8       and entity number two has no obligations or limitations under

 9       the 2009 agreement.

10              Am I correct, Mr. Bookhout?

11              MR. BOOKHOUT:  That's correct, your Honor.

12              THE COURT:  OK.  Let me hear you again.  Now that I

13       understand that, let me go back to Mr. Chapman.

14              So what is your theory as to why Genetics either has

15       obligations or limitations under the 2009 agreement or is your

16       theory that Farm has limitations or obligations under the 2019

17       agreement?  Which way does this cut?

18              MR. CHAPMAN:  Your Honor, I would encourage your Honor

19       to go and read docket entry 122, which is the second amended

20       complaint, when we are done with this with fresh eyes now.

21              Paragraph 6 and thereafter at that document talks

22       about the March 23, 2011 Quota Holders Agreement.  This was an

23       agreement entered into between the parties regarding the

24       cloning business.  The only parties regarding the cloning

25       business that were in existence at that time were Farm and

1    Mr. Cambiaso and La Dolfina.  Genetics was apparently created

2    at a period of time to be a party to that agreement, but Farm

3    was the owner of Genetics.

4         Mr. Bookhout wants this to be a binomial question.

5    This is a huge issue in this case, starting at paragraph 6 and

6    pled throughout the common allegations, and there are 150 of

7    them.

8         There is a novation at that time that terminated the

9    rights of Farm.  Genetics is claiming it has some sort of

10   rights, but Mr. Meeker has been relying upon a terminated

11   novated agreement or a placed agreement, the '09 agreement, for

12   the things that his entity and he has been doing and that we

13   have been complaining about.

14        So Mr. Bookhout, respectfully, says I'm conflating

15   things.  Mr. Bookhout is glossing over the --

16        THE COURT:  Hold on.  Again, let me make sure I

17   understand.

18        So your position is -- was it 2011 that there was a

19   novation which terminated whatever rights Farm had under the

20   2009 agreement?  That is your position?

21        MR. CHAPMAN:  Yes.  Paragraph 7 of docket entry 122

22   says that.

23        THE COURT:  OK.  OK.  All right.  So then walk me

24   forward.  So that is an issue in the lawsuit as to whether

25   whatever rights may have existed under the 2009 agreement were

 1    terminated in 2011.  I understand that.

 2            Again, whether these are two separate legal entities

 3    or not, how does that matter to whether the rights under the

 4    2009 agreement were terminated in 2011?

 5            MR. CHAPMAN:  Yes, your Honor.  So let's go back to

 6    what we complain of.  The plaintiffs complain that in 2020 and

 7    '21 Mr. Meeker, through his efforts, sold several of these very

 8    special and unique Cuartetera polo pony clones to the Park

 9    Place entities Mr. Chaskes represents through an intermediate

10    entity.  We can drill down on that later.

11            Our response to that, once we found out about it, was,

12    hey, you did not have the right to do that either under the

13    2009 agreement, the very agreement you point to, Mr. Meeker,

14    because the language says you're required to check with us on

15    sales price and term before you do something like that and get

16    our approval, and it doesn't matter anyway because the 2009

17    agreement was novated, replaced in 2011, and the 2011 agreement

18    nor the 2019 agreement, neither of those agreements allow you

19    to unilaterally sell these very special clones, horse clones,

20    to third parties.

21            THE COURT:  OK.

22            MR. CHAPMAN:  So that is why it is relevant.

23            THE COURT:  OK.

24            MR. CHAPMAN:  You can see that at paragraph --

25            THE COURT:  But who is the entity that you allege --

```
 1   I'm sorry.  I didn't read the 150-page second amended

 2   complaint.

 3            MR. CHAPMAN:  I know.

 4            THE COURT:  Who is the entity that you allege sold the

 5   cloned horses to Park Place in 2020 and 2021?  Is it Mr. Meeker

 6   individually?  Is it Crestview Farm, LLC?  Is it Crestview

 7   Genetics, LLC?  Who do you allege?

 8            MR. CHAPMAN:  We have the contract.  I believe --

 9            THE COURT:  Please just answer my question.  Who do

10   you allege?  You wrote the complaint.  You should know who you

11   allege did it.  Who did it?

12            MR. CHAPMAN:  Your Honor, when we wrote the complaint

13   we didn't actually have the subsequent discovery from the

14   party.  OK.  Discovery has been rolling on this.  We received a

15   horse purchase agreement in June of last year.

16            THE COURT:  OK.

17            MR. CHAPMAN:  So that is why I am equivocating.

18            THE COURT:  But who sold it?  Who sold it?  Who sold

19   it?

20            MR. CHAPMAN:  All right.  The horse purchase

21   agreement -- forgive me.  I am going to pull it up because it

22   is that complicated.

23            I believe it was Farm sold the clones to Mr. Chaskes'

24   clients claiming that they had a 2009 agreement that enabled

25   them to unilaterally do so.
```

1        THE COURT:  OK.  So you have sued Farm for selling

2   these horses in 2020 and 2021, correct?

3        What does Genetics have to do with it then?  If Farm

4   is the one that sold the horses, what is your allegation

5   against Genetics if this case is about selling horses between

6   2020 and 2021?

7        MR. CHAPMAN:  So Mr. Meeker has so commingled the two

8   entities that we -- he has taken the position that Genetics, as

9   well as Farm, have the right to do what it is that Farm has

10   done.  Remember, Farm, as I mentioned to you, was the 50

11   percent and then in 2017 became the 100 percent owner of

12   Genetics.  So it is Genetics that became the face of what

13   Mr. Meeker claims Farm had the contractual right to do.

14        He utilized the Genetics entity.  Basically I think he

15   decided he liked the name better, is I am going to guess for a

16   moment, but putting that aside, because it is a name that has

17   the word genetics in it.  So he then went out publicly, in the

18   worldwide media, and claimed that his company, Crestview

19   Genetics, had the right to undertake this cloning and sell

20   these clones.

21        THE COURT:  OK.

22        MR. CHAPMAN:  When you drill down on his theory, his

23   theory is that Farm had a continuing right since 2009, which

24   was then assigned -- and there is an assignment.  We do talk

25   about the assignment.  You see that in the discovery motion,

1    that there was an assignment from Farm to Genetics.

2            Once he admits that, and he admits that in his

3    pleadings and he admits that in his affidavits, once he admits

4    that Farm assigned the rights to Genetics to undertake this

5    cloning, we have both entities involved, and that is why we

6    sued both entities.

7            THE COURT:  Got it.  OK.  I understand.

8            Let me turn to Mr. Bookhout and let him respond.

9            MR. BOOKHOUT:  Thank you, your Honor.

10           So the way I would respond to that, it is pretty clear

11   that there wasn't any allegation in what was just stated that

12   goes to a lack of separation between Crestview Farm and

13   Crestview Genetics.  There is an allegation that the 2009

14   agreement was novated and that Farm shouldn't have been able to

15   sell or exercise the rights that it asserted it was exercising

16   in 2020 to sell the horses to the Park Place Polo parties or to

17   Pegasus Rider Limited, the technical party to the contract.

18   Nevertheless, that is a Farm issue.

19           As to Genetics, there is a separate 2019 agreement.

20   Then Genetics says it has rights, and they have sued saying you

21   don't have rights under that agreement either.  But that

22   doesn't cause a lack of separation between the entities.

23           Mr. Chapman himself referred to an assignment between

24   them.  What he is referring to is there was an assignment of

25   certain horses from Farm to Genetics, but that establishes

1    separation, not a lack of separation.  So there is nothing in

2    these allegations that even goes to that being an issue in the

3    case.  That is our position, your Honor.

4            THE COURT:  All right.  I understand.

5            I am not going to rule from the bench today.  I will

6    go back and look at the issue more carefully.  I am not going

7    to rule on that issue.  Let's move to a different point.

8            Let's assume for the sake of discussion that I were to

9    conclude that separation or lack thereof is relevant to the

10   claims in the lawsuit, because I think that is how the parties

11   addressed it in your discovery memo.

12           Why is this trust, Mr. Chapman, why is the trust

13   relevant to whether there is a separation or not between these

14   entities, assuming that separation is a relevant question?

15           MR. CHAPMAN:  OK.  I certainly invite Mr. Nasrullah to

16   jump in.  He has drilled down on this a little bit while I was

17   preparing --

18           THE COURT:  Whoever from plaintiffs' counsel wants to

19   respond, please go ahead and respond.

20           MR. CHAPMAN:  I am going to invite Mr. Nasrullah

21   particularly on this issue.

22           MR. NASRULLAH:  Thank you, your Honor.

23           Your Honor, the trust becomes important because the

24   trust is the owner of the Crestview Farm entity.  It is really

25   important to this case as to how these horses and these

1    contractual rights were valued because under the 2009 agreement
2    Mr. Meeker says there is a right to clone.  Now, we allege that
3    in 2011 the parties stepped away from this model in the 2009
4    agreement to make and sell clones and in 2011 they decided to
5    go a different direction and not do that because once you give
6    up the tissue in another clone, you can keep making an entire
7    collection of clones, and anybody can do that.  So they stepped
8    away from the business model expressed in the 2009 agreement.

9         So the trust has been the constant owner of these two
10   entities.  It is really important for us because under Texas
11   law there is an non-delegable duty for a trust to do two
12   things.  You have a fiduciary duty to maximize the trust assets
13   and you have a fiduciary duty to keep good records.  You have
14   to keep accurate and orderly records.

15        So why does that become important in this case?

16        If Mr. Meeker and the Crestview side of the case truly
17   believes that they have this unfettered right to make and sell
18   clones for all of these years, the trust records should reflect
19   that because the trustee has the fiduciary duty to monetize
20   those assets.

21        What happened here, your Honor, the agreement gets
22   signed, the first agreement, in 2009.  We allege, as you have
23   heard, there is a novation in 2011.  In 2020, at the end of
24   2020, almost ten years later, Mr. Meeker decides to start
25   selling clones.  For ten years they didn't sell any clones.

1          Our contention in this litigation is that supports the

2     novation or the extinction of the 2009 agreement in 2011, and

3     there is plenty of admissions by Mr. Meeker to the global media

4     that follows this sport to the fact that we are not going to be

5     selling clones because if we sell the clones, we sell the

6     factory.

7          So coming back to the trust.  How did the trust

8     interpret this?  Because there is a very, very powerful and

9     compelling duty under Texas law for the trust to keep

10    impeccable records of its assets.  There are beneficiaries

11    involved here.  We believe that there would be two things,

12    there are two reasons, really three, why the trust becomes

13    really, really important to our contentions.

14          The first is --

15          THE COURT:  Go ahead.

16          MR. NASRULLAH:  To reiterate, your Honor, we want to

17    know what was told to the trust and how the trust characterized

18    this right to make and sell clones.

19          The second is what do the books and records say.  They

20    are required to keep records and value their assets.  Have they

21    done that?

22          Third, your Honor, when we talk about proportionality

23    in this case, there is an affidavit by Mr. Meeker that suggests

24    his back-of-the-envelope calculation for what his initial

25    damages would be is $36 million.  So if there is indeed a $36

1   million loss there, surely there is corresponding documentation

2   within this trust that is 100 percent owner of Farm.   100

3   percent owner of Farm.

4          So we want to see what the trust was being told.   We

5   believe it is relevant to our claims and defenses because it

6   goes to the heart of the question that both sides have

7   identified as an issue in the lawsuit.   It goes to the

8   novation, it goes to the separation of these two entities.

9          The novation and the separation really kind of

10  dovetail in 2011, 2012 where they sign this new agreement,

11  which we believe was essentially the springboard for a new

12  business model, because that agreement was signed by Genetics.

13  We believe it was the new agreement with a new business that

14  was started in Argentina that was essentially the novating

15  event that led to this relationship being changed.

16         They start out by saying we are going to make and sell

17  clones.   Then they say we are not going to make and sell

18  clones, we are going to keep the clones for ourselves.   We will

19  sell the babies of clones.   There is a difference in the

20  terminology.   Baby of a clone is made by more traditional

21  breeding methods.   So that is why the trust becomes --

22         THE COURT:   But if I understand what you are telling

23  me then, you want to argue the inference that there was a

24  novation, and they acknowledge there was a novation because

25  under the novation they were no longer allowed to sell any

1    clones and they didn't sell any clones for ten years, which

2    raises the inference that they understood there had been

3    novation and they didn't have that right anymore, and in

4    support of that inference you would like to get records of the

5    trust to try to bolster that inference.

6         Did I understand you correctly, Mr. Nasrullah?

7         MR. NASRULLAH:  Yes, sir, you did.

8         THE COURT:  Separate and apart from that you say there

9    may be records in the trust that may be relevant to their

10   damages claims that you would want to look at to see if it

11   really substantiates their damages claim?

12        MR. NASRULLAH:  Yes, sir, you're right.

13        THE COURT:  I understand the argument.  Let me turn to

14   the other side.

15        MR. BOOKHOUT:  Sure.  Thank you, your Honor.  This is

16   James Bookhout.

17        First I'd like to say the trust is a separate entity,

18   but there is a separate trustee that is not Mr. Meeker, and we

19   don't represent the trust.  They sent a subpoena to the trustee

20   and the trustee is responding to that through separate counsel,

21   is my understanding.  We are not involved in that.

22        With respect to trust documents, because it is a

23   family trust, Mr. Meeker as the defendant has a copy of the

24   trust document, for example.  That is clearly not at issue in

25   this case, and it is not at issue in this case simply because

1    the trust owns Crestview Farm.

2         I have never heard Mr. Nasrullah or anyone bring up

3    the issue of, quote-unquote, communications to what the trust

4    was being told.  To the extent that is at issue, that is not

5    something that is being withheld from production.  If there are

6    Crestview emails that are with the trustee reports or that sort

7    of thing, that is not being withheld.

8         What the issue is is trust documents, and the only

9    person who would have those is Mr. Meeker relating to when he

10   set up the family trust.  That is what we have objected to

11   producing.  Those documents about how the trust operates or, as

12   Mr. Nasrullah went on about fiduciary duties, that is not at

13   issue in this case.  Neither the trust nor the trustee is a

14   party to this case and how they are set up and run and so on

15   and so forth is not relevant simply because they own Crestview

16   Farms, simply because the trustee owns Crestview Farms'

17   membership interest.

18        THE COURT:  I understand.  As to this request No. 2 in

19   this second set of requests for production, I am going to rule

20   and I am going on sustain the objection.

21        If the theory here is that this evidence is necessary

22   to support an inference that there was novation and that the

23   Crestview entities understood there was novation and are bound

24   by that novation, Rule 23(b)(1), one of the proportionality

25   factors is how important is the issue to the resolution of the

1  litigation, and another one is how important is this evidence

2  to proving the issue that is important to the litigation.

3      So it may very well be very important to the

4  litigation whether there was novation or not and whether

5  Crestview entities understood there was novation and accepted a

6  novation.  I'll accept that for purposes of discussion.  What I

7  find is that this evidence is not proportionally necessary to

8  prove that inference.

9      The best evidence you have told me is they didn't sell

10  any horses for ten years.  You can argue that to the finder of

11  fact.  That is much more compelling evidence, that they didn't

12  think they could sell any horses.  So I don't find that this --

13  there is other evidence that has already been represented the

14  plaintiffs already have that they can raise that same inference

15  with the jury without invading into the documentation of a

16  family trust.  So I will sustain the objection to request for

17  production No. 2.

18      I got no objection one way or another from the trust

19  itself.  So if the trust chooses to produce those documents,

20  that is between the trust and the plaintiffs.  But at least as

21  far as requiring Dr. Meeker to produce them, I find they are

22  not proportional to the needs of the case and I will sustain

23  the objection to request for production No. 2.

24      Request for production No. 3.  That asks for documents

25  concerning, relating, or demonstrating -- Mr. Chapman,

1   Mr. Nasrullah, when I read No. 3, I have to tell you, even

2   assuming that it is relevant, it seems to me you are asking

3   them to prove a negative, prove that you are separate.

4           MR. CHAPMAN:  Your Honor --

5           THE COURT:  That would be every document in any

6   legitimate LLC, that would be presumptively every document that

7   they have.

8           MR. NASRULLAH:  Your Honor, this is Habib Nasrullah.

9   Let me address that.  I think that is a fair concern.

10           What we are seeing here, as you have heard from

11   Mr. Chapman, the separateness of these entities has really been

12   injected into the litigation by these Crestview defendants.

13           THE COURT:  I will stipulate for purposes of

14   discussion it is a relevant issue.  Why is a request for all

15   documents concerning, relating to, or demonstrating or upon

16   which Crestview or Dr. Meeker relied for the assertion that

17   they are separate entities, how is that not grossly overbroad

18   and disproportional to be able to prove what you are trying to

19   prove, which is they are not separate entities?  You want every

20   single document that proves that?

21           MR. NASRULLAH:  Your Honor, let me just say this.  All

22   of these requests, every one of these requests, were based on

23   language in Mr. Meeker's affidavit.  They were tailored to

24   finding out, essentially discovering the documents, books and

25   records upon which an affiant relied on when he provided a

1    sworn statement to this case.  There is case law on that in the

2    Northern District of Illinois and in other jurisdictions.  I

3    understand we are governed by 26(b)(1) and the proportionality

4    analysis, but we have no documents, we have been offered no

5    documents on this issue.  For example, an easy way to address

6    our concerns here --

7            THE COURT:  Hold on.  Hold on.  I understand there is

8    an affidavit from Dr. Meeker, which I glanced at, having to do

9    with jurisdictional and some other things, but you are the ones

10   who are asserting that these entities are not separate

11   entities.  It is legally presumptive that they are, and I don't

12   think it is proper to say -- it is legally presumptive that

13   you're A and now you need to prove to us that you're A.

14           You have the obligation at some level to try to

15   develop evidence or come forward with your own evidence that

16   they are either not observing the corporate form or that there

17   is an alter ego relationship or something like that before you

18   can get all documents that are necessary to try to prove that

19   they are not.

20           MR. NASRULLAH:  Your Honor, I could go back.

21           THE COURT:  I am going to sustain the objection to No.

22   3 as drafted.  If you want to try to draft a more targeted

23   request, you can feel free to do so, but this one I sustain it

24   as overly broad and unduly burdensome for what you are trying

25   to prove here.

```
 1              Again, you have other techniques for discovery.  You
 2    can take Dr. Meeker's deposition, you can take a corporate
 3    records deposition of both of the entities, you can propound
 4    interrogatories.  There are a lot more targeted, less
 5    expensive, less burdensome ways.
 6              If you want to go down a road of trying to prove that
 7    they are not observing the corporate form and that they are not
 8    separate entities, that is on you.  You can try to open that
 9    door and go down it.  You can ask Dr. Meeker in his deposition
10    about what did he mean when he said that.  Propounding a demand
11    for all these documents is simply not proportional.  So I will
12    sustain that objection.
13              MR. NASRULLAH:  Your Honor, if I may.
14              THE COURT:  You may not.  I have ruled.
15              Let's move on to No. 3.
16              MR. NASRULLAH:  Well, your Honor, No. 3, then, is more
17    targeted because we have asked in No. 3 for bank records to
18    establish the separation.
19              THE COURT:  OK.
20              MR. NASRULLAH:  It is actually No. 8.  It is request
21    for production No. 8.  We asked them to produce documents on
22    which he relied to show separate bank accounts in the name of
23    Crestview Genetics and Farm, as alleged in paragraph 6 in
24    Mr. Meeker's affidavit.  We don't get those records either.  So
25    we have gone from a broad request to a more targeted request
```

1   and they still wouldn't give us those records.

2          The problem we have here, your Honor, is --

3          THE COURT:  Look, I understand where you're coming

4   from, but you keep saying Dr. Meeker's affidavit.  Is that one

5   of the claims or defenses in this lawsuit?

6          MR. NASRULLAH:  Your Honor, it goes to the heart of

7   the claims and defenses of novation and exactly what we have

8   been talking about, whether the parties stepped away from this

9   business model and abandoned that 2009 agreement.  It goes

10  right to the heart of that.

11         THE COURT:  Hold on.  Let me look at request for

12  production No. 8.

13         Let me turn to Mr. Bookhout.  What it asks for is

14  documents sufficient to establish that they have separate bank

15  accounts.  Can't you just provide them bank statements that

16  show entity one has this bank account and entity two has that

17  bank account?

18         MR. BOOKHOUT:  Your Honor, that is a reasonable

19  request.  It is not the one that was presented during our meet

20  and confers.  I was told that they wanted literally all bank

21  records over 13 years for these entities, which is what we

22  objected to.

23         A simple statement of some kind establishing that each

24  has a separate bank account I would have no problem with and

25  would be happy to produce.

1          THE COURT:  I read it as they request documents

2     sufficient to establish.  If you think that is sufficient to

3     establish, you can provide that.

4          MR. BOOKHOUT:  Your Honor, we can certainly produce --

5          THE COURT:  If the request is for all bank records,

6     checks, canceled checks, safe deposit box records, the kitchen

7     sink of bank records, then I will sustain that objection.  If

8     it is simply a request for enough records to show what the

9     Crestview entities rely upon to say, look, we're separate

10    entities, we applied for this bank account on this day through

11    this application, we applied for that bank account on that day

12    through that application, if that is what you rely on, then

13    provide that.

14         Let me turn back to Mr. Nasrullah.  Were you asking

15    for the whole kitchen sink or do you simply want what I'm

16    describing, which is whatever they are going to rely upon to

17    say, no, these two entities have separate bank accounts and

18    maintain separate bank accounts?

19         MR. NASRULLAH:  Your Honor, we have to be loyal to

20    what we wrote in the request for production.  We will take the

21    court's literal interpretation of this.  We will get the

22    separate bank accounts held in the name of Genetics and Farm.

23    I understand it may be beyond the scope of this request.  After

24    that they will have the opportunity to propound other

25    discovery.  We don't have to talk about that.

1         The reason these requests for production were

2    propounded is at this point in time we are just taking

3    Mr. Meeker's say-so on just about everything.  I have no way of

4    cross-examining him because he refers to books and records, he

5    refers to separation, and I have no way of going back and

6    saying, OK, show me what you looked at.  I think that is fair

7    discovery.

8         I recognize I am running potentially close to trying

9    the court's patience because we have moved past the previous

10   ones, but we should have an opportunity to test the veracity of

11   these affidavits.  We should have an opportunity to

12   cross-examine Mr. Meeker because he is relying on books and

13   records to draw these conclusory statements and we are at a

14   complete disadvantage when we go to his deposition because we

15   really have nothing to cross-examine him with.  He reiterates

16   what he said in the affidavit and that is the end of it.

17        THE COURT:  Mr. Nasrullah, I said to you, you can

18   propound more targeted discovery.  Remember, I overruled, I

19   sustained the objection to the first request for production on

20   the grounds that I conclude you don't need it.  It is not

21   proportional.  You don't need it.

22        As to No. 2, I said your request is overbroad,

23   propound a more targeted one.

24        As to No. 3, I am making them give you something.  If

25   you don't think it is enough, propound another one.

1          As to No. 4, there is no objection.  I looked at the

2     request for production.  All they said was, to the extent this

3     relates to our experts, we'll give it to you when we give you

4     expert discovery and to the extent we have materials that don't

5     relate to our experts that are responsive, we'll give them to

6     you.  So what is it that I need to do?  It doesn't seem there

7     is an objection.

8          MR. NASRULLAH:  Let me explain that, your Honor.  In

9     Mr. Meeker's affidavit, he comes up with this 36 million number

10    and he says he bases --

11         THE COURT:  He is going to testify to what his losses

12    are.  They have to give you the evidence he is going to rely on

13    in support of his loss calculation, and they are saying they

14    are going to give it to you.  There is no objection for me to

15    rule on as to No. 4 as I read it.

16         MR. NASRULLAH:  Let me finish, your Honor.  Let me

17    finish.

18         Mr. Meeker says, after he computes his damages of 36

19    million, he says, I base these amounts on the records of Farm

20    and Genetics, which I have reviewed.  These records were

21    created in the ordinary of course of business and I find them

22    to be reliable sources of information.  Well, give them to us.

23         So the response to that request is not particularly

24    clear.  That is what Mr. Meeker says.  I came up with 36

25    million.  I looked at my books and records, they are reliable,

1    created in the ordinary course.  Great.  Give them to us.

2         The response says -- so we know that nonprivileged

3    documents exist.  The response says:  To the extent

4    nonprivileged materials exist and are identifiable, we will

5    produce them.  Well, your Honor, under Rule 26(a)(1) they have

6    apparently some damages computation.

7         We also have established through Mr. Meeker's words

8    that he looked at documents in the ordinary course of business.

9    We have none of those documents, and, quite frankly, when they

10   say to the extent nonprivileged materials exist and are

11   identifiable we will produce them, we know they exist and we

12   know they are identifiable and this is exactly the kind of

13   response that your standing discovery order prohibits.  Where

14   are the documents?  To the extent they exist isn't enough, your

15   Honor.

16         THE COURT:  That is a different request.

17         Let me turn to Mr. Bookhout.

18         If you don't have responsive documents, you have to

19   say, I don't have any.  If you do have them, you need to say, I

20   have them and you need to produce them.

21         So do you have them or not?  I agree with Mr.

22   Nasrullah, this not extent they exist is not proper.  So do

23   they exist or not?

24         MR. BOOKHOUT:  Your Honor, I hear what you are saying.

25   There are documents that exist that Mr. Meeker relied on in his

1   back-of-the-envelope calculation of potential lost profits and

2   we have produced those.  There are a few supplemental ones to

3   produce, that we have agreed to produce by March 9th, but

4   almost all of them have already been produced, the records that

5   Mr. Meeker's referring to.  But certainly they exist and will

6   be produced.

7           THE COURT:  Very good.  I will order you to produce

8   all remaining documents responsive to No. 16 by March 9th.

9           All right.  Thank you all very much.  I appreciate

10  your time.  I appreciate the briefing this afternoon.  I think

11  I have now ruled on all the issues.  I will excuse the parties

12  and we will get out a written order memorializing my ruling.

13          Thank you, everybody.

14          (Adjourned)

15

16                   C E R T I F I C A T E

17

18      I hereby certify that the foregoing is an accurate

19  transcription to the best of my ability of the digital audio

20  recording in the above-entitled matter.

21

22  March 7, 2022              s/ Joanne Mancari
                               Joanne Mancari, RPR, CRR, CSR
23                             Court Reporter
                               jemancari@gmail.com
24

25

MR. BOOKHOUT: [12]  3/14 5/1 9/17
10/3 10/25 11/2 11/11 16/9 21/15 27/18
28/4 31/24
MR. CHAPMAN: [23]  3/7 3/25 5/16 6/12
6/25 7/7 8/15 9/10 11/18 12/21 13/5
13/22 13/24 14/3 14/8 14/12 14/17 14/20
15/7 15/22 17/15 17/20 24/4
MR. CHASKES: [1]  3/21
MR. NASRULLAH:  4/3 17/22 19/16
21/7 21/12 24/8 24/21 25/20 26/13 26/16
26/20 27/6 28/19 30/8 30/16
THE COURT: [51]

$

$36 [2]  19/25 19/25

'

'09 [2]  6/4 12/11
'11 [1]  6/4
'21 [1]  13/7

1

100 [4]  5/25 15/11 20/2 20/2
12 [1]  10/6
12008 [1]  1/13
122 [2]  11/19 12/21
13 [1]  27/21
150 [1]  12/6
150-page [2]  5/7 14/1
16 [1]  32/8
1714 [1]  2/10
17th [1]  1/17
18 [1]  6/21
1800 [1]  1/18
1900 [1]  2/5

2

20 [1]  3/3
20-CV-82231-AMC [1]  1/2
2009 [23]  5/19 5/22 9/20 10/18 10/23
11/1 11/5 11/9 11/15 12/20 12/25 13/4
13/13 13/16 14/24 15/23 16/13 18/1 18/3
18/8 18/22 19/2 27/9
2011 [11]  11/22 12/18 13/1 13/4 13/17
13/17 18/3 18/4 18/23 19/2 20/10
2012 [1]  20/10
2017 [1]  15/11
2019 [8]  10/8 10/19 11/1 11/6 11/7
11/16 13/18 16/19
2020 [8]  8/19 13/6 14/5 15/2 15/6 16/16
18/23 18/24
2021 [4]  8/19 14/5 15/2 15/6
2022 [2]  1/5 32/22
214 [1]  2/6
222 [1]  2/14
23 [2]  11/22 22/24
244-1800 [1]  1/18
246 [1]  4/8
26 [2]  25/3 31/5

3

303 [1]  1/18
305 [1]  2/11
32 [1]  1/7
33131-1714 [1]  2/10
33401 [1]  2/14
33414 [1]  1/14
36 [3]  30/9 30/18 30/24
3629 [1]  2/15

37-1 [1]  6/23
3701 [1]  1/17
374-5600 [1]  2/11
38-1 [2]  6/20 6/23
3rd [1]  2/10

4

4500 [1]  1/17
4549 [1]  2/6

5

50 [2]  5/25 15/10
54 [2]  6/22 6/23
5600 [1]  2/11
561 [2]  1/14 2/15
5996 [1]  1/14

6

671-3629 [1]  2/15

7

743-4549 [1]  2/6
75201 [1]  2/5
753-5996 [1]  1/14

8

80202 [1]  1/17
82231 [1]  3/3

9

9th [2]  32/3 32/8

A

abandoned [1]  27/9
ability [2]  32/19
able [2]  16/14 24/18
about [17]  7/15 10/6 10/14 10/14 11/7
11/22 12/13 13/11 15/5 15/25 19/22
22/11 22/12 26/10 27/8 28/25 29/3
above [1]  32/20
above-entitled [1]  32/20
accept [1]  23/6
accepted [1]  23/5
account [5]  27/16 27/17 27/24 28/10
28/11
accounts [5]  26/22 27/15 28/17 28/18
28/22
accurate [2]  18/14 32/18
acknowledge [1]  20/24
actions [3]  5/20 8/19 8/23
actually [3]  9/23 14/13 26/20
address [3]  9/14 24/9 25/5
addressed [2]  10/5 17/11
Adjourned [1]  32/14
admissions [1]  19/3
admits [4]  16/2 16/2 16/3 16/3
Adolfo [3]  3/4 3/9 10/9
affiant [1]  24/25
affidavit [8]  9/6 19/23 24/23 25/8 26/24
27/4 29/16 30/9
affidavits [6]  6/10 6/13 6/18 7/20 16/3
29/11
after [3]  6/4 28/23 30/18
afternoon [5]  3/7 3/18 3/24 4/4 32/10
again [7]  4/3 6/7 8/8 11/12 12/16 13/2
26/1
against [1]  15/5
agree [1]  31/21
agreed [1]  32/3
agreement [43]

agreements [2]  7/14 13/18
ahead [3]  9/10 21/19 19/3
AKERMAN [3]  2/9 2/13 3/22
akerman.com [2]  2/11 2/15
al [3]  1/3 1/6 3/4
ALAN [5]  1/6 3/4 3/16 7/18 8/3
all [26]  3/12 3/18 3/24 4/2 4/5 6/17 8/3
9/1 9/7 9/11 12/23 14/20 17/4 18/18
24/14 24/21 25/18 26/11 27/20 28/5 30/2
32/4 32/8 32/9 32/9 32/11
allegation [5]  5/5 7/9 15/4 16/11 16/13
allegations [4]  6/20 8/16 12/6 17/2
allege [8]  9/21 13/25 14/4 14/7 14/10
14/11 18/2 18/22
alleged [8]  5/22 7/24 8/12 9/19 10/2
10/15 10/17 26/23
alleging [1]  9/19
allow [3]  8/18 9/1 13/18
allowed [2]  8/24 20/25
almost [3]  8/17 18/24 32/4
already [3]  23/13 23/14 32/4
also [4]  3/10 4/1 6/20 31/7
alter [5]  4/19 5/7 5/13 8/9 25/17
am [14]  6/14 6/18 11/10 14/17 14/21
15/15 17/5 17/6 17/20 22/19 22/20 25/21
29/8 29/24
AMC [1]  1/2
amended [4]  8/16 9/1 11/19 14/1
amongst [3]  6/4 6/5 6/25
amount [2]  7/25 9/4
amounts [1]  30/19
analysis [1]  25/4
another [5]  5/13 18/6 23/1 23/18 29/25
answer [1]  14/9
any [8]  16/11 18/25 20/25 21/1 23/10
23/12 24/5 31/19
anybody [1]  18/7
anymore [1]  21/3
anyone [1]  22/2
anyway [1]  13/16
apart [1]  21/8
apologize [1]  10/1
apparently [4]  7/11 7/12 12/1 31/6
appearances [3]  1/11 1/19 3/5
application [2]  28/11 28/12
applied [2]  28/10 28/11
appreciate [2]  32/9 32/10
approval [1]  13/16
are [76]
Argentina [1]  20/14
argue [2]  20/23 23/10
argument [4]  4/18 10/4 10/6 21/13
arising [1]  10/11
as [34]
ascesq1 [1]  1/15
aside [1]  15/16
ask [1]  26/9
asked [2]  26/17 26/21
asking [3]  4/10 24/2 28/14
asks [2]  23/24 27/13
assert [1]  5/11
asserted [1]  16/15
asserting [2]  4/22 25/10
assertion [2]  5/19 24/16
assets [4]  18/12 18/20 19/10 19/20
assigned [2]  15/24 16/4
assignment [7]  7/11 7/12 15/24 15/25
16/1 16/23 16/24
assume [1]  17/8
assuming [2]  17/14 24/2

## A

at [33]
attachments [1]  4/8
attempts [1]  7/20
audio [2]  1/9 32/19
Avenue [2]  2/10 2/14
averments [1]  5/24
AVERY [2]  1/12 3/8
away [4]  5/16 18/3 18/8 27/8

## B

babies [1]  20/19
Baby [1]  20/20
back [9]  11/13 13/5 17/6 19/7 19/24
25/20 28/14 29/5 32/1
bank [15]  26/17 26/22 27/14 27/15 27/16
27/17 27/20 27/24 28/5 28/7 28/10 28/11
28/17 28/18 28/22
base [1]  30/19
based [1]  24/22
bases [1]  30/10
Basically [1]  15/14
basis [1]  5/20
be [19]  5/20 6/9 6/18 12/2 12/4 19/4
19/11 19/25 21/9 21/9 23/3 24/5 24/6
24/18 27/25 28/19 28/23 30/22 32/6
Beach [2]  1/4 2/14
became [2]  15/11 15/12
because [30]  3/10 7/13 8/8 8/24 10/18
10/19 13/16 14/21 15/16 17/10
17/23 18/1 18/5 18/10 18/19 19/5 19/8
20/5 20/12 20/24 21/22 21/25 22/15
22/16 26/17 29/4 29/9 29/12 29/14
become [1]  18/15
becomes [3]  17/23 19/12 20/21
been [15]  7/3 7/24 7/25 12/10 12/12
12/13 14/14 16/14 18/9 21/2 23/13 24/11
25/4 27/8 32/4
before [4]  1/10 4/5 13/15 25/17
behalf [4]  3/8 3/13 3/19 4/1
being [6]  17/2 20/4 20/15 22/5 22/7
believe [7]  4/13 14/8 14/23 19/11 20/5
20/11 20/13
believes [1]  18/17
bench [1]  17/5
beneficiaries [1]  19/10
best [2]  23/9 32/19
better [1]  15/15
between [11]  7/12 8/2 9/10 10/15 11/23
15/5 16/12 16/22 16/23 17/13 23/20
beyond [1]  28/23
binomial [1]  12/4
bit [1]  17/16
blurred [1]  8/2
bolster [1]  21/5
BOOKHOUT [15]  2/3 3/14 4/21 8/23
9/16 10/1 10/24 11/10 12/4 12/14 12/15
16/8 21/16 27/13 31/17
Bookhout's [1]  5/19
books [5]  19/19 24/24 29/4 29/12 30/25
both [6]  3/24 8/3 16/5 16/6 20/6 26/3
Boulevard [1]  1/13
bound [2]  8/10 22/23
box [1]  28/6
breaches [2]  10/11 10/12
breeding [1]  20/21
briefing [1]  32/10
bring [1]  22/2
broad [2]  25/24 26/25
BRUCE [1]  1/10

burdensome [2]  25/24 26/5
business [9]  6/11 11/24 11/25 18/8 20/12
20/13 27/9 30/21 31/8
businesses [1]  8/1
but [22]  5/7 7/2 7/9 7/12 10/6 12/2 12/10
13/25 14/18 15/16 16/21 16/25 20/22
21/18 23/20 25/4 25/9 25/23 27/4 29/10
32/3 32/5

## C

calculation [3]  19/24 30/13 32/1
call [1]  5/23
Cambiaso [4]  3/4 3/9 10/9 12/1
came [1]  30/24
can [23]  3/5 4/13 6/12 6/13 6/15 6/18
6/20 13/10 13/24 18/6 18/7 23/10 23/14
25/18 25/23 26/2 26/2 26/3 26/8 26/9
28/3 28/4 29/17
Can't [1]  27/15
canceled [1]  28/6
carefully [1]  17/6
case [27]  1/2 3/3 4/22 5/6 5/11 5/11 5/18
6/2 7/16 8/14 9/12 10/13 10/16 12/5
15/5 17/3 17/25 18/15 18/16 19/23 21/25
21/25 22/13 22/14 23/22 25/1 25/1
catch [1]  8/4
cause [1]  16/22
certain [4]  5/20 8/7 10/8 16/25
certainly [3]  17/15 28/4 32/5
certify [1]  32/18
chance [1]  4/7
changed [1]  20/15
CHAPMAN [14]  1/12 1/13 3/8 3/8 3/25
5/8 7/5 9/17 10/21 11/13 16/23 17/12
23/25 24/11
characterized [1]  19/17
chart [1]  6/19
CHASKES [3]  2/9 3/22 13/9
Chaskes' [1]  14/23
check [1]  13/14
checks [2]  28/6 28/6
chooses [1]  23/19
citations [1]  6/15
claim [2]  8/25 21/11
claimed [1]  15/18
claiming [2]  12/9 14/24
claims [7]  8/13 15/13 17/10 20/5 21/10
27/5 27/7
clarification [1]  4/13
clear [2]  16/10 30/24
clearly [1]  21/24
client [3]  4/22 5/19 5/21
clients [1]  14/24
clone [3]  18/2 18/6 20/20
cloned [1]  14/5
clones [21]  8/20 8/20 13/8 13/19 13/19
14/23 15/20 18/4 18/7 18/18 18/25 18/25
19/5 19/5 19/18 20/17 20/18 20/18 20/19
21/1 21/1
cloning [4]  11/24 11/24 15/19 16/5
close [1]  29/8
CO [1]  1/17
collection [1]  18/7
come [1]  25/15
comes [1]  30/9
coming [2]  19/7 27/3
commingled [2]  7/19 15/7
commingling [1]  7/25
common [2]  4/12 12/6
communications [1]  22/3

company [1]  15/18
compelling [2]  13/9 23/14
complain [3]  5/21 13/6 13/6
complaining [1]  12/13
complaint [7]  5/7 8/16 9/2 11/20 14/2
14/10 14/12
complete [1]  29/14
complicated [3]  8/4 8/6 14/22
computation [1]  31/6
computes [1]  30/18
conceptually [2]  8/5 8/11
concern [1]  24/9
concerning [2]  23/25 24/15
concerns [1]  25/6
conclude [1]  17/9 29/20
conclusory [1]  29/13
confers [1]  27/20
conflating [1]  9/18 12/14
consolidated [1]  3/10
constant [2]  7/8 18/9
constantly [1]  7/19
CONT'D [1]  2/1
contention [1]  19/1
contentions [1]  19/13
contested [1]  6/6
context [1]  5/17
continues [1]  5/20
continuing [1]  15/23
contract [4]  10/7 10/8 14/8 16/17
contracts [7]  9/1 10/10 10/11 10/12
10/12 10/13 10/14
contractual [2]  15/13 18/1
copy [1]  21/23
corporate [5]  4/20 5/12 25/16 26/2 26/7
Corporation [2]  3/19 3/20
correct [4]  9/23 11/10 11/11 15/2
correctly [1]  21/6
correspondence [1]  7/19
corresponding [1]  20/1
could [2]  23/12 25/20
counsel [4]  3/6 9/22 17/18 21/20
course [3]  30/21 31/1 31/8
court [5]  1/1 2/18 3/21 4/6 32/23
court's [2]  28/21 29/9
create [1]  7/21
created [3]  12/1 30/21 31/1
Crestview [27]  3/13 3/16 3/16 4/15 4/16
5/23 9/20 10/10 10/18 10/25 14/6 14/6
15/18 16/12 16/13 17/24 18/16 22/1 22/6
22/15 22/16 22/23 23/5 24/12 24/16
26/23 28/9
cross [3]  29/4 29/12 29/15
cross-examine [2]  29/12 29/15
cross-examining [1]  29/4
CRR [2]  2/18 32/22
cs.com [1]  1/15
CSR [2]  2/18 32/22
Cuartetera [1]  13/8
cut [1]  11/17
CV [1]  1/2

## D

Dallas [1]  2/5
damages [5]  19/25 21/10 21/11 30/18
31/6
date [2]  5/24 7/10
day [2]  28/10 28/11
decided [2]  15/15 18/4
decides [1]  18/24
deeper [1]  9/14 9/15

**D**

defendant [4]  1/7 2/3 2/9 21/23
defendants [2]  8/6 24/12
defendants' [2]  6/21 11/4
defenses [4]  8/13 20/5 27/5 27/7
delegable [1]  18/11
demand [1]  26/10
demonstrating [2]  23/25 24/15
Denver [1]  1/17
depending [1]  7/13
deposit [1]  28/6
deposition [4]  26/2 26/3 26/9 29/14
describing [1]  28/16
develop [1]  25/15
developed [2]  6/2 8/14
device [1]  9/24
did [10]  4/6 9/23 9/25 13/12 14/11 14/11
  19/7 21/6 21/7 26/10
didn't [7]  14/1 14/13 18/25 21/1 21/3
  23/9 23/11
difference [1]  20/19
different [4]  4/25 17/7 18/5 31/16
dig [2]  9/14 9/15
digital [1]  1/9 32/19
direction [1]  18/5
disadvantage [1]  29/14
discovering [1]  24/24
discovery [16]  1/9 4/6 4/15 5/24 6/7 7/10
  14/13 14/14 15/25 17/11 26/1 28/25 29/7
  29/18 30/4 31/13
discussion [3]  17/8 23/6 24/14
dismiss [2]  6/21 10/5
disproportional [1]  24/18
dispute [2]  6/2 6/9
DISTRICT [3]  1/1 1/1 25/2
DLA [2]  2/4 3/15
dlapiper.com [3]  2/6 2/7 2/7
do [23]  6/12 8/25 9/19 13/12 13/15 14/7
  14/9 14/25 15/3 15/9 15/13 15/24 18/5
  18/7 18/11 19/19 25/8 25/23 28/15 30/6
  31/19 31/21 31/22
docket [7]  4/7 6/15 6/19 6/21 6/22 11/19
  12/21
document [6]  9/2 11/21 21/24 24/5 24/6
  24/20
documentation [2]  20/1 23/15
documents [22]  7/1 21/22 22/8 22/11
  23/19 23/24 24/15 24/24 25/4 25/5 25/18
  26/11 26/21 27/14 28/1 31/3 31/8 31/9
  31/14 31/18 31/25 32/8
does [6]  8/8 10/22 11/7 13/3 15/3 18/15
doesn't [5]  7/21 8/18 13/16 16/22 30/6
doing [1]  12/12
DOLFINA [6]  1/3 3/3 3/9 3/11 10/9 12/1
dollars [1]  9/5
don't [14]  7/5 9/24 16/21 21/19 23/12
  25/11 26/24 28/25 29/20 29/21 29/25
  30/4 31/18 31/19
done [3]  11/20 15/10 19/21
door [1]  26/9
dovetail [1]  20/10
down [5]  13/10 15/22 17/16 26/6 26/9
Dr. [6]  23/21 24/16 25/8 26/2 26/9 27/4
Dr. Meeker [4]  23/21 24/16 25/8 26/9
Dr. Meeker's [2]  26/2 27/4
draft [1]  25/22
drafted [1]  25/22
draw [1]  29/13
drill [2]  13/10 15/22
drilled [1]  17/16
during [2]  6/1 27/19
duties [1]  22/12
duty [5]  18/11 18/12 18/13 18/19 19/9

**E**

each [2]  8/9 27/23
easy [1]  25/5
effect [1]  9/6
efforts [1]  13/7
ego [3]  4/19 5/7 25/17
egos [2]  5/13 8/9
either [7]  4/19 8/8 11/14 13/12 16/21
  25/16 26/24
emails [1]  22/6
enabled [1]  14/24
encourage [1]  11/18
end [2]  18/23 29/16
enough [3]  28/8 29/25 31/14
entered [2]  5/22 11/23
entire [1]  18/6
entities [26]  3/13 4/16 5/12 7/17 13/2
  13/9 15/8 16/5 16/6 16/22 17/14 18/10
  20/8 22/23 23/5 24/11 24/17 24/19 25/10
  25/11 26/3 26/8 27/21 28/9 28/10 28/17
entitled [2]  7/21 32/20
entity [13]  11/5 11/6 11/7 11/8 12/12
  13/10 13/25 14/4 15/14 17/24 21/17
  27/16 27/16
entry [7]  4/8 6/15 6/19 6/21 6/22 11/19
  12/21
envelope [2]  19/24 32/1
equivocating [1]  14/17
Ernesto [1]  9/6
ESQ [7]  1/12 1/16 2/3 2/3 2/4 2/9 2/13
essentially [3]  20/11 20/14 24/24
establish [4]  4/15 26/18 27/14 28/2 28/3
established [1]  31/7
establishes [1]  16/25
establishing [1]  27/23
et [3]  1/3 1/6 3/4
even [2]  17/2 24/1
event [1]  20/15
every [4]  24/5 24/6 24/19 24/22
everybody [1]  32/13
everything [1]  29/3
evidence [9]  22/21 23/1 23/7 23/9 23/11
  23/13 25/15 25/15 30/12
exactly [2]  27/7 31/12
examine [2]  29/12 29/15
examining [1]  29/4
example [2]  21/24 25/5
examples [1]  7/2
excuse [1]  32/11
exemplars [1]  7/2
exercise [1]  16/15
exercising [1]  16/15
exist [10]  7/21 31/3 31/4 31/10 31/11
  31/14 31/22 31/23 31/25 32/5
existed [1]  12/25
existence [1]  11/25
expensive [1]  26/5
expert [1]  30/4
experts [2]  30/3 30/5
explain [1]  30/8
expressed [1]  18/8
extent [8]  3/10 22/4 30/2 30/4 31/3 31/10
  31/14 31/22
extinction [1]  19/2
eyes [1]  11/20

**F**

face [1]  15/12
fact [4]  4/16 7/10 19/4 23/11
factors [1]  22/25
factory [1]  19/6
failure [1]  4/19
fair [2]  24/9 29/6
family [3]  21/23 22/10 23/16
far [1]  23/21
Farm [40]
Farm's [1]  10/23
Farms [1]  22/16
Farms' [1]  22/16
feel [1]  25/23
few [1]  32/2
fiduciary [4]  18/12 18/13 18/19 22/12
Fields [1]  3/20
fight [1]  11/6
file [1]  6/13
find [2]  23/7 23/12 23/21 30/21
finder [1]  23/10
finding [1]  24/24
finish [2]  30/16 30/17
first [6]  4/11 6/17 18/22 19/14 21/17
  29/19
FL [3]  1/14 2/10 2/14
FLORIDA [2]  1/1 1/4
following [3]  3/2 6/13 6/14
follows [1]  19/4
foregoing [1]  32/18
forgive [2]  6/22 14/21
form [4]  4/20 5/12 25/16 26/7
forms [1]  5/20
forth [1]  22/15
forward [2]  12/24 25/15
found [3]  6/9 6/18 13/11
four [1]  4/9
frankly [1]  31/9
free [1]  25/23
fresh [1]  11/20
functionally [2]  7/18 8/2

**G**

genetics [33]
Genetics' [1]  8/25
get [8]  4/14 7/6 13/15 21/4 25/18 26/24
  28/21 32/12
gets [1]  18/21
give [13]  5/17 6/12 6/14 18/5 27/1 29/24
  30/3 30/3 30/5 30/12 30/14 30/22 31/1
glanced [1]  25/8
global [1]  19/3
glossing [1]  12/15
gmail.com [2]  2/19 32/23
go [13]  9/4 10/1 11/13 11/19 13/5 17/6
  17/19 18/5 19/15 25/20 26/6 26/9 29/14
goes [7]  16/12 17/2 20/6 20/7 20/8 27/6
  27/9
going [19]  5/11 6/14 14/21 15/15 17/5
  17/6 17/20 17/19 20/16 20/17 20/18 22/19
  22/20 25/21 28/16 29/5 30/11 30/12
  30/14
gone [1]  26/25
good [9]  3/7 3/7 3/18 3/24 4/3 4/3 7/5
  18/13 32/7
got [2]  16/7 23/18
governed [1]  25/3
Great [1]  31/1
grossly [1]  24/17
grounds [1]  29/20

**G**
GROUP [2]  1/13 3/8
guess [2]  4/21 15/15
Guiterrez [1]  9/6

**H**
HABIB [2]  1/16 24/8
had [6]  12/19 14/24 15/13 15/19 15/23
  21/2
happened [1]  18/21
happy [1]  27/25
has [32]  5/6 6/9 7/3 7/18 7/25 8/7 8/14
  8/14 8/19 9/18 11/7 11/8 11/14 11/16
  12/9 12/10 12/12 14/14 15/7 15/8 15/9
  15/16 16/20 17/16 18/9 18/19 21/23
  23/13 24/11 27/16 27/16 27/24
have [77]
having [1]  25/8
he [31]  7/20 12/12 15/8 15/14 15/14
  15/15 15/17 16/2 16/2 16/3 16/3 16/24
  17/16 22/9 24/25 26/10 26/10 26/22 29/4
  29/4 29/12 29/15 29/16 30/9 30/10 30/10
  30/11 30/12 30/18 30/19 31/8
hear [2]  11/12 31/24
heard [3]  18/23 22/2 24/10
hearing [2]  1/9 4/6
heart [3]  20/6 27/6 27/10
heavy [1]  7/3
held [2]  3/2 28/22
help [1]  4/10
here [14]  4/1 4/23 6/6 6/19 11/4 11/4
  11/6 18/21 19/11 22/21 24/10 25/6 25/25
  27/2
hereby [1]  32/18
hey [1]  13/12
high [1]  9/12
him [3]  16/8 29/4 29/15
himself [2]  8/3 16/23
his [18]  5/21 7/19 7/20 12/12 13/7 15/18
  15/22 15/22 16/2 16/3 19/24 19/24 26/9
  29/14 30/11 30/13 30/18 31/25
hold [6]  8/5 9/22 12/16 25/7 25/7 27/11
Holders [1]  11/22
Honor [41]
Honor's [1]  5/4
HONORABLE [1]  1/10
horse [3]  13/19 14/15 14/20
horses [9]  14/5 15/2 15/4 15/5 16/16
  16/25 17/25 23/10 23/12
hot [1]  7/3
hotly [1]  6/5
how [14]  6/5 7/13 7/16 10/22 13/3 17/10
  17/25 19/7 19/17 22/11 22/14 22/25 23/1
  24/17
huge [1]  12/5

**I**
I'd [1]  21/17
I'll [1]  23/6
I'm [5]  6/19 11/3 12/14 14/1 28/15
identifiable [3]  31/4 31/11 31/12
identified [1]  20/7
if [24]  5/25 6/13 6/22 9/14 15/3 15/5
  18/16 19/5 19/25 20/22 21/10 22/5 22/21
  23/19 25/22 26/6 26/13 28/2 28/5 28/7
  28/12 29/24 31/18 31/19
Illinois [1]  25/2
impeccable [1]  19/10
important [9]  17/23 17/25 18/10 18/15
  19/13 22/25 23/1 23/2 23/3

**[J column]**
in [95]
including [1]  5/24
incumbent [2]  5/14 5/14
indeed [1]  19/25
individually [1]  14/6
inference [7]  20/23 21/2 21/4 21/5 22/22
  23/8 23/14
information [1]  30/22
initial [1]  19/24
injected [1]  24/12
interest [1]  22/17
interests [1]  7/24
intermediate [1]  13/9
interpret [1]  19/8
interpretation [1]  28/21
interrogatories [1]  26/4
interrupting [1]  14/6
into [6]  5/23 7/16 10/23 11/23 23/15
  24/12
invading [1]  23/15
invite [2]  17/15 17/20
involved [3]  16/5 19/11 21/21
is [214]
isn't [1]  31/14
issue [24]  4/22 5/10 9/8 9/12 9/18 10/16
  12/5 12/24 16/18 17/2 17/6 17/7 17/21
  20/7 21/24 21/25 22/3 22/4 22/8 22/13
  22/25 23/2 24/14 25/5
issues [7]  4/9 4/11 5/18 9/18 10/11 11/3
  32/11
it [84]
its [1]  19/10
itself [1]  23/19

**J**
JAMES [3]  2/3 3/14 21/16
james.bookhout [1]  2/6
JASON [2]  2/3 3/15
jason.lewis [1]  2/7
jemancari [2]  2/19 32/23
Joanne [3]  2/18 32/22 32/22
joint [2]  4/7 6/7
JUDGE [1]  1/10
jump [1]  17/16
June [1]  14/15
jurisdictional [1]  25/9
jurisdictions [1]  25/2
jury [1]  23/15
just [11]  4/24 6/18 7/2 8/13 9/22 14/9
  16/11 24/21 27/15 29/2 29/3

**K**
keep [7]  18/6 18/13 18/14 19/9 19/20
  20/18 27/4
kind [4]  8/14 20/9 27/23 31/12
kitchen [2]  28/6 28/15
know [7]  7/3 14/3 14/10 19/17 31/2
  31/11 31/12

**L**
LA [6]  1/3 3/3 3/8 3/10 10/9 12/1
lack [5]  10/22 16/12 16/22 17/1 17/9
Lakeview [1]  2/14
language [2]  13/14 24/23
last [1]  14/15
later [2]  13/10 18/24
law [6]  1/13 3/8 8/9 18/11 19/9 25/1
lawsuit [4]  12/24 17/10 20/7 27/5
lawyers [1]  8/22
learned [1]  5/25

**[M column]**
least [3]  9/11 9/13 23/20
led [1]  20/12
legal [5]  4/23 5/14 8/7 8/10 13/2
legally [2]  25/11 25/12
legitimate [1]  24/6
length [1]  9/8
lengthy [1]  9/2
less [2]  26/4 26/5
let [23]  3/5 4/21 5/8 6/12 9/13 9/13 10/21
  10/21 11/12 11/13 12/16 16/8 16/8 21/13
  24/9 24/21 27/11 27/13 28/14 30/8 30/16
  30/16 31/17
let's [5]  7/6 13/5 17/7 17/8 26/15
level [2]  9/12 25/14
LEWIS [2]  2/3 3/15
liability [1]  10/17
like [6]  4/9 6/14 13/15 21/4 21/17 25/17
liked [1]  15/15
limitations [3]  11/8 11/15 11/16
Limited [1]  16/17
line [1]  8/2
literal [1]  28/21
literally [1]  27/20
litigated [1]  7/3
litigation [5]  19/1 23/1 23/2 23/4 24/12
little [1]  17/16
LLC [12]  1/3 3/4 3/9 3/16 3/17 4/15 4/16
  5/23 7/24 14/6 14/7 24/6
LLCs [6]  4/17 4/24 4/25 5/2 5/2 8/3
LLP [5]  1/16 2/4 2/9 2/13 3/22
longer [1]  20/25
look [6]  11/4 17/6 21/10 27/3 27/11 28/9
looked [4]  29/6 30/1 30/25 31/8
looking [1]  6/19
looks [1]  4/9
loss [2]  20/1 30/13
losses [1]  30/11
lost [1]  32/1
lot [3]  7/7 8/4 26/4
loyal [1]  28/19

**M**
made [1]  20/20
MAGISTRATE [1]  1/10
MAIA [2]  2/4 3/15
maia.sevillasharon [1]  2/7
maintain [1]  28/18
major [1]  5/18
make [7]  9/25 12/16 18/4 18/17 19/18
  20/16 20/17
making [3]  9/25 18/6 29/24
Mancari [3]  2/18 32/22 32/22
many [1]  7/1
March [5]  1/5 11/22 32/3 32/8 32/22
material [1]  4/23
materials [3]  30/4 31/4 31/10
matter [5]  3/10 4/5 13/3 13/16 32/20
maximize [1]  18/12
may [9]  3/21 4/12 12/25 21/9 21/9 23/3
  26/13 26/14 28/23
me [38]
mean [1]  26/10
meaningful [1]  5/4
media [2]  15/18 19/3
MEEKER [31]  1/6 3/4 3/13 3/16 6/18
  7/18 7/18 8/3 8/22 12/10 13/7 13/13
  14/5 15/7 15/13 18/12 18/16 18/24 19/3
  19/23 21/18 21/23 22/9 23/21 24/16 25/8
  26/9 29/12 30/18 30/24 31/25
Meeker's [9]  8/1 24/23 26/2 26/24 27/4

**M**

Meeker's... [4]  29/3 30/9 31/7 32/5
meet [1]  27/19
members [1]  8/3
membership [1]  22/17
memo [2]  4/7 17/11
memorandum [1]  6/8
memorializing [1]  32/12
mentioned [1]  15/10
methods [1]  20/21
Miami [1]  2/10
might [1]  6/22
million [6]  9/5 19/25 20/1 30/9 30/19 30/25
model [4]  18/3 18/8 20/12 27/9
moment [1]  15/16
monetize [1]  18/19
more [11]  6/22 7/7 17/6 20/20 23/11 25/22 26/4 26/16 26/25 29/18 29/23
morning [2]  3/7 4/3
motion [4]  6/21 7/1 10/5 15/25
motions [1]  6/10
move [2]  17/7 26/15
moved [1]  29/9
Mr [3]  28/14 29/17 31/21
Mr. [66]
Mr. Alan [1]  8/3
Mr. Bookhout [12]  4/21 8/23 9/16 10/1 10/24 11/10 12/4 12/14 12/15 16/8 27/13 31/17
Mr. Bookhout's [1]  5/19
Mr. Cambiaso [1]  12/1
Mr. Chapman [10]  3/25 5/8 7/5 9/17 10/21 11/13 16/23 17/12 23/25 24/11
Mr. Chaskes [1]  13/9
Mr. Chaskes' [1]  14/23
Mr. Ernesto [1]  9/6
Mr. Meeker [22]  3/13 6/18 7/18 8/22 12/10 13/7 13/13 14/5 15/7 15/13 18/2 18/16 18/24 19/3 19/23 21/18 21/23 22/9 29/12 30/18 30/24 31/25
Mr. Meeker's [7]  8/1 24/23 26/24 29/3 30/9 31/7 32/5
Mr. Nasrullah [9]  4/1 5/9 7/15 17/15 17/20 21/6 22/2 22/12 24/1
much [2]  23/11 32/9
my [7]  3/22 6/19 14/9 21/21 30/25 32/12 32/19

**N**

name [4]  15/15 15/16 26/22 28/22
nasrullah [15]  1/16 1/18 4/1 5/9 7/15 17/15 17/20 21/6 22/2 22/12 24/1 24/8 28/14 29/17 31/22
nature [1]  6/8
necessary [3]  22/21 23/7 25/18
need [9]  4/12 7/5 9/14 25/13 29/20 29/21 30/6 31/19 31/20
needs [1]  23/22
negative [1]  24/3
neither [2]  13/18 22/13
never [1]  22/2
nevertheless [2]  10/6 16/18
new [4]  20/10 20/11 20/13 20/13
no [34]
NOELLE [2]  2/13 3/23
noelle.pankey [1]  2/15
non [1]  18/11
non-delegable [1]  18/11
none [1]  31/9

nonexistent [1]  7/18
nonparties [1]  9/24
nonprivileged [3]  31/2 31/4 31/10
nor [2]  13/18 22/13
Northern [1]  25/2
not [44]
nothing [3]  9/18 17/1 29/15
novated [3]  12/11 13/17 16/14
novating [1]  20/14
novation [27]  6/3 7/13 8/17 8/18 8/24 9/4 9/5 9/7 9/18 10/4 12/8 12/19 18/23 19/2 20/8 20/9 20/24 20/24 20/25 21/3 22/22 22/23 22/24 23/4 23/5 23/6 27/7
now [7]  5/25 6/13 11/12 11/20 18/2 25/13 32/11
number [2]  11/8 30/9

**O**

O'DONNELL [1]  1/16
objected [2]  22/10 27/22
objection [11]  22/20 23/16 23/18 23/23 25/21 26/12 28/7 29/19 30/1 30/7 30/14
obligation [2]  5/14 25/14
obligations [7]  8/7 8/10 10/13 11/7 11/8 11/15 11/16
observe [1]  4/20
observing [3]  5/12 25/16 26/7
occurred [3]  6/4 6/5 9/23
offered [1]  25/4
OK [20]  4/2 5/8 6/12 6/24 9/9 9/25 10/20 11/12 12/23 12/23 13/21 13/23 14/14 14/16 15/1 15/21 16/7 17/15 26/19 29/6
on [46]
once [4]  13/11 16/2 16/3 18/5
one [23]  5/13 5/14 5/18 5/25 6/7 6/22 7/7 8/6 8/8 11/5 11/7 15/4 22/24 23/1 23/18 24/22 25/23 27/4 27/16 27/19 29/23 29/25
ones [3]  25/9 29/10 32/2
only [2]  11/24 22/8
open [1]  26/8
operates [1]  22/11
opportunity [3]  28/24 29/10 29/11
opposite [1]  8/17
or [39]
order [3]  31/13 32/7 32/12
orderly [1]  18/14
ordinary [3]  30/21 31/1 31/8
other [13]  5/15 6/9 7/1 8/8 8/10 9/13 10/9 21/14 23/13 25/2 25/9 26/1 28/24
otherwise [1]  8/12
our [13]  6/3 7/16 7/17 13/11 13/16 17/3 19/1 19/13 20/5 25/6 27/19 30/3 30/5
ourselves [1]  20/18
out [7]  6/8 9/8 13/11 15/17 20/16 24/24 32/12
over [3]  9/5 12/15 27/21
overbroad [2]  24/7 29/22
overlap [1]  4/11
overly [1]  25/24
overruled [1]  29/18
own [2]  22/15 25/15
owner [7]  6/1 12/3 15/11 17/24 18/9 20/2 20/3
owners [1]  7/24
owns [2]  22/1 22/16

**P**

page [3]  2/13 5/7 14/1
Pages [1]  1/7

Palm [2]  1/4 2/14
PANKEY [2]  2/13 3/23
paragraph [5]  11/21 12/5 12/21 13/24 26/23
Park [6]  2/9 3/19 3/19 13/8 14/5 16/16
part [1]  5/11
particularly [2]  17/21 30/23
parties [12]  4/9 6/5 9/10 10/9 11/23 11/24 13/20 16/16 17/10 18/3 27/8 32/11
partner [1]  3/23
party [9]  8/21 9/20 10/18 10/19 10/23 12/2 14/14 16/17 22/14
passing [1]  5/6
past [1]  29/9
patience [1]  29/9
payment [2]  9/5 9/7
Pearl [1]  2/5
Pegasus [1]  16/17
pending [1]  10/5
percent [6]  5/25 6/1 15/11 15/11 20/2 20/3
period [2]  6/1 12/2
person [1]  22/9
personal [1]  8/1
PIPER [2]  2/4 3/15
Place [6]  2/9 3/19 3/20 13/9 14/5 16/16
placed [1]  12/11
places [2]  6/9 7/2
Plain [1]  10/14
plaintiff [5]  1/4 1/12 3/6 4/1 5/5
plaintiffs [6]  3/9 4/14 10/17 13/6 23/14 23/20
plaintiffs' [1]  17/18
play [1]  7/16
PLC [1]  1/13
pleading [1]  5/5
pleadings [3]  4/14 6/10 16/3
please [4]  3/5 3/21 14/9 17/19
pled [4]  9/1 9/3 9/8 12/6
plenty [2]  7/20 19/3
point [9]  5/4 5/25 6/11 7/6 7/7 8/7 13/13 17/7 29/2
polo [5]  2/9 3/19 3/20 13/8 16/16
pony [1]  13/8
portion [1]  8/15
position [9]  6/3 7/17 8/23 10/20 11/4 12/18 12/20 15/8 17/3
potential [1]  32/1
potentially [1]  29/8
powerful [1]  19/8
preliminary [1]  9/14
preparing [1]  17/17
presented [2]  8/12 27/19
presently [1]  8/19
presumption [2]  4/24 5/2
presumptive [2]  25/11 25/12
presumptively [2]  4/18 24/6
pretty [1]  16/10
previous [1]  29/9
price [1]  13/15
probe [1]  7/22
problem [2]  27/2 27/24
proceedings [1]  3/2
produce [11]  23/19 23/21 26/21 27/25 28/4 31/5 31/11 31/20 32/3 32/3 32/7
produced [3]  32/2 32/4 32/6
producing [1]  22/11
production [11]  22/5 22/19 23/17 23/23 23/24 26/21 27/12 28/20 29/1 29/19 30/2
profits [1]  32/1

**P**

progressed [1]  8/14
prohibits [1]  31/13
proper [2]  25/12 31/22
proportional [2]  23/22 26/11 29/21
proportionality [3]  19/22 22/24 25/3
proportionally [1]  23/7
propound [5]  26/3 28/24 29/18 29/23
29/25
propounded [1]  29/2
Propounding [1]  26/10
prove [9]  23/8 24/3 24/3 24/18 24/19
25/13 28/18 25/25 26/6
proves [1]  24/20
provide [3]  27/15 28/3 28/13
provided [1]  24/25
proving [1]  23/2
publicly [1]  15/17
pull [1]  14/21
pulling [1]  6/19
purchase [2]  14/15 14/20
purposes [2]  23/6 24/13
putting [1]  15/16

**Q**

question [4]  12/4 14/9 17/14 20/6
quite [2]  10/4 31/9
Quota [1]  11/22
quote [2]  10/15 22/3
quote-unquote [2]  10/15 22/3

**R**

raise [1]  23/14
raises [1]  21/2
rather [1]  9/2
read [6]  7/13 11/19 14/1 24/1 28/1 30/15
reading [1]  4/13
really [9]  17/24 18/10 19/12 19/13 19/13
20/9 21/11 24/11 29/15
reason [1]  29/1
reasonable [1]  27/18
reasons [1]  19/12
rebutting [1]  7/9
received [2]  7/10 14/14
recognize [1]  29/8
record [1]  9/25
recording [3]  1/9 9/24 32/20
records [25]  6/15 18/13 18/14 18/18
19/10 19/19 19/20 21/4 21/9 24/25 26/3
26/17 26/24 27/17 27/21 28/5 28/6 28/7
28/8 29/4 29/13 30/19 30/20 30/25 32/4
reference [1]  5/6
referred [1]  16/23
referring [2]  16/24 32/5
refers [2]  29/4 29/5
reflect [1]  18/18
regarding [2]  11/23 11/24
REINHART [1]  1/10
reiterate [1]  19/16
reiterates [1]  29/15
relate [1]  30/5
related [1]  5/5
relates [1]  30/3
relating [3]  22/9 23/25 24/15
relationship [3]  4/19 20/15 25/17
relevant [10]  3/10 13/22 17/9 17/13
17/14 20/5 21/9 22/15 24/2 24/14
reliable [2]  30/22 30/25
relied [4]  24/16 24/25 26/22 31/25
rely [4]  28/9 28/12 28/16 30/12

relying [4]  4/24 5/1 12/10 29/12
remaining [1]  32/8
remember [3]  9/24 15/10 29/18
replaced [1]  13/17
Reporter [2]  2/18 32/23
reports [1]  22/6
represent [2]  3/16 21/19
represented [1]  23/13
represents [1]  13/9
request [22]  4/6 22/18 23/16 23/23
23/24 24/14 25/23 26/20 26/25 26/25
27/11 27/19 28/1 28/5 28/8 28/20 28/23
29/19 29/22 30/2 30/23 31/16
requests [5]  7/16 22/19 24/22 24/22 29/1
required [2]  13/14 19/20
requiring [1]  23/21
resolution [1]  22/25
resolve [1]  4/10
respect [2]  8/20 21/22
respectfully [1]  12/14
respond [5]  10/21 16/8 16/10 17/19
17/19
responding [1]  21/20
response [5]  13/11 30/23 31/2 31/3
31/13
responsive [2]  30/5 31/18 32/8
review [1]  4/7
reviewed [1]  30/20
Rider [1]  16/17
right [23]  3/12 3/18 3/24 4/2 4/5 6/13
9/11 11/2 12/23 13/12 14/20 15/9 15/13
15/19 15/23 17/4 18/2 18/17 19/18 21/3
21/12 27/10 32/9
rights [12]  8/25 10/12 12/9 12/10 12/19
12/25 13/3 16/4 16/15 16/20 16/21 18/1
road [1]  26/6
ROBERT [2]  2/9 3/22
robert.chaskes [1]  2/11
rolling [1]  14/14
RPR [2]  2/18 32/22
rule [7]  10/5 17/5 17/7 22/19 22/24
30/15 31/5
ruled [2]  26/14 32/11
ruling [1]  32/12
run [1]  22/14
running [1]  29/8

**S**

S.A [5]  1/3 3/3 3/9 3/11 10/10
safe [1]  28/6
said [6]  8/17 26/10 29/16 29/17 29/22
30/2
sake [1]  17/8
sales [1]  13/15
same [2]  6/20 23/14
say [12]  19/19 20/17 21/8 21/17 24/21
25/12 28/9 28/17 29/3 31/10 31/19 31/19
say-so [1]  29/3
saying [6]  16/20 20/16 27/4 29/6 30/13
31/24
says [11]  12/14 12/22 13/14 16/20 18/2
30/10 30/18 30/19 30/24 31/2 31/3
scope [1]  28/23
SE [1]  2/10
second [7]  8/16 9/1 9/22 11/19 14/1
19/19 22/19
see [20]  6/14 6/16 6/20 6/25 7/8 7/8
13/24 15/25 20/4 21/10
seeing [1]  24/10
seem [1]  30/6

seems [4]  4/11 4/12 4/17 24/3
sell [17]  13/4 15/19 16/5 16/6 18/4
18/17 18/25 19/5 19/5 19/18 20/16 20/17
20/19 20/25 21/1 23/9 23/12
selling [5]  8/20 15/1 15/5 18/25 19/5
sent [1]  21/19
separate [25]  4/16 4/18 5/2 7/9 7/11
10/8 10/10 13/2 16/19 21/8 21/17 21/18
21/20 24/3 24/7 24/19 25/10 26/8 26/22
27/14 27/24 28/9 28/17 28/18 28/22
separateness [3]  7/17 7/21 24/11
separation [16]  4/23 9/19 10/15 10/22
10/22 16/12 16/22 17/1 17/1 17/9 17/13
17/14 20/8 20/9 26/18 29/5
series [1]  6/17
set [3]  22/10 22/14 22/19
several [2]  7/23 13/7
SEVILLA [2]  2/4 3/15
SEVILLA-SHARON [2]  2/4 3/15
SHARON [2]  2/4 3/15
Shore [1]  1/13
shortly [1]  6/4
should [4]  14/10 18/18 29/10 29/11
shouldn't [1]  16/14
show [4]  26/22 27/16 28/8 29/6
side [4]  9/13 10/9 18/16 21/14
sides [1]  20/6
sign [1]  20/10
signed [2]  18/22 20/12
significant [4]  7/25 8/15 9/4 9/8
simple [2]  10/14 27/23
simply [6]  21/25 22/15 22/16 26/11 28/8
28/15
since [1]  15/23
single [1]  24/20
sink [2]  28/7 28/15
sir [2]  21/7 21/12
so [50]
sold [5]  13/7 14/4 14/18 14/18 14/18
14/23 15/4
some [4]  4/12 4/19 4/23 5/13 6/20 8/9
9/18 12/9 25/9 25/14 27/23 31/6
somehow [1]  5/12
someone [1]  9/23
something [6]  8/13 8/25 13/15 22/5
25/17 29/24
somewhat [2]  4/11 9/21
sorry [1]  14/1
sort [3]  4/23 12/9 22/6
sources [1]  30/22
South [1]  1/13
SOUTHERN [1]  1/1
special [2]  13/8 13/19
specifically [1]  9/3
specifics [1]  7/15
sport [1]  19/4
springboard [1]  20/11
standing [1]  31/13
start [3]  3/5 18/24 20/16
started [1]  20/14
starting [1]  12/5
stated [1]  16/11
statement [2]  25/1 27/23
statements [2]  27/15 29/13
STATES [2]  1/1 1/10
step [1]  5/16
stepped [3]  18/3 18/7 27/8
still [1]  27/1
stipulate [1]  24/13
Street [1]  1/17 2/5

**S**

submissions [1]  4/14
submitted [1]  4/7
subpoena [1]  21/19
subsequent [3]  7/14 8/25 14/13
substantiates [1]  21/11
sued [4]  10/17 15/1 16/6 16/20
sufficient [3]  27/14 28/2 28/2
suggests [1]  19/23
suit [1]  8/13
Suite [1]  1/17
supplemental [1]  32/2
support [3]  21/4 22/22 30/13
supports [1]  19/1
sure [3]  9/25 12/16 21/15
surely [1]  20/1
sustain [7]  22/20 23/16 23/22 25/21
 25/23 26/12 28/7
sustained [1]  29/19
sworn [1]  25/1

**T**

tailored [1]  24/23
take [5]  5/16 9/3 26/2 26/2 28/20
taken [3]  5/21 8/19 15/8
taking [2]  8/23 29/2
talk [4]  7/15 15/24 19/22 28/25
talking [1]  27/8
talks [1]  11/21
targeted [6]  25/22 26/4 26/17 26/25
 29/18 29/23
Team [2]  2/9 3/19
tease [1]  6/8
technical [1]  16/17
techniques [1]  26/1
tell [2]  4/13 24/1
telling [1]  20/22
ten [4]  18/24 18/25 21/1 23/10
term [1]  13/15
terminated [5]  12/8 12/10 12/19 13/1
 13/4
terminology [1]  20/20
test [1]  29/10
testify [1]  30/11
Texas [1]  18/10 19/9
Thank [9]  3/12 4/2 9/17 10/3 16/9 17/22
 21/15 32/9 32/13
that [252]
that's [5]  5/7 11/2 11/11
their [3]  19/20 21/9 21/11
them [26]  5/14 5/15 6/11 6/13 6/14 8/9
 9/13 12/7 14/25 16/24 23/21 24/3 26/21
 27/15 29/24 30/5 30/21 30/22 31/1 31/5
 31/11 31/19 31/20 31/20 31/21 32/4
theme [1]  4/12
then [13]  6/11 9/14 12/23 15/3 15/11
 15/17 15/24 16/20 20/17 20/23 26/16
 28/7 28/12
theory [10]  4/18 5/10 7/16 8/9 10/17
 11/14 11/16 15/22 15/23 22/21
there [71]
there's [1]  7/7
thereafter [1]  11/21
therefore [1]  5/13
thereof [1]  17/9
Thereupon [1]  2/20
these [31]  5/11 6/16 7/16 7/17 8/20 8/20
 13/2 13/7 13/19 15/2 15/20 17/2 17/13
 17/25 17/25 18/9 18/18 20/8 24/11 24/12
 24/22 24/22 25/10 26/11 27/21 28/17

29/1 29/1 29/13 30/19 30/20
they [63]
thing [1]  22/7
things [9]  4/25 5/3 6/7 7/8 12/12 12/15
 18/12 19/11 25/9
think [10]  8/7 15/14 17/10 23/12 24/9
 25/12 28/2 29/6 29/25 32/10
third [3]  8/20 13/20 19/22
this [72]
those [18]  6/20 6/25 8/1 10/10 10/11
 10/11 10/12 10/13 10/14 13/18 18/20
 22/9 22/11 23/19 26/24 27/1 31/9 32/2
three [3]  4/11 6/17 19/12
through [8]  5/23 9/4 13/7 13/9 21/20
 28/10 28/12 31/7
throughout [1]  12/6
tie [1]  10/22
time [7]  6/1 9/4 11/25 12/2 12/8 29/2
 32/10
tissue [1]  18/6
today [3]  3/22 4/10 17/5
told [5]  19/17 20/4 22/4 23/9 27/20
ton [1]  7/3
too [2]  6/12 8/8
traditional [1]  20/20
TRANSCRIBED [2]  1/9 2/18
transcription [1]  32/19
TRIGG [1]  1/16
truly [1]  18/16
trust [35]
trustee [7]  18/19 21/18 21/19 21/20 22/6
 22/13 22/16
trusts [1]  7/23
try [6]  4/15 21/5 25/14 25/18 25/22 26/8
trying [5]  11/3 24/18 25/24 26/6 29/8
turn [6]  4/21 5/8 9/13 9/24 16/8 21/13
 27/13 28/14 31/17
two [22]  4/17 4/24 4/24 5/2 5/12 7/12
 7/17 7/19 8/6 10/14 11/6 11/8 13/2 15/7
 18/9 18/11 19/11 19/12 20/8 27/16 28/17
TX [1]  2/5

**U**

under [18]  8/9 10/5 10/11 10/13 11/7
 11/8 11/15 11/16 12/19 12/25 13/3 13/12
 16/21 18/1 18/10 19/9 20/25 31/5
underlying [1]  5/18
understand [19]  6/16 7/23 7/25 8/10
 9/11 11/3 11/13 12/17 13/1 16/7 17/4
 20/22 21/6 21/13 22/18 25/3 25/7 27/3
 28/23
understanding [1]  21/21
understood [3]  21/2 22/23 23/5
undertake [3]  8/18 15/19 16/4
unduly [1]  25/24
unfettered [1]  18/17
unilaterally [2]  13/19 14/25
unique [1]  13/8
UNITED [1]  1/1 1/10
unless [1]  4/18
unquote [2]  10/15 22/3
up [6]  6/19 8/4 14/21 18/6 22/2 22/10
 22/14 30/9 30/24
upon [8]  5/21 7/13 10/17 12/10 24/15
 24/25 28/9 28/16
us [8]  2/4 7/9 13/14 18/10 25/13 27/1
 30/22 31/1
utilized [1]  15/14

**V**

valid [1]  5/20
value [1]  19/20
valued [1]  18/1
various [1]  7/1
veracity [1]  29/10
very [12]  8/4 9/12 9/12 13/7 13/13 13/19
 19/8 19/8 23/3 23/3 32/7 32/9

**W**

walk [1]  12/23
want [10]  4/14 9/25 19/16 20/4 20/23
 21/10 24/19 25/22 26/6 28/15
wanted [1]  27/20
wants [2]  12/4 17/18
was [46]
wasn't [2]  7/12 16/11
way [6]  11/17 16/10 23/18 25/5 29/3
 29/5
ways [1]  26/5
we [87]
we'll [2]  30/3 30/5
we're [2]  7/21 28/9
weak [1]  10/4
well [8]  4/8 7/1 9/5 15/9 23/3 26/16
 30/22 31/5
Wellington [1]  1/14
went [2]  15/17 22/12
were [13]  3/2 11/25 11/25 12/25 13/4
 17/8 18/1 20/25 24/22 24/23 28/14 29/1
 30/20
West [2]  1/4 2/14
what [45]
whatever [3]  12/19 12/25 28/16
WHEELER [1]  1/16
when [24]  4/17 11/20 14/12 15/22 19/22
 22/9 24/1 24/25 26/10 29/14 30/3 31/9
where [5]  6/18 8/12 20/10 27/3 31/13
whether [10]  4/15 8/8 10/23 12/24 13/2
 13/3 17/13 23/4 23/4 27/8
which [19]  6/18 6/21 8/18 9/2 10/17
 11/17 11/19 12/19 15/23 20/11 21/1
 24/16 24/19 24/25 25/8 26/22 27/21
 28/16 30/20
while [2]  7/15 17/16
who [12]  10/23 13/25 14/4 14/7 14/9
 14/10 14/11 14/18 14/18 14/18 22/9
 25/10
Whoever [1]  17/18
whole [1]  28/15
whom [2]  6/5 8/6
why [10]  11/14 13/22 14/17 16/5 17/12
 17/12 18/15 19/12 20/21 24/14
wide [1]  5/5
will [24]  5/23 6/8 6/25 7/8 7/8 7/15 9/14
 9/23 17/5 20/18 23/16 23/22 24/13 26/11
 28/7 28/20 28/21 28/24 31/4 31/11 32/5
 32/7 32/11 32/12
windup [1]  7/5
withheld [2]  22/5 22/7
within [2]  9/1 20/2
without [1]  23/15
word [1]  15/17
words [2]  5/6 31/7
worldwide [1]  15/18
worries [1]  10/3
would [12]  8/2 11/18 16/10 19/11 19/25
 21/4 21/10 22/9 24/5 24/6 27/24 27/25
wouldn't [1]  27/1
written [1]  32/12

**W**

wrote [3]  14/10 14/12 28/20
wtotrial.com [1]  1/18

**Y**

year [1]  14/15
years [6]  18/18 18/24 18/25 21/1 23/10
 27/21
yes [7]  3/7 5/16 9/3 12/21 13/5 21/7
 21/12
you [113]
you'd [1]  6/14
you're [5]  13/14 21/12 25/13 25/13 27/3
your [57]