IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:20-CV-82231-CIV-AMC/BER

LA DOLFINA S.A., LLC,
a Florida limited liability company, and
ADOLFO CAMBIASO, individually,
    Plaintiffs,

v.

D. ALAN MEEKER, individually,
a/k/a ALAN MEEKER,
a/k/a DAVID ALAN MEEKER,
CRESTVIEW FARM, LLC,
a Texas limited liability company, and
CRESTVIEW GENETICS, LLC,
a Nevada limited liability company,
    Defendants.

## PLAINTIFFS' STATUS REPORT

Plaintiffs La Dolfina S.A., LLC, Adolfo Cambiaso, and Counterclaim Defendant La Dolfina S.A. (collectively, "Plaintiffs"), hereby submit this Status Report to the Court.

Following the Court's August 2022 Orders regarding the Parties' Motions to Dismiss [ECF 299] and regarding the Motion for Clarification [ECF 302], Plaintiff Cambiaso filed suit against the possessor of the living clones purportedly purchased from the Crestview Defendants and D. Alan Meeker that were moved from this Judicial District and were taken to, and are being held in Aiken, South Carolina. This lawsuit is captioned *Cambiaso v. Arellano and Amista Polo, Inc.*, 1:22-3156-JFA and is pending before Senior Judge Joseph F. Anderson in the United States District Court for the District of South Carolina, Aiken Division ("DSC Action").

On May 9, 2023, after the parties to the DSC Action and certain non-parties entered into a joint stipulation regarding the clones, Judge Anderson stayed that litigation, pending the earlier of (i) thirty days after a decision on all issues concerning the validity and interpretation of the 2009 Horse Cloning Contract in the instant litigation pending in this Judicial District between the above

captioned parties; or (ii) October 31, 2023.  Attached here as **Exhibit 1** is Judge Anderson's Order staying the litigation, ECF 36, in the DSC Action.

Dated:  June 8, 2023                               Respectfully submitted,

                                                CHAPMAN LAW GROUP, PLC

s/ *Avery S. Chapman*
Avery S. Chapman
Florida Bar No. 517321
Chapman Law Group, PLC
12008 South Shore Blvd., Suite 105
Wellington, FL 33414

Habib Nasrullah (Admitted *pro hac vice*)
Miles D. Orton (Admitted *pro have vice*)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:     303.244.1800
Facsimile:     303.244.1879
Email:  nasrullah@wtotrial.com
              orton@wtotrial.com

*Counsel for La Dolfina S.A., LLC. Adolfo Cambiaso, La Dolfina S.A.*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, which will then serve all counsel of record or pro se parties on the attached Service List .

                                  CHAPMAN LAW GROUP, PLC

                                  *Avery S. Chapman*
                                  Avery S. Chapman, Esq.

**EService List**
La Dolfina, S.A., LLC, et al. v. D. Alan Meeker, et al.
CASE NO. 9:20-cv-82231-AMC/BER

Gary A. Woodfield
Nason Yeager Gerson Harris & Fumero, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
561.686.3307
Email: gwoodfield@nasonyeager.com, sdaversa@nasonyeager.com
*Counsel for Defendants D. Alan Meeker, Defendant Crestview Genetics, LLC, and Defendant Crestview Farm, LLC.*

Caitlyn Elizabeth Hubbard
William N. Warren
Kelly Hart & Hallman
201 Main Street Suite 2500
Fort Worth, TX 76102
817.332.2500
Email: caitlyn.hubbard@kellyhart.com, bill.warren@kellyhart.com
*Counsel for Defendants Alan D. Alan Meeker and Defendant Crestview Farm, LLC*

James C. Bookhout
Jason S. Lewis
DLA Piper LLP (US)
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201
214.743.4549
Email: james.bookhout@dlapiper.com, jason.lewis@dlapiper.com
*Counsel for Defendants D. Alan Meeker, Defendant Crestview Genetics, LLC, and Defendant Crestview Farm, LLC.*

Michelle L. Morgan
DLA Piper LLP (US)
1201 North Market Street, Suite 2100,
Wilmington, DE, 19801
(302) 468-5680
Email: michelle.morgan@us.dlapiper.com
*Co-Counsel for Defendants D. Alan Meeker, Defendant Crestview Genetics, LLC, and Defendant Crestview Farm, LLC.*

Francis M. McDonald, Jr.
MCDONALD TOOLE WIGGINS, P.A.
111 N. Magnolia Avenue, Suite 1200
Orlando, FL 32801
Email: fmcdonald@mtwlegal.com, slong@mtwlegal.com
*Co-counsel for Plaintiffs, La Dolfina S.A., LLC and Adolfo Cambiaso*