UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-82231-CIV-CANNON

LA DOLFINA S.A., LLC, and
ADOLFO CAMBIASO,

    Plaintiffs/Counter-Defendants,

v.

D. ALAN MEEKER,
CRESTVIEW FARM LLC,
and CRESTVIEW GENETICS LLC,

    Defendants/Counter-Plaintiffs

v.

LA DOLFINA S.A.

    Counter-Claimant/Counter-Defendant.

_____/  **DO NOT DESTROY**

## RESPONSE TO JURY NOTE

Ladies and Gentlemen,

The Court has received your verdict and directs you to continue your deliberations and answer the following questions: 4b, 6b, 6c, 8b, and 8c. If you answer "YES" to any of these questions, then proceed to answer the associated affirmative defense question(s).

Thank you.

_Judge Aileen M. Cannon_

Date/Time: 5/6/24 12:45 p.m.