UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-82231-CIV-CANNON/Reinhart

LA DOLFINA S.A., LLC, and
ADOLFO CAMBIASO,

      Plaintiffs/Counter-Defendants,

v.

D. ALAN MEEKER,
CRESTVIEW FARM LLC,
and CRESTVIEW GENETICS LLC,

      Defendants/Counter-Plaintiffs

v.

LA DOLFINA S.A.

      Counter-Claimant/Counter-Defendant.

_____/

**SPECIAL VERDICT FORM**

1

## SPECIAL VERDICT FORM

We, the jury, present our Answers to Questions submitted by the Court. We have found the following unanimously by a preponderance of the evidence:

I. **MR. CAMBIASO AND LA DOLFINA, S.A.'S CLAIMS FOR BREACH OF THE 2019 SIDE LETTER AGREEMENT**

**QUESTION 1:** Have Mr. Cambiaso and La Dolfina S.A., proven all of the elements of their claim for Breach of Contract (2019 Side Letter Agreement) against Crestview Genetics?

Yes ✓    No _____

*Proceed to Question 2.*

**QUESTION 2:** Have Mr. Cambiaso and La Dolfina S.A. proven all of the elements of their claim for Breach of Bailment Contract (2019 Side Letter Agreement) against Crestview Genetics?

Yes ✓    No _____

*If you answered **YES** to Question 1 OR Question 2 OR both, proceed to Question 3.*

*If you answered **NO** both Question 1 AND Question 2, then skip Question 3 and proceed to Question 4.*

2

**QUESTION 3:** Has Defendant Crestview Genetics proven the following affirmative defenses to Mr. Cambiaso and La Dolfina S.A.'s breach of contract (2019 Side Letter Agreement) and breach of bailment contract (2019 Side Letter Agreement Agreement) claim?

**License**

Breach of Contract (2019 Side Letter Agreement)              Yes _____  No __✓__

Breach of Bailment Contract (2019 Side Letter Agreement) Yes _____  No __✓__

**First Breach**

Breach of Contract (2019 Side Letter Agreement)              Yes _____  No __✓__

Breach of Bailment Contract (2019 Side Letter Agreement) Yes _____  No __✓__

*Proceed to Question 4.*

II.     PLAINTIFFS' CLAIM FOR UNJUST ENRICHMENT

**QUESTION 4:**

**4a:** Have Plaintiffs proven all the elements of their claim for Unjust Enrichment against Crestview Farm?

Yes __✓__ No _____

**4b:** Have Plaintiffs proven all the elements of their claim for unjust enrichment against Mr. Meeker?

Yes __✓__ No _____

*If you answered **YES** to 4a, proceed to Question 5a.*

*If you answered **YES** to 4b, proceed to Question 5b.*

*If you answered **NO** to both 4a AND 4b, skip Question 5, and proceed to Question 6.*

**QUESTION 5:**

**5a:** Has Crestview Farm proven the following affirmative defenses to Plaintiffs' Unjust Enrichment claim?

| | |
|---|---|
| **Statute of Limitations** | Yes _____ No __✓__ |
| **License** | Yes _____ No __✓__ |

**5b:** Has Mr. Meeker proven the following affirmative defenses to Plaintiffs' Unjust Enrichment claim?

| | |
|---|---|
| **Statute of Limitations** | Yes _____ No __✓__ |
| **License** | Yes _____ No __✓__ |

*Proceed to Question 6.*

### III.  PLAINTIFFS' TRADE SECRETS CLAIMS

**QUESTION 6:**

**6a:** Have Plaintiffs proven all the elements of their claim for violation to the Federal Defend Trade Secrets Act against Crestview Farm?

Yes __✓__   No _____

**6b:** Have Plaintiffs proven all the elements of their claim for violation to the Federal Defend Trade Secrets Act against Crestview Genetics?

Yes __✓__   No _____

**6c:** Have Plaintiffs proven all the elements of their claim for violation to the Federal Defend Trade Secrets Act against Mr. Meeker?

Yes __✓__   No _____

*If you answered YES to 6a, proceed to Question 7a.*

*If you answered YES to 6b, proceed to Question 7b.*

*If you answered YES to 6c, proceed to Question 7c.*

*If you answered NO to 6a, 6b, AND 6c, skip Question 7, and proceed to Question 8.*

**QUESTION 7:**

**7a:** Has Crestview Farm proven the following affirmative defenses to Plaintiffs' Federal Defend Trade Secrets Act claim?

| **Statute of Limitations** | Yes _____   No __✓__ |
| **License** | Yes _____   No __✓__ |

**7b:** Has Crestview Genetics proven the following affirmative defenses to Plaintiffs' Federal Defend Trade Secrets Act claim?

| **Statute of Limitations** | Yes _____   No __✓__ |
| **License** | Yes _____   No __✓__ |

5

**7c:** Has Mr. Meeker proven the following affirmative defenses to Plaintiffs' Federal Defend Trade Secrets Act claim?

**Statute of Limitations**    Yes _____  No ✓

**License**    Yes _____  No ✓

*Proceed to Question 8.*

## QUESTION 8:

**8a:** Have Plaintiffs proven all the elements of their claim for violation of the Florida Uniform Secrets Act against Crestview Farm?

Yes ✓  No _____

**8b:** Have Plaintiffs proven all the elements of their claim for violation of the Florida Uniform Secrets Act against Crestview Genetics?

Yes ✓  No _____

**8c:** Have Plaintiffs proven all the elements of their claim for violation of the Florida Uniform Secrets Act against Mr. Meeker?

Yes ✓  No _____

*If you answered **YES** to 8a, proceed to Question 9a.*

*If you answered **YES** to 8b, proceed to Question 9b.*

*If you answered **YES** to 8c, proceed to Question 9c.*

*If you answered **NO** to 8a, 8b, AND 8c, skip Question 9, and proceed to Question 10.*

**QUESTION 9:**

**9a**: Has Crestview Farm proven the following affirmative defenses to Plaintiffs' Florida Uniform Secrets Act claim?

| | |
|---|---|
| **Statute of Limitations** | Yes _____ No ✓ |
| **License** | Yes _____ No ✓ |

**9b**: Has Crestview Genetics proven the following affirmative defenses to Plaintiffs' Florida Uniform Secrets Act claim?

| | |
|---|---|
| **Statute of Limitations** | Yes _____ No ✓ |
| **License** | Yes _____ No ✓ |

**9c:** Has Mr. Meeker proven the following affirmative defenses to Plaintiffs' Florida Uniform Secrets Act claim?

| | |
|---|---|
| **Statute of Limitations** | Yes _____ No ✓ |
| **License** | Yes _____ No ✓ |

*Proceed to Question 10.*

## IV. DEFENDANT CRESTVIEW GENETICS' BREACH OF CONTRACT COUNTERCLAIMS

**QUESTION 10:**

**10a**: Has Defendant Crestview Genetics proven all elements of its Breach of Contract Counterclaim (2019 Side Letter Agreement) for failure to provide live foals against Mr. Cambiaso?

Yes _____ No __✓__

**10b**: Has Defendant Crestview Genetics proven all elements of its Breach of Contract Counterclaim (2019 Side Letter Agreement) for failure to provide live foals against La Dolfina, S.A.?

Yes _____ No __✓__

**10c**: Has Defendant Crestview Genetics proven all elements of its Breach of Contract Counterclaim (2019 Side Letter Agreement) for failure to provide live foals against La Dolfina, S.A., LLC?

Yes _____ No __✓__

*If you answered **YES** to 10a, proceed to Question 11a.*

*If you answered **YES** to 10b, proceed to Question 11b.*

*If you answered **YES** to 10c, proceed to Question 11c.*

*If you answered **NO** to 10a, 10b, AND 10c, skip Question 11, and proceed to Question 12.*

**QUESTION 11:**

**11a:** Has Mr. Cambiaso proven the following affirmative defenses to Crestview Genetics' Breach of Breach of Contract Counterclaim (2019 Side Letter Agreement) for failure to provide live foals?

| | |
|---|---|
| **First Breach** | Yes _____ No _____ |
| **Force Majeure** | Yes _____ No _____ |
| **Waiver** | Yes _____ No _____ |
| **Ratification** | Yes _____ No _____ |

**11b:** Has La Dolfina, S.A. proven the following affirmative defenses to Crestview Genetics' Breach of Breach of Contract Counterclaim (2019 Side Letter Agreement) for failure to provide live foals?

| | |
|---|---|
| **First Breach** | Yes _____ No _____ |
| **Force Majeure** | Yes _____ No _____ |
| **Waiver** | Yes _____ No _____ |
| **Ratification** | Yes _____ No _____ |

**11c:** Has La Dolfina, S.A., LLC proven the following affirmative defenses to Crestview Genetics' Breach of Breach of Contract Counterclaim (2019 Side Letter Agreement) for failure to provide live foals?

| | |
|---|---|
| **First Breach** | Yes _____ No _____ |
| **Force Majeure** | Yes _____ No _____ |
| **Waiver** | Yes _____ No _____ |
| **Ratification** | Yes _____ No _____ |

*Proceed to Question 12.*

**QUESTION 12:**

**12a**: Has Defendant Crestview Genetics proven all elements of its Breach of Contract Counterclaim (2019 Side Letter Agreement) for failure to transfer land against Mr. Cambiaso?

Yes _____ No __✓__

**12b**: Has Defendant Crestview Genetics proven all elements of its Breach of Contract Counterclaim (2019 Side Letter Agreement) for failure to transfer land against La Dolfina, S.A.?

Yes _____ No __✓__

**12c**: Has Defendant Crestview Genetics proven all elements of its Breach of Contract Counterclaim (2019 Side Letter Agreement) for failure to transfer land against La Dolfina, S.A., LLC?

Yes _____ No __✓__

*If you answered **YES** to 12a, proceed to Question 13a.*

*If you answered **YES** to 12b, proceed to Question 13b.*

*If you answered **YES** to 12c, proceed to Question 13c.*

*If you answered **NO** to 12a, 12b, AND 12c, skip Question 13, and proceed to Question 14.*

**QUESTION 13:**

**13a:** Has Mr. Cambiaso proven the following affirmative defenses to Crestview Genetics' Breach of Breach of Contract Counterclaim (2019 Side Letter Agreement) for failure to transfer land?

| | | |
|---|---|---|
| **First Breach** | Yes _____ | No _____ |
| **Waiver** | Yes _____ | No _____ |
| **Ratification** | Yes _____ | No _____ |

**13b:** Has La Dolfina, S.A. proven the following affirmative defenses to Crestview Genetics' Breach of Breach of Contract Counterclaim (2019 Side Letter Agreement) for failure to transfer land?

| | | |
|---|---|---|
| **First Breach** | Yes _____ | No _____ |
| **Waiver** | Yes _____ | No _____ |
| **Ratification** | Yes _____ | No _____ |

**13c:** Has La Dolfina, S.A., LLC proven the following affirmative defenses to Crestview Genetics' Breach of Breach of Contract Counterclaim (2019 Side Letter Agreement) for failure to transfer land?

| | | |
|---|---|---|
| **First Breach** | Yes _____ | No _____ |
| **Waiver** | Yes _____ | No _____ |
| **Ratification** | Yes _____ | No _____ |

*Proceed to Question 14.*

**QUESTION 14:**

**14a**: Has Defendant Crestview Genetics proven all elements of its Breach of Contract Counterclaim (2019 Side Letter Agreement) for wrongfully registering Storm Cat 02 in the name of La Dolfina as an owner, claiming ownership over Storm Cat 02, and/or refusing to transfer possession and custody of Storm Cat 02 against Mr. Cambiaso?

Yes _____ No ✓_____

**14b**: Has Defendant Crestview Genetics proven all elements of its Breach of Contract Counterclaim (2019 Side Letter Agreement) for wrongfully registering Storm Cat 02 in the name of La Dolfina as an owner, claiming ownership over Storm Cat 02, and/or refusing to transfer possession and custody of Storm Cat 02 against La Dolfina, S.A.?

Yes _____ No ✓_____

**14c**: Has Defendant Crestview Genetics proven all elements of its Breach of Contract Counterclaim (2019 Side Letter Agreement) for wrongfully registering Storm Cat 02 in the name of La Dolfina as an owner, claiming ownership over Storm Cat 02, and/or refusing to transfer possession and custody of Storm Cat 02 against La Dolfina, S.A., LLC?

Yes _____ No ✓_____

*If you answered **YES** to 14a, proceed to Question 15a.*

*If you answered **YES** to 14b, proceed to Question 15b.*

*If you answered **YES** to 14c, proceed to Question 15c.*

*If you answered **NO** to 14a, 14b, AND 14c, skip Question 15, and proceed to Question 16.*

**QUESTION 15:**

**15a:** Has Mr. Cambiaso proven the following affirmative defenses to Crestview Genetics' Breach of Breach of Contract Counterclaim (2019 Side Letter Agreement) for wrongfully registering Storm Cat 02 in the name of La Dolfina as an owner, claiming ownership over Storm Cat 02, and/or refusing to transfer possession and custody of Storm Cat 02?

| | | |
|---|---|---|
| **First Breach** | Yes _____ | No _____ |
| **Force Majeure** | Yes _____ | No _____ |
| **Waiver** | Yes _____ | No _____ |
| **Ratification** | Yes _____ | No _____ |

**15b:** Has La Dolfina, S.A. proven the following affirmative defenses to Crestview Genetics' Breach of Breach of Contract Counterclaim (2019 Side Letter Agreement) for wrongfully registering Storm Cat 02 in the name of La Dolfina as an owner, claiming ownership over Storm Cat 02, and/or refusing to transfer possession and custody of Storm Cat 02?

| | | |
|---|---|---|
| **First Breach** | Yes _____ | No _____ |
| **Force Majeure** | Yes _____ | No _____ |
| **Waiver** | Yes _____ | No _____ |
| **Ratification** | Yes _____ | No _____ |

**15c:** Has La Dolfina, S.A., LLC proven the following affirmative defenses to Crestview Genetics' Breach of Breach of Contract Counterclaim (2019 Side Letter Agreement) for wrongfully registering Storm Cat 02 in the name of La Dolfina as an owner, claiming ownership over Storm Cat 02, and/or refusing to transfer possession and custody of Storm Cat 02?

| | | |
|---|---|---|
| **First Breach** | Yes _____ | No _____ |
| **Force Majeure** | Yes _____ | No _____ |
| **Waiver** | Yes _____ | No _____ |
| **Ratification** | Yes _____ | No _____ |

*Proceed to Question 16.*

**QUESTION 16:**

**16a**: Has Defendant Crestview Genetics proven all elements of its Breach of Bailment Contract Counterclaim (2019 Side Letter Agreement) against Mr. Cambiaso?

Yes _____ No __✓__

**16b**: Has Defendant Crestview Genetics proven all elements of its Breach of Bailment Contract Counterclaim (2019 Side Letter Agreement) against La Dolfina, S.A.?

Yes _____ No __✓__

**16c**: Has Defendant Crestview Genetics proven all elements of its Breach of Bailment Contract Counterclaim (2019 Side Letter Agreement) against La Dolfina, S.A., LLC?

Yes _____ No __✓__

*If you answered **YES** to 16a, proceed to Question 17a.*

*If you answered **YES** to 16b, proceed to Question 17b.*

*If you answered **YES** to 16c, proceed to Question 17c.*

*If you answered **NO** to 16a, 16b, AND 16c, skip Question 17, and proceed to Question 18.*

**QUESTION 17:**

**17a:** Has Mr. Cambiaso proven the following affirmative defenses to Crestview Genetics' Breach of Breach of Bailment Contract Counterclaim (2019 Side Letter Agreement)?

| | | |
|---|---|---|
| **First Breach** | Yes _____ | No _____ |
| **Force Majeure** | Yes _____ | No _____ |
| **Waiver** | Yes _____ | No _____ |
| **Ratification** | Yes _____ | No _____ |

14

**17b:** Has La Dolfina, S.A. proven the following affirmative defenses to Crestview Genetics' Breach of Breach of Bailment Contract Counterclaim (2019 Side Letter Agreement)?

| | | |
|---|---|---|
| **First Breach** | Yes _____ | No _____ |
| **Force Majeure** | Yes _____ | No _____ |
| **Waiver** | Yes _____ | No _____ |
| **Ratification** | Yes _____ | No _____ |

**17c:** Has La Dolfina, S.A., LLC proven the following affirmative defenses to Crestview Genetics' Breach of Breach of Bailment Contract Counterclaim (2019 Side Letter Agreement)?

| | | |
|---|---|---|
| **First Breach** | Yes _____ | No _____ |
| **Force Majeure** | Yes _____ | No _____ |
| **Waiver** | Yes _____ | No _____ |
| **Ratification** | Yes _____ | No _____ |

*Proceed to Question 18.*

**QUESTION 18:**

**18a**: Has Defendant Crestview Genetics proven all elements of its Breach of Contract Counterclaim (2019 Settlement Agreement) against Mr. Cambiaso?

Yes _____ No __✓__

**18b**: Has Defendant Crestview Genetics proven all elements of its Breach of Contract Counterclaim (2019 Settlement Agreement) against La Dolfina, S.A.?

Yes _____ No __✓__

**18c**: Has Defendant Crestview Genetics proven all elements of its Breach of Contract Counterclaim (2019 Settlement Agreement) against La Dolfina, S.A., LLC?

Yes _____ No __✓__

*Proceed to Question 19.*

**QUESTION 19:**

If you answered **YES** to any of Crestview Genetics' counterclaims on Questions 10, 12, 14, 16, or 18, state the total amount of damages, if any, you decide should be awarded to Crestview Genetics based on the associated counterclaim(s):

**19a:** Breach of Contract Counterclaim (2019 Side Letter Agreement; failure to provide live foals)

**Answer: $**_____

**19b:** Breach of Contract Counterclaim (2019 Side Letter Agreement; failure to transfer parcel of land)

**Answer: $**_____

**19c:** Breach of Contract Counterclaim (2019 Side Letter Agreement; Wrongful Registration of Storm Cat 02)

**Answer: $**_____

**19d:** Breach of Bailment Contract Counterclaim

**Answer: $**_____

**19e:** Breach of Contract Counterclaim (2019 Settlement Agreement)

**Answer: $**_____

*If you provided damages for any of the counterclaims above (Question 19), proceed to Question 20.*

**QUESTION 20:**

State the amount, if any, Crestview Genetics could have avoided with reasonable efforts or expenditures.

**Answer: $**_____

*Proceed to Question 21.*

17

**QUESTION 21:** Has Crestview Genetics proven all of the elements of piercing the corporate veil of La Dolfina S.A.?

Yes _____ No _____

*Proceed to Question 22.*

**QUESTION 22:** Has Crestview Genetics proven all of the elements of piercing the corporate veil of La Dolfina S.A. LLC?

Yes _____ No _____

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse,

Fort Pierce, Florida, this 6th day of May, 2024.

_____   _____
Foreperson's signature                                    Foreperson's printed name